# UNITED STATES DISTRICT COURT
для
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GEORGE MOORE, on behalf of himself and others similarly situated,** ) ) ) ) *Plaintiff* ) ) v. ) ) ) **C&N CONSTRUCTION INC.** ) ) *Defendant* | Civil Action No. 1:25-cv-04568 |

## AFFIDAVIT OF SERVICE

I, Noe Ramirez, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to C&N CONSTRUCTION INC. in Cook County, IL on May 14, 2025 at 12:15 pm at 24 North Hillside Avenue, Hillside, IL 60162 by leaving the following documents with Curtis John Ezhghy who as RA is authorized by appointment or by law to receive service of process for C&N CONSTRUCTION INC..

Summons In A Civil Case, Civil Cover Sheet, Complaint – Class Action Jury Trial Demanded

Unknown Male, est. age 25-34, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.8705381,-87.9073448
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Noe Ramirez*

Signature
Noe Ramirez
+1 (708) 646-1070
Proof Illinois LLC
No. 117.001863

Executed in Cook County, IL on 5/15/2025.

Exhibit 1a)

