AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| George Moore | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-04568 |
| C&N Construction Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant C&N Construction Inc.                                                                                    .

Date:     06/18/2025

*Brian Douglas Moore Goodrich*
*Attorney's signature*

Brian Douglas Moore Goodrich - IL# 6309108
*Printed name and bar number*

Justin Abdilla and Associates
650 Warrenville Rd. Unit 100
Lisle IL 60532

*Address*

bdgoodr@abdillalaw.com
*E-mail address*

(630) 839-9195
*Telephone number*

*FAX number*