IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:25-cv-04568 |
| v. | ) ) ) | |
| C&N CONSTRUCTION INC. | ) ) | |
| Defendant. | ) | |

### DEFENDANT C&N CONSTRUCTION INC.'S UNCONTESTED FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND TO CONTINUE THE INITIAL STATUS HEARING

NOW COMES the Defendant, C&N Construction Inc. ("C&N"), by and through it's attorney, Brian Douglas Moore Goodrich of Justin Abdilla and Associates, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court for an extension of time until July 7, 2025 to file a responsive pleading to Plaintiff's Complaint [DE 01], and to continue the Initial Status Hearing to July 22, 2025. In support thereof, C&N states as follows:

1. On May 2, 2025, this Honorable Court set this matter for a telephonic initial status hearing on July 8. 2025 at 9:30AM. [DE 04].

2. On May 14, 2025, Plaintiff served C&N with Summons and Complaint in this action. [DE 05].

3. Per Rule 12(a)(1)(A)(i), C&N had until June 4, 2025 to file a responsive pleading.

4. By this motion, C&N requests that this Honorable Court extend the deadline to file a responsive pleading to the Complaint to July 7, 2025, and continue the telephonic initial status hearing to July 22, 2025.

5. On June 20, 2025, Counsel for C&N contacted Counsel for Plaintiff via email about the above requested extensions. Counsel for Plaintiff responded that he does not object to an extension to July 7, 2025 to file a responsive pleading to the Complaint. The parties also agreed to July 11,

2025 for a Rule 26(f) conference, and agreed to a continuance of the initial status hearing to July 22, 2025.

6. Thus, pursuant to this Court's Standing Order, C&N indicates that this motion is not opposed.

7. This is the first request by C&N for an extension of time to file a responsive pleading to Plaintiff's Complaint, or a continuance of the initial status hearing.

8. Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … on motion made after the time has expired if the party failed to act because of excusable neglect."

9. Due to a clerical error, Counsel was unaware that C&N had been served in this matter until approximately June 10, 2025, several days after the original deadline to answer. Counsel has since been diligently assembling the necessary materials to prepare a response, and reached out to Counsel for Plaintiff for this extension.

10. The requested extension to file a responsive pleading is a little over four weeks from the original deadline, but will not materially delay this litigation. We are only at the pleadings stage and discovery has not yet opened. The only affected deadline would be the initial status hearing.

11. The requested extension for the initial status hearing is to accommodate the parties' agreed upon July 11, 2025 26(f) conference. Per this Court's standing order, the parties are to file a joint status report at least 7 days before the initial status hearing. Continuing the initial status hearing to July 22, 2025 will give the parties a few days after their 26(f) conference to prepare the joint status report.

12. C&N avers that neither extension will prejudice Plaintiff, who does not oppose the extensions.

13. Pursuant to this Court's Standing Order, C&N is not requesting a hearing on this motion.

WHEREFORE, Defendant C&N Construction Inc. respectfully requests that this Honorable Court grant this motion and enter an order:

A. Extending the deadline for C&N to file a responsive pleading to Plaintiff's Complaint to July 7, 2025;

B. Continuing the July 8, 2025 telephonic initial status hearing to July 22, 2025; and,

C. Granting any other such relief as this Court deems just and equitable.

Date: June 20, 2025
Respectfully Submitted,
/s/ Brian Douglas Moore Goodrich
Brian Douglas Moore Goodrich
ARDC #: 6309108
Justin Abdilla & Associates
*Attorneys for Defendant*
650 Warrenville Rd. Unit 100
Lisle, IL 60532
Phone: (630) 839-9195
Email: bdgoodr@abdillalaw.com

**<u>CERTIFICATE OF SERVICE</u>**

   I, Brian Douglas Moore Goodrich, an attorney of record in this matter, hereby certify that on June 20, 2025 I caused a true and accurate copy of the foregoing to be served upon all counsel of record, including those indicated in the below service list, by filing the same with the CM/ECF system, which will send notification of such filing to all attorneys of record.

                     <u>/s/ Brian Douglas Moore Goodrich</u>
                     Brian Douglas Moore Goodrich

<u>Service List</u>

Anthony Paronich
PARONICH LAW, P.C.
*Attorney for Plaintiff*
350 Lincoln St., Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com
Phone: (617) 485-0018
Fax: (508) 318-8100