## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Moore
                          Plaintiff,

v.                                            Case No.: 1:25–cv–04568
                                                      Honorable Andrea R. Wood

CN Construction Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic initial status hearing held on 7/22/2025. The Court adopts the parties' proposed case schedule set forth in their initial joint status report [10], as modified on the record. The parties shall serve Fed. R. Civ. P. 26(a)(1) initial disclosures by 8/8/2025. Fact discovery shall be completed by 4/9/2026. Plaintiff's expert disclosures shall be served by 4/30/2026. Plaintiff's experts shall be deposed by 5/21/2026. Defendant's expert disclosures shall be served by 6/18/2026. Defendant's experts shall be deposed by 7/9/2026. Any motion for class certification shall be filed by 8/6/2026. By 9/22/2025, the parties shall file a joint status report setting forth: (1) the current status of discovery, including what progress has been made, whether the parties are aware of any discovery disputes that will require the Court's involvement, and whether the parties are aware of any reason why they will not be able to complete fact discovery by the 4/9/2026 deadline; (2) the parties' views regarding prospects for settlement and whether the parties request a referral to the magistrate judge for a settlement conference; and (3) whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.