IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : <br> : Case No. 1:25-cv-04568 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| C&N CONSTRUCTION INC. | : <br> : Hon. Andrea Wood |
| Defendant. | : <br> : |

**JOINT STATUS REPORT**

1. **Status of Discovery**

On July 12, 2025, Plaintiff served Defendant with written discovery requests. Defendant did not seek an extension of time and has not served responses to those requests. Plaintiff has repeatedly sought to resolve this issue through the meet-and-confer process, and Defendant's counsel indicated during those conferences that responses were being prepared. To date, however, no responses have been received.

Counsel for Defendant represents that he anticipates serving partial responses serving partial responses within the day, and continuing to meet and confer about completing any outstanding production.

In addition, Plaintiff has served multiple subpoenas on third-party vendors and carriers. Plaintiff has obtained productions that include records of all telemarketing calls made by Defendant during the class period. Those records are currently under review by Plaintiff's expert, who is preparing an expert report. Plaintiff anticipates that report will be completed within the next several weeks.

At this time, Plaintiff is not aware of any reason why fact discovery cannot be completed by the Court's April 9, 2026 deadline, but Defendant's failure to provide discovery responses may require the Court's intervention if responses are not promptly forthcoming.

2. **Prospects for Settlement**

The parties have had preliminary discussions regarding the possibility of settlement. Plaintiff believes that meaningful settlement discussions will be most productive after Plaintiff's expert completes his analysis of the third-party subpoenaed call data. Plaintiff anticipates that this report will provide the basis for informed settlement negotiations. The parties are considering private mediation following the expert report. At this time, the parties do not request referral to a magistrate judge for a settlement conference but may do so after the expert analysis is complete.

3. **Need for Telephonic Status Hearing**

The parties do not presently request a telephonic status hearing. However, if Defendant continues to withhold discovery responses, Plaintiff may seek a hearing to address discovery deficiencies and ensure the case remains on track for the current deadlines.

Dated: September 22, 2025

| PLAINTIFF, | DEFENDANT, |
|---|---|
| */s/ Anthony I. Paronich* | */s/ Brian Douglas Moore Goodrich* |
| Anthony I. Paronich | Brian Douglas Moore Goodrich |
| Paronich Law, P.C. | ARDC #: 6309108 |
| 350 Lincoln Street, Suite 2400 | Justin Abdilla & Associates |
| Hingham, MA 02043 | *Attorneys for Defendant* |
| (508) 221-1510 | 650 Warrenville Rd. Unit 100 |
| anthony@paronichlaw.com | Lisle, IL 60532 |
| | Phone: (630) 839-9195 |
| *Attorneys for Plaintiff* | Email: bdgoodr@abdillalaw.com |

**CERTIFICATE OF SERVICE**

I, hereby certify that on September 22, 2025, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*
Anthony Paronich