## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Moore

                Plaintiff,

v.                                                Case No.: 1:25−cv−04568
                                                          Honorable Andrea R. Wood

CN Construction Inc.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference. (lma, )

Dated: September 29, 2025

                                                                                  /s/ Andrea R. Wood

                                                                        United States District Judge