# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Moore

                    Plaintiff,

v.                                   Case No.: 1:25−cv−04568

                                   Honorable Andrea R. Wood

CN Construction Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

      MINUTE entry before the Honorable Maria Valdez: Hearing on Plaintiff's Motion to Compel Discovery Responses [13] is set for 10/15/25 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. The parties are ordered to meet and confer in person or by video and must file a joint status report detailing any remaining disputes about the issues raised in the motion no later than 12:00 p.m. on 10/13/25. The parties are cautioned that if a ruling is necessary, and they have failed to meet and confer in good faith, the Court will strictly construe Federal Rule of Civil Procedure 37(a)(5). Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.