# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : : Case No. 1:25-cv-04568 |
| Plaintiff, | : |
| v. | : : |
| C&N CONSTRUCTION INC. | : : Hon. Andrea Wood |
| Defendant. | : : |

## STIPULATION REGARDING PLAINTIFF'S MOTION TO COMPEL

Plaintiff George Moore and Defendant C&N Construction Inc. (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff's Motion to Compel Discovery Responses (ECF No. 13) was referred by Judge Wood to Magistrate Judge Valdez for resolution, with a hearing currently set for October 15, 2025 at 10:00 a.m. and a joint status report due October 13, 2025.

2. Since the filing of that motion, Defendant has served written responses and objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

3. Defendant further agrees to produce all responsive, non-privileged documents identified in those responses by October 21, 2025.

4. In light of this agreement, the Parties respectfully request that the Court vacate the October 13, 2025 joint status report deadline and the October 15, 2025 hearing, and hold Plaintiff's Motion to Compel in abeyance. If Defendant fails to complete its agreed production within the time provided, Plaintiff may renew the Motion to Compel without prejudice to any arguments.

5. Nothing in this Stipulation shall be construed as a waiver of any rights, objections, or defenses available to either Party, including the right to assert privilege or seek further relief from the Court.

Dated: October 6, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

*/s/ Brian Douglas Moore Goodrich*
Brian Douglas Moore Goodrich
JUSTIN ABDILLA & ASSOCIATES
650 Warrenville Rd., Unit 100
Lisle, IL 60532
(630) 839-9195
bdgoodr@abdillalaw.com

*Counsel for Defendant*