UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

George Moore

                                          Plaintiff,

v.                                                                    Case No.: 1:25−cv−04568
                                                                                 Honorable Andrea R. Wood

CN Construction Inc.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Maria Valdez: Pursuant to the parties' Stipulation Regarding Plaintiff's Motion to Compel [17], the 10/13/25 status report deadline and motion hearing set for 10/15/25 are stricken. Plaintiff's Motion to Compel Discovery [13] is denied as moot without prejudice to refiling if Defendant has not produced discovery as agreed by 10/21/25. The parties shall file a joint status report on discovery progress and the prospects of settlement by 12/5/25. If they wish to begin the process of scheduling a settlement at any time prior to that date, they may notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.