## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

George Moore
                          Plaintiff,

v.
                                         Case No.: 1:25−cv−04568
                                         Honorable Andrea R. Wood

CN Construction Inc.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2025:

      MINUTE entry before the Honorable Maria Valdez: On 10/6/25, the parties were ordered to file a status report no later than 12/5/25. To date, no report or motion to extend the deadline has been filed. The status report must be filed no later than 12/12/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.