IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : |
| | : Case No. 1:25-cv-04568 |
| Plaintiff, | : |
| v. | : |
| C&N CONSTRUCTION INC. | : |
| | : Hon. Andrea Wood |
| Defendant. | : |

**JOINT STATUS REPORT**

The parties submit this Joint Status Report pursuant to the Court's Minute Order (Dkt. 19) requiring a status report to be filed no later than December 12, 2025.

**1. Status of Discovery**

Since the last status update, the parties have been actively engaged in written discovery and are continuing to meet and confer regarding the scope and timing of certain responses and third-party discovery. Plaintiff served a second set of discovery and provided Plaintiff's expert report. The parties have also been working to schedule depositions, including a Rule 30(b)(6) deposition and an individual deposition. Defendant has provided preliminary availability for a key witness on January 6 and January 13, and Defendant has indicated it expects to provide additional dates for another witness/designated representative. The parties will continue to coordinate dates and logistics, including whether any depositions will proceed via Zoom by agreement.

In addition, the parties have identified potentially relevant third-party information and/or discovery issues involving HailTrace, a data provided of the Defendant. The parties have scheduled that deposition for January.

2. **Prospects for Settlement**

The parties have had preliminary discussions regarding the possibility of settlement. Plaintiff has now provide his expert report that assesses damages and proposed mediators. The Defendant has not responded on this topic. At this time, the parties do not request referral to a magistrate judge for a settlement conference but may do so at a later time.

3. **Need for Telephonic Status Hearing**

The parties do not presently request a telephonic status hearing. However, if Defendant continues to withhold discovery responses, Plaintiff may seek a hearing to address discovery deficiencies and ensure the case remains on track for the current deadlines.

Dated: December 10, 2025

| PLAINTIFF, | DEFENDANT, |
|---|---|
| /s/ *Anthony I. Paronich* | /s/ *Brian Douglas Moore Goodrich* |
| Anthony I. Paronich | Brian Douglas Moore Goodrich |
| Paronich Law, P.C. | ARDC #: 6309108 |
| 350 Lincoln Street, Suite 2400 | Justin Abdilla & Associates |
| Hingham, MA 02043 | *Attorneys for Defendant* |
| (508) 221-1510 | 650 Warrenville Rd. Unit 100 |
| anthony@paronichlaw.com | Lisle, IL 60532 |
|  | Phone: (630) 839-9195 |
| *Attorneys for Plaintiff* | Email: bdgoodr@abdillalaw.com |

## **CERTIFICATE OF SERVICE**

I, hereby certify that on December 10, 2025, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*
Anthony Paronich
