**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

George Moore
                              Plaintiff,

v.                                                 Case No.: 1:25−cv−04568
                                                          Honorable Andrea R. Wood

CN Construction Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

      MINUTE entry before the Honorable Maria Valdez: The parties report that discovery is proceeding on schedule. A further joint status report shall be filed no later than 2/14/26. If the parties wish to begin the process of scheduling a settlement conference at any time prior to that date, they should notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.