**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:25-cv-04568 |
| v. | ) ) ) | |
| C&N CONSTRUCTION INC. | ) ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY AND TO MODIFY THE CASE SCHEDULE IN THIS MATTER**

NOW COMES the Defendant, C&N Construction Inc. ("C&N"), by and through it's attorney, Brian Douglas Moore Goodrich of Justin Abdilla and Associates, and the Plaintiff, George Moore, by and through his attorney Anthony I. Paronich of Paronich Law, P.C., and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, hereby jointly move this Honorable Court for a 45 day extension of the deadline to complete fact discovery from April 9, 2026 to May 24, 2026. The parties similarly request a 45-day extension of the other deadlines in the case schedule to accommodate the discovery extension. In support thereof, the parties state as follows:

1. On July 22, 2025, this Honorable Court set the case schedule in this matter, with the following deadlines: close of fact discovery 4/9/2026; Plaintiff's expert disclosures by 4/30/2026; Plaintiff's experts to be deposed by 5/21/2026; Defendant's expert disclosures by 6/18/2026; Defendant's experts to be deposed by 7/9/2026; motion for class certification to be filed by 8/6/2026. [DE 11].

2. Since that date, the parties have been diligently conducting discovery. Plaintiff has issued three sets of Interrogatories and Requests for Production, and four subpoenas. Defendant has issued two sets of Interrogatories and Requests for Production and 2 subpoenas. The parties have

1

completed three depositions: two depositions of Defendant's employees and one third party deposition.

3. However, both Plaintiff and Defendant will be unable to complete fact discovery by 4/9/2026:

   a. Both parties have outstanding written discovery, including several sets which were issued as follow ups to some of the most recent depositions. Both parties have sought mutual extensions from each other to respond to written discovery, but do not expect to complete this written discovery until after April 9, 2026.

   b. Plaintiff intends to depose another of Defendant's corporate officers following Defendant's responses to the outstanding written discovery. Defendant similarly intends to depose Plaintiff following Plaintiff's responses to the outstanding written discovery.

   c. Plaintiff also intends to depose several of Defendant's former employees, whose availability for deposition has not yet been determined. It is very possible that additional follow up written discovery may be issued following their depositions.

   d. Much of the critical information and documents in this case remain in the possession of Defendant's third party vendors. Counsel for Defendant has had productive meet and confer communications with counsel for two of these third parties regarding document subpoenas issued to them, but does not expect that all requested documents will be produced until after April 9, 2026. Defendant expects that it will supplement its written discovery responses based upon the information contained in the produced documents.

4. Counsel for Plaintiff and Defendant have conferred regarding the remaining discovery in this matter. In order to ensure a full and fair investigation of the facts, and exchange of information between the parties, the parties jointly respectfully request that his Honorable Court extend the deadline to complete fact discovery by 45 days, in addition to the other deadlines in the case schedule as follows:

2

    a.   close of fact discovery 4/9/2026, 45 days to **5/24/2026**;

    b.   joint status report from 4/10/2026 to **5/25/2026**;

    c.   Plaintiff's expert disclosures by 4/30/2026, 45 days to **6/14/2026**;

    d.   Plaintiff's experts to be deposed by 5/21/2026, 45 days to **7/5/2026**;

    e.   Defendant's expert disclosures by 6/18/2026, 45 days to **8/2/2026**;

    f.   Defendant's experts to be deposed by 7/9/2026, 45 days to **8/24/2026**;

    **g.**   Motion for class certification to be filed by 8/6/2026, 45 days to **9/20/2026.**

5. This is the first request by either Plaintiff or Defendant for an extension of time to complete fact discovery, and an extension of deadlines in the case schedule.

6. Rule 16(b)(4) of the Federal Rules of Civil Procedure provides that, "A schedule may be modified only for good cause and with the judge's consent."

7. The parties aver that the above facts constitute good cause for an extension of the discovery closing date, and that extending the deadlines for expert disclosures and depositions and the motion for class certification would be fair and necessary. The parties are confident that a 45-day extension will be sufficient time to complete any remaining depositions and follow up written discovery.

8. Pursuant to this Court's Standing Order, Plaintiff and Defendant do not requesting a hearing on this motion.

WHEREFORE, Defendant C&N Construction Inc. and Plaintiff George Moore respectfully request that

this Honorable Court grant this joint motion and enter an order:

A. Extending the deadline to complete fact discovery by 45 days, to 5/24/2026;

B. Extending the remaining deadlines in the case schedule by 45 days, as set forth in paragraph 4

   of this motion; and/or,

C. Granting any other such relief as this Court deems just and equitable.

Date: March 26, 2026

Respectfully Submitted,
/s/ Brian Douglas Moore Goodrich
Brian Douglas Moore Goodrich
ARDC #: 6309108
Justin Abdilla & Associates
*Attorneys for Defendant*
650 Warrenville Rd. Unit 100
Lisle, IL 60532
Phone: (630) 839-9195
Email: bdgoodr@abdillalaw.com


*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Attorneys for Plaintiff*

4

## <u>CERTIFICATE OF SERVICE</u>

I, Brian Douglas Moore Goodrich, an attorney of record in this matter, hereby certify that on March 26, 2026, I caused a true and accurate copy of the foregoing to be served upon all counsel of record, including those indicated in the below service list, by filing the same with the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Brian Douglas Moore Goodrich
Brian Douglas Moore Goodrich

<u>Service List</u>

Anthony Paronich
PARONICH LAW, P.C.
*Attorney for Plaintiff*
350 Lincoln St., Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com
Phone: (617) 485-0018
Fax: (508) 318-8100

5