## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

George Moore

                Plaintiff,

v.

                                        Case No.: 1:25–cv–04568

                                        Honorable Andrea R. Wood

CN Construction Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 26, 2026:

      MINUTE entry before the Honorable Maria Valdez: The parties' Joint Motion for Extension of Time to Complete Fact Discovery and to Modify the Case Schedule in this Matter [26] is granted. The fact discovery deadline is extended to 5/24/26; Plaintiff's experts shall be disclosed by 6/14/26 and deposed by 7/5/26; Defendant's experts shall be disclosed by 8/2/26 and deposed by 8/24/26; and the motion for class certification shall be filed by 9/20/26. There will be no further extensions absent extraordinary circumstances. The status report date of 4/10/26 is stricken and reset to 5/25/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.