**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

GEORGE MOORE, on behalf of himself and
others similarly situated,

        Plaintiff,

v.

C&N CONSTRUCTION INC.

        Defendant.

:
: Case No. 1:25-cv-04568
:
:
:
:
:
:
:
:
:
:
:

**JOINT STATUS REPORT**

The parties submit this Joint Status Report pursuant to the Court's Minute Order requiring a status report to be filed no later than April 10, 2025.

1. **Status of Discovery**

Since the last status update, the parties have been actively engaged in written discovery and are continuing to meet and confer regarding the scope and timing of certain responses and third-party discovery. Defendant served supplemental responses to the Plaintiff's second set of discovery. The parties have conducted a Rule 30(b)(6) deposition and finished a third-party deposition. They are also scheduling further depositions.

2. **Prospects for Settlement**

The parties have had preliminary discussions regarding the possibility of settlement. Plaintiff has now provided his expert report that assesses damages and proposed mediators. The Defendant has not responded on this topic. At this time, the parties do not request referral to a magistrate judge for a settlement conference but may do so at a later time.

Dated: April 8, 2026

PLAINTIFF,                                    DEFENDANT,

*/s/ Anthony I. Paronich*                       /s/ Brian Douglas Moore Goodrich
Anthony I. Paronich                           Brian Douglas Moore Goodrich
Paronich Law, P.C.                            ARDC #: 6309108
350 Lincoln Street, Suite 2400                Justin Abdilla & Associates
Hingham, MA 02043                             *Attorneys for Defendant*
(508) 221-1510                                650 Warrenville Rd. Unit 100
anthony@paronichlaw.com                       Lisle, IL 60532
                                              Phone: (630) 839-9195
*Attorneys for Plaintiff*                       Email: bdgoodr@abdillalaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on April 8, 2026, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*
Anthony Paronich

2