**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | Case No. 1:25-cv-04568 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| C&N CONSTRUCTION INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Minute Order requiring a status report.

### 1. Status of Discovery

Since the last status update, the parties have completed all of the depositions and written discovery in this matter absent one third-party deposition, a former employee of the Defendant. That former employee was served with a subpoena recently and the deposition is scheduled for May 26.

### 2. Prospects for Settlement

The parties have had preliminary discussions regarding the possibility of settlement. At this time, the parties do not request referral to a magistrate judge for a settlement conference but may do so at a later time.

Dated: May 19, 2026

PLAINTIFF,                                          DEFENDANT,

/s/ *Anthony I. Paronich*                           /s/ *Brian Douglas Moore Goodrich*
Anthony I. Paronich                                Brian Douglas Moore Goodrich
Paronich Law, P.C.                                 ARDC #: 6309108
350 Lincoln Street, Suite 2400                     Justin Abdilla & Associates
Hingham, MA 02043                                  *Attorneys for Defendant*
(508) 221-1510                                     650 Warrenville Rd. Unit 100
anthony@paronichlaw.com                            Lisle, IL 60532
                                                   Phone: (630) 839-9195
*Attorneys for Plaintiff*                           Email: bdgoodr@abdillalaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on May 19, 2026, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

/s/ *Anthony Paronich*
Anthony Paronich