## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | |
| | : | Case No. 1:25-cv-04568 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| C&N CONSTRUCTION INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Minute Order requiring a status report.

### 1. Status of Discovery

Since the last status update, the parties have completed fact discovery, and Defendant has deposed Plaintiff's disclosed expert.

### 2. Prospects for Settlement

The parties have had discussions regarding the possibility of settlement. At this time, the parties do not request referral to a magistrate judge for a settlement conference but may do so at a later time. The parties are working toward scheduling a private mediation.

Dated: July 6, 2026

PLAINTIFF,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

DEFENDANT,

/s/ *Brian Douglas Moore Goodrich*
Brian Douglas Moore Goodrich
ARDC #: 6309108
Justin Abdilla & Associates
*Attorneys for Defendant*
650 Warrenville Rd. Unit 100
Lisle, IL 60532
Phone: (630) 839-9195
Email: bdgoodr@abdillalaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on July 6, 2026, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

/s/ *Anthony Paronich*
Anthony Paronich