**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | |
| | : | Case No. 1:25-cv-04568 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| C&N CONSTRUCTION INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT STATUS REPORT

Pursuant to the Court's July 6, 2026 Minute Order, Plaintiff Brian Douglas Moore and Defendant C&N Construction Inc., by and through their respective counsel, respectfully submit this Joint Status Report regarding the status of their mediation efforts.

The parties have completed fact discovery, and both parties have served their expert disclosures. The parties have also agreed to participate in private mediation through JAMS and have selected a mediator, Bradley Winters of JAMS. The parties are presently working with the mediator to schedule the mediation. Based on the mediator's availability, the parties anticipate that mediation will occur in October 2026.

The parties believe that allowing sufficient time for that review, while also accommodating the mediator's availability, will facilitate a meaningful mediation. The current deadline for Plaintiff to file his motion for class certification is September 20, 2026. In light of the anticipated October mediation, and to permit the parties to devote their resources to mediation before incurring the additional expense associated with class-certification briefing, the parties jointly request a forty-five (45) day extension of that deadline, from September 20, 2026

to November 4, 2026. Of course, if the Court prefers, the parties will file a separate joint motion to extend just that deadline.

The parties will promptly notify the Court once the mediation date has been confirmed.

Dated: August 7, 2026

PLAINTIFF,                                            DEFENDANT,

*/s/ Anthony I. Paronich*                              /s/ *Brian Douglas Moore Goodrich*
Anthony I. Paronich                                   Brian Douglas Moore Goodrich
Paronich Law, P.C.                                    ARDC #: 6309108
350 Lincoln Street, Suite 2400                        Justin Abdilla & Associates
Hingham, MA 02043                                     *Attorneys for Defendant*
(508) 221-1510                                        650 Warrenville Rd. Unit 100
anthony@paronichlaw.com                               Lisle, IL 60532
                                                      Phone: (630) 839-9195
*Attorneys for Plaintiff*                             Email: bdgoodr@abdillalaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on August 7, 2026, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*
Anthony Paronich

2