## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

George Moore

                     Plaintiff,

v.

                                         Case No.: 1:25–cv–04568
                                         Honorable Andrea R. Wood

CN Construction Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2026:

      MINUTE entry before the Honorable Maria Valdez: The parties advise that fact discovery is complete, expert disclosures have been made, and their mediation is expected to take place in October. Their joint request to extend the class certification briefing schedule must be made by a separate motion before the District Judge. A status report on mediation is due no later than 11/5/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.