**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated, | : | |
| | : | Case No. 1:25-cv-04568 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| C&N CONSTRUCTION INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

## JOINT MOTION TO EXTEND CLASS CERTIFICATION BRIEFING SCHEDULE

Plaintiff Brian Douglas Moore and Defendant C&N Construction Inc., by and through their respective counsel, jointly move to extend the deadline for Plaintiff to file his motion for class certification from September 20, 2026 to October 17, 2026. In support of their motion, the parties state as follows:

1. Fact discovery is complete, and both parties have made their expert disclosures.

2. The parties have agreed to participate in private mediation through JAMS and have selected a mediator. The mediation is now scheduled for October 5, 2026.

3. On August 7, 2026, Magistrate Judge Maria Valdez entered a Minute Order noting that fact discovery is complete, expert disclosures have been made, and the parties' mediation is expected to take place in October. The Court further directed that the parties' joint request to extend the class certification briefing schedule be made by separate motion before the District Judge.

4. Plaintiff's current deadline to file his motion for class certification is September 20, 2026.

5. Because mediation is scheduled to occur approximately two weeks after the current class certification deadline, the parties jointly request that the deadline for Plaintiff's motion for class certification be extended to October 17, 2026.

6. The requested extension will permit the parties to participate in mediation before Plaintiff is required to incur the time and expense associated with preparing and filing his motion for class certification. If the mediation is successful, that briefing may be unnecessary altogether.

7. The requested extension is made jointly and in good faith to facilitate the parties' settlement efforts, conserve the resources of the parties and the Court, and is not sought for purposes of delay.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff to file his motion for class certification from September 20, 2026 to October 17, 2026, and grant such other and further relief as the Court deems appropriate.

Dated: August 7, 2026

PLAINTIFF,                                          DEFENDANT,

/s/ Anthony I. Paronich                             /s/ Brian Douglas Moore Goodrich
Anthony I. Paronich                                 Brian Douglas Moore Goodrich
Paronich Law, P.C.                                  ARDC #: 6309108
350 Lincoln Street, Suite 2400                      Justin Abdilla & Associates
Hingham, MA 02043                                   *Attorneys for Defendant*
(508) 221-1510                                      650 Warrenville Rd. Unit 100
anthony@paronichlaw.com                             Lisle, IL 60532
                                                    Phone: (630) 839-9195
*Attorneys for Plaintiff*                           Email: bdgoodr@abdillalaw.com

2

## CERTIFICATE OF SERVICE

I, hereby certify that on August 7, 2026, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*
Anthony Paronich