Docusign Envelope ID: EE7CA317-6E21-8472-8259-FC9E0355756F


# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE MOORE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C&N CONSTRUCTION INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION FILE NO.<br><br>1:25-cv-04568<br><br>Hon. Andrea Wood |

**DECLARATION OF GEORGE MOORE IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, George Moore, declare as follows:

1. I am the named Plaintiff in this action. I make this declaration based on my own personal knowledge, and if called to testify, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Class Certification.

3. My telephone number ends in -3200. It is a residential, non-commercial number that I use for my own personal and household purposes. I do not use this number for any business purpose, and it is not associated with any business of mine.

4. My telephone number has been registered on the National Do Not Call Registry for over ten years, since well before I began receiving the calls described below.

5. Despite my number's registration on the National Do Not Call Registry, I received at least nine telemarketing calls from C&N Construction Inc. ("C&N Construction") between July 2024 and April 2025. On July 29, 2024, I received a call from a woman who identified herself as "Julie" calling from C&N Construction, who offered to inspect my roof, siding, and gutters. On March 27, 2025, I received a call from a man who identified himself as "John"

calling from "C&N Construction in Hillside," who solicited for a roof inspection. I subsequently received additional calls, including calls on April 7, 11, and 17, 2025, from a man who identified himself as "Martin" calling from C&N Construction, again soliciting for a roof inspection.

6. I never provided C&N Construction, or anyone calling on its behalf, with my consent, written or otherwise, to receive any of these calls. I had no relationship with C&N Construction before these calls began.

7. I do not have any interest that conflicts with the interests of other members of the proposed Class. My only interest in this litigation is in ending C&N Construction's unlawful calling practices and obtaining relief for myself and the Class.

8. I understand that as a proposed class representative, I have a duty to act in the best interests of the Class as a whole, and not merely in my own individual interest. I accept that responsibility and am willing and able to continue fulfilling it, including by responding to written discovery, sitting for a deposition, and otherwise participating in this litigation as needed.

9. I have arranged for my counsel to advance the costs of this litigation, including the costs of providing notice to the Class, and I do not expect to personally bear those costs.

10. I support the appointment of Paronich Law, P.C. as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2026.

Signed by:
George Moore
436D7D566287421...

Signed by:
George Moore
D7D566287421...

George Moore