# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

GEORGE MOORE, on behalf of
himself and others similarly
situated,
Plaintiff,

vs. No. 1:25-CV-04568

C&N CONSTRUCTION INC.,
Defendant.

THE ZOOM DEPOSITION of KEVIN VACCO, called as a witness by the Plaintiff in the above entitled cause, taken before me, Deanna S. Gabbert, CSR, License #084-002929, a Notary Public in and for the County of Peoria and State of Illinois, on the 17th day of February, A.D., 2026.

APPEARANCES:
PARONICH LAW
anthony@paronichlaw.com
By: Anthony Paronich, Esq.
For the Plaintiff

ABDILLA LAW
bdgoodr@abdillalaw.com
justin.abdilla@abdillalaw.com
By: Brian Goodrich, Esq
and Justin Abdilla, Esq.
For the Defendant
ALSO PRESENT: Katie Fatigato



********

INDEX


Examination by:
Mr. Paronich 5
Mr. Goodrich 63

Deposition Exhibits Marked:
No. 1 8
No. 2 21
No. 3 25
Defendant's Exhibits Marked:
No. 1 66
Notice of Deposition

No. 2 67
C & N Rule 26 Disclosure

No. 3 71
C & N Compliance Training Manual
(Exhibits attached.)




KEVIN VACCO,
being first duly sworn, deposes and says as follows, in answer to:
EXAMINATION BY MR. PARONICH:
Q. Mr. Vacco, you've heard my name off the record, but I will introduce myself on the record. My name is Anthony Paronich. I'm one of the attorneys that represents the plaintiff in this action. Have you ever had your deposition taken?
A. I have not.
Q. Okay. So I will go over some of the ground rules that will help us get through this as efficiently as possible. The first is Ms. Gabbert is writing down everything we say, and in the years of doing this, the best analogy I've come up with is it's kind of like creating a book. Why I say that is because if you keep that in mind, I find this to be more efficient to get through, and so there are a couple things related to that.
Very typical for me in conversation to jump in to answer your question, because I know



what you're going to say. That helps us move quicker. However, if you think about creating a book, it will get really garbled and the question won't be clear and the answer will be unclear, and we actually have to start the question over again. So we try to avoid that. Does that make sense?
A. Yes.
Q. I nod and shake my head all the time. It's an easy way to communicate, also. But you can't really write that down, right?
A. Yeah.
Q. So we try to give audible answers.
Do you understand the oath that you took is similar to the oath you would take in a court of law?
A. Yes.
Q. So this is very much like a legal proceeding. And one of the few ways -- because this a legal proceeding but it's very much like being in a courtroom. And one of the few ways in which it's different, as you see, there's no judge here. So if you have a familiarity with courtroom proceedings or if you've seen them on



MAGNA LEGAL SERVICES

TV, you probably know that a judge will rule on objections that attorneys make. We don't have one here.

So how objections work is, you know, your company has retained Mr. Goodrich, who is an incredibly competent counsel, and at times, he might believe it's in your interest to lodge an objection. That, with no judge here and no ruling to be made, even though there's an objection, if you understand my question, you still answer it, and the judge decides later on if the question's proper or not.

That was a little complicated. Does that also make sense?

A. If there is objection, still answer the question. The judge decides later. Yes.
Q. If you understand it.
A. If I understand it.
Q. Right. If Brian makes an objection that has nothing to do with you thinking to yourself, I have no idea what Anthony is talking about, that's fine. You just tell me you don't understand, and I will try to ask a better question. So with that caveat, does that whole



instruction now make sense?
A. Yes.
Q. Okay. And the last thing is, and you probably know this already, one of the protections our law has is that conversations you've had with your attorney are almost always privileged. And for purposes of today, they always will be privileged.

So even if an answer to my question, what feels technically responsive and you want to be able to speak the truth here today because you're under oath, if it would include a conversation with your attorney, you leave that out. Does that make sense?
A. Yes.
Q. One of the benefits of us not being in a courthouse today, you can take a break anytime, any reason, any amount -- for any amount of time. You don't have to tell us why. Just let us know you need a break. The only caveat we have with that is if I have a question pending, we like to get an answer to that question before we take the break. Does that make sense?



A. Yes.
Q. Cool. We will get started. Are you on Zoom or do you have access to, like, the chat function? I don't have many exhibits, but I'm going to put the few that I have in there.
A. I'm on Zoom through my laptop.
Q. Okay. So I don't know, then, if you will be able to access this, but Brian and I will work through it.

MR. PARONICH: So the first document I'll put in, Brian, is the 30(b)(6) notice.

MR. GOODRICH: Okay.

BY MR. PARONICH:
Q. So that should be in the chat now, Mr. Vacco. Is that accessible to you? Does it pop up?

MR. PARONICH: Or, Brian, we can go off and I can just email you what I have.

MR. GOODRICH: Do you see the copy of the PDF in the chat section?

THE WITNESS: I do, yeah. I can pull it up separately, yes.

(Deposition Exhibit Number 1 was identified for the purpose of the record.)



BY MR. PARONICH:
Q. Okay. Great. So you understand that you are appearing today as a corporate representative of C&N Construction in addition to as an individual, correct?
A. Yes.
Q. Okay. So as a corporate representative, do you understand that your testimony as to the topics you are here on for today binds the company?

I'm sorry. I don't know if I cut out or if you heard that or you were able to answer it.

MR. GOODRICH: Looks like the screen might frozen.

MR. PARONICH: I was going to say unless he's got an incredible stare, I think his screen froze. We'll hold tight, Brian. We'll go off, and he'll log back in, I'm sure.

THE WITNESS: I'm sorry, guys. I clicked on a different button for that PDF and I x'd out of here.

BY MR. PARONICH:
Q. It's okay. So then, Mr. Vacco, did you hear my last question about understanding if your



MAGNA LEGAL SERVICES

testimony binds the company?
A. I didn't hear all that, no.
Q. Okay. So you do understand that you are here in part as a corporate representative today, correct?
A. Yes.
Q. Do you also understand that as to the topics you are here for, your testimony binds the company?
A. Yes.
Q. Okay. So this case relates to outbound telemarketing calls. Did you have an understanding of that prior to today?
A. Yes.
Q. Okay. Does C&N Construction make outbound telemarketing calls?
A. Yes.
Q. What is the -- as a general matter, what kind of business is C&N Construction in?
A. C&N Construction is a general contractor. We focus largely on exterior restoration and also storm damage. So majority of our calls are placed for that reason to see if we can provide a free property inspection for folks in an area



that may have received recent storms.
Q. I think I followed all that, but I think I also heard that C&N does non-storm work as well. Is that correct?
A. We do, yes.
Q. The outbound calls with date of purchase from HailTrace, are those only --
MR. GOODRICH: Objection.
MR. PARONICH: I'm sorry?
MR. GOODRICH: No, sorry. Finish your question.
BY MR. PARONICH:
Q. I will ask a different one, Mr. Vacco.
Does C&N Construction have a relationship with HailTrace?
A. Yes. We have a license from HailTrace.
Q. And what does that license permit C&N to do with respect to the relationship with HailTrace?
MR. GOODRICH: Objection. Form of the question.
You can answer if you understand.
THE WITNESS: Our current license or any previous licenses we had in the past?



BY MR. PARONICH:
Q. Fair clarification. Let's start with the current license.
A. The current license allows us to access storm data, maps, and areas of impact in the areas that we currently subscribe to. It also allows us to pull lists of contacts for residential and commercial properties.
Q. Does the prior license differ in any way?
A. Until January of 2024, the license was just for storm mapping. In January of 2024, we added residential and commercial data for consumers in those areas.
Q. Got it. Thank you.
When did you -- what was your current position at C&N?
A. I'm the vice president of C&N Construction.
Q. When did -- roughly when did you start at that position?
A. In this particular role, roughly four years.
Q. Did you work for the company before that?
A. I did.
Q. For how long?
A. I've been with C&N Construction since 2017.



Q. Do you know approximately how many employees C&N Construction currently has?
A. At the current time, it has roughly 50 employees.
Q. Okay. And when I say "employees," I'm trying to not include independent contractors. Did your answer also make that distinction?
A. Yes.
Q. Okay. Do you have an approximation of how many independent contractors that C&N also works with?
A. Would you be including subcontractors, laborers also in that area?
Q. I guess I'm going to ask some questions to find out. So with C&N Construction, what do you mean when you say "laborer"?
A. So the individuals who perform the actual work. The installation of roofing materials, the installation of siding, the installation of gutters, et cetera.
Q. Let's please include them. I think you also used the phrase "subcontractor." Did I hear that right?
A. Yeah. That's what we refer to them as. The

Page 14

laborers are referred to as subcontractors.
Q. Okay. Great. For this approximation, then, could you please include the subcontractors.
A. As far as the amount of people on each subcontracting team, it'd be hard to estimate, to be honest with you. We have quite a few.
Q. Okay. That's fair.
A. I'd say we probably have roughly 30 subcontractors that we use currently. That would be my estimate right now.
Q. So would it be fair to say that C&N Construction currently has about 50 employees and approximately 30 additional independent contractors?
A. To my knowledge, yes.
Q. Understood. I think you said you served in the role of vice president for approximately four years. Did I hear that correctly?
A. Yes.
Q. Has C&N Construction always engaged in outbound telemarketing during that time?
A. No.
Q. When did that program begin?
A. That program began roughly in August of 2023.

Page 15

Q. Were you part of the decision to engage in that program?
A. Yes.
Q. Okay. Who else was part of that decision-making process?
A. It would have been myself; it would have been discussions with Owen, who's the vice president of sales; and Curtis Eshghy, who is the owner and CEO of C&N Construction.
Q. Would you be able to spell Curtis's last name for us, please.
A. Sure. E-S-H-G-H-Y.
Q. Thank you. I think you also mentioned an Owen who is the vice president of sales. I don't know if I heard a last name. Do you know his last name?
A. Yeah. Calkins.
Q. Would you please spell that for us as well.
A. I might butcher it. C-A-L-K-I-N-S, I believe.
Q. Okay. But you were part of these discussions personally about engaging in the telemarketing program, correct?
A. Yes.
Q. Okay. So can you give me an overview of who --

Page 16

you've already said who was involved in those discussions, but what was discussed and who made the decision ultimately to implement the program?
A. Yeah. So basically, the initial approach was to revitalize leads that we had talked with in the past, right. We have a CRM with tens of thousands of individuals who our outside sales team had previously contacted, and when a storm happens, we want to make sure that we reach out to those individuals again to offer that free property inspection.
Additionally, on top of that, we are a master or lead certified contractor with the shingle manufacturer named GAF. So we reach out to current contacts, current people that we're working with, to see if we can upsell a warranty system.
Q. Was that G-A-F?
A. Yes.
Q. I think you had indicated, Mr. Vacco, that that was the beginning of the program, but over time, it involved a relationship with HailTrace, correct?

Page 17

A. Correct.
Q. And can you explain to me the genesis of that relationship with HailTrace as it related to the calling conduct.
MR. GOODRICH: Objection. Form of question.
You can answer if you understand it.
THE WITNESS: I guess I don't quite understand. You want to know the relationship of HailTrace involving the calls that we made?
BY MR. PARONICH:
Q. I was trying to ask about how it began.
A. Okay. Yeah. The thought was that if we were able to reach out to potential clients in areas that were impacted by weather events and offer free property inspections, inevitably that would help to drive business and revenue.
Q. And to acquire those telephone numbers, your company had a relationship with HailTrace where it paid a licensing fee to get those numbers?
MR. GOODRICH: Objection. Foundation.
BY MR. PARONICH:
Q. You can answer the question if you understood it.


MAGNA LEGAL SERVICES

A. We had a license with HailTrace to get consumer data in those areas with phone numbers, yes.
Q. And money was paid to HailTrace in order to get that consumer data, correct?
A. Yes.
Q. With the idea being as you said, if there's outreach to those individuals, revenue could be generated for them from business, correct?
A. Potentially, yes.
Q. Prior to making calls to the telephone numbers purchased from HailTrace, did the company consult with an attorney with respect to compliance with telemarketing law?
MR. GOODRICH: I'm going to object to attorney-client privilege solely as to the content of any communications that may or may not have been had with an attorney.
MR. PARONICH: That's fair. I also just want to clarify my question for Mr. Vacco that --
BY MR. PARONICH:
Q. I believe I asked it and certainly as I intended to ask it, it was -- to start here, simply: Was there a conversation?



A. I don't recall.
Q. Okay. Do you know if, prior to your company's involvement in this lawsuit, they've ever retained a third-party attorney with respect to telemarketing compliance issues?
MR. GOODRICH: Objection. Form of question.
You can answer if you understand.
THE WITNESS: We have had attorneys that have gone through our standard operating procedures, our documents, materials, et cetera, yes.
BY MR. PARONICH:
Q. Okay. And that makes sense, and perhaps I'm just not understanding you. I'm still unclear if there was a firm that was retained specifically with respect to telemarketing compliance.
A. I don't recall there being one, no.
Q. Okay. Does C&N Construction have a compliance officer?
A. We did, yes.
Q. When?
A. During this time.



Q. When you say "this time," what are you referring to?
A. During the time of making these outbound calls.
Q. Got it.
A. Yes, we did have one.
Q. Does your company still make these outbound calls?
A. Using lists from HailTrace, no. Using our own CRM with clients that we've already spoken to, self-generated from individuals in the field, et cetera, yes.
Q. Understood. So is it fair to say that currently, C&N does not make any outbound calls to individuals that it doesn't have an existing relationship with?
A. Yes.
Q. In the past, using HailTrace data, C&N did make calls to individuals that it didn't have an existing relationship with, correct?
A. Yes.
Q. During that time, C&N had a compliance officer, correct?
A. Yes.
Q. Who was that individual?



A. That would be Carolyn Koranda.
Q. You saw this coming, but could you spell it. Do you know how to spell Ms. Koranda's last name?
A. I believe so. K-O-R-R-A-N-D-A.
Q. Is Ms. Koranda with the company currently?
A. She's not.
Q. Approximately when did she leave?
A. I believe it was September of '25.
Q. Do you know why she left?
MR. GOODRICH: Objection. Relevance.
THE WITNESS: She didn't really give an explanation. No.
BY MR. PARONICH:
Q. It was her decision to leave the company?
A. Yes.
MR. GOODRICH: Objection. Relevance.
BY MR. PARONICH:
Q. Okay.
(Deposition Exhibit Number 2 was identified for the purpose of the record.)
BY MR. PARONICH:
Q. I'm going to insert, Mr. Vacco, into the chat

Exhibit 2, which should be there now, which are the Defendant's Rule 26 disclosures. Could you let me know when you are able to access that.
A. Yep. Trying to pull it up right now. It takes me off the screen while I'm looking at it, just as a heads up.
Q. Thank you for that heads up. Understood.
A. I have it open now. Yes.
Q. Okay. Especially since it takes you off the screen, I want to give you specifics as to where I'd like you to look. So on Page 2 of this document, your name appears. Let me know if you see that.
A. Yes, I do.
Q. There's reference to -- in this paragraph following your name, there's reference to Readymode, which is one word. Do you see that?
A. Yes.
Q. Can you explain to me what Readymode is in the context of C&N's business.
A. Yes. Readymode was a dialing software that we utilized with our outbound calling process.
Q. Is it the dialing software that C&N currently uses for the calls they're making now or just



in connection with the HailTrace relationship?
MR. GOODRICH: Objection. You can answer.
THE WITNESS: We still have a license with Readymode. We are not currently using it for outbound calls.
BY MR. PARONICH:
Q. For what purpose did C&N last use Readymode for outbound calls?
A. I guess I'm not understanding. It was for outbound calls.
Q. Right. I think maybe a beer -- I'll try to ask a better question. What data did C&N call on when it last used Readymode for outbound calls?
MR. GOODRICH: Objection to form of the question.
You can answer if you understand.
THE WITNESS: The HailTrace list would be uploaded into Readymode. We also uploaded lists from our CRM into Readymode.
BY MR. PARONICH:
Q. Understood. With respect to the HailTrace data, was there a script developed by C&N for the Readymode calls?
A. There was.



Q. Who created that script?
A. I believe that was Nick Martinelli.
Q. Is Mr. Martinell still with the company?
A. He is not.
Q. When Mr. Martinelli was with the company, what was his title?
A. He was the sales director.
Q. Okay. Do you know if Mr. Martelli had created multiple versions of a script or if there was just one?
A. I don't recall.
Q. Okay. So, Mr. Vacco, again without revealing any attorney-client communications, do you understand what discovery is in connection with a lawsuit?
A. Broadly.
Q. Okay. And so there's -- I'll represent to you, and you probably know, that there's been some discovery that's occurred in this case. Is that consistent with your understanding?
A. Yes.
Q. I ask that because do you know if this script you're referring to has been produced by the defendant with respect to its discovery



responses?
A. I'm not sure I understand that question.
Q. So part of what we were covering is, in a lawsuit, there is discovery, which I understand you generally know what that is. Part of discovery in a lawsuit is there will be the exchange of documents. What I'm trying to ask is if you know if that script has been part of the documents that C&N has produced in this case.
A. I do not know.
Q. Okay.
(Deposition Exhibit Number 3 was identified for the purpose of the record.)
BY MR. PARONICH:
Q. I'm going to try to upload Exhibit 3. It is a compliance training manual. Can you let me know when you have access to it. It is four pages long.
A. Yes. I have it open.
Q. On that first -- that first page, Section 2, says Overview of Applicable Laws. Do you see that?



