# EXHIBIT 3

UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| GEORGE MOORE, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:25-cv-04568 |
| | ) | |
| C&N CONSTRUCTION INC., | ) | |
| | ) | |
| Defendant. | ) | |

ZOOM DEPOSITION OF:

DOMINICK MARTINELLI

The Zoom deposition of DOMINICK MARTINELLI, called as a witness pursuant to subpoena and pursuant to the provisions of the United States Code of Civil Procedure and the rules of the United States Supreme Court thereof pertaining to the taking of depositions; taken before BECKY L. DAWSON, CSR, a Certified shorthand reporter in the State of Illinois, with all parties being present via Zoom videoconference on April 15, 2026, commencing at 12:16 p.m.

APPEARANCES:

PARONICH LAW, P.C.
BY: MR. ANTHONY PARONICH, ESQ.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com
Phone: (617) 485-0018

Appearing via Zoom videoconference on behalf of the Plaintiff;

JUSTIN ABDILLA AND ASSOCIATES
BY: MR. BRIAN GOODRICH, ESQ.
650 Warrenville Road
Unit 100
Lisle, IL 60532
Email: bgoodr@abdillalaw.com
Phone: (630) 839-9195

Appearing via Zoom videoconference on behalf of the Defendant.



I N D E X

| WITNESS | PAGE |
| --- | --- |
| DOMINICK MARTINELLI | |
| Examination by Mr. Paronich | 4 |
| Examination by Mr. Goodrich | 20 |
| Further Examination by Mr. Paronich | 31 |

(No exhibits marked)

(Signature waived)



DOMINICK MARTINELLI, called as a witness herein, upon being first duly sworn under oath, was examined and testified as follows:

(Witness sworn.)

EXAMINATION

BY MR. PARONICH:

Q All right. Thank you.

Mr. Martinelli, I will start by just speaking to Mr. Goodrich. I am one of the attorneys from the plaintiff in this lawsuit as you know, and you may know that Mr. Goodrich is an attorney for the defendant.

Before going on the record today, Mr. Goodrich and I had discussed that all evidentiary objections in this deposition will be reserved until the time of trial.

Mr. Goodrich, have I captured that correctly, and can we so stipulate? And you are on mute, Brian.

MR. GOODRICH: Sorry. Yeah, I will stipulate all objections as character evidence under the relevant Rules of Evidence 408-410 to 801-803, 901 and 902 are reserved until trial.

BY MR. PARONICH:

Q Agreed.

So, Mr. Martinelli, all that did was explain -- you know, as you can see there is no judge here. While you



have been sworn in and it is a legal proceeding, there is no judge to decide any objections, like you might see on TV, to sustain or overrule them, so Mr. Goodrich and I just entered into agreement that we can make those objections later, which will help us get through this quicker.

A Sure. Yes, I understand.

Q Excellent. So we are on the record here in the deposition. Ms. Dawson, even though she is off screen, she takes down everything we say, and I mention that because it is very typical for me in conversation where if I know what you are going to say or I think I know what you are going to say, I am going to jump in and move the conversation along quicker because that's how humans interact. We try to wait until each other are done talking here, so Ms. Dawson can create a clear record.

Does that make sense?

A It does.

Q Also, very typical for me, nodding my head, shaking my head, but you can't really write those answers down, so if you could just try your best to give audible answers, like you have been doing, then that will also allow us to get through this as quick as possible.

Does that also make sense?

A It sure does, yes.



MAGNA LEGAL SERVICES

Q Okay. Great. One of the few ways that this isn't like a courtroom proceeding, we can take breaks at any time for any reason. Just let us know you need a break. We go off the record, and then we go back on when you are ready. The only caveat with that is that if there is a question pending, we like to get an answer to that question and then take the break.
Does that also make sense?
A Yes.
Q Okay. So we will dive in here. Could you please state your full name?
A My full name is the Dominic Martinelli.
Q And did you previously work at C&N Construction?
A I did.
Q And approximately when did you start working at C&N?
A Uh, I started working there in 2023 around April.
Q But you no longer currently work there, correct?
A No.
Q And do you have an approximate time on when your employment ended?
A Uh, April of 2025.
Q Okay. Was there a specific reason from your perspective as to why you are no longer employed there?



A Yeah, there was some compensation discrepancies.
Q And I don't want to get into the specific numbers, but could you give me an overall explanation and view of what type of compensation discrepancies you are referring to?
A I was just -- there was a drastic reduction --
Q I see.
A -- based on my position.
Q I see. And then from your perspective, did you make the decision to leave C&N, or were you asked to leave?
A Uh, I believe it was mutual.
Q Okay. And that was April of '25?
A Somewhere around there, yeah.
Q Okay. Did you have a specific job title while you were employed at C&N?
A Yes.
Q What was it?
A It was Director of Sales.
Q And was that your only position for the two years or so you were there?
A That was the title, yes.
Q Okay. And what did your day-to-day responsibilities include as the Director of Sales?
A Well, I was in charge of a bunch of different



teams, sales teams. That would be interviewing, hiring, training, retaining territory management, you know, field work, you know, helping sales reps out in the field, you know, put out fires for them, help with customers that were difficult, make sure that the processes and the SOPs of the company were being followed, and I also at some point was, you know, responsible for a call center that we developed, you know, from my employment when I was brought on there.
Q Okay. Have you spoken to anyone about this lawsuit to have an understanding of what it is about?
A No.
Q Okay. So the last thing you referenced was a call center, correct?
A Yes.
Q So I will represent to you that this lawsuit relates to allegations that individuals were called through the call center while on the National Do Not Call Registry. So can you give me an explanation as to what your responsibilities were with respect to establishing the call center that you referenced?
A Sure. So we -- we would get data from a weather forensic application called HailTrace, and we would be able to pinpoint a location that was hit by the storm, and it would pull the data from the database, from the maps, and



they would give you phone numbers. And my responsibility was to figure out which data we were going to use, okay, and then basically I would -- we had -- I can't remember how many callers we had, but it might have been two. It might have been four. But I had a -- I had a -- like a lead. Her name was Jacqueline.
My goal was to make sure -- my -- part of my job was to make sure that they had people to call, so that we could create leads for our salesmen to go do inspections on, and I would figure out where the storm was, and then I would send these lists to Jacqueline.
I would inform her to scrub them, you know, based against the Do Not Call list and to upload them into our auto dialer, and then it was up to me to make sure that these leads were getting distributed to the salesmen in a timely manner and to also keep data on, you know, conversion rates, you know, based on how many leads that we created and if they were actually sitting, turning into sales, things of that nature.
Q Understood, thank you.
You referenced a Jacqueline. Do you recall Jacqueline's last name?
A Nelson, I believe. I believe it is Nelson, I think.



MAGNA LEGAL SERVICES

Q Understood. Thank you.
With respect to the scrubbing you referenced, can you explain to me that -- your understanding of how that was supposed to occur?
A I would, you know -- obviously, you know, it was -- you know, you would go through the -- the auto dialer that we had -- I can't think of the name, the company -- it is supposed to -- it is supposed to flag the numbers of perspective customers that are on that Do Not Call list. That's part of the reason why we use that third-party call, the auto dialer.
Q So then I am going to say a few names just to make sure I understand kind of all of the players here. So are you familiar with a company called ReadyMode or Xencall?
A ReadyMode is the company, yep. I remember working with ReadyMode when I was there.
MR. PARONICH: So, Ms. Dawson, just so you know, Xencall, that's with an X. X-e-n-c-a-l-l.
BY MR. PARONICH:
Q So, Mr. Martinelli, you made reference to an auto dialer that was supposed to flag certain numbers. Do you believe it was ReadyMode that was supposed to flag certain numbers?
A Yes.



Q And can you explain to me your understanding of how that process was supposed to occur?
A I don't -- I don't know how the process was supposed to occur. I know that the conversations were recorded from that service, and if a customer got through that was on the Do Not Call list, it was, you know, dictated over that call, that we would disposition the call accordingly to make sure that they weren't bothered again, and, you know, from time to time I would think that sometimes they would slip through the cracks, but I myself was not, you know, verifying if these, you know, calls were -- for the people that were on the Do Not Call list was actually working, but my time that I was with the company, I don't ever recall there being an issue.
Q Understood. With respect to ensuring that numbers on the Do Not Call Registry were not contacted, is your testimony that Ms. Nelson was supposed to address that or that ReadyMode was supposed to address that?
A I think it was collective. I mean, we were leaning on that service. We paid a pretty penny for it. Again, we can't -- we can't blame negligence on not being prepared, but I think it was our first venture into the using a call center, and that's part of the reason we hired an auto dialer to make sure that, you know, we would be



protected in situations like this.
Q Understood. Another name, to introduce to you is HailTrace. Are you familiar with that name?
A Yep, that's where we get the data from.
Q I just want to make sure. Did you have any understanding that HailTrace had any responsibilities for figuring out if numbers were on the Do Not Call Registry or not?
A No, I did not.
Q Okay.
A I don't think so.
Q Understood. Who -- was creating the call center a suggestion you made to the company or a directive you were given?
A I think it was a suggestion I made because it was -- it was successful for my company that I owned prior.
Q What was that company's name?
A Robin Hood Restoration.
Q And did you work with HailTrace to utilize that call center?
A Well, we would just call directly from HailTrace. I didn't use an auto dialer. We were a much smaller company, and it was just -- uh, I was just utilizing the data from HailTrace. My salesmen would call on their cell



phones directly to the customers.
Q Understood.
A I didn't do any -- I didn't do any scrubbing or anything when I was operating.
Q Understood. Did you -- so with HailTrace -- with respect to just C&N Construction, not your prior company, were they residential groups that you were tracking this storm data for?
A There is residential and commercial data in HailTrace. You have to pay for both subscriptions, and I believe that we were just doing residential.
Q Okay.
A I think that was what we were focused on was calling residential.
Q In terms of utilizing ReadyMode, had you ever used them before working at C&N Construction?
A No.
Q Who was responsible for uploading the numbers into the auto dialer?
A Jacqueline.
Q Okay. Were there scripts that were used with respect to the outreach calls?
A Yes.
Q And who created those scripts?



