# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---

Case No. 1:25-cv-04568
Hon. Andrea Wood

GEORGE MOORE, on behalf of himself
And others similarly situated,

Plaintiff,

v.

C&N CONSTRUCTION INC.,

Defendant.

---

The following is the Videoconference Deposition of CURTIS ESHGY, taken before Rachel Graham, Notary Public, pursuant to Notice of Taking Deposition, on May 18th, 2026, commencing at approximately 12:30 p.m.

APPEARANCES:

ON BEHALF OF THE DEFENDANT:

Brian Goodrich, Esquire
Abdilla & Associates
650 Warrenville Road
Suite 100
Lisle, Illinois 60532
bgoodr@abdillalaw.com

ON BEHALF OF THE PLAINTIFF:

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, Massachusetts 02043
anthony@paronichlaw.com

ALSO PRESENT:

Laura Christianson, Intern Court Reporter

INDEX

DEPOSITION OF CURTIS ESHGY


| EXAMINATION: | PAGE |
| --- | --- |
| By Mr. Paronich | 3 |




PROCEEDINGS

(Witness sworn.)

CURTIS ESHGY,

after having been first duly sworn,
deposes and says under oath as follows:

***

EXAMINATION

BY MR. PARONICH:

Q. Hello, Mr. Eshgy. My name's Anthony Paronich. I'm one of the attorneys that represents the plaintiff in this action. Thank you for joining us today.
Have you ever given a deposition?
A. Yes.
Q. Okay. And so the matter you've given a deposition in, was it related to telemarketing conduct at all?
A. No, sir.
Q. Okay. Was it related to C&N Construction?
A. Yes, sir.
Q. What kind of general issue did you have to get deposed for?
A. It was a discrepancy in workmanship on a job between us and a subcontractor.



Q. Got it. So then having been through this before, I'll give you the abridged version of how we get through this as quick as possible. You've done a good job already. But the court reporter takes down everything we say. And so in general conversation it's pretty typical to just jump in when you know what I'm saying, but to allow for a clear record, you've just got to wait until I'm finished speaking. Does that make sense?
A. Yes, sir.
Q. Okay. We won't be here for that long, but one of the benefits of being in this deposition versus a court appearance is you can take -- we can take a break at any time for any reason. Just let us know you need a break, you don't have to tell us the reason, let us know about how long, and we just try to get an answer to any question I have pending before we take a break. Does that also make sense?
A. Yes, sir.
Q. All right. Also how it's unlike a courtroom, there's no judge here to decide any



objection. So while your attorney may object, if you understand my question, you still answer that. Does that also make sense?
A. Yes, sir.
Q. All right. So what is your current position at C&N Construction?
A. I'm the founder and president of C&N.
Q. And so are you the sole owner in the company?
A. Yes, sir.
Q. Okay. So how -- when did the company open?
A. 2010 -- 2015. Sorry.
Q. It's okay. So about ten years ago?
A. Yes, sir.
Q. Okay. And at some point in the company did it start to do outbound telemarketing to try to generate new business?
A. Yes, sir.
Q. Okay. Does it still do that today?
A. No, sir.
Q. When did it start doing that, approximately?
A. I believe late '23.
Q. Was there a particular employee who had the idea to do it?



MAGNA LEGAL SERVICES

A. I cannot recall.
Q. Okay. Were you involved in the decision to start the telemarketing?
A. Yes, sir.
Q. Okay. Did you oversee the telemarketing or did you hire someone to do that?
A. I hired somebody to do that.
Q. And who did you hire?
A. Jacquelyn Nelson and Kevin Vacco.
Q. Okay. And when was the last time you communicated with Ms. Nelson about anything?
A. I can't recall. I cannot recall.
Q. Would it be more than six months?
A. Yes, sir.
Q. Okay. I only mention that just because the parties are trying to find her and have had a little bit of an issue. So thank you for that.
Do you know who HailTrace is?
A. Yes, sir.
Q. Were you involved in the decision to use HailTrace to try to get some of the phone numbers for the marketing?
A. No, sir.