MAGNA LEGAL SERVICES

Page 26

A. Yes.
Q. And do you see where it makes reference to the TCPA?
A. Yes.
Q. And do you understand that this lawsuit relates to allegations of violations of the TCPA?
A. Yes.
Q. Okay. Section 6 -- Page 2. I've now moved on to Section 6 -- identifies National Illinois DNC Registry Scrubbing. Do you see that?
A. Yes, I do.
Q. It mentions that -- it states, All call lists are scrubbed every 31 days against the National Do Not Call Registry and the Illinois Restricted Call Registry.
Do you see that?
A. Yes.
Q. And do you agree that I read that correctly?
A. Yes.
Q. Was C&N's understanding that the HailTrace lists were scrubbed against the National Do Not Call Registry?
A. Yes.
Q. What's the basis for that understanding?

Page 27

A. When a list is pulled from HailTrace, there is a column which has -- which is denoted Do Not Call. And during the onboarding of using that platform or the training for using that software, HailTrace, it was explained to us that they would identify numbers as against the Do Not Call Registry as a "true," or "false" if it's not against the Do Not Call Registry.
Q. And so -- understood. And I think you had mentioned in there that it was explained to us. Did I hear that correctly?
A. Yes.
Q. Who engaged in that explanation?
A. I can't recall the exact name of the individual, but it would have been our account manager or our account representative from HailTrace.
Q. Got it. And do you know -- when you say "to us," do you recall who was part of that conversation from C&N's side?
A. The initial demo was done with myself, and then they offer training and webinars and things of that nature for any individuals who get licensed with HailTrace.

Page 28

Q. Got it. So the Part 6 of this DNC compliance training, is the basis for the statement that the call lists are scrubbed every 31 days based on that telephone call you had with the individual you don't recall or is it based on other things as well?
MR. GOODRICH: Objection to form of the question.
You can answer if you understand.
THE WITNESS: I'm not sure I do understand.
BY MR. PARONICH:
Q. So with this Exhibit 3 here, the DNC compliance training manual, we had just read about the call list being scrubbed every 31 days. Do you agree with that?
A. Yes.
Q. And when I had asked about what was the basis for that belief in that statement there, it is because -- you gave an explanation of how HailTrace had explained to you during the onboarding how there was a flag for DNC numbers. Is that also correct?
A. Yes.

Page 29

Q. Okay. So what I'm trying to ask is: Other than that explanation received from HailTrace, are there any other pieces of information that leads to the statement here in Section 6?
MR. GOODRICH: Objection. Form of question.
THE WITNESS: I --
MR. GOODRICH: Yeah. Answer if you understand.
THE WITNESS: I'm not sure I do. You're asking me if there's any other pieces of information that lead to what we state right here in the policy. Is that correct?
BY MR. PARONICH:
Q. Yes. And I'll give you an example, which hopefully will make this clearer. So for example, it is possible that C&N Construction could have engaged in their own scrubbing of numbers against the National Do Not Call Registry. So did C&N Construction engage in its own scrubbing against the National Do Not Call Registry?
A. Yes.
Q. For the HailTrace data?



MAGNA LEGAL SERVICES

Page 30

A. Yes.
Q. When -- or let me strike that.
Can you explain to me the process that C&N would engage in for scrubbing the data against the National Do Not Call -- the HailTrace data against the National Do Not Call Registry.
A. There was a website that either Nick or Jacqueline would go through, and they were to scrub that data against that Do Not Call Registry.
Q. All of the HailTrace data or only some of it?
A. They were supposed to be doing all of it. That was the policy.
Q. So Nick Martinelli is who you're referring to with "Nick" there, correct?
A. Yes.
Q. I don't know if I know who Jacqueline is. Could you please give me the last name for that individual.
A. Jacqueline Nelson.
Q. Is Ms. Nelson currently with the company?
A. She's not.
Q. If the process was that Mr. Martinelli and Ms. Nelson were supposed to scrub that data,

Page 31

did you learn, ever, if they did or did not scrub the data?
A. I was not directly involved with those tasks, so I could not tell you the exact answer to that question.
Q. This lawsuit relates to allegations that that data was not scrubbed against the Do Not Call Registry. Do you understand that?
A. Yes.
MR. GOODRICH: Asked and answered.
BY MR. PARONICH:
Q. So as part of your company's investigation into this lawsuit, did it take occasion to go back and see if that scrubbing was done?
A. To be frank, I don't even know how you would check that.
Q. Okay. I can appreciate that. I want to make sure I understand -- I have an understanding of what the process that you're testifying Mr. Martinelli and Ms. Nelson were supposed to be engaged in. I think you had mentioned there was a website, correct?
A. Yes.
Q. Do you know what that website is?

Page 32

A. Off the top of my head, no.
Q. Okay. Did C&N log on to that same website and check the data that was called when this lawsuit -- after this lawsuit was filed?
MR. GOODRICH: Objection. Form of question. Foundation. Specifically as to whether C&N checked into that website.
MR. PARONICH: With your position, Brian, being that that's outside the scope of these topics, or is there a different foundational issue?
MR. GOODRICH: No, no. Foundation as in you're asking if C&N ever did this.
MR. PARONICH: Which is fair. I'm just asking as part of his appearance as a 30(b)(6), which is just why I was trying to understand if your position is that it's outside the topics he's supposed to be testifying or a different foundational issue.
MR. GOODRICH: Yes. That's what I mean. I'm unsure whether you're asking him as an individual employee of C&N or whether you're asking based on his investigation of the topics for the 30(b)(6).

Page 33

MR. PARONICH: Yeah. And that's super fair. That's why I wanted to clarify, because I am attempting to ask as a 30(b)(6) representative if he knows if this task was undertaken. So perhaps to be clearer, Brian, I will try to rephrase my question, and perhaps that will cure some or all of your objection.
BY MR. PARONICH:
Q. So, Mr. Vacco, I'm going to start again here on this. So I -- you're here in part to testify on behalf of the company, and the question I am inquiring is: Do you know, as a corporate designee for the company, if the company, after the filing of this lawsuit, reviewed the data that Mr. Martinelli and Ms. Nelson were supposed to have scrubbed to see if it was in fact scrubbed?
A. I do not know.
Q. Okay. Do you know if there is any documentation that Mr. Martinelli or Ms. Nelson kept that shows that the scrubbing was done?
A. I don't know that either.
Q. Do you know if there was supposed to be any documentation that they were -- let me strike


MAGNA LEGAL SERVICES

that.
Do you know if there was any documentation that they were supposed to keep to show that the scrubbing had been done?
A. The lists were supposed to be scrubbed once they were pulled from HailTrace to remove the numbers that were on the Do Not Call Registry. Then afterwards, those lists were to be uploaded into Readymode. Readymode has records of those lists. I suppose that those lists would be in Readymode's records.
Q. That makes good sense. I'm trying to ask a slightly different question, which is -- and I'll use your explanation of the process, because I thought it was really clear. The data is pulled from HailTrace, and if I understood you, before it's uploaded to Readymode, it's supposed to be scrubbed. Did I understand that correctly?
A. Yes.
Q. And then what I was trying to ask is: After that scrub but before being uploaded to Readymode, was there some kind of report or documentation that Mr. Martinelli and



Ms. Nelson were supposed to submit, reflecting that they had done the scrub?
A. Supposed to submit? I don't think they were supposed to submit it, but yes, they should have kept records of the list that they uploaded into HailTrace, yes.
Q. Okay. Into Readymode, correct?
A. Yeah, that's correct. Into Readymode.
Q. Yep. Did C&N use any function of Readymode to ensure that numbers that were on the Do Not Call Registry were not called?
MR. GOODRICH: Form of question.
You can answer.
Objection.
THE WITNESS: I'm not sure I fully do understand the question.
BY MR. PARONICH:
Q. Yeah. I'll try to break it down to its parts. Readymode was the software used to make outbound calls to -- on the HailTrace data, correct?
A. Yes.
Q. Readymode is a software that C&N employees accessed and uploaded the HailTrace lists to,



correct?
A. Yes.
Q. Did C&N use any function of Readymode to try to block calls to numbers on the National Do Not Call Registry?
A. The list --
MR. GOODRICH: Objection. Mischaracterizes his testimony.
You can answer.
THE WITNESS: Okay. The lists that were uploaded were scrubbed already when they were uploaded into Readymode. They were supposed to be scrubbed already when they were uploaded into Readymode.
So I'm not sure if there's another -- if somebody asked to not be on the list, yes, there is a "Do Not Call" button and feature inside of Readymode that they were supposed to click and make sure that individual is not called again, if that's what you're asking.
BY MR. PARONICH:
Q. It wasn't, but I understand your answer. I think you said two different things. The list from Readymode when it was -- the list uploaded



to Readymode was supposed to be scrubbed against the National Do Not Call Registry, correct?
A. Yes.
Q. Have you seen the plaintiff's expert witness report in this case?
A. I believe I glanced at it, yes. Do I know it, no.
Q. Understood. Do you have an understanding that that expert performed an analysis of what numbers were called from the Readymode dialing system and were on the National Do Not Call Registry?
A. Yes.
Q. Do you have any information, as you sit here today, to dispute those findings that those numbers identified were in fact on the National Do Not Call Registry?
MR. GOODRICH: Objection. Calls for legal conclusion.
THE WITNESS: I don't know.
MR. GOODRICH: And also that it calls for expert testimony.
MR. PARONICH: Right. I thought my



MAGNA LEGAL SERVICES

Page 38

question was clear, but I'll try to ask it again in a more clear way to hopefully clear that objection.
BY MR. PARONICH:
Q. I'm asking, Mr. Vacco, if you have any facts to dispute the conclusion of the expert that there were numbers on the National Do Not Call Registry that were called via Readymode.
A. I do not.
Q. Okay. Does C&N have its -- let me strike that.
Do you know what an SAN number is as it relates to the Do Not Call registry?
A. I do not.
Q. So then you don't know if C&N has its own SAN registration number or not?
A. I do not know.
Q. So both Mr. Martinelli and Ms. Nelson were supposed to perform these DNC scrubs, correct?
A. Yes.
Q. I can't read my own writing, but there is Carolyn, who is also the compliance person, whose last name I can't read. Do you know if she had any part in the process of reviewing or performing the scrubs?

Page 39

A. I don't believe so.
Q. Okay. So let's assume she did not. Besides Mr. Martinelli and Ms. Nelson, was there any other individual that you know participated or was responsible for running the scrubs?
A. Not to my knowledge.
Q. Okay. Have you personally had any conversations with HailTrace related to this lawsuit?
A. Yes.
Q. And can you describe those for me, please.
A. Most recently, we asked about the dates regarding when we got access to residential and commercial data.
Q. And do you recall what they informed you in response to that inquiry?
A. Yes. They informed us that we started residential and commercial data -- excuse me -- in January of 2024.
Q. I want to make sure I understand. Does that mean January 2024 is when the HailTrace data would have been acquired as part of the Readymode calling process to begin?
A. No. Readymode was a platform that we started

Page 40

later on. But we got access to the data in January of 2024, so the license was upgraded in January 2024.
Q. That makes sense. Okay. Other than using Readymode, were cold calls made to that HailTrace data before the Readymode subscription started?
A. Not to my knowledge, no.
Q. Okay. The cold calling started when the Readymode software license was acquired?
A. To my knowledge, yes.
Q. Okay. So that request to HailTrace makes sense with respect to the dates, but then a follow-up would be: Have you had any other conversations with HailTrace about this lawsuit other than that issue?
A. I don't recall. I may have, but I don't remember the context of those conversations.
Q. Do you remember ever asking HailTrace why this data wasn't scrubbed on the DNC?
MR. GOODRICH: Objection. Asked and answered.
You can answer.
Still asked and answered. He already

Page 41

testified regarding his knowledge of any conversations that he had with HailTrace about this lawsuit, other than the dates of the plan.
MR. PARONICH: I understand. I still think my question is valid.
BY MR. PARONICH:
Q. So if you understand it, Mr. Vacco --
A. Sure.
Q. -- you can answer. And if not, let us know.
A. I don't recall that being a specific topic of conversation, no.
Q. Why didn't you ask them about that if your understanding of the relationship was that that's a task that they were supposed to perform and now your company's in a lawsuit as a result?
MR. GOODRICH: Objection. Relevance.
THE WITNESS: Why didn't I ask them? I guess I don't quite understand that question.
BY MR. PARONICH:
Q. Let me back it up a bit. HailTrace and C&N have a current business relationship, correct?
A. Yes.
Q. How often does C&N pay HailTrace?



MAGNA LEGAL SERVICES

A. Our subscription is annual.
Q. Do you have an approximation of how much it is?
A. It varies, based on how much data we require. So I believe this year was in the realm of $4,000. Something like that.
Q. Right. So as a vendor that C&N pays thousands of dollars to, I'm wondering why you didn't inquire of them why the data wasn't scrubbed if your company's position is that's something they were supposed to do.
MR. GOODRICH: Asked and answered.
THE WITNESS: Yeah. It just never came up, I guess. I don't know. We have a lot of different software platforms that we use that we pay a lot more money to, to be honest.
BY MR. PARONICH:
Q. No, I get that, and that makes sense. And I think the reason why my question, though, highlighted there's a lawsuit here is -- I'll ask: Is any of those other vendor relationships, is there current federal court litigation going on related to them?
MR. GOODRICH: Objection. Relevance. Are you asking about other vendors that were --



relevance in the form of the question. Can you clarify when you're talking about other vendors.
MR. PARONICH: I want to make sure that Mr. Vacco doesn't understand the question, though, before I'm prompted to clarify, right? I think that's a witness directive. You already have the objection on the record.
THE WITNESS: Do we have other litigation in which other platforms are involved? Is that the question?
BY MR. PARONICH:
Q. Federal court litigation is what I have asked.
A. Okay. Not to my knowledge.
Q. Right. So then I very much appreciate your position that the company pays other vendors lots more money, and that makes sense. But my question, then, was related to, okay, but if none of those vendors have led to the company being involved in federal court litigation, why hasn't C&N prioritized asking HailTrace why the scrubbing wasn't done?
A. I guess it's still our knowledge that that data is scrubbed. You know, we believe that data is



scrubbed. There's a column in the report that you pulled that's labeled Do Not Call. So if that column exists and there are indicators of true and false on there, why else would it be there?
Q. I think that's a fair question. Have you asked that to HailTrace?
A. Not that I can recall, no.
Q. Okay. In discovery, are you aware of C&N producing any documents that show that Mr. Martinelli or Ms. Nelson actually scrubbed this data against the Do Not Call Registry?
A. I'm not aware of those specific documents.
Q. Are you aware of any documents that reflect invoices or amounts paid to any third-party company in order to access the Do Not Call Registry so it could be scrubbed?
A. I'm not aware of those.
Q. Does C&N purchase residential data from HailTrace on separate lists than it purchases commercial?
A. On separate lists. It's not that you purchase a list. It's a license that contains that information.



Q. Okay.
A. We don't purchase lists from HailTrace, no.
Q. Fair point. You're saying that your license grants you access to this data. Would that be a more accurate characterization?
A. Yes.
Q. In that license and the access to data, is the data segregated from residential numbers to commercial numbers?
A. It can be, yes.
Q. When you say "it can be," is that how C&N stores it?
A. I would say that depends. The -- when you pull a list from HailTrace, it allows you to check the boxes. It allows you to select if you want commercial or residential or both on a list. So depending on what list you're looking for, you could select one or the other or both.
Q. Got it. Did C&N always select both commercial and residential for its data access?
A. Always? I don't know.
Q. Was the process typically for C&N to request both?
A. I would say it's -- there was no direct process

for that. If we were trying to reach out to homeowners, we could select residential. If we wanted to reach out to business and property owners, then we could select commercial. Or if we wanted to reach out to everybody, we could select both. So that was at the discretion of the individual pulling the list.
Q. Who was the individual that would pull lists?
A. Well, every person that could access HailTrace could pull a list.
Q. Do you know who had access to HailTrace at C&N?
A. There is a -- we give everybody the ability to have a login when they come on board C&N Construction, mainly to access storm maps.
Q. Okay. What was C&N's understanding of where the HailTrace data came from in terms of the telephone numbers?
MR. GOODRICH: Objection. Form of question.
You can answer if you understand.
THE WITNESS: My understanding, C&N's understanding, is that HailTrace has a connection with Cole Data, I believe is the company.