MAGNA LEGAL SERVICES

Page 14

A I did.
Q What was the goal of the language you selected on those scripts?
A It was to get a homeowner to be okay with us stopping by to do an inspection, a free property inspection, to see if they had any damage or if the roof was still insurable.
Q If the roof was still insurable, what would C&N Construction then do?
A We would give them a clean bill of health and tell them that there was no reason for them to file a claim and that, you know, if there wasn't any observed damage, we wouldn't want to move forward. You know, we don't like to waste time especially, you know, and we don't want to create frivolous claims when there is no reason to, so that's what we would do.
If it was insurable and it was a clean bill of health, we would let them know that everything looked good, and of they would like, we would leave a damage report behind saying they had no damage.
Q Understood. And, I'm sorry, I think I misspoke. I meant to ask what would CNN do if there was damage?
A If there was damage, we would advise the client and show them photographs of the damage, and then we would

Page 15

advise them, you know, that it's their duty as an insurance policyholder to, you know, to call that claim in, make sure that if there is damage that they are not on the hook if down the road it creates some type of issue with the roof, that way they reported it to their insurance company in a timely manner.
Q And then how does C&N Construction get compensated for their work?
A So basically what we are doing is we are working for free unless we get the insurance company to approve the job, so we would only get compensated if we build the job and collected the insurance proceeds.
Q And, you know, I know this seems elementary, but I want to make sure I understand. When you say you bill (said in context) the job, does that mean that --
A Build. Actually physically do the construction.
Q Got it. So C&N Construction, if approved by the insurance company, they will do the actual residential roof repair?
A Replacement, yes. Yes.
Q I see. So it's a replacement instead of a repair, or does it depend on the damage?
A It -- typically it is a full replacement. You know, we don't really like to get involved in repairs

Page 16

because we can't warranty a repair.
Q Understood. Are roof replacements priced-based on the size of the roof?
A That's kind of a loaded question. The price is based on the location, the complexity, the size, the material. There is so many different factors in the -- in the project.
Q All right. Well, I didn't intend to ask a loaded question, so let me try to ask a better one. Is there a specific process or program C&N Construction used to price a roof replacement?
A Xactimate. Xactimate, it's an insurance software that typically most of the contractors and insurance providers use. If it's not Xactimate, we use -- there is a second one called Symbility, and some of the smaller insurance companies -- well, not smaller, but there is certain insurance that like to use Symbility.
Again, these prices are dictated through the insurance companies, for what these standardized costs of label and material is in that particular market.
Q Understood. So with respect to the call center, was it utilized the entire time from when it was created until the end of your employment?
A Yes.

Page 17

Q And were you still with the company when the company received notice of this lawsuit?
A I am not sure. I know that one of the changes in my role was -- there was -- at some point they wanted me to get back into the field and start generating -- self-generating my own jobs to depend on my compensation, so there was a point -- and I can't give you the exact date, but there was a point in time -- maybe in my last four to six months of employment there, I had nothing to do with the call center anymore.
Q And while you had nothing to do with the call center in the last approximately six months or so, you do recall that the call center existed still?
A Yes. Yeah, because I was, you know, when I had to go out and sell, I was like, yes, I need some of those leads.
Q Got it.
A You know, so I know that they were still -- it was still happening.
Q And so I understand that Ms. Nelson had a role from your perspective in making sure that numbers were not on the Do Not Call Registry before they were called, correct?
A Yep.



MAGNA LEGAL SERVICES

Q Do you know any of the programs or processes she used to help ensure that?
A I do not.
Q And you personally didn't perform any of the scrubs, correct?
A No.
Q And are you aware of any documents that would be at C&N Construction that would show the results of any scrubs?
A I do not.
Q However, there was a process in place to try to eliminate numbers that were on the National Do Not Call Registry, correct?
A Yeah.
Q And that's because C&N Construction didn't have any prior relationship with the individuals they were contacting, correct?
A I think there was -- we had customers in our auto dialer from our CRM, too, so there was customers that we had prior relationships with, sure.
Q That makes sense, and I apologize because I don't think I asked the precise questions that I intended, which was with respect to the HailTrace data, did C&N have any prior relationships with those individuals?



A I don't believe so.
Q And do you have any knowledge relating to Mr. Moore, his telephone number, or this lawsuit that you did not hear from an attorney?
A No. The first I heard of it was when I got the email from you guys.
Q Okay. And since you got that email, have you spoken with anyone at C&N Construction about the lawsuit?
A No.
Q Have you spoken with Ms. Nelson?
A No.
Q Have you spoken with anyone at all about the lawsuit since receiving that email?
A No, sir.
MR. PARONICH: Okay. So, Mr. Martinelli, how this works is, I have no further questions for you are right now. Mr. Goodrich on behalf of his client has the opportunity to ask you questions. Depending what those questions are and what the answers are to them, I then get one final time to ask you follow-up on those if I think it benefits my client's interests, so, otherwise, thank you very much for your time.
Before I hand you off to Mr. Goodrich, if you would like to take a break, we can do that. Just let us



know.
THE WITNESS: Let's blast through it. Let's blast through it.

EXAMINATION

BY MR. GOODRICH:
Q I don't know if I introduced myself for the record. My name is Brian Goodrich. I am the attorney for C&N Construction, the defendant in this matter.
Mr. Martinelli, I think you may have been -- that attorney for the plaintiff may have asked about policies in place to prevent calling people on the National Do Not Call Registry. Do you recall that, or was that a question that was asked?
A I don't recall. I know that -- I think he asked that, but I don't -- I am sure we had some type of, you know, policy in place for that because it is one of the first things you -- when you are -- if you are going to start calling people, you have to be aware of it.
Q Sure. Do you have personal knowledge of the written policies that CNN construction had in place to do that?
A I know that we had an employee handbook. If I -- and there was a training manual that was given to all the callers. I have never reviewed it myself, so it could be in



the back.
Q So -- okay, so it is your testimony that you weren't involved in the preparation of any Do Not Call policies?
A No. I -- you know, I was banking that all of that stuff was done from ReadyMode.
Q I just -- I want to understand some of the -- you know, let's talk about the calling. Does -- you know, we have talked about the call center. Does the term "inside sales team" mean anything to you with respect to your position at C&N Construction?
A Yes, that's what they were. That was the inside sales team.
Q So the inside sales team was the one who was calling, making calls with ReadyMode with these phone numbers obtained from HailTrace?
A Yep.
Q Do you know approximately when they -- the inside sales team started making calls using the HailTrace leads?
A I would say probably June of 2023 if I had to think about it.
Q 2023?
A Yeah.
Q Okay. All right.



MAGNA LEGAL SERVICES

A It was -- it was a couple months after I started there.
Q And when did you start?
A April. April of '23.
Q Okay. When was -- when was Jacqueline Nelson hired? You know, let's step back.
A I couldn't tell you when she was hired. I don't remember.
Q Do you know if it was in 2023 or 2024?
A I would say it was in 2023.
Q Okay.
A I know I was -- so I -- based on the things that I was doing there, I had a lot of responsibilities, and I wasn't able to give the attention to the inside sales team, so we interviewed Jacqueline at some point to join the inside sales team.
She picked up pretty fast the technology, and, you know, we felt that it was important to have somebody as a lead, and she understood the technology. I didn't, so I can't confirm when she was hired. I don't have that. I can't tell you the date, but I know it was pretty close to after I started working there.
Q All right. So the inside sales team was one of your many responsibilities at C&N?



A Yes.
Q Between -- is it safe to say that Jacqueline was hired around the time that the ReadyMode calling started?
A Yes.
Q Between you and Jacqueline, who was responsible for the day-to-day management of the inside sales team callers? And when I say "day-to-day," I mean, supervision.
A I mean, besides me, it was Kevin Vacco.
Q Was Jacqueline at all responsible for supervising the individual callers during a work day?
A Yes.
Q Was there -- was there a physical room where all of the callers were?
A Yes.
Q Was she the one who was in the room supervising them?
A At the beginning it was, and then they moved her into her own office, but she was still able to monitor the calls. She had her own office but at the beginning she was in the room with them.
Q Who was responsible -- I guess, so we are on the same page, what was the title of the employees who were actually doing the calling on the inside sales team?
A They were inside sales. That's what their title



was.
Q Okay. So I will just call them callers.
Who was responsible for training individual callers on -- that actually do the calling?
A Jacqueline.
Q Okay. So if there were any policies that were in place regarding calling, she was the one training them on those policies?
A Yes.
Q And she was the one who was training them on the call scripts?
A Yes.
Q Do you know who actually formulated the call scripts for the callers to use?
A I did.
Q All right. I would like to talk about HailTrace.
A Sure.
Q So were you ever -- were you ever -- so you were the one who actually pulled the lead list from HailTrace?
A Yes.
Q Okay. Did you have any training on how to do that?
A Um, no, other than just -- I trained myself. It is a -- you go to the where the storm was and the hail spot,



and you create like a boundary, and then it spits out a list, like an Excel spreadsheet --
Q Yeah.
A -- so, no, I didn't really have any training. I was self-trained on that, you know, just based on getting that data from HailTrace. I would forward that that to Jacqueline.
Q All right. And so then Jacqueline was the -- so were you trained at all on how to use ReadyMode?
A No.
Q Let me step back. Okay. And so ReadyMode is a software that was used to upload the lead lists? Yes?
A Yes. Well, it's an auto dialer.
Q And it was also used as an auto dialer for the callers to use, and you weren't trained on how to use it either way. You don't have any knowledge on how to use ReadyMode?
A I don't. I couldn't even tell you how to upload the phone numbers into that system.
Q So that was all Jacqueline?
A Yes.
Q You testified that Jacqueline was responsible for doing any -- any scrubbing of these lead lists that you get from HailTrace?