Q. Okay. And would that have been Ms. Nelson or Mr. Vacco?
A. Yes, sir.
Q. And is it the same answer with respect to using the Readymode dialing system?
A. Yes, sir.
Q. Okay. In terms of -- before this lawsuit, were you at all familiar with the Telephone Consumer Protection Act?
A. No, sir.
Q. Okay. And were you familiar with the existence of the National Do Not Call Registry?
A. I had seen -- no, sir, not necessarily, not before we started doing the outbound calling, no.
Q. Got it. And so that's a fair point, and I think my question wasn't that clear.
I understand that you weren't familiar with this before the outbound calling, but were you familiar with it before this lawsuit was filed?
A. No, sir.
Q. Okay.



A. I cannot recall, honestly.
Q. Okay.
A. I don't want to answer something that's not true.
Q. Of course. So when it came to the outbound calling that you were doing, did you see reports or metrics about how it was performing?
A. No.
Q. Do you have an approximation between the data and the employees that were making the calls what kind of cost investment C&N made in the outbound calling?
A. I cannot recall.
Q. Do you know if it was more than $10,000?
A. Of money spent on employees?
Q. And the data to -- and the software to make the telemarketing go?
A. I can't -- I don't know the exact numbers, so I -- I can't answer that question.
Q. I understand that you don't know the exact numbers, but that's why I was asking if you knew if it was more or less than a certain number.



So do you not know if it was more or less than $10,000?
A. For the data or for the employees?
Q. Both combined.
A. Yes.
Q. Okay. Do you know if it was more than 100,000?
A. No.
Q. You don't know or you know it wasn't?
A. I don't know. I do not recall.
Q. And what was the reason to stop the telemarketing?
A. The situation that we're in right now.
Q. So was it just this lawsuit or were there any other factors that contributed to it?
A. No, just this lawsuit.
Q. Okay. And so in the outbound telemarketing, was the goal to set appointments to eventually and potentially gain new customers?
A. Yes, sir.
Q. Okay. And you don't have -- let me strike that.
Do you have any evidence that



MAGNA LEGAL SERVICES

Page 10

numbers were removed that were on the National Do Not Call Registry before being called?
MR. GOODRICH: Objection. Form of the question.
MR. PARONICH: I'll withdraw. I'll try to ask another one.
BY MR. PARONICH:
Q. Do you know if the Do Not Call Registry was utilized before numbers were called?
A. I cannot recall.
MR. GOODRICH: Objection -- never mind.
BY MR. PARONICH:
Q. Approximately how long did the telemarketing last?
A. I'm thinking about a year.
Q. During that year, was telemarketing the primary way that the company generated new business?
A. No.
Q. What was the primary way?
A. Canvassing and door-to-door sales.
Q. Is canvassing different than door-to-door

Page 11

sales?
A. Same thing.
Q. Okay. So other than canvassing, was telemarketing the second generator of new customers?
A. No.
Q. What was the second?
A. Probably ads, Facebook, Instagram, stuff like that.
Q. Got it. Are you aware of if the company ever brought in a third-party compliance company to review its telemarketing processes?
A. I cannot recall.
Q. And the purpose of the telemarketing was to reach homeowners as potential new customers, correct?
A. Yes, sir.
Q. Okay. And in order to do that, your understanding is that the company purchased homeowner leads from HailTrace?
A. I don't believe they're leads. I believe they were just contact information.
Q. You're right. That makes sense.
So your understanding was that the

Page 12

-- what the company purchased was homeowner contact information from HailTrace?
A. That was -- that was cleaned or scrubbed information from our -- from what I understood of it at that time. But then --
Q. Right.
A. (Inaudible.)
Q. Got it. I'm sorry. I didn't mean to cut you off.
A. No, it's fine.
Q. So you're saying it's your understanding -- when you say scrubbed, do you mean against the Do Not Call Registry?
A. Yeah.
Q. Okay. And what was the basis for that understanding?
A. Just what I was told.
Q. Okay. Do you recall who told you that?
A. I cannot recall.
Q. Okay. Did you participate in drafting the script that was used on the telemarketing calls?
A. I cannot recall.
Q. After this lawsuit was filed, was there any