BY MR. PARONICH:
Q. And what's the basis for that understanding?
A. There is a disclaimer when you pull a list about Cole Data.
Q. Do you remember what that -- what that disclaimer said?
A. I do not. Not specifically. Not exactly, no.
Q. Okay. Have you ever had a conversation with any representative of Cole Data?
A. Not that I can recall, no.
Q. Okay. Are you aware of any employee of C&N having such a conversation with Cole Data?
A. Again, not that I know of, no.
Q. Does C&N believe that HailTrace provided any warranties with respect to TCPA compliance of the data?
MR. GOODRICH: Objection. Calls for a legal conclusion.
THE WITNESS: Any warranties? I'm not sure what that would, you know, entitle or what that would entail.
BY MR. PARONICH:
Q. Yeah, that's fair, so I'll be trying to ask a different question. Do you recall ever



discussing TCPA compliance with HailTrace?
A. Specifically, I don't recall that specific conversations, no.
Q. What about specifically addressing compliance with the National Do Not Call Registry?
A. Again, when we did our onboarding, we did our demo with HailTrace. When we decided to purchase the residential and commercial lists, the understanding that we were given was that they scrub against the Do Not Call Registry and indicate on those lists, and that we were to remove those individuals that said that they were on a Do Not Call Registry from the list.
So yeah. Our belief was that HailTrace did scrub against the Do Not Call Registry.
Q. Understood. Thank you. When C&N acquired the telephone numbers from HailTrace, was there any scrubbing performed against C&N's CRM?
MR. GOODRICH: Objection. Form of question.
THE WITNESS: Was there any scrubbing against our own CRM? Like, are you asking if we pulled lists from HailTrace if we checked them with our own CRM?



BY MR. PARONICH:
Q. That is what I'm trying to ask, yes.
A. Not to my knowledge.
Q. Okay. Does C&N have any facts that would support that the individuals whose telephone numbers were acquired from HailTrace had provided their prior express written consent to be called by C&N?
MR. GOODRICH: Object to form of question. It calls for legal conclusion.
BY MR. PARONICH:
Q. And again, Mr. Vacco, I want to be clear that I'm asking for any facts and information that you have that would support that.
A. Any facts that we have an opt-in or something along those lines? Is that what you we're asking?
Q. Yeah. An "opt in" is sometimes what companies will refer to prior express written consent as. I'm not sure that's what you're referring it to, but I've certainly heard it called that.
A. Okay. I don't believe there's any facts that I know of.
Q. And in fact, wouldn't that be supported by the



MAGNA LEGAL SERVICES

fact that C&N's process was to try to remove numbers that were on the National Do Not Call Registry prior to calling them?
A. Yes. Our goal was to be compliance with the laws, so we wanted to remove those folks that were on the Do Not Call Registry prior to uploading into the Readymode dialing system to reach out to individuals, yes.
Q. So -- and this direction is important, so this is why I'm highlighting it. Outside of conversations you might have had with your attorneys, so not involving your attorneys, have you had any conversations with other employees of C&N about potentially alleging a claim against HailTrace?
A. No.
Q. Okay. Do you have any reason to believe any such claim is imminent against HailTrace's?
A. A claim from C&N Construction?
MR. GOODRICH: Objection.
MR. PARONICH: I think I heard him, but I want to let you get whatever you wanted to get on the record first.
MR. GOODRICH: I do want to --



attorney-client privilege objection, just because this is not a question that you gave the preface outside of communications with your attorney. Let's see. Attorney-client privilege, and that's a bad objection.
BY MR. PARONICH:
Q. So, Mr. Vacco, yes, I did intend with -- because I think your question was a claim that C&N Construction would lodge. And the answer to that clarifying question is yes, it would be a claim from C&N Construction. Does that change your answer or further inform it?
A. We don't have any current claim against HailTrace and we have not explored that option at this point.
Q. Okay. C&N never entered into a direct contract with Cole, correct?
A. Not to my knowledge, no.
Q. C&N made calls on Readymode both from the HailTrace data and numbers from its own CRM, correct?
A. Yes.
Q. Did C&N make calls on the Readymode dialer from any other source?



A. Not to my knowledge, no.
Q. Okay.
MR. PARONICH: Brian, I think it makes sense -- maybe I'd suggest a 10-minute break here, because I think when we -- can we agree to go off.
MR. GOODRICH: Off record?
MR. PARONICH: Yeah.
MR. GOODRICH: Sure.
(Whereupon a discussion was held off the record.)
(Whereupon a short recess was taken and proceedings resumed as follows.)
BY MR. PARONICH:
Q. Mr. Vacco, as it relates to the plaintiff in this action, George Moore, does your company have any documentation of him previously using the company's services?
A. Not to my knowledge, no.
Q. Did your company conduct an investigation to learn where they acquired his telephone number?
A. I don't believe we would have his telephone number.



Q. Did you review the dialing system used by the company to see if his telephone number was called?
A. I don't have George Moore's phone number.
Q. When you say you don't have George Moore's phone number, what do you mean?
A. I mean I don't know what his phone number is, so I wouldn't be able to conduct an investigation to find out if we called him, because I don't know what number I'm searching for.
Q. So the complaint has his phone number, the expert report has had his phone number, your company has issued discovery to which the responses has his phone number. So are you sure your position is the company doesn't have his phone number?
A. My position is I didn't have it. That's all.
Q. Fair enough. Then let me clarify. On behalf of the company as the sole 30(b)(6) designee for today, where did the company acquire this phone number?
A. Our belief is it had to be from HailTrace, as that's the only other way that's on our list



MAGNA LEGAL SERVICES

Page 54

that we have besides our own CRM. And I did not find upon searching George Moore's name, his name, in our CRM AccuLynx.
Q. I think I heard all of that besides maybe the last word. You searched for his name, and then I didn't hear the end.
A. Yeah. In our company's CRM, which is called AccuLynx.
Q. Okay. That takes care of some questions going forward. AccuLynx, is that one word?
A. Yes.
Q. Okay. Thank you.
Does C&N maintain an internal Do Not Call list?
A. That would be in Readymode. Yes.
Q. Prior to using Readymode, did C&N have an internal Do Not Call list?
A. Individuals that would express the desire not to be called would be notated in AccuLynx.
Q. Okay. And then the internal Do Not Call list was used in Readymode, because that was the only software dialing system used that was outside the CRM?
A. Correct.

Page 55

Q. Okay. What was the process to add a number to the Readymode internal Do Not Call list?
A. Specifically, I never -- I never did that action, but the concept was that you would upload a CSV or Excel file into Readymode and designate it as a list name, right. So you could say "8/16 storm" or whatever the case may be, or "Bellwood leads" to whatever the case may be.
Q. Okay. Prior to this lawsuit, has C&N ever been involved in a lawsuit related to telemarketing practices?
A. No.
Q. Prior to this lawsuit, has C&N ever received a written complaint related to telemarketing conduct?
A. Not to my knowledge, no.
Q. So to prepare for the deposition today, Mr. Vacco, I'm sure you spoke to your attorney, and as a reminder, we don't want to hear about those conversations. But other than speaking to your attorney, what did you do to prepare?
A. I reviewed the topics on the deposition.
Q. Did you review any other documents?

Page 56

A. I did.
Q. What documents?
A. Previous submissions involving this case. I don't remember the exact titles of the documents, to be honest with you, but, you know, responses that were given from us or from our attorney in this circumstance.
Q. Yeah. Do you believe those to be written discovery responses that the company provided?
A. I believe so.
Q. Okay. Did you talk to any individual other than your attorney to prepare for the deposition?
A. No.
Q. When C&N was engaged in use of the Readymode dialer, did it have any quality control processes with respect to outbound marketing calls?
MR. GOODRICH: Objection. Form of the question.
You can answer if you understand.
THE WITNESS: Quality control processes. It's kind of broad. I'm not sure exactly what you mean by that.

Page 57

BY MR. PARONICH:
Q. Yeah. It was intended to be broad, but it might have been so broad as to be confusing. Let me try something else.
So we've seen -- as part of your deposition today, we've looked through some documentation about scrubbing processes, for example, right? Do you remember that?
A. Yes.
Q. So that is a written policy about how C&N would try to be compliant with the law. Would you agree with that?
A. I would.
Q. So then as opposed to a written policy, can you recall any actions that employees would take specifically with respect to telemarketing compliance outside of the scrubbing we've talked about?
A. If an individual asked not to be contacted, we would mark them on a Do Not Call -- as a Do Not Call individual with a button on Readymode. That was one action step that was taken by the employees in that department.
Q. Okay. That makes sense. Were there any other



MAGNA LEGAL SERVICES

Page 58

action steps you can think of?
A. Specifically? I don't really know. Again, I wasn't leading that department. Wasn't involved with the day-to-day trainings and, you know, action steps in that department, so...
Q. If there was a single person who you would characterize as in charge of that department, who would it be?
A. It would have been Nick Martinelli initially and -- you know, he maintained oversight throughout his process until he left. But I would say, you know, when we gave Jacqueline Nelson her title as inside sales lead, she became kind of the day-to-day operational head of that department, I would say.
Q. That makes sense. I think you've referred to that department, but I don't think I've asked what we would call that department. Is there a name for it?
A. Inside sales department.
Q. Okay. Does "inside" in that context mean its employees engaging in the sales attempts?
A. Inside to us, to C&N Construction, means that they're in our four walls, right.

Page 59

Q. Yeah.
A. Much of our marketing efforts, much of our sales are generated from our outside sales team. So they're out in the field, working with clients face-to-face. "Inside" to me and to C&N would mean that it's more of a non-face-to-face interaction in the sales process.
Q. Got it. And that would be consistent with it was always employees of Hail -- of C&N, I'm sorry -- that would make calls on the Readymode dialer, correct?
A. Yes.
Q. Okay. Through CRM, does -- is the customer identified as having been a customer from -- is there a source of where the customer came from as a field?
A. There is a field in AccuLynx for that, yes.
Q. Okay. And does that field identify HailTrace or Readymode if the customer was generated as part of the dialing efforts?
A. It would. I believe the designation was to the specific caller, not from HailTrace or Readymode.

Page 60

Q. "Specific caller" meaning the employee that used the Readymode system that closed it?
A. Yes.
Q. Okay. Did C&N keep metrics of the profitability of the Readymode dialing campaign?
MR. GOODRICH: Objection. Form of question.
You can answer if you understand.
THE WITNESS: We did have the capability to pull metrics from Readymode, yes. Not necessarily from profitability. I wouldn't say from profitability standpoint, but for conversion rates and things of that nature.
BY MR. PARONICH:
Q. That makes sense. Did C&N use those conversion rates to monitor or perform any analysis of how successful or not the dialing campaign was?
MR. GOODRICH: Objection. Relevance.
You can answer.
THE WITNESS: I don't think it really got that detailed, to be honest with you, no.
BY MR. PARONICH:
Q. Fair enough. And what was the reason that C&N

Page 61

stopped engaging with the Readymode dialer to call numbers that were acquired from HailTrace?
MR. GOODRICH: Objection. Relevance.
You can answer.
THE WITNESS: Well, to be frank, we got served with this lawsuit, and we didn't want to have any more of those things happen, because it's a lengthy process and it's something that we didn't want to -- the juice wasn't worth the squeeze.
BY MR. PARONICH:
Q. Understood. And I think you had testified there have been no other lawsuits related to the calling campaign, correct?
A. Correct.
Q. Okay. You had identified that in the CRM, the specific caller that used Readymode is identified in the CRM as being responsible for the lead. Is that an accurate characterization?
A. Yes. Yeah. At a certain point, it was. I believe initially, it may have been categorized more broadly, like inside sales lead. Later on, we added individual names into that



MAGNA LEGAL SERVICES

Page 62

process.
Q. Yeah. And that's going to be my question. Why did the process evolve to include the individual names?
A. Well, initially, it was just one person. And, you know, as we had multiple individuals, the compensation packages that the inside sales team had were based on setting appointments and then converting into overall jobs for the company. So it was a way to track those commissionable efforts.
Q. Right. Okay. So that was going to be my question. There were commissions tied to those -- the calling campaign?
A. There was, yes.
Q. At it -- when the calling was its most frequent through Readymode based on HailTrace telephone numbers, how many employees were using Readymode for that purpose?
A. I believe at its peak, we may have had five callers.
Q. Okay. When C&N used the Readymode calling system to make these calls to the HailTrace leads, was C&N -- was the goal to sell C&N

Page 63

services or was C&N calling on behalf of another company?
A. The goal of the call was to schedule a free property inspection, to which one of our outside reps can perform an analysis on the property and see if that property has sustained any weather damages to the roof, the siding, the gutters, and the exterior of the property.
Q. When the inspection's completed, is there an offer made to perform work?
A. When the inspection is completed, we would give the homeowner or property owner a property assessment report and explain the damages that we saw through our inspection, and our protocol was to advise that if they had damages, that we could assist them with filing a claim with their insurance company.
Q. And does C&N assist the consumer in filing a claim with the insurance company for free?
A. Yes.
Q. And then when the claim is filed, does C&N perform -- and it's accepted, does C&N perform any work?
A. When the claim is filed, no.

Page 64

Q. Accepted. When the claim is accepted, does C&N perform any work?
A. If by "accepted," you mean if it's approved by the insurance company.
Q. That is what I mean.
A. Okay. Ideally, yes. We use contingency agreements. We're not a public adjuster. So it is up to the consumer ultimately if they want to work with us or not, but that would be the goal.
Q. And C&N then charges for the work it does to the insurance company, correct?
A. Yes. Yes, we would bill the insurance company for the work that we do, yes.
Q. Other than billing an insurance company for an individual for work, does C&N generate revenue in any other way?
A. No. It would be insurance funds or funds from the property owner.
MR. PARONICH: Okay. Mr. Vacco, I very much appreciate your time today. I don't have any further questions.
Brian, I'm ready to move on to the next witness, but I don't know if you want to

Page 65

take a break or if you want to do it differently.
MR. GOODRICH: Okay if I do follow-up before we go to Katie, just so that it's fresh in my mind?
MR. PARONICH: Follow-up meaning you are going to ask your witness questions?
MR. GOODRICH: Yes.
MR. PARONICH: Sure. Of course you can.
Mr. Vacco, just to advise, your own attorney has chosen to ask you questions on the record. That then means, depending on those questions and answers, I might have some more for you.
Brian, we'll go whenever you're ready.
EXAMINATION BY MR. GOODRICH:
Q. So, Mr. Vacco, going back to the --
MR. GOODRICH: I guess I don't know, Anthony, if you numbered your exhibits, but what I -- what I figured is Plaintiff's Exhibit 3, this was the Do Not Call Compliance Training Manual.
BY MR. GOODRICH:
Q. Now, Mr. Vacco, when you testified about C&N's


MAGNA LEGAL SERVICES

policies regarding Do Not Call compliance, were there -- there was -- in addition to the compliance training manual that Mr. Paronich showed you, there were other documents as part of that policy, correct?
A. Yes.
(Defendant's Exhibit Number 1 was identified for the purpose of the record.)
BY MR. GOODRICH:
Q. I'm going to upload what I've marked as Defendant's Exhibit 1. Let me know when you can see that.
MR. GOODRICH: And, Anthony, let me know when you can see that. I just have to load it in the chat.
BY MR. GOODRICH:
Q. Kevin, can you see that document? Are you able to pull it up?
A. Yep. Opening it right now. Yep, I can see it.
Q. Sure. Do you recognize this document?
A. I do.
Q. Sure. This is the outbound call -- C&N Construction outbound call center Do Not Call



policy, correct?
A. Yes.
Q. Is the outbound call center the same as the inside sales team?
A. Yes.
Q. Was this document part of the Do Not Call policy that C&N Construction implemented along with the document that Mr. Paronich showed you?
A. Yes. It was this and a training manual, and there was a quiz.
Q. Sure. And I'm going to upload that quiz right now as Defendant's Exhibit 2.
(Deposition Exhibit Number 2 was identified for the purpose of the record.)
MR. GOODRICH: Anthony, let me know when you see it.
BY MR. GOODRICH:
Q. Thumbs up from Anthony. Kevin, do you see this document that I just uploaded, Defendant's Exhibit 2?
A. Yes.
Q. That's the compliance training quiz you were referencing, yes?



A. Correct.
Q. And so all three of these documents -- the policy, the compliance quiz, and the training manual -- these were the documents you testified that were implemented as part of C&N's Do Not Call Compliance Policy for the inside sales team?
A. Yes.
Q. And you personally were not responsible with implementing these policies. When I say that, I mean taking these policies and carrying them out and making sure that they were complied with in the inside sales team, correct? You were not responsible for that?
A. That's correct.
Q. Who was responsible? Specifically from the period of June of 2024 through April 27, 2025, essentially the entire time that C&N was using -- or the entire time that C&N was making outbound calls using Readymode, who were the individuals at C&N who were responsible for implementing this policy?
A. Nick Martinelli, and then afterwards, Jacqueline Nelson.