MAGNA LEGAL SERVICES

A Well, she was mainly in charge of scrubbing them to make sure that they were valid phone numbers, one, make sure that there was somebody on the other line.
Q Okay. Do you -- did you ever -- were you involved in any -- I guess, what, if any, role did you have in managing the callers?
A I interviewed -- interviewed them and would hire them if I felt that they would be a good fit.
Q Sure. If there were -- if there were any complaints that came in from the prospects who were called, whose attention would that be brought to?
A I am not sure. It wasn't me.
Q Okay. So you weren't involved in -- you would have no knowledge if any callers made any complaints that, you know, they had been called back, if they asked not to be called?
A No.
Q Okay. Do you know who --
A I know that this was something that Jacqueline was involved in. She would -- you know, if there was an issue with the callers -- but, I mean, to be quite honest, while I was there, I don't have any recollection of there being any complaints.
Q Okay. So you weren't aware of any issues during



this ReadyMode calling? You weren't aware of any issues --
A No.
Q -- through -- okay, so no issues?
A To my knowledge I was never alerted that there was an issue with somebody that was on the Do Not Call list and aware that there was a complaint, no.
Q And I just want to be specific because there is two sorts of issues. There is issues of people who were called and said, "Hey, don't call me again."
A Uh-huh.
Q And there is also issues of people's phone numbers had been registered on the Do Not Call Registry. Do you understand the difference between the two?
A Yes.
Q And it is to your knowledge, that you were never made aware of any incidents involving either of those things with the inside sales team?
A No, it had never been escalated to myself.
Q Okay. Were you involved in the creation of -- I'm sorry if I asked this. Tell me if I did. Were you involved in the creation of any training materials specifically for call center employees?
A Just the scripts.
Q Okay. Just the scripts?



A Because I was -- you know, I had used them for myself. You know, I was creating a lot of leads for my company before I was brought into C&N.
Q Sure. Do you recall generally what was in those call scripts? Do you recall what was in those call scripts?
A Basically, yeah. It is -- it is just a call to action. "I am with," so and so roofing company. "I have technicians out in the area. We will be out in the morning and the afternoon to talk check to see if the roof is still insurable. Is the morning or afternoon better for you?"
Q Did the call scripts require callers to identify themselves to the people they were calling?
A I was very vague with my pitch on purpose so --
Q Okay. Do you recall, who was the one who trained individual employees on how to answer the calls?
A How they would answer the calls?
Q Yeah.
A I mean, they are not answering. They are dialing the call.
Q Oh, sure. I'm sorry. When I say that, I mean, when someone picks up and they are actually on phone with someone. Who trained them on what to say?
A The script did, but there would be recordings of



the calls, and they would be monitored by Jacqueline, and then she would do up-training if as needed. But they are basically working off of a script that I wrote, so, you know, letting them know about what we are doing and why we are out there, setting up the appointment and then being able to, you know, get the information and send them out there.
Q Okay.
A So there wasn't really any training on what they should say. It was just based off of the script.
Q Sure. Any monitoring or correcting would be done by Jacqueline, not you?
A Yes.
Q Okay. So going back to the HailTrace list, you mentioned that the HailTrace lists were pulled based on the storm data?
A Yes, hailstorms.
Q Sure. So how did that, just asking about -- I guess, how often would you be pulling these lists?
A Whenever there was a new storm event, so, for instance, right, there was a storm last night in Madison, Wisconsin, right? So had I still been at C&N and had I been operating this call center, I would go into HailTrace last night. I would pull all of the data from the Zip Code



MAGNA LEGAL SERVICES

that got hit by three-inch hail, and I would send those to Jacqueline. And she would scrub them and put them into ReadyMode, and ReadyMode would go through them, and they would be prepared so that the callers can dial them. So the only time I would be going to get lists is after a storm.
Q Sure. Who, if anyone, was responsible for any record keeping for the call center?
A I would have to say Jacqueline. I mean --
Q Okay.
A -- you know ReadyMode kept data, you know, rate of contact, whether it was a sale or not a sale, Do Not Call again, right? So if you put the disposition from that that this customer doesn't want to be contacted again, it wouldn't be in the dialer anymore. You know, the only reason that that would happen is if whoever was calling didn't put the disposition into the dialer, right? So that's another issue. The dialer is going to keep calling a customer if there is no disposition based on that this customer doesn't want to be contacted again.
MR. GOODRICH: Okay. I think that's all of my questions.
MR. PARONICH: Thank you. I am going to have like a handful, very quick, and do you want us just to continue to



power through, Mr. Martinelli?
THE WITNESS: Oh, yeah.

FURTHER EXAMINATION

BY MR. PARONICH:
Q So with respect to the HailTrace relationship, were you the main individual that acquired the telephone numbers for the dialer?
A Yes.
Q Were you the only individual?
A Yes.
Q Okay. And then you had mentioned in your testimony in response to one of Mr. Goodrich's questions that you were vague intentionally with respect to the pitch. Did I hear that correctly?
A Yes.
Q Can you explain to me why?
A It is to get them talking to you, right? If you -- you don't want to be -- you know, they are trying to disrupt the pattern, right, so I would be vague because I would want them to ask questions, and see what we were doing, who we are, so it is to create dialogue with the customer.
MR. PARONICH: I see. Okay. Well, I don't have any further questions.



And, Brian, am I safe to assume that you are all set as well?
MR. GOODRICH: Correct.
MR. PARONICH: Okay. So Ms. Dawson, before we let Mr. Martinelli go, do you need anything from any of us, other than our orders? Brian and I can give that to you when Mr. Martinelli signs off.
(Whereupon, there was a discussion off the record.)
MR. PARONICH: Yeah, so you can put us back on the record, Ms. Dawson.
So, Mr. Martinelli, the rules, the legal rules allow you to obtain a copy of your own transcript for you to review it to make sure Ms. Dawson took down everything that you said correctly. It is not an opportunity to change your testimony but just to make sure it was transcribed accurately.
THE WITNESS: Okay.
MR. PARONICH: So you have that right, or you can waive that right. I don't represent you. I will tell you parties do both, so it is totally up to you.
THE WITNESS: I will waive it. I am pretty good with -- I'm sure she documented it specifically and good, and, you know, it is true, so there is really nothing I need



to go through, and I answered everything to the best of my ability.
MR. PARONICH: All right. Thank you, Mr. Martinelli. We appreciate your time today. You can log off.
THE WITNESS: No problem, guys. Good luck.
MR. PARONICH: So Ms. Dawson, I will take an electronic copy, normal turn-around time.
THE REPORTER: So do you want a pdf or an etran?
MR. PARONICH: And I guess pdf, all of the versions from Magna, the compressed and the full pdf.
THE REPORTER: Mr. Goodrich?
MR. GOODRICH: Same.
THE REPORTER: Okay. Perfect. Thanks, guys.
MR. PARONICH: All right. Thank you.
(Further deponent saith not.)
(Signature waived.)
* * * * * * *



MAGNA LEGAL SERVICES

STATE OF ILLINOIS )
) SS.
COUNTY OF WINNEBAGO )

BECKY L. DAWSON, a Certified Shorthand Reporter and Notary Public in and for the County of Winnebago, State of Illinois, do hereby certify that previous to the commencement of the examination of the said DOMINICK MARTINELLI, he was duly sworn to testify the truth in relation to the matters in controversy here insofar as they should be interrogated concerning the same; that said deposition was taken with all parties attending via Zoom videoconference; that the testimony given by said witness was reduced to print by means of shorthand and computer-assisted transcription; and that the foregoing is a true, correct, and complete transcript of my shorthand notes so taken aforesaid.

I further certify that this deposition was taken pursuant to notice and that there were present at the taking of this deposition MR. ANTHONY PARONICH, ESQ., appearing via Zoom videoconference on behalf of the Plaintiff, and MR. BRIAN GOODRICH, ESQ., appearing via Zoom videoconference on behalf of the Defendant.

I further certify that I am not counsel for nor in any way related to any of the parties to this suit, nor am I in any way interested in the outcome thereof.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Notarial Seal this 22nd day of April, 2026.