Page 13

review of the lists done to see if Do Not Call Registry numbers were actually removed from what was purchased?
A. I believe so.
Q. Okay. And as a result of that investigation, does C&N Construction have any plans to bring an action against HailTrace?
MR. GOODRICH: Objection. Attorney-client privilege.
MR. PARONICH: Let me rephrase.
MR. GOODRICH: If you're asking --
MR. PARONICH: Yeah. I'm sorry, Brian. How about I try a different question and we see if we need to object and chat about it. Fair enough?
MR. GOODRICH: Sure.
MR. PARONICH: Okay.
BY MR. PARONICH:
Q. So, sir, other than any conversations you've had with counsel, have you had any conversations with your employees about the potential for bringing an action against HailTrace?
A. Maybe. I can't really answer about taking an



MAGNA LEGAL SERVICES

action against HailTrace, right?
Q. Fair enough. Let me --
A. There should be, but I don't think we've actually spoken about stuff like that.
Q. Understood. And when I said an action, which I get in this context can be a confusing word, did you understand me to mean lawsuit, because that's what I intended?
A. Did I assume that you were saying lawsuit?
Q. No. So I used the word -- you answered the question, and I had used the word action.
So what I meant to say was file a lawsuit. Do you understand that?
A. Yeah, I understand what that means, but, no, I don't think that we've spoken about filing a lawsuit currently.
Q. Got it. That was my question. Thank you.
Does C&N still work with HailTrace?
A. Yes.
Q. Have you had any conversations with anyone at HailTrace about this lawsuit?
A. I couldn't -- I personally have not, and I can't recall if anyone else has.
Q. Okay. With respect to the telemarketing, did



you work with HailTrace directly at all?
A. Me personally?
Q. Yes, sir.
A. No, sir.
Q. Okay. Do you know who Cole Information source -- Services is?
A. Cole Information source?
Q. Cole Information Services.
A. No, sir.
Q. Okay. Did you ever personally work on using the Readymode dialing system related to the telemarketing calls?
A. No, sir.
Q. Did you personally work on any of the Do Not Call compliance policies and procedures that C&N Construction has?
A. I spoke to -- when it was brought to my attention when we first kind of piloted it that there is a situation where certain numbers are on the National Do Not Call list, and Jacquelyn Nelson was supposed to be removing those numbers.
Q. Got it. What else was Ms. Nelson involved in, to your knowledge, with respect to the



telemarketing?
A. I believe, like, training.
Q. Would she be training the callers or someone else?
A. I believe she was training the callers.
Q. Got it. With respect to the telemarketing program, do you know anything else Ms. Nelson was involved in?
A. No, sir.
Q. Okay. What was Ms. Nelson's job title, if you recall?
A. I cannot recall.
Q. Okay.
MR. PARONICH: Ms. Graham, we can go off the record, please.
(Off-the-record discussion.)
MR. PARONICH: Mr. Eshgy, I very much appreciate your time. I told you we'd be quick today. I have no further questions. Thank you.
THE WITNESS: Thank you, sir.
MR. PARONICH: Rachel, I'll do usual turnaround time, electronic only.
THE COURT REPORTER: Perfect.



Thank you.
Brian, would you like a copy?
MR. GOODRICH: Yeah. We reserve signature.
THE COURT REPORTER: Sure. Thank you.

(The deposition of CURTIS ESHGY was concluded at 12:45 p.m.)