Q. Okay. And who was responsible with training employees in compliance with these policies? The same people?
A. The same individuals, yes.
Q. So Jacqueline and Nick?
A. Yes.
Q. And was it Jacqueline and Nick who were the ones who had personal knowledge of how these policies were carried out, were implemented in the inside sales team?
A. That's correct.
Q. And Nick Martinelli, he is no longer with C&N Construction, correct?
A. That's correct.
Q. Jacqueline Nelson, she is also no longer with C&N Construction. Is that correct?
A. Yes.
Q. Is it safe to say that there's -- is there anybody else who is presently employed at C&N Construction who had -- who was involved in implementing these policies?
A. No.
Q. Thank you. Now I want to talk about Jacqueline Nelson. Do you recall having a conversation



MAGNA LEGAL SERVICES

with Jacqueline Nelson in -- in and around November of 2024 about the National Do Not Call Registry?
A. Yes.
Q. Okay. Do you remember -- so was it in November of 2024?
A. Yes.
Q. Do you remember the specific date, if you do or don't?
A. I don't recall the specific date, no.
Q. Do you remember the substance of that conversation? Do you remember what you two talked about?
A. The -- again, specific exact words, no. The summary of it was that she was using a website to scrub the list against the Do Not Call Registry and afterwards, she had emailed me that website.
Q. And when you say "scrubbing," this is scrubbing the phone numbers that were received from HailTrace and that were then used by the inside sales team to make outbound calls, correct?
A. Yes.
Q. Okay. And I'm attaching as Defense Exhibit 3.



MR. GOODRICH: Anthony, let me know when you see this.
(Defendant's Deposition Exhibit Number 3 was identified for the purpose of the record.)
BY MR. GOODRICH:
Q. Okay. I am receiving a thumbs-up from counsel for plaintiff. Kevin, do you see the PDF that I uploaded as Defendant's Exhibit 3?
A. Yes.
Q. Do you recognize this?
A. That is the email I was referring to, yes.
Q. Thank you. And where it says From, who is it from?
A. Jacqueline Nelson.
Q. Okay. And is the email address that appears there, was that Jacqueline's email address?
A. Yes.
Q. And that was her work email address at CN Roofs?
A. That's correct.
Q. It says it's addressed to you, Kevin Vacco, and that's your email address?
A. That's correct.



Q. Okay. And it says, "Hi, Vac," and then there's a website hyperlink. Do you see that?
A. Yes.
Q. That's the website that you were talking about that had the DNC when you were talking about the National Do Not Call Registry?
A. Correct.
Q. Now, earlier, you testified that you didn't ask HailTrace -- that after this lawsuit was filed, you didn't ask HailTrace about whether its data was scrubbed. Do you remember that? Do you remember testifying to that?
A. Yes.
Q. Okay. Curtis Eshghy is the president of C&N Roofs, correct?
A. C&N Construction, yes.
Q. Sorry. C&N Construction. My apologies. And it's Curtis Eshghy who makes the legal decisions for the company, correct?
A. I would say so, yeah.
Q. And it's Curtis Eshghy who would have knowledge of any internal communications. I'm not talking about attorney-client communication, but internal communications about who C&N



Construction would or would not be potentially pursuing legal action against, correct?
A. Yes.
MR. GOODRICH: I think that's it.
MR. PARONICH: I actually don't have any redirect on that. So, Brian, if you want, we can dive right into -- let's go off the record, actually.
(Discussion off the record.)
MR. GOODRICH: We don't waive signature. Thank you.
MR. PARONICH: I'll do an electronic. Normal turnaround time is fine. With exhibits, please.
THE COURT REPORTER: Copy?
MR. GOODRICH: Yes.
THE COURT REPORTER: PDF or an e-tran?
MR. PARONICH: With electronic, I feel like I'm used to getting everything.

(Deposition closed 11:29 AM.)

FURTHER DEPONENT SAYETH NOT.



MAGNA LEGAL SERVICES

STATE OF ILLINOIS
SS
COUNTY OF PEORIA

C E R T I F I C A T E

I, Deanna S. Gabbert, CSR, License #084-002929, a Notary Public duly commissioned and qualified in and for the County of Peoria and State of Illinois, DO HEREBY CERTIFY that, pursuant to notice, there came before me on the 17th day of February, A.D., 2026, the following named person, to wit:

KEVIN VACCO,

called by the plaintiff who was by me first duly sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this cause and that he was thereupon carefully examined upon his oath, and his examination immediately reduced to shorthand by means of stenotype by me.

I ALSO CERTIFY that the deposition is a true record of the testimony given by the witness, that the reading and signing of the



deposition by the said witness were expressly reserved.

I FURTHER CERTIFY that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand at Peoria, Illinois, this 26th day of February, A.D., 2026.

______________________________
Certified Shorthand Reporter



STATE OF ILLINOIS

COUNTY OF PEORIA

I, do hereby certify that I have read the foregoing transcript, consisting of pages numbered 1 through 76 inclusive taken 2/17/26, and that the same is true and correct, except as may be noted on the attached sheet(s).

Dated at ________________________ , ____________________ this ______day of ____________, 2026.

___________________________
KEVIN VACCO

dg



STATEMENT OF CORRECTION

Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________
Page and Line Number:______________________
Reason:___________________________________



MAGNA LEGAL SERVICES

**A**

**Abdilla**
2:4,6
**ability**
46:12
**able**
7:11 8:8 9:11 15:10 17:14 22:3 53:8 66:18
**about**
5:2 6:21 9:24 14:12 15:21 17:12 28:14 28:18 39:12 40:15 41:2,12 42:24 43:2 47:4 48:4 50:14 55:20 57:7,10,18 65:24 69:23 70:2,13 72:4,5,10,23,24
**above**
1:10
**accepted**
63:22 64:1,1,3
**access**
8:3,8 12:4 22:3 25:19 39:13 40:1 44:16 45:4,7,20 46:9,11 46:14
**accessed**
35:24
**accessible**
8:15
**account**
27:15,16
**AccuLynx**
54:3,8,10,19 59:18
**accurate**
45:5 61:19
**acquire**
17:18 53:21
**acquired**
39:22 40:10 48:16 49:6 52:22 61:2
**action**
4:10 52:17 55:4 57:22 58:1,5 73:2 75:5,10
**actions**
57:15
**actual**
13:17
**actually**
5:5 44:11 73:5,8
**add**
55:1
**added**
12:11 61:24
**addition**
9:4 66:2
**additional**
14:13
**Additionally**
16:13
**address**
71:16,17,19,23
**addressed**
71:22
**addressing**
48:4
**adjuster**
64:7
**advise**
63:15 65:10
**after**
32:4 33:13 34:21 72:9
**afterwards**
34:8 68:23 70:17
**again**
5:6 16:11 24:12 33:9 36:20 38:2 47:13 48:6 49:12 58:2 70:14
**against**
26:13,21 27:6,8 29:19,21 30:4,6,9 31:7 37:2 44:12 48:10,15,18,22 50:15,18 51:13 70:16 73:2
**agree**
26:18 28:16 52:5 57:12
**agreements**
64:7
**all**
5:9 10:2 11:2 26:12 30:11,12 33:7 53:18 54:4 68:2
**allegations**
26:6 31:6
**alleging**
50:14
**allows**
12:4,6 45:14,15
**almost**
7:6
**along**
49:16 67:7
**already**
7:4 16:1 20:9 36:11 36:13 40:24 43:8
**also**
2:8 5:10 6:14 10:7,21 11:2 12:6 13:7,10 13:13,21 15:13 18:18 23:18 28:23 37:22 38:21 69:15 74:22
**always**
7:6,7 14:20 45:19,21 59:10
**am**
33:3,11 71:7 73:21 75:3,7
**amount**
7:18,18 14:4
**amounts**
44:15
**an**
5:9 6:5,7,9,19 7:9,22 9:4,16 10:12,24 13:9 15:13,24 18:12 18:17 20:14,18 21:12 28:20 29:15 31:18 32:21 37:9,10 38:11 42:2 49:15,18 52:21 53:8 54:13,16 57:19 61:19 63:5,9 64:15,15 73:12,17
**analogy**
4:18
**analysis**
37:10 60:17 63:5
**annual**
42:1
**another**
36:15 63:2
**answer**
4:4,24 5:4 6:11,15 7:9,22 9:11 11:22 13:7 17:7,23 19:8 23:2,16 28:9 29:8 31:4 35:13 36:9,22 40:23 41:9 46:20 51:9,12 56:21 60:9 60:20 61:4
**answered**
31:10 40:22,24 42:11
**answers**
5:13 65:13
**Anthony**
2:3 4:8 6:21 65:19 66:14 67:16,19 71:1
**anthony@paronic...**
2:2
**any**
7:18,18,18 11:23 12:9 18:16 20:13 24:13 27:23 29:3,11 33:19,23 34:2 35:9 36:3 37:15 38:5,23 39:3,7 40:14 41:1 42:20 44:10,14,15 47:9,11,14,19 48:17 48:21 49:4,13,15,22 50:13,17,17 51:13 51:24 52:18 55:24 56:11,16 57:15,24 60:17 61:7 63:7,23 64:2,17,22 72:22 73:5 75:5,8
**anybody**
69:19

**anytime**
7:17
**apologies**
72:17
**appearance**
32:15
**APPEARANCES**
2:1
**appearing**
9:3
**appears**
22:12 71:16
**Applicable**
25:23
**appointments**
62:8
**appreciate**
31:17 43:15 64:21
**approach**
16:5
**approved**
64:3
**approximately**
13:1 14:13,17 21:8
**approximation**
13:9 14:2 42:2
**April**
68:17
**are**
4:21 7:6 8:2 9:2,9 10:3,8,22 11:7 14:1 16:13 20:1 22:1,3 23:4 26:13 28:3 29:3 42:23 43:10 44:3,9,14 47:11 48:22 53:15 59:3 65:6 66:18
**area**
10:24 13:13
**areas**
12:5,5,13 17:14 18:2
**around**
70:1
**as**
1:10 4:3,14,15 5:22 9:3,4,7,8 10:4,7,18 11:3 13:24 14:1,4,4 15:18 17:3 18:6,15 18:22 22:6,10 27:6 27:7 28:6 31:12 32:6,12,15,15,21 33:3,12 37:15 38:11 39:22 41:15 42:6 49:19 52:13,16 53:20,23 55:6,20 57:3,5,14,20 58:7 58:13 59:15,17,20 61:18 62:6 66:4,11 67:3,12 68:5 70:24 71:9 76:9
**ask**
6:23 11:13 13:14 17:12 18:23 23:11 24:22 25:7 29:1 33:3 34:12,21 38:1 41:12,18 42:20 47:23 49:2 65:7,11 72:8,10
**asked**
18:22 28:18 31:10 36:16 39:12 40:21 40:24 42:11 43:13 44:6 57:19 58:17
**asking**
29:11 32:13,15,21,23 36:20 38:5 40:19 42:24 43:21 48:22 49:13,17
**assessment**
63:13
**assist**
63:16,18
**assume**
39:2
**at**
6:6 12:16,18 13:3 22:5 37:7 46:6,11 51:15 61:21 62:16 62:20 68:21 69:19 71:19 75:12 76:10
**attached**
3:22 76:9
**attaching**
70:24
**attempting**
33:3
**attempts**
58:22
**attorney**
7:6,13 18:12,17 19:4 51:4 55:19,22 56:7 56:12 65:11 75:4,8
**attorneys**
4:9 6:2 19:9 50:12,12
**attorney-client**
18:15 24:13 51:1,4 72:23
**audible**
5:13
**August**
14:24
**avoid**
5:6
**aware**
44:9,13,14,18 47:11
**A.D**
1:15 74:10 75:13

**B**

**back**
9:18 31:13 41:21 65:17
**bad**
51:5
**based**
28:3,5 32:23 42:3 62:8,17
**basically**
16:5
**basis**
26:24 28:2,18 47:2
**bdgoodr@abdillal...**
2:5
**be**
4:20 5:4,4 6:9 7:7,10 8:7,14 13:12 14:5,6 14:10,11 15:10 18:7 21:1 22:1 23:17 25:6 30:12 31:15,21 32:18 33:5,23 34:5 34:8,11,18 36:13,16 37:1 40:14 42:15 44:4,17 45:4,10,11 47:23 49:8,12,24 50:4 51:10 53:8,23 54:15,19,19 55:8,9 56:5,8 57:2,3,11,19 58:8 59:9 60:22 61:5 62:2,12 64:9 64:18 73:1 76:9
**became**
58:14
**because**
4:19,24 5:19 7:11 24:22 28:20 33:2 34:15 51:2,8 52:5 53:10 54:21 61:7
**been**
12:24 15:6,6 18:17 24:18,23 25:8 27:15 34:4 39:22 55:10 57:3 58:9 59:15 61:13,22
**beer**
23:11
**before**
1:11 7:23 12:21 34:17,22 40:6 43:6 65:4 74:9
**began**
14:24 17:12
**begin**
14:23 39:23
**beginning**
16:22
**behalf**
1:3 33:11 53:19 63:1
**being**
4:3 5:20 7:16 18:6 19:19 28:15 32:9 34:22 41:10 43:20 61:18
**belief**
28:19 48:14 53:23

**believe**
6:7 15:19 18:22 21:5 21:9 24:2 37:7 39:1 42:4 43:24 46:23 47:14 49:22 50:17 52:23 56:8,10 59:22 61:22 62:20
**Bellwood**
55:8
**benefits**
7:16
**besides**
39:2 54:1,4
**best**
4:17
**better**
6:23 23:12
**bill**
64:13
**billing**
64:15
**binds**
9:9 10:1,8
**bit**
41:21
**block**
36:4
**board**
46:13
**book**
4:19 5:3
**both**
38:17 45:16,18,19,23 46:6 51:19
**boxes**
45:15
**break**
7:17,20,23 35:18 52:4 65:1
**Brian**
2:6 6:19 8:8,11,16 9:17 32:8 33:5 52:3 64:23 65:15 73:6
**broad**
56:23 57:2,3
**broadly**
24:16 61:23
**business**
10:19 17:17 18:8 22:20 41:22 46:3
**but**
4:7 5:10,20 8:4,8 11:2 15:20 16:2,22 21:2 27:15 34:22 35:4 36:22 38:1,20 40:1,13,17 43:17,18 49:21 50:21 55:4,21 56:5 57:2 58:11,17 60:13 64:9,24 65:19 72:24 74:16
**butcher**
15:19
**button**
9:20 36:17 57:21
**by**
1:10 2:3,6 3:5 4:5 8:13 9:1,22 11:12 12:1 17:11,15,22 18:21 19:13 21:14 21:18,23 23:6,20,22 24:23 25:16 28:12 29:14 31:11 33:8 35:17 36:21 38:4 41:6,20 42:16 43:12 47:1,22 49:1,8,11 49:24 51:6 52:15 53:1 56:24 57:1,22 60:15,23 61:11 64:3 64:3 65:16,23 66:10 66:17 67:18 70:21 71:6 74:14,14,20,21 74:23 75:1,5,8

**C**

**C**
3:18,21 74:4,4
**Calkins**
15:17
**call**
23:12 26:12,14,15,22 27:3,7,8 28:3,4,15 29:19,22 30:5,6,9 31:7 34:7 35:11 36:5,17 37:2,12,18 38:7,12 44:2,12,16 48:5,10,13,15 50:2 50:6 54:13,17,20 55:2 57:20,21 58:18 61:2 63:3 65:21 66:1,23,24,24 67:3 67:6 68:6 70:2,16 72:6
**called**
1:9 32:3 35:11 36:20 37:11 38:8 49:8,21 53:3,9 54:7,19 74:14
**caller**
59:23 60:1 61:17
**callers**
62:21
**calling**
17:4 22:22 39:23 40:9 50:3 61:14 62:14,16,22 63:1
**calls**
10:12,16,22 11:6 17:10 18:10 20:3,7 20:13,18 22:24 23:5 23:8,10,13,23 35:20 36:4 37:19,22 40:5 47:17 49:10 51:19 51:23 56:18 59:11 62:23 68:20 70:22
**came**
42:12 46:16 59:16 74:9
**campaign**
60:6,18 61:14 62:14
**can**
7:17 8:16,17,20 10:23 11:22 15:24 16:17 17:2,7,23 19:8 22:19 23:2,16 25:18 28:9 30:3 31:17 35:13 36:9 39:11 40:23 41:9 43:1 44:8 45:10,11 46:20 47:10 52:5 56:21 57:14 58:1 60:9,20 61:4 63:5 65:9 66:13,15,18,20 73:7
**can't**
5:10 27:14 38:20,22
**capability**
60:10
**care**
54:9
**carefully**
74:18
**Carolyn**
21:1 38:21
**carried**
69:9
**carrying**
68:11
**case**
10:11 24:19 25:10 37:6 55:7,8 56:3
**categorized**
61:22
**cause**
1:11 74:18
**caveat**
6:24 7:20
**center**
66:24 67:3
**CEO**
15:9
**certain**
61:21
**certainly**
18:22 49:21
**certified**
16:14 75:17
**certify**
74:8,22 75:3 76:5
**cetera**
13:20 19:12 20:11
**change**
51:12
**characterization**
45:5 61:20