______________________________

BECKY L. DAWSON
Certified Shorthand Reporter
Illinois License No. 084-003535
California License No. 6891



MAGNA LEGAL SERVICES

A

**ABDILLA**
2:10
**ability**
33:2
**able**
8:22 22:14 23:18 29:6
**about**
8:9,10 19:8,12 20:10 21:8,9,21 24:16 29:4,18
**accordingly**
11:8
**accurately**
32:17
**acquired**
31:6
**action**
28:8
**actual**
15:18
**actually**
9:18 11:13 15:16 23:23 24:4,13,19 28:22
**address**
11:17,18
**advise**
14:23 15:1
**affixed**
35:2
**aforesaid**
34:15
**after**
22:1,22 30:5
**afternoon**
28:10,11
**again**
11:8,21 16:18 27:9 30:13,14,20
**against**
9:13
**Agreed**
4:22
**agreement**
5:4
**al**
1:5
**alerted**
27:4
**all**
1:19 4:7,13,17,23 10:13 16:8 19:12 20:23 21:5,24 22:23 23:9,12 24:16 25:8 25:9,20 29:24 30:21 32:1 33:3,9,14 34:10
**allegations**
8:16
**allow**
5:21 32:13
**along**
5:12
**also**
5:18,21,23 6:8 8:6 9:16 25:14 27:11
**am**
4:9 5:12 10:12 17:3 20:7,15 26:12 28:8 30:23 32:1,22 34:22 34:24
**an**
4:11 6:6,20 7:3 8:10 8:18 10:18,20 11:14 11:24 12:22 14:5 15:1 16:12 19:4 20:22 25:2,13,14 26:20 27:5 32:15 33:6,8
**another**
12:2 30:18
**answer**
6:6 28:16,17
**answered**
33:1
**answering**
28:19
**answers**
5:19,21 19:19
**ANTHONY**
2:4 34:18
**anthony@paronic...**
2:6
**any**
5:2 6:2,3 12:5,6 13:3 13:3 14:6,12 18:1,4 18:7,8,16,23 19:2 21:3 24:6,21 25:4 25:16,23,23 26:5,5 26:9,14,14,22,23,24 27:1,16,21 29:9,11 30:7 31:23 32:5 34:23,23,24
**anymore**
17:10 30:15
**anyone**
8:9 19:8,12 30:7
**anything**
13:4 21:10 32:5
**apologize**
18:21
**APPEARANCES**
2:1
**appearing**
2:7,14 34:18,20
**application**
8:22
**appointment**
29:5
**appreciate**
33:4
**approve**
15:10
**approved**
15:17
**approximate**
6:20
**approximately**
6:15 17:12 21:18
**April**
1:20 6:17,22 7:12 22:4,4 35:2
**are**
4:16,19 5:7,11,11,14 6:4,24 7:4 10:9,14 12:3 15:3,9,9 16:2 16:18 18:7 19:16,18 19:19 20:17,17 23:21 28:19,19,22 29:2,4,5 31:18,21 32:1
**area**
28:9
**around**
6:17 7:13 23:3
**as**
1:14 4:1,3,10,18,24 5:22,22 6:24 7:23 8:18 15:1 22:18 25:14 29:2 32:2 34:8
**ask**
14:22 16:8,9 19:18 19:20 31:20
**asked**
7:10 18:22 20:10,13 20:14 26:15 27:20
**asking**
29:18
**ASSOCIATES**
2:10
**assume**
32:1
**at**
1:20 6:2,13,15 7:15 8:6 13:16 17:4 18:8 19:8,12 21:11 22:15 22:24 23:9,17,19 25:9 29:22 34:17
**attending**
34:10
**attention**
22:14 26:11
**attorney**
4:11 19:4 20:7,10
**attorneys**
4:9
**audible**
5:20
**auto**
9:14 10:6,11,20

11:24 12:22 13:19 18:18 25:13,14
**aware**
18:7 20:18 26:24 27:1,6,16

**B**

**back**
6:4 17:5 21:1 22:6 25:11 26:15 29:14 32:10
**banking**
21:5
**based**
7:8 9:12,17 16:5 22:12 25:5 29:10,15 30:19
**basically**
9:3 15:9 28:7 29:3
**be**
4:14 8:1,22 11:24 14:4 18:7 20:18,24 26:8,11,15,21 27:7 28:9,24 29:1,11,19 30:4,5,14,15,20 31:18,19 34:9
**because**
5:9,13 12:15 16:1 17:14 18:15,21 20:16 27:7 28:1 31:19
**BECKY**
1:18 34:3 35:5
**been**
5:1,21 9:4,5 20:9 26:15 27:12,18 29:22,23
**before**
1:17 4:12 13:16 17:22 19:23 28:3 32:4
**beginning**
23:17,19
**behalf**
2:7,14 19:17 34:19 34:21
**behind**
14:20
**being**
1:19 4:2 8:6 11:14,21 26:23 29:5
**believe**
7:11 9:23,23 10:22 13:11 19:1
**benefits**
19:20
**besides**
23:8
**best**
5:20 33:1
**better**
16:9 28:11
**between**
23:2,5 27:13
**bgoodr@abdillala...**
2:12
**bill**
14:10,17 15:14
**blame**
11:21
**blast**
20:2,2
**both**
13:10 32:21
**bothered**
11:8
**boundary**
25:1
**break**
6:3,7 19:24
**breaks**
6:2
**Brian**
2:10 4:16 20:7 32:1,6 34:20
**brought**
8:8 26:11 28:3
**build**
15:11,16
**bunch**
7:24
**but**
5:19 6:18 7:3 9:4,5 11:10,13,22 15:13 16:16 17:8 20:15 22:21 23:18,19 26:21 28:24 29:2 32:16
**by**
2:4,10 3:4,5,6 4:6,8 4:21 8:23 10:19 14:5 15:17 20:5 29:1,12 30:1 31:4 34:11,12

**C**

**California**
35:7
**call**
8:7,13,17,17,19 9:8 9:13 10:9,10 11:6,7 11:7,12,16,23 12:7 12:12,20,21,24 15:2 16:21 17:10,11,13 17:22 18:12 20:11 21:3,9 24:2,11,13 27:5,9,12,22 28:5,5 28:7,12,20 29:23 30:8,13
**called**
1:13 4:1 8:16,22 10:14 16:15 17:22 26:10,15,16 27:9
**callers**
9:4 20:24 23:7,10,13 24:2,4,14 25:15 26:6,14,21 28:12 30:4
**calling**
13:14 20:11,18 21:8 21:15 23:3,23 24:4 24:7 27:1 28:13 30:16,18
**calls**
11:11 13:22 21:15,19 23:19 28:16,17 29:1
**came**
26:10
**can**
4:16,24 5:4,14 6:2 8:18 10:2 11:1 19:24 30:4 31:16 32:6,10,19 33:4
**can't**
5:19 9:3 10:7 11:21 11:21 16:1 17:7 22:20,21
**captured**
4:15
**caveat**
6:5
**cell**
12:24
**center**
8:7,13,17,20 11:23 12:12,20 16:21 17:10,12,13 21:9 27:22 29:23 30:8
**certain**
10:21,22 16:17
**Certified**
1:18 34:3 35:6
**certify**
34:5,16,22
**change**
32:15
**changes**
17:3
**character**
4:18
**charge**
7:24 26:1
**check**
28:10
**Civil**
1:15
**claim**
14:11 15:2
**claims**
14:15
**clean**
14:10,17
**clear**
5:15

**client**
14:23 19:17
**client's**
19:21
**close**
22:21
**CNN**
14:22 20:20
**Code**
1:15 29:24
**collected**
15:12
**collective**
11:19
**commencement**
34:6
**commencing**
1:20
**commercial**
13:9
**companies**
16:16,19
**company**
8:6 10:7,14,15 11:13 12:13,16,23 13:6 15:5,10,18 17:1,2 28:3,8
**company's**
12:17
**compensated**
15:8,11
**compensation**
7:1,4 17:6
**complaint**
27:6
**complaints**
26:10,14,23
**complete**
34:14
**complexity**
16:5
**compressed**
33:10
**computer-assisted**
34:13
**concerning**
34:9
**confirm**
22:20
**construction**
1:8 6:13 13:6,16 14:9 15:7,16,17 16:10 18:8,15 19:8 20:8 20:20 21:11
**contact**
30:12
**contacted**
11:16 30:14,20
**contacting**
18:17
**context**
15:15
**continue**
30:24
**contractors**
16:13
**controversy**
34:8
**conversation**
5:10,12
**conversations**
11:4
**conversion**
9:16
**copy**
32:13 33:7
**correct**
6:18 8:13 17:23 18:5 18:13,17 32:3 34:14
**correcting**
29:11
**correctly**
4:15 31:14 32:15
**costs**
16:19
**could**
5:20 6:10 7:3 9:9 20:24
**couldn't**
22:7 25:18
**counsel**
34:22
**County**
34:2,4
**couple**
22:1
**Court**
1:1,16
**courtroom**
6:2
**cracks**
11:10
**create**
5:15 9:9 14:14 25:1 31:21
**created**
9:17 13:24 16:22
**creates**
15:4
**creating**
12:12 28:2
**creation**
27:19,21
**CRM**
18:19
**CSR**
1:18
**currently**
6:18
**customer**
11:5 30:14,19,20 31:22
**customers**
8:4 10:9 13:1 18:18 18:19
**C&N**
1:8 6:13,16 7:10,15 13:6,16 14:8 15:7 15:17 16:10 18:8,15 18:23 19:8 20:8 21:11 22:24 28:3 29:22

**D**

**D**
3:1
**damage**
14:6,12,19,20,22,23 14:24 15:3,22
**data**
8:21,24 9:2,16 12:4 12:24 13:8,9 18:23 25:6 29:16,24 30:11
**database**
8:24
**date**
17:7 22:21
**Dawson**
1:18 5:8,14 10:17 32:4,11,14 33:6 34:3 35:5
**day**
23:10 35:2
**day-to-day**
7:22 23:6,7
**decide**
5:2
**decision**
7:10
**defendant**
1:9 2:14 4:11 20:8 34:21
**depend**
15:22 17:6
**Depending**
19:18
**deponent**
33:15
**deposition**
1:10,13 4:14 5:8 34:10,16,18
**depositions**
1:17
**developed**
8:7
**dial**
30:4
**dialer**
9:14 10:6,11,21 11:24 12:22 13:19 18:19 25:13,14 30:15,17,18 31:7
**dialing**
28:19