MAGNA LEGAL SERVICES

I, CURTIS ESHGY, do hereby certify that I have read the foregoing deposition and found the same to be true and correct except as follows, (noting the page and line number of the change or addition as desired and the reason why):

PAGE LINE CORRECTION

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

_________________________
CURTIS ESHGY

Please Return Signed Errata Sheet to:

Anthony I. Paronich, Esquire, Paronich Law, P.C., 350 Lincoln Street, Suite 2400,



STATE OF MINNESOTA:
CERTIFICATE
COUNTY OF HENNEPIN:

BE IT KNOWN, that I, Rachel Graham, took the foregoing deposition of CURTIS ESHGY;

That the witness, before testifying, was by me first duly sworn to testify the whole truth and nothing but the truth relative to said cause;

That the testimony of said witness was recorded in shorthand by me and was reduced to typewriting under my direction;

That the foregoing deposition is a true record of the testimony given by said witness;

That the reading and signing of the foregoing deposition by the said witness WAS NOT WAIVED by the witness and respective counsel;

That I am not related to any of the parties hereto, nor an employee of them, nor interested in the outcome of the action;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

WITNESS MY HAND AND SEAL THIS 20TH DAY OF MAY, 2026.

Rachel Graham
Notary Public

**A**

**Abdilla** 2:4
**abridged** 4:2
**Act** 7:9
**action** 3:11 13:7,22 14:1,5 14:11 19:17
**addition** 18:5
**ads** 11:8
**ago** 5:13
**allow** 4:8
**Andrea** 1:3
**answer** 4:19 5:3 7:4 8:3,20 13:24
**answered** 14:10
**Anthony** 2:8 3:9 18:23
**anthony@paronic...** 2:11
**appearance** 4:14
**APPEARANCES** 2:1
**appointments** 9:18
**appreciate** 16:18
**approximately** 1:19 5:21 10:15
**approximation** 8:10
**asking** 8:22 13:11
**Associates** 2:4
**assume** 14:9
**attention** 15:18
**attorney** 5:1
**attorneys** 3:10
**Attorney-client** 13:9
**aware** 11:10

**B**

**basis** 12:15
**behalf** 1:5 2:2,7
**believe** 5:22 11:21,21 13:4 16:2,5
**benefits** 4:13
**bgoodr@abdillala...** 2:6
**bit** 6:17
**break** 4:15,17,20
**Brian** 2:3 13:13 17:2
**bring** 13:6
**bringing** 13:22
**brought** 11:11 15:17
**business** 5:17 10:20

**C**

**C** 3:1
**Call** 7:12 10:2,9 12:13 13:2 15:15,20
**called** 10:3,10
**callers** 16:3,5
**calling** 7:15,21 8:6,13
**calls** 8:11 12:22 15:12
**canvassing** 10:23,24 11:3
**Case** 1:3
**cause** 19:7
**certain** 8:23 15:19
**CERTIFICATE** 19:1
**certify** 18:1
**change** 18:5
**charged** 19:19,20
**chat** 13:14
**Christianson** 2:13
**cleaned** 12:3
**clear** 4:8 7:18
**Cole** 15:5,7,8
**combined** 9:4
**commencing** 1:19
**communicated** 6:11
**company** 5:9,11,15 10:19 11:10,11,19 12:1
**compliance** 11:11 15:15
**concluded** 17:9
**conduct** 3:17
**confusing** 14:6
**Construction** 1:10 3:19 5:7 13:6 15:16
**Consumer** 7:9
**contact** 11:22 12:2
**context** 14:6
**contributed** 9:15
**conversation** 4:6
**conversations** 13:19,21 14:20
**copies** 19:20,21
**copy** 17:2
**correct** 11:16 18:3
**CORRECTION** 18:8
**cost** 8:12 19:19
**counsel** 13:20 19:15
**COUNTY** 19:2
**course** 8:5
**court** 1:1 2:13 4:5,14 16:24 17:5
**courtroom** 4:23
**current** 5:6
**currently** 14:16
**CURTIS**

1:16 2:17 3:3 17:8 18:1,21 19:4
**customers** 9:20 11:5,15
**cut** 12:8
**C&N** 1:10 3:19 5:7,8 8:12 13:6 14:18 15:16