**characterize**
58:7
**charge**
58:7
**charges**
64:11
**chat**
8:3,14,19 21:24 66:16
**check**
31:16 32:3 45:14
**checked**
32:7 48:23
**chosen**
65:11
**circumstance**
56:7
**claim**
50:15,18,19 51:8,11 51:13 63:16,19,21 63:24 64:1
**clarification**
12:2
**clarify**
18:19 33:2 43:2,6 53:19
**clarifying**
51:10
**clear**
5:4 34:15 38:1,2,2 49:12
**clearer**
29:16 33:5
**click**
36:19
**clicked**
9:19
**clients**
17:14 20:9 59:5
**closed**
60:2 73:21
**CN**
71:19
**cold**
40:5,9
**Cole**
46:23 47:4,9,12 51:17
**column**
27:2 44:1,3
**come**
4:18 46:13
**coming**
21:2
**commercial**
12:8,12 39:14,18 44:21 45:9,16,19 46:4 48:8
**commissionable**
62:11
**commissioned**
74:6
**commissions**
62:13
**communicate**
5:10
**communication**
72:23
**communications**
18:16 24:13 51:3 72:22,24
**companies**
49:18
**company**
6:5 9:9 10:1,9 12:21 17:19 18:11 20:6 21:6,15 24:3,5 30:21 33:11,13,13 43:16,19 44:16 46:24 52:17,21 53:2 53:14,16,20,21 56:9 62:10 63:2,17,19 64:4,12,13,15 72:19
**company's**
19:2 31:12 41:15 42:9 52:19 54:7
**compensation**
62:7
**competent**
6:6
**complaint**
53:12 55:15
**completed**
63:9,11
**compliance**
3:21 18:13 19:5,18 19:20 20:21 25:18 28:1,13 38:21 47:15 48:1,4 50:4 57:17 65:21 66:1,3 67:23 68:3,6 69:2
**compliant**
57:11
**complicated**
6:13
**complied**
68:12
**concept**
55:4
**concerning**
74:17
**conclusion**
37:20 38:6 47:18 49:10
**conduct**
17:4 52:21 53:8 55:16
**confusing**
57:3
**connection**
23:1 24:14 46:23
**consent**
49:7,19
**consistent**
24:20 59:9
**consisting**
76:6
**Construction**
1:7 9:4 10:15,19,20 11:14 12:17,24 13:2 13:15 14:12,20 15:9 19:20 29:17,20 46:14 50:19 51:9,11 58:23 66:24 67:7 69:13,16,20 72:16 72:17 73:1
**consult**
18:12
**consumer**
18:1,4 63:18 64:8
**consumers**
12:12
**contacted**
16:9 57:19
**contacts**
12:7 16:16
**contains**
44:23
**content**
18:16
**context**
22:20 40:18 58:21
**contingency**
64:6
**contract**
51:16
**contractor**
10:20 16:14
**contractors**
13:6,10 14:14
**control**
56:16,22
**controversy**
74:17
**conversation**
4:23 7:13 18:24 27:20 41:11 47:8,12 69:24 70:12
**conversations**
7:5 39:8 40:14,18 41:2 48:3 50:11,13 55:21
**conversion**
60:14,16
**converting**
62:9
**Cool**
8:2
**copy**
8:18 73:15
**corporate**
9:3,7 10:4 33:12
**correct**
9:5 10:5 11:4 15:22

16:24 17:1 18:4,8 20:19,22 28:23 29:13 30:15 31:22 35:7,8,21 36:1 37:3 38:18 41:22 51:17 51:21 54:24 59:12 61:14,15 64:12 66:5 67:1 68:1,13,15 69:11,13,14,16 70:22 71:21,24 72:7 72:15,19 73:2 76:8
**CORRECTION**
77:1
**correctly**
14:18 26:18 27:11 34:19
**could**
14:3 18:7 21:2 22:2 29:18 30:18 31:4 44:17 45:18 46:2,4 46:5,9,10 55:7 63:16
**counsel**
6:6 71:7 75:4,8
**County**
1:13 74:3,7 76:3
**couple**
4:22
**course**
65:9
**court**
1:1 5:16 42:21 43:13 43:20 73:15,17
**courthouse**
7:17
**courtroom**
5:21,24
**covering**
25:3
**created**
24:1,8
**creating**
4:19 5:2
**CRM**
16:7 20:9 23:19 48:18,22,24 51:20 54:1,3,7,23 59:14 61:16,18
**CSR**
1:12 74:5
**CSV**
55:5
**cure**
33:7
**current**
11:23 12:3,4,15 13:3 16:16,16 41:22 42:21 51:13
**currently**
12:6 13:2 14:9,12 20:13 21:6 22:23 23:4 30:21
**Curtis**
15:8 72:14,18,21
**Curtis's**
15:10
**customer**
59:14,15,16,20
**cut**
9:10
**C&N**
1:7 9:4 10:15,19,20 11:3,14,17 12:16,17 12:24 13:2,10,15 14:11,20 15:9 19:20 20:13,17,21 22:23 23:7,12,22 25:9 29:17,20 30:3 32:2 32:7,13,22 35:9,23 36:3 38:10,14 41:21 41:24 42:6 43:21 44:9,19 45:11,19,22 46:11,13 47:11,14 48:16 49:4,8 50:14 50:19 51:9,11,16,19 51:23 54:13,16 55:10,14 56:15 57:10 58:23 59:6,10 60:4,16,24 62:22,24 62:24 63:1,18,21,22 64:1,11,16 66:23 67:7 68:18,19,21 69:12,16,19 72:14 72:16,17,24
**C&N's**
22:20 26:20 27:20 46:15,21 48:18 50:1 65:24 68:6
**C-A-L-K-I-N-S**
15:19

**D**

**D**
3:3
**damage**
10:22
**damages**
63:7,13,15
**data**
12:5,12 18:2,4 20:17 23:12,22 29:24 30:4 30:5,9,11,24 31:2,7 32:3 33:14 34:16 35:20 39:14,18,21 40:1,6,20 42:3,8 43:23,24 44:12,19 45:4,7,8,20 46:16 46:23 47:4,9,12,16 51:20 72:10
**date**
11:6 70:8,10
**Dated**
76:10
**dates**
39:12 40:13 41:3
**day**
1:14 74:10 75:12 76:11
**days**
26:13 28:3,15
**day-to-day**
58:4,14
**Deanna**
1:11 74:5
**decided**
48:7
**decides**
6:11,16
**decision**
15:1 16:3 21:15
**decisions**
72:19
**decision-making**
15:5
**defendant**
1:7 2:7 24:24
**Defendant's**
3:13 22:2 66:7,12 67:12,20 71:3,9
**Defense**
70:24
**demo**
27:21 48:7
**denoted**
27:2
**department**
57:23 58:3,5,7,15,17 58:18,20
**depending**
45:17 65:12
**depends**
45:13
**DEPONENT**
73:23
**deposes**
4:3
**deposition**
1:9 3:9,15 4:10 8:22 21:20 25:13 55:18 55:23 56:13 57:6 67:13 71:3 73:21 74:22 75:1,6
**describe**
39:11
**designate**
55:6
**designation**
59:22
**designee**
33:13 53:20
**desire**
54:18
**detailed**
60:22

**developed**
23:22
**dg**
76:19
**dialer**
51:23 56:16 59:12 61:1
**dialing**
22:21,23 37:11 50:7 53:1 54:22 59:21 60:5,18
**did**
9:23 10:12 12:15,18 12:18,21,22 13:6,22 14:18,23 18:11 19:22 20:5,17 21:8 23:7,12 27:11 29:20 31:1,1,1,13 32:2,13 34:18 35:9 36:3 39:2 45:19 48:6,6 48:15 51:7,23 52:21 53:1,21 54:1,16 55:3,22,24 56:1,11 56:16 60:4,10,16 62:3
**didn't**
10:2 20:18 21:12 41:12,18 42:7 53:18 54:6 61:6,9 72:8,10
**differ**
12:9
**different**
5:22 9:20 11:13 32:10,18 34:13 36:23 42:14 47:24
**differently**
65:2
**direct**
45:24 51:16
**direction**
50:9
**directive**
43:7
**directly**
31:3
**director**
24:7
**disclaimer**
47:3,6
**Disclosure**
3:18
**disclosures**
22:2
**discovery**
24:14,19,24 25:4,6 44:9 53:14 56:9
**discretion**
46:6
**discussed**
16:2
**discussing**
48:1
**discussion**
52:10 73:9
**discussions**
15:7,20 16:2
**dispute**
37:16 38:6
**distinction**
13:7
**DISTRICT**
1:1,2
**dive**
73:7
**DNC**
26:10 28:1,13,22 38:18 40:20 72:5
**document**
8:10 22:12 66:18,21 67:6,8,20
**documentation**
33:20,24 34:2,24 52:18 57:7
**documents**
19:11 25:7,9 44:10 44:13,14 55:24 56:2 56:5 66:4 68:2,4
**does**
5:7 6:13,24 7:14,23 8:15 10:15 11:3,14 11:17 12:9 19:20 20:6,13 38:10 39:20 41:24 44:19 47:14 49:4 51:11 52:17 54:13 58:21 59:14 59:19 63:18,21,22 64:1,11,16
**doesn't**
20:14 43:5 53:16
**doing**
4:17 30:12
**dollars**
42:7
**done**
27:21 31:14 33:21 34:4 35:2 43:22
**don't**
6:2,22 7:19 8:4,7 9:10 15:14 17:8 19:1,19 24:11 28:5 30:17 31:15 33:22 35:3 37:21 38:14 39:1 40:17,17 41:10 41:19 42:13 45:2,21 48:2 49:22 51:13 52:23 53:4,5,7,10 55:20 56:4 58:2,17 60:21 64:21,24 65:18 70:9,10 73:5 73:10
**down**
4:16 5:11 35:18
**drive**
17:17
**duly**
4:3 74:6,15
**during**
14:21 19:24 20:3,21 27:3 28:21

**E**

**E**
3:3 74:4,4
**each**
14:4
**earlier**
72:8
**easy**
5:10
**efficient**
4:21
**efficiently**
4:15
**efforts**
59:2,21 62:11
**either**
30:7 33:22
**electronic**
73:12,18
**else**
15:4 44:4 57:4 69:19
**email**
8:17 71:12,16,17,19 71:23
**emailed**
70:17
**employed**
69:19 75:5,8
**employee**
32:22 47:11 60:1 75:7
**employees**
13:1,4,5 14:12 35:23 50:14 57:15,23 58:22 59:10 62:18 69:2
**end**
54:6
**engage**
15:1 29:20 30:4
**engaged**
14:20 27:13 29:18 31:21 56:15
**engaging**
15:21 58:22 61:1
**enough**
53:19 60:24
**ensure**
35:10
**entail**
47:21
**entered**
51:16
**entire**

68:18,19
**entitle**
47:20
**entitled**
1:11
**Eshghy**
15:8 72:14,18,21
**Especially**
22:9
**Esq**
2:3,6,6
**essentially**
68:18
**estimate**
14:5,10
**et**
13:20 19:11 20:11
**even**
6:9 7:9 31:15
**events**
17:15
**ever**
4:10 19:3 31:1 32:13 40:19 47:8,24 55:10 55:14
**every**
26:13 28:3,15 46:9
**everybody**
46:5,12
**everything**
4:16 73:19
**evolve**
62:3
**exact**
27:14 31:4 56:4 70:14
**exactly**
47:7 56:23
**examination**
3:5 4:5 65:16 74:19
**examined**
74:19
**example**
29:15,17 57:8
**Excel**
55:5
**except**
76:8
**exchange**
25:7
**excuse**
39:18
**Exhibit**
8:22 21:20 22:1 25:13,17 28:13 65:20 66:7,12 67:12 67:13,21 70:24 71:3 71:9
**exhibits**
3:9,13,22 8:4 65:19 73:13
**existing**
20:14,19
**exists**
44:3
**expert**
37:5,10,23 38:6 53:13
**explain**
17:2 22:19 30:3 63:13
**explained**
27:5,10 28:21
**explanation**
21:13 27:13 28:20 29:2 34:14
**explored**
51:14
**express**
49:7,19 54:18
**expressly**
75:1
**exterior**
10:21 63:8
**E-S-H-G-H-Y**
15:12
**e-tran**
73:17

**F**

**F**
74:4
**face-to-face**
59:5
**fact**
33:17 37:17 49:24 50:1
**facts**
38:5 49:4,13,15,22
**fair**
12:2 14:7,11 18:18 20:12 32:14 33:2 44:6 45:3 47:23 53:19 60:24
**false**
27:7 44:4
**familiarity**
5:23
**far**
14:4
**Fatigato**
2:8
**feature**
36:17
**February**
1:14 74:10 75:13
**federal**
42:21 43:13,20
**fee**
17:20
**feel**
73:18
**feels**
7:10
**few**
5:19,21 8:5 14:6
**field**
20:10 59:4,17,18,19
**figured**
65:20
**file**
55:5
**filed**
32:4 63:21,24 72:9
**filing**
33:14 63:16,18
**financially**
75:9
**find**
4:20 13:14 53:9 54:2
**findings**
37:16
**fine**
6:22 73:13
**Finish**
11:10
**firm**
19:16
**first**
4:3,15 8:10 25:22,22 50:23 74:14
**five**
62:20
**flag**
28:22
**focus**
10:21
**folks**
10:24 50:5
**followed**
11:2
**following**
22:16 74:10
**follows**
4:4 52:14
**follow-up**
40:13 65:3,6
**for**
1:2,13 2:3,7 4:23 7:7 7:18 8:23 9:9,20 10:8,23,24 12:7,10 12:12,21,23 14:2,17 15:11,18 18:8,19 21:21 22:7,24 23:4 23:7,7,9,13,22 25:14 26:24 27:4,23 28:2,19,22 29:16,24 30:4,18 32:24 33:13 37:19,22 39:5,11 45:17,20,22 46:1 47:2,17 49:10,13 53:11,21 54:5 55:18 56:12 57:7 58:19 59:18 60:13 61:18

62:9,19 63:19 64:11 64:14,15,16 65:14 66:8 67:14 68:6,14 68:21 71:4,8 72:19 74:7 75:4
**foregoing** 76:6
**form** 11:20 17:5 19:6 23:14 28:7 29:5 32:5 35:12 43:1 46:18 48:19 49:9 56:19 60:7
**forward** 54:10
**Foundation** 17:21 32:6,12
**foundational** 32:10,19
**four** 12:20 14:17 25:19 58:24
**frank** 31:15 61:5
**free** 10:24 16:11 17:16 63:3,19
**frequent** 62:16
**fresh** 65:4
**from** 11:6,16 18:8,11 20:8 20:10 23:19 27:1,16 27:20 29:2 34:6,16 36:24 37:11 44:19 45:2,8,14 46:16 48:13,17,23 49:6 50:19 51:11,19,20 51:23 53:23 56:6,6 59:3,15,16,23 60:11 60:12,13 61:2 64:18 67:19 68:16 70:20 71:7,13,14
**froze** 9:17
**frozen** 9:14
**fully** 35:15
**function** 8:3 35:9 36:3
**funds** 64:18,18
**further** 51:12 64:22 73:23 75:3,7

**G**

**Gabbert** 1:12 4:16 74:5
**GAF** 16:15
**garbled** 5:3
**gave** 28:20 51:2 58:12
**general** 10:18,20
**generally** 25:5
**generate** 64:16
**generated** 18:8 59:3,20
**genesis** 17:2
**George** 1:3 52:17 53:4,5 54:2
**get** 4:14,21 5:3 7:22 8:2 17:20 18:1,3 27:23 42:17 50:22,22
**getting** 73:19
**give** 5:13 15:24 21:12 22:10 29:15 30:18 46:12 63:11
**given** 48:9 56:6 74:23
**glanced** 37:7
**go** 4:13 8:16 9:18 30:8 31:13 52:6 65:4,15 73:7
**goal** 50:4 62:24 63:3 64:10
**going** 5:1 8:4 9:15 13:14 18:14 21:24 25:17 33:9 42:22 54:9 62:2,12 65:7,17 66:11 67:11
**gone** 19:10
**good** 34:12
**Goodrich** 2:6 3:7 6:5 8:12,18 9:13 11:8,10,20 17:5,21 18:14 19:6 21:11,17 23:2,14 28:7 29:5,8 31:10 32:5,12,20 35:12 36:7 37:19,22 40:21 41:17 42:11,23 46:18 47:17 48:19 49:9 50:20,24 52:7 52:9 56:19 60:7,19 61:3 65:3,8,16,18 65:23 66:10,14,17 67:16,18 71:1,6 73:4,10,16
**got** 9:16 12:14 20:4 27:18 28:1 39:13 40:1 45:19 59:9 60:21 61:5
**grants** 45:4
**Great** 9:2 14:2
**ground** 4:13
**guess** 13:14 17:8 23:9 41:19 42:13 43:23 65:18
**gutters** 13:20 63:8
**guys** 9:19
**G-A-F** 16:19

**H**

**had** 4:10 7:5 11:24 16:6,9 16:21 17:19 18:1,17 19:9 20:21 24:8 27:9 28:4,14,18,21 31:21 34:4 35:2 38:23 39:7 40:14 41:2 46:11 47:8 49:6 50:11,13 53:13 53:23 61:12,16 62:6 62:8,20 63:15 69:8 69:20 70:17 72:5
**Hail** 59:10
**HailTrace** 11:7,15,16,19 16:24 17:3,10,19 18:1,3 18:11 20:8,17 23:1 23:17,21 26:20 27:1 27:5,17,24 28:21 29:2,24 30:5,11 34:6,16 35:6,20,24 39:8,21 40:6,12,15 40:19 41:2,21,24 43:21 44:7,20 45:2 45:14 46:9,11,16,22 47:14 48:1,7,14,17 48:23 49:6 50:15 51:14,20 53:23 59:19,23 61:2 62:17 62:23 70:21 72:9,10
**HailTrace's** 50:18
**hand** 75:12