**dialogue**
31:21
**dictated**
11:6 16:18
**did**
4:23 6:13,14,15 7:9 7:14,22 12:5,9,19 13:5 14:1 18:23 19:4 22:3 24:15,21 26:4,5 27:20 28:12 28:24 29:18 31:14
**didn't**
12:22 13:3,3 16:8 18:4,15 22:19 25:4 30:17
**difference**
27:13
**different**
7:24 16:6
**difficult**
8:5
**directive**
12:13
**directly**
12:21 13:1
**Director**
7:18,23
**discrepancies**
7:1,4
**discussed**
4:13
**discussion**
32:8
**disposition**
11:7 30:13,17,19
**disrupt**
31:19
**distributed**
9:15
**District**
1:1,3
**dive**
6:10
**do**
6:20 8:17 9:9,13,21 10:9,21 11:6,12,16 12:7 13:3,3 14:5,9 14:16,22 15:16,18 17:9,11,12,22 18:1 18:3,10,12 19:2,24 20:11,12,19,20 21:3 21:18 22:9 24:4,13 24:21 26:4,18 27:5 27:12,12 28:4,5,15 29:2 30:12,24 32:5 32:21 33:8 34:5
**documented**
32:23
**documents**
18:7
**does**
5:16,17,23,24 6:8 15:7,15,22 21:8,9
**doesn't**
30:14,20
**doing**
5:21 13:11 15:9 22:13 23:23 25:23 29:4 31:21
**Dominic**
6:12
**DOMINICK**
1:11,13 3:3 4:1 34:6
**done**
5:14 21:6 29:11
**don't**
7:2 11:3,3,14 12:11 14:13,14 15:24 18:21 19:1 20:6,14 20:15 22:7,20 25:16 25:18 26:22 27:9 31:18,23 32:20
**down**
5:9,20 15:4 32:14
**drastic**
7:6
**duly**
4:2 34:7
**during**
23:10 26:24
**duty**
15:1

**E**

**E**
3:1
**each**
5:14
**either**
25:16 27:16
**electronic**
33:6
**elementary**
15:13
**eliminate**
18:12
**email**
2:6,12 19:6,7,13
**employed**
6:24 7:15
**employee**
20:22
**employees**
23:22 27:22 28:16
**employment**
6:21 8:8 16:23 17:9
**end**
16:23
**ended**
6:21
**ensure**
18:2
**ensuring**
11:15
**entered**
5:3
**entire**
16:22
**escalated**
27:18
**especially**
14:14
**ESQ**
2:4,10 34:18,20
**establishing**
8:19
**et**
1:5
**etran**
33:8
**even**
5:8 25:18
**event**
29:20
**ever**
11:14 13:15 24:18,18 26:4
**everything**
5:9 14:18 32:14 33:1
**evidence**
4:18,19
**evidentiary**
4:13
**exact**
17:7
**examination**
3:4,5,6 4:5 20:4 31:3 34:6
**examined**
4:2
**Excel**
25:2
**Excellent**
5:7
**exhibits**
3:9
**existed**
17:13
**explain**
4:23 10:3 11:1 31:16
**explanation**
7:3 8:18

**F**

**factors**
16:6
**familiar**
10:14 12:3
**fast**
22:17
**felt**
22:18 26:8
**few**
6:1 10:12

**field**
8:2,3 17:5
**figure**
9:2,10
**figuring**
12:7
**file**
14:11
**final**
19:19
**fires**
8:4
**first**
4:2 11:22 19:5 20:17
**fit**
26:8
**flag**
10:8,21,22
**focused**
13:13
**followed**
8:6
**follows**
4:3
**follow-up**
19:20
**for**
1:2 4:11 5:10,18 6:3 7:19 8:4,7 9:9 11:12 11:20 12:6,16 13:8 13:10,18 14:11 15:8 15:10 16:19 19:16 19:21 20:6,7,10,16 23:6,9 24:3,14 25:14,22 27:22 28:1 28:2,11 29:20 30:7 30:8 31:7 32:13 34:4,22
**foregoing**
34:13
**forensic**
8:22
**formulated**
24:13
**forward**
14:13 25:6
**four**
9:5 17:8
**free**
14:5 15:10
**frivolous**
14:15
**from**
4:9 6:23 7:9 8:8,21 8:24,24 11:5,9 12:4 12:21,24 16:22 17:21 18:19 19:4,6 21:6,16 24:19 25:6 25:24 26:10 29:24 30:13 32:5 33:10
**full**
6:11,12 15:23 33:10
**further**
3:6 19:16 31:3,24 33:15 34:16,22

**G**

**generally**
28:4
**generating**
17:5
**GEORGE**
1:5
**get**
5:5,22 6:6 7:2 8:21 12:4 14:4 15:7,10 15:11,24 17:5 19:19 25:23 29:6 30:5 31:17
**getting**
9:15 25:5
**give**
5:20 7:3 8:18 9:1 14:10 17:7 22:14 32:6
**given**
12:14 20:23 34:11
**go**
6:4,4 9:9 10:6 17:15 24:24 29:23 30:3 32:5 33:1
**goal**
9:7 14:2
**going**
4:12 5:11,11,12 9:2 10:12 20:17 29:14 30:5,18,23
**good**
14:18 26:8 32:22,23 33:5
**Goodrich**
2:10 3:5 4:9,11,12,15 4:17 5:3 19:17,23 20:5,7 30:21 32:3 33:11,12 34:20
**Goodrich's**
31:12
**got**
11:5 15:17 17:17 19:5,7 30:1
**Great**
6:1
**groups**
13:7
**guess**
23:21 26:5 29:19 33:9
**guys**
19:6 33:5,13

**H**

**had**
4:13 9:3,4,5,5,8 10:7 12:6 13:15 14:6,20 17:9,11,14,20 18:18 18:19 20:15,20,22 21:20 22:13 23:19 26:15 27:12,18 28:1 29:22,22 31:11
**hail**
24:24 30:1
**hailstorms**
29:17
**HailTrace**
8:22 12:3,6,19,21,24 13:5,10 18:23 21:16 21:19 24:16,19 25:6 25:24 29:14,15,23 31:5
**hand**
19:23 35:1
**handbook**
20:22
**handful**
30:24
**happen**
30:16
**happening**
17:19
**has**
19:17
**have**
4:15 5:1,21 6:20 7:14 8:9,10 9:4,5 12:5 13:10 18:15,23 19:2 19:7,10,12,16 20:9 20:10,18,19,24 21:9 22:18,20 24:21 25:4 25:16 26:5,14,22 28:8 30:9,23 31:23 32:19 35:1
**he**
20:14 34:7
**head**
5:18,19
**health**
14:10,18
**hear**
19:4 31:14
**heard**
19:5
**help**
5:5 8:4 18:2
**helping**
8:3
**her**
9:5,12 23:17,18,19
**here**
4:24 5:7,14 6:10 10:13 34:8
**hereby**
34:5
**herein**
4:1

**hereunto**
35:1
**Hey**
27:9
**Hingham**
2:5
**hire**
26:7
**hired**
11:23 22:6,7,20 23:3
**hiring**
8:1
**his**
19:3,17
**hit**
8:23 30:1
**homeowner**
14:4
**honest**
26:21
**Hood**
12:18
**hook**
15:3
**how**
5:13 9:3,17 10:3 11:2 11:3 15:7 19:15 24:21 25:9,15,16,18 28:16,17 29:18,19
**However**
18:11
**humans**
5:13

**I**

**identify**
28:12
**if**
5:10,20 6:5 9:18 11:5 11:11 12:7 14:6,6,8 14:12,17,22,23 15:3 15:3,11,17 16:14 19:20,23 20:6,17,22 21:20 22:9 24:6 26:5,8,9,9,14,15,20 27:20,20 28:10 29:2 30:7,13,16,19 31:17
**IL**
2:12
**Illinois**
1:3,19 34:1,5 35:6
**important**
22:18
**in**
1:18 4:10,13 5:1,7,10 5:12 6:10,17 7:24 8:3 9:15 12:1 13:9 13:15 15:2,5,15,24 16:6,6,20 17:4,8,8 17:12,21 18:11,18 20:8,10,16,20,24 21:3 22:9,10 23:15 23:20 24:6 26:1,5,6 26:10,13,20 27:19 27:21 28:4,5,9,9 29:21 30:15 31:11 31:12 34:4,7,8,23 34:24,24 35:1
**INC**
1:8
**incidents**
27:16
**include**
7:23
**individual**
23:10 24:3 28:16 31:6,9
**individuals**
8:16 18:16,24
**inform**
9:12
**information**
29:6
**inside**
21:9,12,14,18 22:14 22:16,23 23:6,23,24 27:17
**insofar**
34:8
**inspection**
14:5,5
**inspections**
9:9
**instance**
29:21
**instead**
15:21
**insurable**
14:7,8,17 28:11
**insurance**
15:1,5,10,12,18 16:12,13,16,17,19
**intend**
16:8
**intended**
18:22
**intentionally**
31:13
**interact**
5:13
**interested**
34:24
**interests**
19:21
**interrogated**
34:9
**interviewed**
22:15 26:7,7
**interviewing**
8:1
**into**
5:4 7:2 9:13,18 11:22 13:19 17:5 23:18 25:19 28:3 29:23 30:2,17
**introduce**
12:2
**introduced**
20:6
**involved**
15:24 21:3 26:5,13 26:20 27:19,21
**involving**
27:16
**is**
4:11,24 5:1,1,8,10 6:5,5,12 8:10 9:23 10:8,8,15 11:16 12:2 13:9 14:15 15:3,9,23 16:4,6,9 16:14,16,20 19:16 20:7,16 21:2 23:2 24:24 25:11 27:7,8 27:11,15 28:7,7,10 28:11 30:5,16,18,19 31:17,21 32:15,21 32:24,24 34:13
**isn't**
6:2
**issue**
11:14 15:4 26:21 27:5 30:18
**issues**
26:24 27:1,3,8,8,11
**it**
5:1,9,17,24 7:11,17 7:18 8:10,23 9:4,4 9:14,23 10:5,7,8,22 11:6,19,20,22 12:15 12:15,16,23 14:4,17 14:17 15:4,5,17,22 15:23,23 16:22,22 17:17,18 19:5,20 20:2,3,16,18,24,24 21:2,21 22:1,1,9,10 22:18,21 23:2,8,17 24:23 25:1,14,15 26:12 27:15,18 28:7 28:7 29:10 30:12,14 31:17,21 32:14,15 32:16,21,22,23,24
**it's**
15:1,21 16:12,14 25:13
**I'm**
14:21 27:20 28:21 32:23