**D**

**D** 3:1
**data** 8:10,17 9:3
**DAY** 19:22
**decide** 4:24
**decision** 6:2,21
**Defendant** 1:12 2:2
**deposed** 3:22
**deposes** 3:5
**deposition** 1:16,18 2:17 3:13,16 4:14 17:8 18:2 19:4 19:11,14,20
**desired** 18:5
**dialing** 7:5 15:11
**different** 10:24 13:13
**direction** 19:9
**directly** 15:1
**discrepancy** 3:23
**discussion** 16:16
**DISTRICT** 1:1,1
**doing** 5:21 7:15 8:6
**door-to-door** 10:23,24
**drafting** 12:20
**duly** 3:4 19:6

**E**

**E** 3:1,1
**electronic** 16:23
**employee** 5:23 19:17
**employees** 8:11,16 9:3 13:21
**Errata** 18:22
**Eshgy** 1:16 2:17 3:3,9 16:17 17:8 18:1,21 19:4
**Esquire** 2:3,8 18:23
**eventually** 9:19
**evidence** 9:24
**exact** 8:19,21
**EXAMINATION** 2:19 3:7
**existence** 7:12

**F**

**Facebook** 11:8
**factors** 9:15
**fair** 7:17 13:15 14:2
**familiar** 7:8,11,20,21
**file** 14:12
**filed** 7:22 12:24
**filing** 14:15
**find** 6:16
**fine** 12:10
**finished** 4:9
**first** 3:4 15:18 19:6
**following** 1:15
**follows** 3:5 18:4
**foregoing** 18:2 19:4,11,14
**Form** 10:4
**found** 18:2
**founder** 5:8
**further** 16:19

**G**

**G** 3:1
**gain** 9:19
**general** 3:21 4:6
**generate** 5:17
**generated** 10:19
**generator** 11:4
**GEORGE** 1:5
**give** 4:2
**given** 3:13,15 19:11
**go** 8:18 16:15
**goal** 9:18
**good** 4:4
**Goodrich** 2:3 10:4,12 13:8,11 13:16 17:3
**Graham** 1:17 16:14 19:3,23

**H**

**HailTrace** 6:19,22 11:20 12:2 13:7,23 14:1,18,21 15:1
**HAND** 19:22
**Hello** 3:9
**HENNEPIN** 19:2
**hereto** 19:17
**Hingham** 2:10
**hire** 6:6,8
**hired** 6:7
**homeowner** 11:20 12:1
**homeowners** 11:15
**Hon** 1:3
**honestly** 8:1

**I**

**idea** 5:24
**Illinois**

1:1 2:5
**Inaudible**
12:7
**INDEX**
2:16
**information**
11:22 12:2,4 15:5,7,8
**Instagram**
11:8
**intended**
14:8
**interested**
19:17
**Intern**
2:13
**investigation**
13:5
**investment**
8:12
**involved**
6:2,21 15:23 16:8
**issue**
3:21 6:17

**J**

**Jacquelyn**
6:9 15:21
**job**
3:23 4:4 16:10
**joining**
3:12
**judge**
4:24
**jump**
4:7

**K**

**Kevin**
6:9
**kind**
3:21 8:12 15:18
**knew**
8:23
**know**
4:7,16,18 6:19 8:15
8:19,21 9:1,6,9,9,10
10:9 15:5 16:7
**knowledge**
15:24
**KNOWN**
19:3

**L**

**late**
5:22
**Laura**
2:13
**Law**
2:9 18:23
**lawsuit**
7:7,22 9:14,16 12:24
14:7,9,13,16,21
**leads**
11:20,21
**Legal**
1:22
**Lincoln**
2:9 18:24
**line**
18:4,8
**Lisle**
2:5
**list**
15:20
**lists**
13:1
**little**
6:17
**long**
4:12,18 10:15

**M**

**Magna**
1:22
**making**
8:11
**marketing**
6:23
**Massachusetts**
2:10
**matter**
3:15
**mean**
12:8,12 14:7
**means**
14:14
**meant**
14:12
**mention**
6:15
**metrics**
8:7
**mind**
10:13
**MINNESOTA**
19:1
**money**
8:16
**months**
6:13
**MOORE**
1:5