**happen**
61:7
**happens**
16:10
**hard**
14:5
**has**
6:5,19 7:5 13:2,3 14:12,20 24:23 25:8 25:9 27:2 34:9 38:14 46:22 53:12 53:13,14,15 55:10 55:14 63:6 65:11
**hasn't**
43:21
**have**
4:10,12 5:5,23 6:2,21 7:19,21,21 8:3,4,5 8:17 10:12 11:1,14 11:16 13:9 14:6,8 15:6,6 16:7 18:17 19:9,10,20 20:5,14 20:18 22:8 23:3 25:19,21 27:15 29:18 31:18 33:16 35:5 37:5,9,15 38:5 38:10 39:7,22 40:14 40:17 41:22 42:2,13 43:8,9,13,19 44:6 46:13 47:8 49:4,14 49:15 50:11,13,17 51:13,14 52:18,23 53:4,5,16,18 54:1 54:16 56:16 57:3 58:9 60:10 61:7,13 61:22 62:20 64:21 65:13 66:15 72:21 73:5 75:11 76:5
**having**
47:12 59:15 69:24
**he**
6:6 24:4,7 33:4 40:24 41:2 58:10,11 69:12 74:18
**head**
5:9 32:1 58:14
**heads**
22:6,7
**hear**
9:23 10:2 13:22 14:18 27:11 54:6 55:20
**heard**
4:6 9:11 11:3 15:15 49:21 50:21 54:4
**held**
52:10
**help**
4:14 17:17
**helps**
5:1
**her**
21:15 58:13 71:19
**here**
5:23 6:3,8 7:11 9:9 9:21 10:3,8 18:23 28:13 29:4,13 33:9 33:10 37:15 42:19 52:5
**hereby**
74:8 76:5
**hereto**
75:9
**hereunto**
75:11
**he'll**
9:18
**he's**
9:16 32:18
**Hi**
72:1
**highlighted**
42:19
**highlighting**
50:10
**him**
32:21 50:21 52:18 53:9
**himself**
1:4
**his**
9:16 15:15 24:6 32:15,23 36:8 41:1 52:22,23 53:2,7,12 53:13,15,17 54:3,5 58:11 74:16,19,19
**hold**
9:17
**homeowner**
63:12
**homeowners**
46:2
**honest**
14:6 42:15 56:5 60:22
**hopefully**
29:16 38:2
**how**
6:4 12:23 13:1,9 17:12 21:3 28:20,22 31:15 41:24 42:2,3 45:11 57:10 60:17 62:18 69:8
**However**
5:2
**hyperlink**
72:2

**I**

**idea**
6:21 18:6
**Ideally**
64:6
**identified**
8:23 21:21 25:14 37:17 59:15 61:16 61:18 66:8 67:14 71:4
**identifies**
26:9
**identify**
27:6 59:19
**if**
4:19 5:2,23,24 6:10 6:12,15,17,18,19 7:9,12,21 8:7 9:10 9:11,24 10:23 11:22 15:15 16:17 17:7,13 17:23 18:6 19:2,8 19:16 22:13 23:16 24:8,9,22 25:8,8 27:7 28:9 29:8,11 30:17,23 31:1,14 32:13,16 33:4,4,13 33:16,19,23 34:2,16 36:15,16,20 38:5,14 38:22 41:7,9,12 42:8 43:18 44:2 45:15 46:1,2,4,20 48:22,23 53:2,9 56:21 57:19 58:6 59:20 60:9 63:6,15 64:3,3,8,24 65:1,3 65:19 70:8 73:6
**Illinois**
1:2,14 26:9,14 74:1,8 75:12 76:1
**immediately**
74:20
**imminent**
50:18
**impact**
12:5
**impacted**
17:15
**implement**
16:3
**implemented**
67:7 68:5 69:9
**implementing**
68:10,22 69:21
**important**
50:9
**INC**
1:7
**include**
7:12 13:6,21 14:3 62:3
**including**
13:12
**inclusive**
76:7
**incredible**
9:16

**incredibly**
6:6
**independent**
13:6,10 14:13
**indicate**
48:11
**indicated**
16:21
**indicators**
44:3
**individual**
9:5 20:24 27:15 28:5 30:19 32:22 36:19 39:4 46:7,8 56:11 57:19,21 61:24 62:4 64:16
**individuals**
13:17 16:8,11 18:7 20:10,14,18 27:23 48:12 49:5 50:8 54:18 62:6 68:21 69:4
**inevitably**
17:16
**inform**
51:12
**information**
29:3,12 37:15 44:24 49:13
**informed**
39:15,17
**initial**
16:5 27:21
**initially**
58:9 61:22 62:5
**inquire**
42:8
**inquiring**
33:12
**inquiry**
39:16
**insert**
21:24
**inside**
36:18 58:13,20,21,23 59:5 61:23 62:7 67:4 68:7,13 69:10 70:21
**inspection**
10:24 16:12 63:4,11 63:14
**inspections**
17:16
**inspection's**
63:9
**installation**
13:18,19,19
**instruction**
7:1
**insurance**
63:17,19 64:4,12,13 64:15,18
**intend**
51:7
**intended**
18:23 57:2
**interaction**
59:7
**interest**
6:7
**interested**
75:9
**internal**
54:13,17,20 55:2 72:22,24
**into**
21:24 23:18,19 31:12 32:7 34:9 35:6,7,8 36:12,14 50:7 51:16 55:5 61:24 62:9 73:7
**introduce**
4:7
**investigation**
31:12 32:23 52:21 53:9
**invoices**
44:15
**involved**
16:1,23 31:3 43:10 43:20 55:11 58:4 69:20
**involvement**
19:3
**involving**
17:10 50:12 56:3
**issue**
32:11,19 40:16
**issued**
53:14
**issues**
19:5
**its**
24:24 29:21 35:18 38:10,14 45:20 51:20 58:21 62:16 62:20 72:10
**it'd**
14:5
**it's**
4:18 5:9,20,22 6:7 9:23 27:8 32:17 34:17,18 43:23 44:22,23 45:24 56:23 59:6 61:8,8 63:22 64:3 65:4 71:22 72:18,21
**I'd**
14:8 22:11 52:4
**I'll**
8:10 23:11 24:17 29:15 34:14 35:18 38:1 42:19 47:23 73:12
**I'm**
4:8 8:4,6 9:10,18,19 11:9 12:17 13:5,14 18:14 19:14,15 21:24 22:5 23:9 25:2,7,17 28:10 29:1,10 32:14,21 33:9 34:12 35:15 36:15 38:5 42:7 43:6 44:13,18 47:19 49:2,13,20 50:10 53:10 55:19 56:23 59:10 64:23 66:11 67:11 70:24 72:22 73:19
**I've**
4:18 12:24 26:8 49:21 58:17 66:11

**J**

**Jacqueline**
30:8,17,20 58:12 68:24 69:5,7,15,23 70:1 71:15
**Jacqueline's**
71:17
**January**
12:10,11 39:19,21 40:2,3
**jobs**
62:9
**judge**
5:22 6:1,8,11,16
**juice**
61:9
**jump**
4:24
**June**
68:17
**just**
6:22 7:19 8:17 12:10 18:18 19:15 22:5,24 24:10 28:14 32:14 32:16 42:12 51:1 62:5 65:4,10 66:15 67:20
**Justin**
2:6
**justin.abdilla@ab...**
2:5

**K**

**Katie**
2:8 65:4
**keep**
4:20 34:3 60:4
**kept**
33:21 35:5
**Kevin**
1:9 4:2 66:18 67:19

71:8,22 74:13 76:17
**kind**
4:18 10:18 34:23 56:23 58:14
**know**
4:24 6:1,4 7:4,20 8:7 9:10 13:1 15:15,15 17:9 19:2 21:3,10 22:3,12 24:8,18,22 25:5,8,11,19 27:18 30:17,17 31:15,24 33:12,18,19,22,23 34:2 37:7,21 38:11 38:14,16,22 39:4 41:9 42:13 43:24 45:21 46:11 47:13 47:20 49:23 53:7,10 56:6 58:2,5,10,12 62:6 64:24 65:18 66:12,14 67:16 71:1
**knowledge**
14:15 39:6 40:8,11 41:1 43:14,23 49:3 51:18 52:1,20 55:17 69:8 72:21 74:16
**knows**
33:4
**Koranda**
21:1,6
**Koranda's**
21:3
**K-O-R-R-A-N-D-A**
21:5

**L**

**labeled**
44:2
**laborer**
13:16
**laborers**
13:12 14:1
**laptop**
8:6
**largely**
10:21
**last**
7:3 9:24 15:10,15,16 21:3 23:7,13 30:18 38:22 54:5
**later**
6:11,16 40:1 61:23
**law**
2:2,4 5:16 7:5 18:13 57:11
**laws**
25:23 50:5
**lawsuit**
19:3 24:15 25:4,6 26:5 31:6,13 32:4,4 33:14 39:9 40:15 41:3,15 42:19 55:10 55:11,14 61:6 72:9
**lawsuits**
61:13
**lead**
16:14 29:12 58:13 61:19,23
**leading**
58:3
**leads**
16:6 29:4 55:8 62:24
**learn**
31:1 52:22
**leave**
7:13 21:8,15
**led**
43:19
**left**
21:10 58:11
**legal**
5:18,19 37:19 47:18 49:10 72:18 73:2
**lengthy**
61:8
**let**
7:19 22:3,12 25:18 30:2 33:24 38:10 41:9,21 50:22 53:19 57:4 66:12,14 67:16 71:1
**let's**
12:2 13:21 39:2 51:4 73:7
**license**
1:12 11:16,17,23 12:3,4,9,10 18:1 23:3 40:2,10 44:23 45:3,7 74:5
**licensed**
27:24
**licenses**
11:24
**licensing**
17:20
**like**
4:18 5:18,20 7:22 8:3 9:13 22:11 42:5 48:22 61:23 73:19
**Line**
77:2,4,6,8,10,12,14 77:16,18,20,22
**lines**
49:16
**list**
23:17 27:1 28:15 35:5 36:6,16,23,24 44:23 45:14,16,17 46:7,10 47:3 48:13 53:24 54:14,17,20 55:2,6 70:16
**lists**
12:7 20:8 23:19 26:12,21 28:3 34:5 34:8,10,10 35:24 36:10 44:20,22 45:2 46:8 48:8,11,23
**litigation**
42:22 43:9,13,20
**little**
6:13
**load**
66:15
**lodge**
6:7 51:9
**log**
9:18 32:2
**login**
46:13
**long**
12:23 25:20
**longer**
69:12,15
**look**
22:11
**looked**
57:6
**looking**
22:5 45:17
**Looks**
9:13
**lot**
42:13,15
**lots**
43:17

**M**

**made**
6:9 16:3 17:10 40:5 51:19 63:10
**mainly**
46:14
**maintain**
54:13
**maintained**
58:10
**majority**
10:22
**make**
5:7 6:2,14 7:1,14,23 10:15 13:7 16:10 20:6,13,17 29:16 31:17 35:19 36:19 39:20 43:4 51:23 59:11 62:23 70:22
**makes**
6:19 19:14 26:2 34:12 40:4,12 42:17 43:17 52:3 57:24 58:16 60:16 72:18
**making**
18:10 20:3 22:24 68:12,19
**manager**
27:16

**manual**
3:21 25:18 28:14 65:22 66:3 67:9 68:4
**manufacturer**
16:15
**many**
8:4 13:1,9 62:18
**mapping**
12:11
**maps**
12:5 46:14
**mark**
57:20
**marked**
3:9,13 66:11
**marketing**
56:17 59:2
**Martelli**
24:8
**Martinell**
24:3
**Martinelli**
24:2,5 30:14,23 31:20 33:15,20 34:24 38:17 39:3 44:11 58:9 68:23 69:12
**master**
16:14
**materials**
13:18 19:11
**matter**
10:18
**matters**
74:17
**may**
11:1 18:16,16 40:17 55:7,9 61:22 62:20 76:9
**maybe**
23:11 52:4 54:4
**me**
1:11 4:23 6:22 15:24 17:2 22:3,5,12,19 25:18 29:11 30:2,3 30:18 33:24 38:10 39:11,18 41:21 53:19 57:4 59:5 66:12,14 67:16 70:17 71:1 74:9,14 74:21
**mean**
13:16 32:20 39:21 53:6,7 56:24 58:21 59:6 64:3,5 68:11
**meaning**
60:1 65:6
**means**
58:23 65:12 74:20
**mentioned**
15:13 27:10 31:21
**mentions**
26:12
**metrics**
60:4,11
**might**
6:7 9:13 15:19 50:11 57:3 65:13
**mind**
4:20 65:5
**Mischaracterizes**
36:8
**money**
18:3 42:15 43:17
**monitor**
60:17
**Moore**
1:3 52:17
**Moore's**
53:4,5 54:2
**more**
4:20 38:2 42:15 43:17 45:5 59:6 61:7,23 65:13
**most**
39:12 62:16
**move**
5:1 64:23
**moved**
26:8
**Ms**
4:16 21:3,6 30:21,24 31:20 33:15,20 35:1 38:17 39:3 44:11
**much**
5:18,20 42:2,3 43:15 59:2,2 64:21
**multiple**
24:9 62:6
**my**
4:6,7 5:9 6:10 7:9 8:6 9:23 14:10,15 18:19 32:1 33:6 37:24 38:20 39:6 40:8,11 41:5 42:18 43:14,17 46:21 49:3 51:18 52:1,20 53:18 55:17 62:2,12 65:5 72:17 75:11
**myself**
4:7 15:6 27:21

**N**

**N**
3:3,18,21
**name**
4:6,8 15:10,15,16 21:4 22:12,16 27:14 30:18 38:22 54:2,3 54:5 55:6 58:19
**named**
16:15 74:11
**names**
61:24 62:4
**National**
26:9,13,21 29:19,21 30:5,6 36:4 37:2,12 37:17 38:7 48:5 50:2 70:2 72:6
**nature**
27:23 60:14
**necessarily**
60:12
**need**
7:20
**neither**
75:3
**Nelson**
30:20,21,24 31:20 33:15,20 35:1 38:17 39:3 44:11 58:13 68:24 69:15,24 70:1 71:15
**never**
42:12 51:16 55:3,3
**next**
64:24
**Nick**
24:2 30:7,14,15 58:9 68:23 69:5,7,12
**no**
1:6 3:10,11,12,14,17 3:20 5:22 6:8,8,21 10:2 11:10 14:22 19:19 20:8 21:13 32:1,12,12 37:8 39:24 40:8 41:11 42:17 44:8 45:2,24 47:7,10,13 48:3 50:16 51:18 52:1,20 55:13,17 56:14 60:22 61:13 63:24 64:18 69:12,15,22 70:10,14
**nod**
5:9
**none**
43:19
**non-face-to-face**
59:7
**non-storm**
11:3
**nor**
75:4
**Normal**
73:13
**NORTHERN**
1:2
**Notary**
1:12 74:6
**notated**
54:19
**noted**

76:9
**nothing**
6:20 74:15
**notice**
3:15 8:11 74:9
**November**
70:2,5
**now**
7:1 8:14 14:10 22:1,4 22:8,24 26:8 41:15 65:24 66:20 67:12 69:23 72:8
**number**
8:22 21:20 25:13 38:11,15 52:22,24 53:2,4,6,7,10,12,13 53:15,17,22 55:1 66:7 67:13 71:4 77:2,4,6,8,10,12,14 77:16,18,20,22
**numbered**
65:19 76:7
**numbers**
17:18,20 18:2,10 27:6 28:23 29:19 34:7 35:10 36:4 37:11,17 38:7 45:8 45:9 46:17 48:17 49:6 50:2 51:20 61:2 62:18 70:20