**J**

**Jacqueline**
9:6,11,21 13:20 22:5 22:15 23:2,5,9 24:5 25:7,8,20,22 26:19 29:1,12 30:2,9

**Jacqueline's**
9:22
**job**
7:14 9:7 15:11,11,15
**jobs**
17:6
**join**
22:15
**judge**
4:24 5:2
**jump**
5:12
**June**
21:20
**just**
4:8 5:3,20 6:3 7:6 10:12,17 12:5,21,23 12:23 13:6,11 19:24 21:7 24:2,23 25:5 27:7,23,24 28:7 29:10,18 30:24 32:16
**JUSTIN**
2:10

**K**

**keep**
9:16 30:18
**keeping**
30:8
**kept**
30:11
**Kevin**
23:8
**kind**
10:13 16:4
**know**
4:10,10,24 5:10,11 6:3 8:2,3,4,7,8 9:12 9:16,17 10:5,5,6,17 11:3,4,6,9,11,11,24 14:12,13,14,18 15:1 15:2,13,13,24 17:3 17:14,18,18 18:1 20:1,6,14,16,22 21:5,8,8,18 22:6,9 22:12,18,21 24:13 25:5 26:15,18,19,20 28:1,2 29:4,4,6 30:11,11,15 31:18 32:24
**knowledge**
19:2 20:19 25:16 26:14 27:4,15

**L**

**L**
1:18 34:3 35:5
**label**
16:20
**language**
14:2
**last**
8:12 9:22 17:8,12 29:21,24
**later**
5:4
**LAW**
2:3
**lawsuit**
4:10 8:10,15 17:2 19:3,8,13
**lead**
9:5 22:19 24:19 25:12,23
**leads**
9:9,15,17 17:16 21:19 28:2
**leaning**
11:20
**leave**
7:10,10 14:19
**legal**
5:1 32:12
**let**
6:3 14:18 16:9 19:24 25:11 32:4
**letting**
29:4
**let's**
20:2,2 21:8 22:6
**License**
35:6,7
**like**
5:2,21 6:2,6 9:5 12:1 14:13,19 15:24 16:17 17:15 19:24 24:16 25:1,2 30:23
**Lincoln**
2:4
**line**
26:3
**Lisle**
2:12
**list**
9:13 10:9 11:6,12 24:19 25:2 27:5 29:14
**lists**
9:11 25:12,23 29:15 29:19 30:5
**loaded**
16:4,8
**location**
8:23 16:5
**log**
33:4
**longer**
6:18,24
**looked**
14:18
**lot**
22:13 28:2
**luck**
33:5

**M**

**MA**
2:5
**made**
10:20 12:13,15 26:14 27:16
**Madison**
29:21
**Magna**
33:10
**main**
31:6
**mainly**
26:1
**make**
5:4,16,23 6:8 7:10 8:5 9:7,8,14 10:13 11:8,24 12:5 15:2 15:14 26:2,2 32:14 32:16
**makes**
18:21
**making**
17:21 21:15,19
**management**
8:2 23:6
**managing**
26:6
**manner**
9:16 15:6
**manual**
20:23
**many**
9:4,17 16:6 22:24
**maps**
8:24
**marked**
3:9
**market**
16:20
**Martinelli**
1:11,13 3:3 4:1,8,23 6:12 10:20 19:15 20:9 31:1 32:5,7,12 33:3 34:7
**material**
16:6,20
**materials**
27:21
**matter**
20:8
**matters**
34:8
**may**
4:10 20:9,10
**maybe**
17:8
**me**

5:10,18 7:3 8:18 9:14 10:3 11:1 16:9 17:4 23:8 25:11 26:12 27:9,20 31:16
**mean** 11:19 15:15 21:10 23:7,8 26:21 28:19 28:21 30:9
**means** 34:12
**meant** 14:22
**mention** 5:9
**mentioned** 29:15 31:11
**might** 5:2 9:4,4
**misspoke** 14:21
**monitor** 23:18
**monitored** 29:1
**monitoring** 29:11
**months** 17:9,12 22:1
**Moore** 1:5 19:3
**morning** 28:9,11
**most** 16:13
**move** 5:12 14:13
**moved** 23:17
**Mr** 2:4,10 3:4,5,6 4:6,8,9 4:11,12,15,17,21,23 5:3 10:17,19,20 19:3,15,15,17,23 20:5,9 30:21,23 31:1,4,12,23 32:3,4 32:5,7,10,12,19 33:3,3,6,9,11,12,14 34:18,20
**Ms** 5:8,14 10:17 11:17 17:20 19:10 32:4,11 32:14 33:6
**much** 12:22 19:21
**mute** 4:16
**mutual** 7:11
**my** 5:18,19 6:12 7:8 8:8 9:1,7,7,7 11:13 12:16,24 17:4,6,6,8 19:20 20:7 27:4 28:2,14 30:21 33:1 34:14 35:1,2
**myself** 11:10 20:6,24 24:23 27:18 28:2

**N**

**N** 3:1
**name** 6:11,12 9:6,22 10:7 12:2,3,17 20:7
**names** 10:12
**National** 8:17 18:12 20:11
**nature** 9:19
**need** 6:3 17:15 32:5,24
**needed** 29:2
**negligence** 11:21
**Nelson** 9:23,23 11:17 17:20 19:10 22:5
**never** 20:24 27:4,15,18
**new** 29:20
**night** 29:21,24
**no** 1:7 3:9 4:24 5:1 6:18 6:19,24 8:11 12:9 13:17 14:11,15,20 18:6 19:5,9,11,14 19:16 21:5 24:23 25:4,10 26:14,17 27:2,3,6,18 30:19 33:5 35:6,7
**nodding** 5:18
**nor** 34:22,23
**normal** 33:7
**Northern** 1:3
**not** 8:17 9:13 10:9 11:6 11:11,12,16,16,21 12:7,8,9 13:6 15:3 16:14,16 17:3,21,22 18:3,10,12 19:4 20:11 21:3 26:12,15 27:5,12 28:19 29:12 30:12,12 32:15 33:15 34:22
**Notarial** 35:2
**Notary** 34:4
**notes** 34:15
**nothing** 17:9,11 32:24
**notice** 17:2 34:17
**now** 19:16
**number** 19:3
**numbers** 7:3 9:1 10:8,21,23 11:16 12:7 13:18 17:21 18:12 21:16 25:19 26:2 27:12 31:7

**O**

**oath** 4:2
**objections** 4:13,18 5:2,4
**observed** 14:12
**obtain** 32:13
**obtained** 21:16
**obviously** 10:5
**occur** 10:4 11:2,4
**off** 5:8 6:4 19:23 29:3,10 32:7,9 33:4
**office** 23:18,19
**often** 29:19
**Oh** 28:21 31:2
**okay** 6:1,10,23 7:12,14,22 8:9,12 9:2 12:10 13:12,21 14:4 19:7 19:15 21:2,24 22:5 22:11 24:2,6,21 25:11 26:4,13,18,24 27:3,19,24 28:15 29:8,14 30:10,21 31:11,23 32:4,18 33:13
**on** 1:20 2:7,14 4:12,16 5:2,7 6:4,20 7:8 8:8 8:17 9:9,16,17 10:9 11:6,12,16,20,21

12:7,24 13:13 14:2 15:3,22 16:3,5 17:6 17:22 18:12 19:17 19:20 20:11 22:12 23:21,23 24:4,7,10 24:21 25:5,5,9,15 25:16 26:3 27:5,12 28:14,16,22,23 29:9 29:15 30:19 32:10 34:19,21
**one** 4:9 6:1 16:9,15 17:3 19:19 20:16 21:14 22:23 23:15 24:7,10 24:19 26:2 28:15 31:12
**only** 6:5 7:19 15:11 30:5 30:15 31:9
**operating** 13:4 29:23
**opportunity** 19:17 32:15
**or** 5:3,11 7:10,20 10:14 11:18 12:7,13 13:3 14:6 15:22 16:10 17:12 18:1 19:3 20:12 22:9 28:11 29:11 30:12 32:19 33:8
**orders** 32:6
**other** 5:14 24:23 26:3 32:6
**otherwise** 19:21
**our** 9:9,13 11:22 18:18 18:19 32:6
**out** 8:3,4 9:2,10 12:7 17:15 25:1 28:9,9 29:5,6
**outcome** 34:24
**outreach** 13:22
**over** 11:7
**overall** 7:3
**overrule** 5:3
**own** 17:6 23:18,19 32:13
**owned** 12:16