**N**

**N**
3:1
**name's**
3:9
**National**
7:12 10:2 15:20
**necessarily**
7:14
**need**
4:16 13:14
**Nelson**
6:9,11 7:1 15:21,23
16:7
**Nelson's**
16:10
**never**
10:12
**new**
5:17 9:19 10:19 11:4
11:15
**NORTHERN**
1:1
**Notary**
1:17 19:24
**Notice**
1:18
**noticed**
19:19
**noting**
18:4
**number**
8:24 18:4
**numbers**
6:23 8:19,22 10:1,10
13:2 15:20,22

**O**

**O**
3:1
**oath**
3:5
**object**
5:2 13:14
**objection**
5:1 10:4,12 13:8
**Off-the-record**
16:16
**okay**
3:15,19 4:12 5:11,13
5:15,19 6:2,5,10,15
7:1,7,11,24 8:2 9:6
9:17,22 11:3,18
12:15,18,20 13:5,17
14:24 15:5,10 16:10
16:13
**open**
5:11
**order**
11:18
**ordered**
19:20
**original**
19:19
**outbound**
5:16 7:15,20 8:5,13
9:17
**outcome**
19:17
**oversee**
6:5

**owner**
5:9

**P**

**P**
3:1
**page**
2:19 18:4,8
**Paronich**
2:8,9,20 3:8,10 10:6 10:8,14 13:10,12,17 13:18 16:14,17,22 18:23,23
**participate**
12:20
**particular**
5:23
**parties**
6:16 19:17,20
**party**
19:19
**pending**
4:20
**Perfect**
16:24
**performing**
8:8
**personally**
14:22 15:2,10,14
**phone**
6:22
**piloted**
15:18
**plaintiff**
1:7 2:7 3:11
**plans**
13:6
**please**
16:15 18:22
**point**
5:15 7:17
**policies**
15:15
**position**
5:6
**possible**
4:3
**potential**
11:15 13:22
**potentially**
9:19
**PRESENT**
2:12
**president**
5:8
**pretty**
4:6
**primary**
10:19,22
**privilege**
13:9
**Probably**
11:8
**procedures**
15:15
**processes**
11:12
**program**
16:7
**Protection**
7:9
**Public**
1:17 19:24
**purchased**
11:19 12:1 13:3
**purpose**
11:14
**pursuant**
1:17
**P.C**
2:9 18:24
**p.m**
1:19 17:9

**Q**

**question**
4:19 5:2 7:18 8:20 10:5 13:13 14:11,17
**questions**
16:19
**quick**
4:3 16:19

**R**

**R**
3:1
**Rachel**
1:17 16:22 19:3,23
**rate**
19:20
**reach**
11:15
**read**
18:2
**reading**
19:13
**Readymode**
7:5 15:11
**really**
13:24
**reason**
4:16,17 9:11 18:6
**recall**
6:1,12,12 8:1,14 9:10 10:11 11:13 12:18 12:19,23 14:23 16:11,12
**record**
4:8 16:15 19:11
**recorded**
19:9
**reduced**
19:9
**Registry**
7:13 10:2,9 12:13 13:2
**related**
3:16,19 15:11 19:16
**relative**
19:6
**removed**
10:1 13:2
**removing**
15:22
**rephrase**
13:10
**reporter**
2:13 4:5 16:24 17:5
**reports**
8:7
**represents**
3:11
**reserve**
17:3
**respect**
7:4 14:24 15:24 16:6
**respective**
19:14
**result**
13:5
**Return**
18:22
**review**
11:12 13:1
**right**
4:23 5:6 9:13 11:23 12:6 14:1
**Road**
2:4