**O**

**oath**
5:14,15 7:12 74:19
**object**
18:14 49:9
**objection**
6:8,10,15,19 11:8,20 17:5,21 19:6 21:11 21:17 23:2,14 28:7 29:5 32:5 33:7 35:14 36:7 37:19 38:3 40:21 41:17 42:23 43:8 46:18 47:17 48:19 50:20 51:1,5 56:19 60:7 60:19 61:3
**objections**
6:2,4
**occasion**
31:13
**occurred**
24:19
**off**
4:6 8:16 9:18 22:5,9 32:1 52:6,7,11 73:7 73:9
**offer**
16:11 17:15 27:22 63:10
**officer**
19:21 20:21
**often**
41:24
**okay**
4:13 7:3 8:7,12 9:2,7 9:23 10:3,11,15 13:5,9 14:2,7 15:4 15:20,24 17:13 19:2 19:14,20 21:19 22:9 24:8,12,17 25:12 26:8 29:1 31:17 32:2 33:19 35:7 36:10 38:10 39:2,7 40:4,9,12 43:14,18 44:9 45:1 46:15 47:8,11 49:4,22 50:17 51:16 52:2 54:9,12,20 55:1,10 56:11 57:24 58:21 59:14,19 60:4 61:16 62:12,22 64:6,20 65:3 69:1 70:5,24 71:7,16 72:1,14
**on**
1:3,14 4:7 5:24 6:1 6:11 8:2,6 9:9,20 10:21 14:4 16:13 22:11 23:12 25:22 26:8 28:4,5 32:2,23 33:9,11 34:7 35:10 35:20 36:4,16 37:12 37:17 38:7 40:1,20 42:3,22 43:8 44:4 44:20,22 45:16,17 46:13 48:11,13 50:2 50:6,23 51:19,23 53:19,24 55:23 57:20,21 59:11 61:24 62:8,17 63:1 63:5 64:23 65:11,12 73:6 74:9 76:9
**onboarding**
27:3 28:22 48:6
**once**
34:5
**one**
4:8 5:19,21 6:3 7:4 7:16 11:13 19:19 20:5 22:17 24:10 45:18 54:10 57:22 62:5 63:4
**ones**
69:8
**only**
7:20 11:7 30:11 53:24 54:22
**open**
22:8 25:21
**Opening**
66:20
**operating**
19:10
**operational**
58:14
**opposed**
57:14
**opt**
49:18
**option**
51:14
**opt-in**
49:15
**or**
5:24 6:12 8:2,16 9:10 9:11 11:23 16:14 18:16 22:24 24:9 27:4,7,16 28:5 30:2 30:7,11 31:1 32:10 32:18,22 33:7,20 34:23 38:15,23 39:4 44:11,15 45:16,16 45:18,18 46:4 47:20 49:15 51:12 55:5,7 55:8 56:6 59:20,23 60:17,18 63:1,12 64:9,18 65:1 68:19 70:8 73:1,17 75:4,4 75:7,8,9
**order**
18:3 44:16
**other**
28:6 29:1,3,11 39:4 40:4,14,15 41:3 42:20,24 43:2,9,10 43:16 45:18 50:13 51:24 53:24 55:21 55:24 56:11 57:24 61:13 64:15,17 66:4
**others**
1:4
**our**
7:4 10:22 11:23 16:8 19:10,11 20:8 22:22 23:19 27:15,16 42:1 43:23 48:6,6,14,22 48:24 50:4 53:23,24 54:1,3,7 56:7 58:24 59:2,2,3 63:4,14,14
**out**
7:14 9:10,21 13:15 16:10,16 17:14 46:1 46:3,5 50:8 53:9 59:4 68:12 69:9
**outbound**
10:11,15 11:6 14:20 20:3,6,13 22:22 23:5,8,10,13 35:20 56:17 66:23,24 67:3 68:20 70:22
**outreach**
18:7
**outside**
16:8 32:9,17 50:10

51:3 54:23 57:17 59:3 63:5
**over**
4:13 5:6 16:22
**overall**
62:9
**oversight**
58:10
**overview**
15:24 25:23
**Owen**
15:7,13
**own**
20:8 29:18,21 38:14 38:20 48:22,24 51:20 54:1 65:10
**owner**
15:8 63:12 64:19
**owners**
46:4

**P**

**packages**
62:7
**page**
22:11 25:22 26:8 77:2,4,6,8,10,12,14 77:16,18,20,22
**pages**
25:20 76:6
**paid**
17:20 18:3 44:15
**paragraph**
22:15
**Paronich**
2:2,3 3:6 4:5,8 8:10 8:13,16 9:1,15,22 11:9,12 12:1 17:11 17:22 18:18,21 19:13 21:14,18,23 23:6,20 25:16 28:12 29:14 31:11 32:8,14 33:1,8 35:17 36:21 37:24 38:4 41:4,6 41:20 42:16 43:4,12 47:1,22 49:1,11 50:21 51:6 52:3,8 52:15 57:1 60:15,23 61:11 64:20 65:6,9 66:3 67:8 73:5,12 73:18
**part**
10:4 15:1,4,20 25:3,5 25:8 27:19 28:1 31:12 32:15 33:10 38:23 39:22 57:5 59:21 66:4 67:6 68:5
**participated**
39:4
**particular**
12:20
**parties**
75:5,9
**parts**
35:18
**past**
11:24 16:7 20:17
**pay**
41:24 42:15
**pays**
42:6 43:16
**PDF**
8:19 9:20 71:8 73:17
**peak**
62:20
**pending**
7:21
**people**
14:4 16:16 69:3
**Peoria**
1:13 74:3,7 75:12 76:3
**perform**
13:17 38:18 41:15 60:17 63:5,10,22,22 64:2
**performed**
37:10 48:18
**performing**
38:24
**perhaps**
19:14 33:5,6
**period**
68:17
**permit**
11:17
**person**
38:21 46:9 58:6 62:5 74:11
**personal**
69:8
**personally**
15:21 39:7 68:9
**phone**
18:2 53:4,6,7,12,13 53:15,17,22 70:20
**phrase**
13:22
**pieces**
29:3,11
**placed**
10:23
**plaintiff**
1:5,10 2:3 4:9 52:16 71:8 74:14
**plaintiff's**
37:5 65:20
**plan**
41:3
**platform**
27:4 39:24
**platforms**
42:14 43:10
**please**
13:21 14:3 15:11,18 30:18 39:11 73:14
**point**
45:3 51:15 61:21
**policies**
66:1 68:10,11 69:2,9 69:21
**policy**
29:13 30:13 57:10,14 66:5 67:1,7 68:3,6 68:22
**pop**
8:15
**position**
12:16,19 32:8,17 42:9 43:16 53:16,18
**possible**
4:15 29:17
**potential**
17:14
**potentially**
18:9 50:14 73:1
**practices**
55:12
**preface**
51:3
**prepare**
55:18,22 56:12
**PRESENT**
2:8
**presently**
69:19
**president**
12:17 14:17 15:7,14 72:14
**previous**
11:24 56:3
**previously**
16:9 52:18
**prior**
10:13 12:9 18:10 19:2 49:7,19 50:3,6 54:16 55:10,14
**prioritized**
43:21
**privilege**
18:15 51:1,5
**privileged**
7:6,8
**probably**
6:1 7:3 14:8 24:18
**procedures**
19:11
**proceeding**
5:18,20
**proceedings**
5:24 52:13
**process**
15:5 22:22 30:3,23

31:19 34:14 38:23 39:23 45:22,24 50:1 55:1 58:11 59:8 61:8 62:1,3
**processes**
56:17,22 57:7
**produced**
24:23 25:9
**producing**
44:10
**profitability**
60:5,12,13
**program**
14:23,24 15:2,22 16:4,22
**prompted**
43:6
**proper**
6:12
**properties**
12:8
**property**
10:24 16:12 17:16 46:3 63:4,6,6,8,12 63:12 64:19
**protections**
7:4
**protocol**
63:14
**provide**
10:23
**provided**
47:14 49:7 56:9
**public**
1:13 64:7 74:6
**pull**
8:20 12:7 22:4 45:13 46:8,10 47:3 60:11 66:19
**pulled**
27:1 34:6,16 44:2 48:23
**pulling**
46:7
**purchase**
11:6 44:19,22 45:2 48:8
**purchased**
18:11
**purchases**
44:20
**purpose**
8:23 21:21 23:7 25:14 62:19 66:8 67:14 71:5
**purposes**
7:7
**pursuant**
74:9
**pursuing**
73:2
**put**
8:5,11

**Q**

**qualified**
74:7
**quality**
56:16,22
**question**
4:24 5:4,6 6:10,16,24 7:9,21,22 9:24 11:11,21 17:6,23 18:19 19:7 23:12,15 25:2 28:8 29:6 31:5 32:6 33:6,11 34:13 35:12,16 38:1 41:5 41:19 42:18 43:1,5 43:11,18 44:6 46:19 47:24 48:20 49:9 51:2,8,10 56:20 60:8 62:2,13
**questions**
13:14 54:9 64:22 65:7,11,13
**question's**
6:12
**quicker**
5:2
**quite**
14:6 17:8 41:19
**quiz**
67:10,11,23 68:3

**R**

**R**
74:4
**rates**
60:14,17
**reach**
16:10,15 17:14 46:1 46:3,5 50:8
**read**
26:18 28:14 38:20,22 76:5
**reading**
74:24
**ready**
64:23 65:15
**Readymode**
22:17,19,21 23:4,7 23:13,18,19,23 34:9 34:9,18,23 35:7,8,9 35:19,23 36:3,12,14 36:18,24 37:1,11 38:8 39:23,24 40:5 40:6,10 50:7 51:19 51:23 54:15,16,21 55:2,5 56:15 57:21 59:11,20,24 60:2,5 60:11 61:1,17 62:17 62:19,22 68:20
**Readymode's**
34:11
**really**
5:3,11 21:12 34:15 58:2 60:21
**realm**
42:4
**reason**
7:18 10:23 42:18 50:17 60:24 77:3,5 77:7,9,11,13,15,17 77:19,21,23
**recall**
19:1,19 24:11 27:14 27:19 28:5 39:15 40:17 41:10 44:8 47:10,24 48:2 57:15 69:24 70:10
**received**
11:1 29:2 55:14 70:20
**receiving**
71:7
**recent**
11:1
**recently**
39:12
**recess**
52:12
**recognize**
66:21 71:11
**record**
4:6,7 8:24 21:22 25:15 43:8 50:23 52:7,11 65:12 66:9 67:15 71:5 73:7,9 74:23
**records**
34:9,11 35:5
**redirect**
73:6
**reduced**
74:20
**refer**
13:24 49:19
**reference**
22:15,16 26:2
**referencing**
67:24
**referred**
14:1 58:16
**referring**
20:2 24:23 30:14 49:20 71:12
**reflect**
44:14
**reflecting**
35:1
**regarding**
39:13 41:1 66:1
**registration**
38:15

**registry**
26:10,14,15,22 27:7 27:8 29:20,22 30:6 30:10 31:8 34:7 35:11 36:5 37:2,13 37:18 38:8,12 44:12 44:17 48:5,10,13,15 50:3,6 70:3,17 72:6
**related**
4:22 17:3 39:8 42:22 43:18 55:11,15 61:13 75:4
**relates**
10:11 26:5 31:6 38:12 52:16
**relationship**
11:14,18 16:23 17:3 17:9,19 20:15,19 23:1 41:13,22
**relationships**
42:21
**relative**
75:7
**relevance**
21:11,17 41:17 42:23 43:1 60:19 61:3
**remember**
40:18,19 47:5 56:4 57:8 70:5,8,11,12 72:11,12
**reminder**
55:20
**remove**
34:6 48:12 50:1,5
**rephrase**
33:6
**report**
34:23 37:6 44:1 53:13 63:13
**Reporter**
73:15,17 75:17
**represent**
24:17
**representative**
9:3,7 10:4 27:16 33:4 47:9
**represents**
4:9
**reps**
63:5
**request**
40:12 45:22
**require**
42:3
**reserved**
75:2
**residential**
12:7,12 39:13,18 44:19 45:8,16,20 46:2 48:8
**respect**
11:18 18:12 19:4,17 23:21 24:24 40:13 47:15 56:17 57:16
**response**
39:16
**responses**
25:1 53:15 56:6,9
**responsible**
39:5 61:18 68:9,14 68:16,21 69:1
**responsive**
7:10
**restoration**
10:21
**Restricted**
26:15
**result**
41:16
**resumed**
52:13
**retained**
6:5 19:4,16
**revealing**
24:12
**revenue**
17:17 18:7 64:16
**review**
53:1 55:24
**reviewed**
33:14 55:23
**reviewing**
38:23
**revitalize**
16:6
**right**
5:11 6:19 13:23 14:10 16:7 22:4 23:11 29:12 37:24 42:6 43:6,15 55:6 57:8 58:24 62:12 66:20 67:11 73:7
**role**
12:20 14:17
**roof**
63:7
**roofing**
13:18
**Roofs**
71:20 72:15
**roughly**
12:18,20 13:3 14:8 14:24
**rule**
3:18 6:1 22:2
**rules**
4:14
**ruling**
6:9
**running**
39:5

**S**

**S**
1:11 74:5
**safe**
69:18
**said**
14:16 16:1 18:6 36:23 47:6 48:12 75:1
**sales**
15:8,14 16:8 24:7 58:13,20,22 59:3,3 59:7 61:23 62:7 67:4 68:7,13 69:10 70:22
**same**
32:2 67:3 69:3,4 76:8
**SAN**
38:11,14
**saw**
21:2 63:14
**say**
4:16,19 5:1 9:15 13:5 13:16 14:8,11 20:1 20:12 27:18 45:11 45:13,24 53:5 55:7 58:12,15 60:12 68:10 69:18 70:19 72:20
**SAYETH**
73:23
**saying**
45:3
**says**
4:3 25:23 71:13,22 72:1
**schedule**
63:3
**scope**
32:9
**screen**
9:13,17 22:5,10
**script**
23:22 24:1,9,22 25:8
**scrub**
30:9,24 31:2 34:22 35:2 48:10,15 70:16
**scrubbed**
26:13,21 28:3,15 31:7 33:16,17 34:5 34:18 36:11,13 37:1 40:20 42:8 43:24 44:1,11,17 72:11
**scrubbing**
26:10 29:18,21 30:4 31:14 33:21 34:4 43:22 48:18,21 57:7 57:17 70:19,19
**scrubs**
38:18,24 39:5
**searched**
54:5

**searching**
53:10 54:2
**section**
8:19 25:22 26:8,9 29:4
**see**
5:22 8:18 10:23 16:17 22:13,17 25:23 26:2,10,16 31:14 33:16 51:4 53:2 63:6 66:13,15 66:18,20 67:17,19 71:2,8 72:2
**seen**
5:24 37:5 57:5
**segregated**
45:8
**select**
45:15,18,19 46:2,4,6
**self-generated**
20:10
**sell**
62:24
**sense**
5:7 6:14 7:1,14,24 19:14 34:12 40:4,12 42:17 43:17 52:4 57:24 58:16 60:16
**separate**
44:20,22
**separately**
8:21
**September**
21:9
**served**
14:16 61:6
**services**
52:19 63:1
**set**
75:11
**setting**
62:8
**shake**
5:9
**she**
21:8,10,12 38:23 39:2 58:13 69:15 70:15,17
**sheet(s)**
76:9
**She's**
21:7 30:22
**shingle**
16:15
**short**
52:12
**shorthand**
74:20 75:17
**should**
8:14 22:1 35:4
**show**
34:3 44:10
**showed**
66:4 67:8
**shows**
33:21
**side**
27:20
**siding**
13:19 63:7
**signature**
73:10
**signing**
74:24
**similar**
5:15
**similarly**
1:4
**simply**
18:24
**since**
12:24 22:9
**single**
58:6
**sit**
37:15
**situated**
1:4
**slightly**
34:13
**so**
4:13,21 5:6,13,18,23 6:4,24 7:9 8:7,10,14 9:2,7,23 10:3,11,22 13:15,17 14:11 15:24 16:5,15 20:12 21:5 22:11 24:12,17 25:3 27:9 28:1,13 29:1,16,20 30:14 31:4,12 33:5,9,10 36:15 38:14,17 39:1 39:2 40:2,12 41:7 42:4,6 43:15 44:2 44:17 45:17 46:6 47:23 48:14 50:5,9 50:9,12 51:7 53:8 53:12,15 55:6,18 56:10 57:3,5,10,14 58:5 59:4 62:10,12 64:7 65:4,17 68:2 69:5 70:5 72:20 73:6
**software**
22:21,23 27:5 35:19 35:23 40:10 42:14 54:22
**sole**
53:20
**solely**
18:15
**some**
4:13 13:14 24:18 30:11 33:7 34:23 54:9 57:6 65:13
**somebody**
36:16
**something**
42:5,9 49:15 57:4 61:8
**sometimes**
49:18
**sorry**
9:10,19 11:9,10 59:11 72:17
**source**
51:24 59:16
**speak**
7:11
**speaking**
55:21
**specific**
41:10 44:13 48:2 59:23 60:1 61:17 70:8,10,14
**specifically**
19:17 32:6 47:7 48:2 48:4 55:3 57:16 58:2 68:16
**specifics**
22:10
**spell**
15:10,18 21:2,3
**spoke**
55:19
**spoken**
20:9
**squeeze**
61:10
**SS**
74:2
**standard**
19:10
**standpoint**
60:13
**stare**
9:16
**start**
5:5 12:2,18 18:23 33:9
**started**
8:2 39:17,24 40:7,9
**state**
1:14 29:12 74:1,8 76:1
**statement**
28:2,19 29:4 77:1
**states**
1:1 26:12
**stenotype**
74:21
**step**
57:22
**steps**
58:1,5