**P**

**page** 3:2 23:22
**paid** 11:20
**Paronich** 2:3,4 3:4,6 4:6,21 10:17,19 19:15 30:23 31:4,23 32:4 32:10,19 33:3,6,9 33:14 34:18
**part** 9:7 10:10 11:23
**particular** 16:20
**parties** 1:19 32:20 34:10,23
**pattern** 31:19
**pay** 13:10
**pdf** 33:8,9,10
**pending** 6:6
**penny** 11:20
**people** 9:8 11:12 20:11,18 27:8 28:13
**people's** 27:11
**Perfect** 33:13
**perform** 18:4
**personal** 20:19
**personally** 18:4
**perspective** 6:24 7:9 10:9 17:21
**pertaining** 1:17
**phone** 2:6,13 9:1 21:15 25:19 26:2 27:11 28:22
**phones** 13:1
**photographs** 14:24
**physical** 23:12
**physically** 15:16
**picked** 22:17
**picks** 28:22
**pinpoint** 8:23
**pitch** 28:14 31:13
**place** 18:11 20:11,16,20 24:7
**plaintiff** 1:6 2:8 4:9 20:10 34:19
**players** 10:13
**please** 6:10
**point** 8:6 17:4,7,8 22:15
**policies** 20:10,20 21:4 24:6,8
**policy** 20:16
**policyholder** 15:2
**position** 7:8,19 21:11
**possible** 5:22
**power** 31:1
**precise** 18:22
**preparation** 21:3
**prepared** 11:22 30:4
**present** 1:19 34:17
**pretty** 11:20 22:17,21 32:22
**prevent** 20:11
**previous** 34:5
**previously** 6:13
**price** 16:4,10
**priced-based** 16:2
**prices** 16:18
**print** 34:12
**prior** 12:16 13:6 18:16,20 18:24
**probably** 21:20
**problem** 33:5
**Procedure** 1:15
**proceeding** 5:1 6:2
**proceeds** 15:12

**process**
11:2,3 16:10 18:11
**processes**
8:5 18:1
**program**
16:10
**programs**
18:1
**project**
16:7
**property**
14:5
**prospects**
26:10
**protected**
12:1
**providers**
16:14
**provisions**
1:15
**Public**
34:4
**pull**
8:24 29:24
**pulled**
24:19 29:15
**pulling**
29:19
**purpose**
28:14
**pursuant**
1:14,14 34:17
**put**
8:4 30:2,13,17 32:10
**P.C**
2:3
**p.m**
1:20

**Q**

**question**
6:6,6 16:4,9 20:12
**questions**
18:22 19:16,18,18 30:22 31:12,20,24
**quick**
5:22 30:24
**quicker**
5:5,13
**quite**
26:21

**R**

**rate**
30:11
**rates**
9:17
**ready**
6:5
**ReadyMode**
10:14,15,16,22 11:18 13:15 21:6,15 23:3 25:9,11,17 27:1 30:3,3,11
**really**
5:19 15:24 25:4 29:9 32:24
**reason**
6:3,23 10:10 11:23 14:11,15 30:16
**recall**
9:21 11:14 17:13 20:12,14 28:4,5,15
**received**
17:2
**receiving**
19:13
**recollection**
26:22
**record**
4:12 5:7,15 6:4 20:7 30:8 32:9,11
**recorded**
11:5
**recordings**
28:24
**reduced**
34:12
**reduction**
7:6
**reference**
10:20
**referenced**
8:12,20 9:21 10:2
**referring**
7:5
**regarding**
24:7
**registered**
27:12
**Registry**
8:17 11:16 12:7 17:22 18:13 20:12 27:12
**related**
34:23
**relates**
8:16
**relating**
19:2
**relation**
34:8
**relationship**
18:16 31:5
**relationships**
18:20,24
**relevant**
4:18
**remember**
9:3 10:15 22:8
**repair**
15:19,22 16:1
**repairs**
15:24
**replacement**
15:20,21,23 16:11
**replacements**
16:2
**report**
14:19
**reported**
15:5
**reporter**
1:18 33:8,11,13 34:3 35:6
**represent**
8:15 32:20
**reps**
8:3
**require**
28:12
**reserved**
4:14,19
**residential**
13:7,9,11,14 15:18
**respect**
8:19 10:2 11:15 13:6 13:22 16:21 18:23 21:10 31:5,13
**response**
31:12
**responsibilities**
7:23 8:19 12:6 22:13 22:24
**responsibility**
9:1
**responsible**
8:7 13:18 23:5,9,21 24:3 25:22 30:7
**Restoration**
12:18
**results**
18:8
**retaining**
8:2
**review**
32:14
**reviewed**
20:24
**right**
4:7 16:8 19:16 21:24 22:23 24:16 25:8 29:21,22 30:13,17 31:17,19 32:19,20 33:3,14
**road**
2:11 15:4
**Robin**
12:18
**role**
17:4,20 26:5
**roof**
14:6,8 15:4,18 16:2,3 16:11 28:10

**roofing**
28:8
**room**
23:12,15,20
**rules**
1:16 4:18 32:12,12

**S**

**safe**
23:2 32:1
**said**
15:15 27:9 32:15
34:6,9,11
**saith**
33:15
**sale**
30:12,12
**sales**
7:18,23 8:1,3 9:18
21:10,13,14,19
22:14,16,23 23:6,23
23:24 27:17
**salesmen**
9:9,15 12:24
**same**
23:22 33:12 34:9
**say**
5:9,11,12 10:12
15:14 21:20 22:10
23:2,7 28:21,23
29:10 30:9
**saying**
14:20
**screen**
5:8
**script**
28:24 29:3,10
**scripts**
13:21,24 14:3 24:11
24:14 27:23,24 28:5
28:6,12
**scrub**
9:12 30:2
**scrubbing**
10:2 13:3 25:23 26:1
**scrubs**
18:5,9
**Seal**
35:2
**second**
16:15
**see**
4:24 5:2 7:7,9 14:6
15:21 28:10 31:20
31:23
**seems**
15:13
**selected**
14:2
**self-generating**
17:6
**self-trained**
25:5
**sell**
17:15
**send**
9:11 29:6 30:1
**sense**
5:16,23 6:8 18:21
**service**
11:5,20
**set**
32:2 35:1
**setting**
29:5
**shaking**
5:19
**she**
5:8,8 18:1 22:7,17,19
22:20 23:15,18,19
23:19 24:7,10 26:1
26:20 29:2 30:2
32:23
**shorthand**
1:18 34:3,12,14 35:6
**should**
29:10 34:9
**show**
14:24 18:8
**Signature**
3:11 33:16
**signs**
32:7
**since**
19:7,13
**sir**
19:14
**sitting**
9:18
**situations**
12:1
**six**
17:9,12
**size**
16:3,5
**slip**
11:10
**smaller**
12:22 16:15,16
**so**
4:16,23 5:3,7,14,20
6:10 7:20 8:12,15
8:18,21 9:8 10:12
10:13,17,17,20
12:11 13:5 14:15
15:9,11,17,21 16:6
16:9,21 17:6,12,18
17:20 18:19 19:1,15
19:21 20:24 21:2,2
21:14 22:12,15,19
22:23 23:21 24:2,6
24:18,18 25:4,8,8
25:11,20 26:13,24
27:3 28:8,8,14 29:3
29:9,14,18,20,22
30:4,4,13,17 31:5
31:19,21 32:4,10,12
32:19,21,24 33:6,8
34:15
**software**
16:12 25:12
**some**
7:1 8:6 15:4 16:15
17:4,15 20:15 21:7
22:15
**somebody**
22:18 26:3 27:5
**someone**
28:22,23
**something**
26:19
**sometimes**
11:10
**Somewhere**
7:13
**SOPs**
8:5
**sorry**
4:17 14:21 27:20
28:21
**sorts**
27:8
**speaking**
4:8
**specific**
6:23 7:2,14 16:10
27:7
**specifically**
27:22 32:23
**spits**
25:1
**spoken**
8:9 19:8,10,12
**spot**
24:24
**spreadsheet**
25:2
**SS**
34:1
**standardized**
16:19
**start**
4:8 6:15 17:5 20:18
22:3
**started**
6:17 21:19 22:1,22
23:3
**state**
1:19 6:11 34:1,4
**States**
1:1,15,16
**step**
22:6 25:11
**still**

14:6,8 17:1,13,18 17:19 23:18 28:10 29:22
**stipulate** 4:16,17
**stopping** 14:5
**storm** 8:23 9:10 13:8 24:24 29:16,20,21 30:6
**Street** 2:4
**stuff** 21:6
**subpoena** 1:14
**subscriptions** 13:10
**successful** 12:16
**suggestion** 12:13,15
**suit** 34:23
**Suite** 2:5
**supervising** 23:9,15
**supervision** 23:7
**supposed** 10:4,8,8,21,22 11:2,4 11:17,18
**Supreme** 1:16
**sure** 5:6,24 8:5,21 9:7,8 9:14 10:13 11:8,24 12:5 15:2,14 17:3 17:21 18:20 20:15 20:19 24:17 26:2,3 26:9,12 28:4,21 29:11,18 30:7 32:14 32:16,23
**sustain** 5:3
**sworn** 4:2,4 5:1 34:7
**Symbility** 16:15,17
**system** 25:19