**S**

**S**
3:1
**sales**
10:23 11:1
**saying**
4:8 12:11 14:9
**says**
3:5
**script**
12:21
**scrubbed**
12:3,12
**SEAL**
19:22
**second**
11:4,7
**see**
8:6 13:1,14
**seen**
7:14
**sense**
4:10,21 5:4 11:23
**Services**

1:22 15:6,8
**set**
9:18
**Sheet**
18:22
**shorthand**
19:9
**signature**
17:4
**Signed**
18:22
**signing**
19:13
**similarly**
1:6
**sir**
3:18,20 4:11,22 5:5 5:10,14,18,20 6:4 6:14,20,24 7:3,6,10 7:14,23 9:21 11:17 13:19 15:3,4,9,13 16:9,21
**situated**
1:6
**situation**
9:13 15:19
**six**
6:13
**software**
8:17
**sole**
5:9
**somebody**
6:7
**sorry**
5:12 12:8 13:12
**source**
15:6,7
**speaking**
4:10
**spent**
8:16
**spoke**
15:17
**spoken**
14:4,15
**start**
5:16,21 6:3
**started**
7:15
**STATE**
19:1
**STATES**
1:1
**stop**
9:11
**Street**
2:9 18:24
**strike**
9:22
**stuff**
11:8 14:4
**subcontractor**
3:24
**Suite**
2:5,10 18:24
**supposed**
15:21
**Sure**
13:16 17:5
**sworn**
3:2,4 19:6
**system**
7:5 15:11

**T**

**take**
4:15,15,20
**taken**
1:16
**takes**
4:5
**telemarketing**
3:17 5:16 6:3,5 8:18 9:12,17 10:15,18 11:4,12,14 12:21 14:24 15:12 16:1,6
**Telephone**
7:8
**tell**
4:17
**ten**
5:13
**terms**
7:7
**testify**
19:6
**testifying**
19:5
**testimony**
19:8,11
**thank**
3:12 6:17 14:17 16:20,21 17:1,5
**thing**
11:2
**think**
7:18 14:3,15
**thinking**
10:17
**third-party**
11:11
**time**
4:15 6:10 12:5 16:18 16:23
**title**
16:10
**today**
3:12 5:19 16:19
**told**
12:17,18 16:18
**training**
16:2,3,5
**true**
8:4 18:3 19:11
**truth**
19:6,6
**try**
4:18 5:16 6:22 10:7 13:13
**trying**
6:16
**turnaround**
16:23
**typewriting**
19:9
**typical**
4:7

**U**

**understand**
5:2 7:19 8:21 14:7,13 14:14
**understanding**
11:19,24 12:11,16
**understood**
12:5 14:5
**UNITED**
1:1
**use**
6:21
**usual**
16:23
**utilized**
10:10

**V**

**v**
1:9
**Vacco**
6:9 7:2
**version**
4:2
**versus**
4:14
**Videoconference**
1:15

**W**

**wait**
4:9
**WAIVED**
19:14
**want**
8:3
**Warrenville**
2:4
**wasn't**
7:18 9:9
**way**
10:19,22
**weren't**
7:19
**we're**
9:13

**we've**
14:3,15
**withdraw**
10:6
**witness**
3:2 16:21 19:5,8,12 19:14,14,22
**Wood**
1:3
**word**
14:7,10,11
**work**
14:18 15:1,10,14
**workmanship**
3:23
**www.MagnaLS.com**
1:23

**Y**

**Yeah**
12:14 13:12 14:14 17:3
**year**
10:17,18
**years**
5:13

**$**

**$10,000**
8:15 9:2

**0**

**02043**
2:10

**1**

**1:25-cv-04568**
1:3
**100**
2:5
**100,000**
9:7
**12:30**
1:19
**12:45**
17:9
**18th**
1:18

**2**

**20TH**
19:22
**2010**
5:12
**2015**
5:12
**2026**
1:19 19:22
**23**
5:22
**2400**
2:10 18:24

**3**

**3**
2:20
**350**
2:9 18:24

**6**

**60532**
2:5
**650**
2:4

**8**

**866-624-6221**
1:23