**still**
6:11,15 19:15 20:6 23:3 24:3 40:24 41:4 43:23
**stopped**
61:1
**stores**
45:12
**storm**
10:22 12:4,11 16:9 46:14 55:7
**storms**
11:1
**strike**
30:2 33:24 38:10
**subcontracting**
14:5
**subcontractor**
13:22
**subcontractors**
13:12 14:1,3,9
**submissions**
56:3
**submit**
35:1,3,4
**subscribe**
12:6
**subscription**
40:7 42:1
**substance**
70:11
**successful**
60:18
**such**
47:12 50:18
**suggest**
52:4
**summary**
70:15
**super**
33:1
**support**
49:5,14
**supported**
49:24
**suppose**
34:10
**supposed**
30:12,24 31:20 32:18 33:16,23 34:3,5,18 35:1,3,4 36:12,18 37:1 38:18 41:14 42:10
**sure**
9:18 15:12 16:10 25:2 28:10 29:10 31:18 35:15 36:15 36:19 39:20 41:8 43:4 47:20 49:20 52:9 53:16 55:19 56:23 65:9 66:21,23 67:11 68:12
**sustained**
63:6
**sworn**
4:3 74:15
**system**
16:18 37:12 50:7 53:1 54:22 60:2 62:23

**T**

**T**
74:4,4
**take**
5:15 7:17,23 31:13 57:15 65:1
**taken**
1:11 4:11 52:13 57:22 75:6 76:7
**takes**
22:4,9 54:9
**taking**
68:11
**talk**
56:11 69:23
**talked**
16:6 57:18 70:13
**talking**
6:21 43:2 72:4,5,23
**task**
33:4 41:14
**tasks**
31:3
**TCPA**
26:3,6 47:15 48:1
**team**
14:5 16:9 59:4 62:8 67:4 68:7,13 69:10 70:22
**technically**
7:10
**telemarketing**
10:12,16 14:21 15:21 18:13 19:5,17 55:11 55:15 57:16
**telephone**
17:18 18:10 28:4 46:17 48:17 49:5 52:22,23 53:2 62:17
**tell**
6:22 7:19 31:4
**tens**
16:7
**terms**
46:16
**testified**
41:1 61:12 65:24 68:5 72:8
**testify**
33:10 74:15
**testifying**
31:19 32:18 72:12
**testimony**
9:8 10:1,8 36:8 37:23 74:23
**than**
29:2 40:4,15 41:3 44:20 55:21 56:12 64:15
**Thank**
12:14 15:13 22:7 48:16 54:12 69:23 71:13 73:11
**that's**
6:22 13:24 14:7 18:18 24:19 32:9,20 33:1,2 35:8 36:20 41:14 42:9 43:7 44:2,6 47:23 49:20 51:5 53:18,24,24 62:2 67:23 68:15 69:11,14 71:21,23 71:24 72:4 73:4
**their**
29:18 49:7 63:17
**them**
5:24 13:21,24 18:8 41:12,18 42:8,22 48:24 50:3 57:20 63:16 68:11
**then**
8:7 9:23 14:2 27:21 34:8,21 38:14 40:13 43:15,18 46:4 53:19 54:5,20 57:14 62:9 63:21 64:11 65:12 68:23 70:21 72:1
**there**
4:21 6:15 8:5 18:24 19:16,19 22:1 23:22 23:24 24:9 25:4,6 27:1,10 28:19,22 29:3 30:7,15 31:21 32:10 33:19,23 34:2 34:23 36:17 38:6,20 39:3 42:21 44:3,4,5 45:24 46:12 47:3 48:17,21 57:24 58:6 58:18 59:16,18 61:13 62:13,15 63:9 66:2,2,4 67:10 69:18 71:17 74:9
**thereupon**
74:18
**there's**
5:22 6:9 18:6 22:15 22:16 24:17,18 29:11 36:15 42:19 44:1 49:22 69:18 72:1
**these**
15:20 20:3,6 32:9 38:18 62:23 68:2,4

68:10,11 69:2,8,21
**they**
7:7 27:6,22 30:8,12 31:1 33:24 34:3,6 35:2,3,4,5 36:11,12 36:13,18 39:15,17 41:14 42:10 46:13 48:10,12 52:22 63:15 64:8 68:12
**they're**
22:24 58:24 59:4
**they've**
19:3
**thing**
7:3
**things**
4:22 27:22 28:6 36:23 60:14 61:7
**think**
5:2 9:16 11:2,2 13:21 14:16 15:13 16:21 23:11 27:9 31:21 35:3 36:23 41:5 42:18 43:7 44:6 50:21 51:8 52:3,5 54:4 58:1,16,17 60:21 61:12 73:4
**thinking**
6:20
**third-party**
19:4 44:15
**this**
4:9,14,17,20 5:18,19 7:4 8:8 10:11 12:20 14:2 19:3,24 20:1 21:2 22:12,15 24:19 24:22 25:9 26:5 28:1,13 29:16 31:6 31:13 32:3,4,13 33:4,10,14 37:6 39:8 40:15,19 41:3 42:4 44:12 45:4 50:9,9 51:2,15 52:17 53:21 55:10 55:14 56:3,7 61:6 65:21 66:21,23 67:6 67:9,19 68:22 70:19 71:2,11 72:9 74:17 75:6,12 76:11
**those**
11:7 12:13 16:1,11 17:18,20 18:2,7 31:3 34:8,10,10 37:16,16 39:11 40:18 42:20 43:19 44:13,18 48:11,12 49:16 50:5 55:21 56:8 60:16 61:7 62:10,13 65:12
**though**
6:9 42:18 43:6
**thought**
17:13 34:15 37:24
**thousands**
16:8 42:6
**three**
68:2
**through**
4:14,21 8:6,9 19:10 30:8 57:6 59:14 62:17 63:14 68:17 76:7
**throughout**
58:11
**Thumbs**
67:19
**thumbs-up**
71:7
**tied**
62:13
**tight**
9:17
**time**
5:9 7:19 13:3 14:21 16:23 19:24 20:1,3 20:21 64:21 68:18 68:19 73:13
**times**
6:6
**title**
24:6 58:13
**titles**
56:4
**today**
7:7,11,17 9:3,9 10:4 10:13 37:16 53:21 55:18 57:6 64:21
**took**
5:14
**top**
16:13 32:1
**topic**
41:10
**topics**
9:8 10:7 32:10,17,23 55:23
**touching**
74:16
**track**
62:10
**training**
3:21 25:18 27:4,22 28:2,14 65:21 66:3 67:9,23 68:3 69:1
**trainings**
58:4
**transcript**
76:6
**true**
27:7 44:4 74:23 76:8
**truth**
7:11 74:15,16
**try**
5:6,13 6:23 23:11 25:17 33:6 35:18 36:3 38:1 50:1 57:4 57:11
**trying**
13:5 17:12 22:4 25:7 29:1 32:16 34:12,21 46:1 47:23 49:2
**turnaround**
73:13
**TV**
6:1
**two**
36:23 70:12
**typical**
4:23
**typically**
45:22

**U**

**ultimately**
16:3 64:8
**unclear**
5:5 19:15
**under**
7:12
**understand**
5:14 6:10,17,18,23 9:2,8 10:3,7 11:22 17:7,9 19:8 23:16 24:14 25:2,4 26:5 28:9,11 29:9 31:8 31:18 32:16 34:19 35:16 36:22 39:20 41:4,7,19 43:5 46:20 56:21 60:9
**understanding**
9:24 10:13 19:15 23:9 24:20 26:20,24 31:18 37:9 41:13 46:15,21,22 47:2 48:9
**understood**
14:16 17:23 20:12 22:7 23:21 27:9 34:17 37:9 48:16 61:12
**undertaken**
33:5
**UNITED**
1:1
**unless**
9:15
**unsure**
32:21
**until**
12:10 58:11
**up**
4:18 8:15,21 22:4,6,7 41:21 42:13 64:8 66:19 67:19

**upgraded**
40:2
**upload**
25:17 55:5 66:11 67:11
**uploaded**
23:18,18 34:9,17,22 35:6,24 36:11,12,13 36:24 67:20 71:9
**uploading**
50:7
**upon**
54:2 74:19
**upsell**
16:17
**us**
4:14 5:1 7:16,19,20 12:4,7 15:11,18 27:5,10,19 39:17 41:9 56:6 58:23 64:9
**use**
14:9 23:7 34:14 35:9 36:3 42:14 56:15 60:16 64:6
**used**
13:22 23:13 35:19 53:1 54:21,22 60:2 61:17 62:22 70:21 73:19
**uses**
22:24
**using**
20:8,8,17 23:4 27:3,4 40:4 52:18 54:16 62:18 68:18,20 70:15
**utilized**
22:22

**V**

**Vac**
72:1
**Vacco**
1:9 4:2,6 8:14 9:23 11:13 16:21 18:19 21:24 24:12 33:9 38:5 41:7 43:5 49:12 51:7 52:16 55:19 64:20 65:10 65:17,24 71:22 74:13 76:17
**valid**
41:5
**varies**
42:3
**vendor**
42:6,20
**vendors**
42:24 43:3,16,19
**versions**
24:9
**very**
4:23 5:18,20 43:15 64:20
**via**
38:8
**vice**
12:17 14:17 15:7,14
**violations**
26:6
**vs**
1:6

**W**

**waive**
73:10
**walls**
58:24
**want**
7:10 16:10 17:9 18:19 22:10 31:17 39:20 43:4 45:15 49:12 50:22,24 55:20 61:6,9 64:9 64:24 65:1 69:23 73:6
**wanted**
33:2 46:3,5 50:5,22
**warranties**
47:15,19
**warranty**
16:18
**wasn't**
36:22 40:20 42:8 43:22 58:3,3 61:9
**way**
5:10 12:9 38:2 53:24 62:10 64:17
**ways**
5:19,21
**we**
4:16 5:5,6,13 6:2 7:20,22,23 8:2,16 10:20,23 11:5,16,24 12:6,11 13:24 14:6 14:8,9 16:6,7,10,10 16:13,15,17 17:10 17:13 18:1 19:9,22 20:5 22:21 23:3,4 23:18 25:3 28:14 29:12 39:12,13,17 39:24 40:1 42:3,13 42:14,15 43:9,24 45:2 46:1,2,2,4,5,5 46:12 48:6,6,7,9,11 48:23,23 49:15 50:5 51:13,14 52:5,5,23 53:9 54:1 55:20 57:19 58:12,18 60:10 61:5,6,9,24 62:6,20 63:11,14,15 64:6,13,14 65:4 73:6,10
**weather**
17:15 63:7
**webinars**
27:22
**website**
30:7 31:22,24 32:2,7 70:15,18 72:2,4
**well**
11:3 15:18 28:6 46:9 61:5 62:5
**were**
9:11 15:1,20 17:13 17:15 25:3 26:21 30:8,12,24 31:20 33:15,24 34:3,5,6,7 34:8 35:1,3,10,11 36:10,11,11,12,13 36:18 37:11,12,17 38:7,8,17 40:5 41:14 42:10,24 46:1 48:9,11,13 49:6 50:2,6 56:6 57:24 61:2 62:8,13,18 66:1,4 67:23 68:4,5 68:9,12,14,20,21 69:7,9,9 70:20,21 72:4,5 75:1
**we'll**
9:17,17 65:15
**we're**
16:17 49:16 64:7
**we've**
20:9 57:5,6,17
**what**
5:1 6:21 7:9 8:17 10:18,18 11:17 12:15 13:15,24 16:2 20:1 22:19 23:7,12 24:5,14 25:3,5,7 28:18 29:1,12 31:19 31:24 32:20 34:21 36:20 37:10 38:11 39:15 43:13 45:17 46:15 47:5,5,20,20 48:4 49:2,16,18,20 53:6,7,10 55:1,22 56:2,23 58:18 60:24 64:5 65:20,20 66:11 70:12
**whatever**
50:22 55:7,8
**what's**
26:24 47:2
**when**
12:15,18,18 13:5,16 14:23 16:9 19:23 20:1 21:8 22:3 23:13 24:5 25:19 27:1,18 28:18 30:2 32:3 36:11,13,24

39:13,21 40:9 43:2 45:11,13 46:13 47:3 48:6,7,16 52:5 53:5 56:15 58:12 62:16 62:22 63:9,11,21,24 64:1 65:24 66:12,15 67:16 68:10 70:19 71:1 72:5
**whenever**
65:15
**where**
17:19 22:11 26:2 46:15 52:22 53:21 59:16 71:13
**WHEREOF**
75:11
**Whereupon**
52:10,12
**whether**
32:7,21,22 72:10
**which**
5:21 22:1,1,17 25:4 27:2,2 29:15 32:14 32:16 34:13 43:10 53:14 54:7 63:4 75:6
**while**
22:5
**who**
6:5 13:17 15:4,8,14 15:24 16:1,2,8 20:24 24:1 27:13,19 27:23 30:14,17 38:21 46:8,11 58:6 58:8 68:16,20,21 69:1,7,8,19,20,20 71:13 72:18,21,24 74:14
**whole**
6:24
**whose**
38:22 49:5
**who's**
15:7
**why**
4:19 7:19 21:10 32:16 33:2 40:19 41:12,18 42:7,8,18 43:20,21 44:4 50:10 62:2
**will**
4:7,13,14 5:3,4 6:1 6:23 7:7 8:2,7,8 11:13 25:6 29:16 33:6,7 49:19
**wit**
74:11
**with**
4:18 5:23 6:8,20,24 7:5,13,21 11:6,15 11:18,18 12:2,24 13:11,15 14:6 15:7 16:6,7,14,17,23 17:3,19 18:1,2,6,12 18:12,13,17 19:4,17 20:9,15,19 21:6 22:22 23:1,3,21 24:3,5,14,20,24 27:21,24 28:4,13,16 30:15,21 31:3 32:8 39:8 40:13,15 41:2 46:23 47:8,12,15 48:1,5,7,24 50:4,11 50:13 51:3,7,17 56:5,17 57:11,12,16 57:21 58:4 59:5,9 60:22 61:1,6 63:16 63:16,19 64:9 67:8 68:9,13 69:1,2,12 69:15 70:1 73:13,18
**without**
24:12
**witness**
1:10 8:20 9:19 11:23 17:8 19:9 21:12 23:3,17 28:10 29:7 29:10 35:15 36:10 37:5,21 41:18 42:12 43:7,9 46:21 47:19 48:21 56:22 60:10 60:21 61:5 64:24 65:7 74:24 75:1,11
**wondering**
42:7
**won't**
5:4
**word**
22:17 54:5,10
**words**
70:14
**work**
6:4 8:8 11:3 12:21 13:17 63:10,23 64:2 64:9,11,14,16 71:19
**working**
16:17 59:4
**works**
13:10
**worth**
61:9
**would**
5:15 7:12 13:12 14:10,11 15:6,6,10 15:18 17:17 21:1 23:17 27:6,15 30:4 30:8 31:15 34:11 39:22 40:14 44:4 45:4,13,24 46:8 47:20,21 49:4,14 51:9,10 52:23 54:15 54:18,19 55:4 57:10 57:11,13,15,20 58:6 58:8,9,12,15,18 59:6,9,11,22 63:11 64:9,13,18 72:20,21 73:1,1
**wouldn't**
49:24 53:8 60:12
**write**
5:11
**writing**
4:16 38:20
**written**
49:7,19 55:15 56:8 57:10,14

**X**

**X**
3:3
**x'd**
9:20

**Y**

**yeah**
5:12 8:20 13:24 15:17 16:5 17:13 29:8 33:1 35:8,18 42:12 47:23 48:14 49:18 52:8 54:7 56:8 57:2 59:1 61:21 62:2 72:20
**year**
42:4
**years**
4:17 12:20 14:18
**Yep**
22:4 35:9 66:20,20
**your**
4:10,24 6:4,7 7:6,13 9:8,24 10:8 11:10 12:15 13:7 17:18 19:2 20:6 22:12,16 24:20 31:12 32:8,17 33:7 34:14 36:22 41:12,15 42:9 43:15 45:3 50:11,12 51:3 51:8,12 52:17,21 53:13,16 55:19,22 56:12 57:5 64:21 65:7,10,19 71:23
**yourself**
6:20
**you're**
5:1 7:12 24:23 29:10 30:14 31:19 32:13 32:21,22 33:10 36:20 43:2 45:3,17 49:20 65:15
**you've**
4:6 5:24 7:5 16:1 58:16

**Z**

**Zoom**

1:9 8:2,6

**$**

**$4,000**
42:5

**#**

**#084-002929**
1:12 74:6

**1**

**1**
3:10,14 8:22 66:7,12 76:7
**1:25-CV-04568**
1:6
**10-minute**
52:4
**11:29**
73:21
**17th**
1:14 74:10

**2**

**2**
3:11,17 21:20 22:1 22:11 25:22 26:8 67:12,13,21
**2/17/26**
76:7
**2017**
12:24
**2023**
14:24
**2024**
12:10,11 39:19,21 40:2,3 68:17 70:2,6
**2025**
68:17
**2026**
1:15 74:10 75:13 76:12
**21**
3:11
**25**
3:12 21:9
**26**
3:18 22:2
**26th**
75:12
**27**
68:17

**3**

**3**
3:12,20 25:13,17 28:13 65:21 70:24 71:4,9
**30**
14:8,13
**30(b)(6)**
8:11 32:15,24 33:3 53:20
**31**
26:13 28:3,15

**5**

**5**
3:6
**50**
13:3 14:12

**6**

**6**
26:8,9 28:1 29:4
**63**
3:7
**66**
3:14
**67**
3:17

**7**

**71**
3:20
**76**
76:7

**8**

**8**
3:10
**8/16**
55:7