**T**

**take** 6:2,7 19:24 33:6
**taken** 1:17 34:10,15,16
**takes** 5:9
**taking** 1:17 34:17
**talk** 21:8 24:16 28:10
**talked** 21:9
**talking** 5:14 31:17
**team** 21:10,13,14,19 22:14 22:16,23 23:6,23 27:17
**teams** 8:1,1
**technicians** 28:9
**technology** 22:17,19
**telephone** 19:3 31:6
**tell** 14:11 22:7,21 25:18 27:20 32:20
**term** 21:9
**terms** 13:15
**territory** 8:2
**testified** 4:3 25:22
**testify** 34:7
**testimony** 11:17 21:2 31:12 32:16 34:11 35:1
**than** 24:23 32:6
**thank** 4:7 9:20 10:1 19:21 30:23 33:3,14
**Thanks** 33:13
**that's** 5:13 10:10,18 11:23 12:4 14:15 16:4 18:15 21:12 23:24 30:18,21
**their** 12:24 15:1,5,8 23:24
**them** 5:3 8:4 9:12,13 13:16 14:10,11,11,18,24 15:1 19:19 23:16,20 24:2,7,10 26:1,7,8 28:1,23 29:4,6 30:2 30:2,3,4 31:17,20
**themselves** 28:13
**then** 5:21 6:4,7 7:9 9:3,10 9:14 10:12 14:9,24 15:7 19:19 23:17 25:1,8 29:2,5 31:11
**there** 4:24 5:1 6:5,17,18,23 6:24 7:1,6,13,20 8:8 10:16 11:14 13:9,21 14:11,12,15,22,23 15:3 16:6,9,14,16 17:4,7,8,9 18:11,18 18:19 20:23 22:2,13 22:22 23:12,12 24:6 26:3,9,9,20,22,22 27:4,6,7,8,11 28:24 29:5,7,9,20,21 30:19 32:8,24 34:17
**thereof** 1:16 34:24
**these** 9:11,15 11:11 16:18 16:19 21:15 25:23 29:19
**they** 9:1,8,18 11:8,10 13:7 14:6,19,20 15:3,5 15:18 17:4,18,22 18:16 21:12,18 23:17,24 26:2,8,15 26:15 28:13,17,19 28:19,22 29:1,2,9 30:3 31:18 34:8
**thing** 8:12
**things** 9:18 20:17 22:12 27:16
**think** 5:11 9:24 10:7 11:9 11:19,22 12:11,15 13:13 14:21 18:18 18:22 19:20 20:9,14 21:21 30:21
**third-party** 10:10
**this** 4:10,13 5:5,22 6:1 8:9,15 12:1 13:7 15:13 17:2 19:3,15 20:8 26:19 27:1,20 29:23 30:14,19 34:16,18,23 35:2
**those** 5:4,19 13:24 14:3 17:15 18:24 19:18 19:20 24:8 27:16 28:5,5 30:1
**though** 5:8
**three-inch** 30:1
**through** 5:5,22 8:16 10:6 11:5 11:10 16:18 20:2,3

**time**
4:14 6:3,20 11:9,9,13 14:14 16:22 17:8 19:19,22 23:3 30:5 33:4,7
**timely**
9:16 15:6
**title**
7:14,21 23:22,24
**today**
4:12 33:4
**too**
18:19
**took**
32:14
**totally**
32:21
**tracking**
13:7
**trained**
24:23 25:9,15 28:15 28:23
**training**
8:2 20:23 24:3,7,10 24:21 25:4 27:21 29:9
**transcribed**
32:16
**transcript**
32:13 34:14
**transcription**
34:13
**trial**
4:14,20
**true**
32:24 34:14
**truth**
34:7
**try**
5:13,20 16:9 18:11
**trying**
31:18
**turning**
9:18
**turn-around**
33:7
**TV**
5:2
**two**
7:19 9:4 27:8,13
**type**
7:4 15:4 20:15
**typical**
5:10,18
**typically**
15:23 16:13

**U**

**uh**
6:17,22 7:11 12:23
**Uh-huh**
27:10
**Um**
24:23
**under**
4:2,18
**understand**
5:6 10:13 15:14 17:20 21:7 27:13
**understanding**
8:10 10:3 11:1 12:6
**understood**
9:20 10:1 11:15 12:2 12:12 13:2,5 14:21 16:2,21 22:19
**Unit**
2:11
**United**
1:1,15,16
**unless**
15:10
**until**
4:14,19 5:14 16:23
**up**
9:14 22:17 28:22 29:5 32:21
**upload**
9:13 25:12,18
**uploading**
13:18
**upon**
4:2
**up-training**
29:2
**us**
5:5,22 6:3 14:4 19:24 30:24 32:5,10
**use**
9:2 10:10 12:22 16:14,14,17 24:14 25:9,15,15,16
**used**
13:16,21 16:10 18:2 25:12,14 28:1
**using**
11:23 21:19
**utilize**
12:19
**utilized**
16:22
**utilizing**
12:23 13:15

**V**

**Vacco**
23:8
**vague**
28:14 31:13,19
**valid**
26:2
**venture**
11:22
**verifying**
11:11
**versions**
33:9
**very**
5:10,18 19:21 28:14 30:24
**via**
1:19 2:7,14 34:10,19 34:20
**videoconference**
1:20 2:7,14 34:11,19 34:20
**view**
7:4
**vs**
1:7

**W**

**wait**
5:13
**waive**
32:19,22
**waived**
3:11 33:16
**want**
7:2 12:5 14:13,14 15:14 21:7 27:7 30:14,20,24 31:18 31:20 33:8
**wanted**
17:4
**warranty**
16:1
**Warrenville**
2:11
**wasn't**
14:12 22:14 26:12 29:9
**waste**
14:14
**way**
15:5 25:16 34:23,24
**ways**
6:1
**we**
4:16 5:4,7,9,13 6:2,3 6:4,6,10 8:7,21,21 8:22 9:2,3,4,8,17 10:7,10 11:7,19,20 11:21,21,23,24 12:4 12:21,22 13:11,13 14:10,12,13,14,16 14:18,19,23,24 15:9 15:9,10,11,11,24 16:1,14 18:18,19 19:24 20:15,22 21:8 22:15,18 23:21 28:9 29:4,4 31:20,21 32:4 33:4
**weather**
8:21

**well**
7:24 12:21 16:8,16 25:13 26:1 31:23 32:2
**were**
7:10,15,20 8:4,6,16 8:19 9:2,15,18 11:4 11:12,12,16,19 12:7 12:13,22 13:7,7,11 13:13,21,21 17:1,18 17:21,22 18:12,16 21:12 23:13,22,24 24:6,6,18,18,18 25:9 26:2,4,9,9,10 27:8,15,19,20 28:13 29:15 31:6,9,13,20 34:17
**weren't**
11:8 21:3 25:15 26:13,24 27:1
**what**
5:10,11 7:4,17,22 8:10,18 12:17 13:13 14:2,8,15,22 15:9 16:19 19:18,19 21:12 23:22,24 26:5 28:4,5,23 29:4,9 31:20
**when**
6:4,15,20 8:8 10:16 13:4 14:15 15:14 16:22 17:1,14 19:5 20:17 21:18 22:3,5 22:5,7,20 23:7 28:21,22 32:7
**Whenever**
29:20
**where**
5:10 9:10 12:4 23:12 24:24
**WHEREOF**
35:1
**Whereupon**
32:8
**whether**
30:12
**which**
5:5 9:2 18:22
**while**
4:24 7:14 8:17 17:11 26:22
**who**
12:12 13:18,24 21:14 23:5,15,21,22 24:3 24:10,13,19 26:10 26:18 27:8 28:15,15 28:23 30:7 31:21
**whoever**
30:16
**whose**
26:11
**why**
6:24 10:10 29:4 31:16
**will**
4:8,14,17 5:5,21 6:10 8:15 15:18 24:2 28:9 32:20,22 33:6
**Winnebago**
34:2,4
**Wisconsin**
29:22
**with**
1:19 6:5 8:4,19 10:2 10:14,16,18 11:13 11:15 12:3,19 13:5 13:5,21 14:4 15:4 16:21 17:1,9,11 18:16,20,23,24 19:8 19:10,12 21:10,15 21:15 23:20 26:21 27:5,17 28:8,14,22 31:5,13,21 32:23 34:10
**witness**
1:14 3:2 4:1,4 20:2 31:2 32:18,22 33:5 34:11
**work**
6:13,18 8:3 12:19 15:8 23:10
**working**
6:15,17 10:16 11:13 13:16 15:9 22:22 29:3
**works**
19:16
**would**
8:1,21,22,24 9:1,3,10 9:10,12 10:5,6 11:7 11:9,10,24 12:21,24 14:8,10,16,18,19,19 14:22,23,24 15:11 18:7,8 19:24 21:20 22:10 24:16 25:6 26:7,8,11,13,20 28:17,24 29:1,2,11 29:19,23,24 30:1,2 30:3,4,5,9,16 31:19 31:20
**wouldn't**
14:13 30:15
**write**
5:19
**written**
20:20
**wrote**
29:3

**X**

**X**
3:1 10:18
**Xactimate**
16:12,12,14
**Xencall**
10:14,18
**X-e-n-c-a-l-l**
10:18

**Y**

**yeah**
4:17 7:1,13 17:14 18:14 21:23 25:3 28:7,18 31:2 32:10
**years**
7:19
**yep**
10:15 12:4 17:24 21:17
**yes**
5:6,24 6:9 7:16,21 8:14 10:24 13:23 15:20,20 16:24 17:14,15 21:12 23:1 23:4,11,14 24:9,12 24:20 25:12,13,21 27:14 29:13,17 31:8 31:10,15
**your**
5:20 6:11,20,23 7:9 7:19,22 8:18 10:3 11:1,17 13:6 16:23 17:21 19:22 21:2,10 22:24 27:15 31:11 32:13,15 33:4

**Z**

**Zip**
29:24
**Zoom**
1:10,13,19 2:7,14 34:10,19,20

**0**

**02043**
2:5
**084-003535**
35:6

**1**

**1:25-cv-04568**
1:7
**100**
2:11
**12:16**
1:20
**15**
1:20

**2**

**20**
3:5
**2023**
6:17 21:20,22 22:9

22:10
**2024**
22:9
**2025**
6:22
**2026**
1:20 35:2
**22nd**
35:2
**23**
22:4
**2400**
2:5
**25**
7:12

**3**

**31**
3:6
**350**
2:4

**4**

**4**
3:4
**408-410**
4:19
**485-0018**
2:6

**6**

**60532**
2:12
**617**
2:6
**630**
2:13
**650**
2:11
**6891**
35:7

**8**

**801-803**
4:19
**839-9195**
2:13

**9**

**901**
4:19
**902**
4:19