# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

GEORGE MOORE, on behalf of
himself and others similarly
situated,
Plaintiff,

vs. No. 1:25-CV-04568

C&N CONSTRUCTION INC.,
Defendant.

THE ZOOM DEPOSITION of KATIE FATIGATO, called as a witness by the Plaintiff in the above entitled cause, taken before me, Deanna S. Gabbert, CSR, License #084-002929, a Notary Public in and for the County of Peoria and State of Illinois, on the 17th day of February, A.D., 2026.

APPEARANCES:
PARONICH LAW
anthony@paronichlaw.com
By: Anthony Paronich, Esq.
For the Plaintiff

ABDILLA LAW
bdgoodr@abdillalaw.com
justin.abdilla@abdillalaw.com
By: Brian Goodrich, Esq
and Justin Abdilla, Esq.
For the Defendant
ALSO PRESENT: Kevin Vacco



********

INDEX


Examination by:
Mr. Paronich 3


(No exhibits marked.)



KATIE FATIGATO,
being first duly sworn, deposes and says as follows, in answer to:
EXAMINATION BY MR. PARONICH:
Q. Ms. Fatigato, did you hear the instructions I gave Mr. Vacco about kind of the general rules of a deposition?
A. I did.
Q. Great. And did you understand all of them or is there anything you'd like to ask about them before we get started?
A. I feel like my understanding is good enough to continue.
Q. Great. So could you please let me know your current job title and responsibilities at C&N.
A. I actually no longer work for C&N, I believe as of about two weeks ago. But previously, it was executive operations manager, which is pretty much an operations manager, and also marketing manager.
Q. Okay. Toward the end of your employment at C&N, did that in any way relate to anything to do with this lawsuit?



MR. GOODRICH: Object to relevance.
THE WITNESS: No, it did not.
MR. PARONICH: You're objecting to the question as to relevance when I asked if it had to do with this lawsuit?
MR. GOODRICH: I made the objection. She answered.
MR. PARONICH: Okay.
BY MR. PARONICH:
Q. So, Ms. Fatigato, you -- Miss; excuse me. You participated in providing some of the information for the discovery responses, correct?
A. That is correct.
Q. Okay. I'm going to pull those up. Do you also have access to the chat function and --
A. (The witness nodded.)
Q. Okay. Great. First amended responses should be there and clickable for you.
A. I have it open in front of me.
Q. Great. And do you recognize that document?
A. I don't. I just don't recall seeing this page of it. If any legal document were to come into the office, it's not my job or responsibility



MAGNA LEGAL SERVICES

to have read through it. It's something that I would have just turned in to someone above me, so to speak.
Q. I understand. Let me direct you to Answer 1. Do you see that? Where it says "Identify each"?
A. Answer 1. I do. Uh-huh.
Q. And do you see your name there?
A. I do. I do.
Q. Okay. And it identifies that you provided information for Interrogatory Number 11 and Document Request Number 5. Do you see that?
A. Yes, sir. I do.
Q. And do you agree that I read that correctly?
A. Yes.
Q. Can you go down to Interrogatory Number 11, which begins on Page 6.
A. I am there.
Q. It is a three or so page answer. What I'd like you to do, and please take as much time as you need, is just to let me know what information you helped gather to assist in this response.
A. Okay. Let's see. As I recall, it was providing any email from George Moore or any



person that was requesting to be on the Do Not Call list.
Q. Got it. And then if you want to go down to Page 11, which is Document Request Number 5, I just wanted to see if your answer is the same for that.
A. One moment. Yes.
Q. Okay. And so would it be a fair characterization of your assistance in preparing these documents that you were responsible for retrieving and gathering the emails that related to George Moore? Is that correct?
A. To the best of my ability and access, yes.
Q. To the best of your ability and access to gather those documents?
A. Correct.
Q. Okay. And what did you do to gather those documents?
A. I looked through the inboxes, company email inboxes, to which I had access to.
Q. Okay. Do you know of any company email inboxes that exist that you don't have access to?
A. Specific employee email inboxes, I do not.



However, the ones that are referenced in that document are info at cnroof and marketing at cnroof; and then of course my own, Katie at cnroof, were the three that I had access to.
Q. Makes good sense. Thank you. Just a couple more questions. Did any of your job responsibilities relate to interacting with the Readymode software or the HailTrace account?
A. Readymode, no. The only involvement I had with HailTrace was sometimes I was asked to create a HailTrace account for a new employee or sales representative at the time of their onboarding. So just adding them to the system and providing them with a temporary password, if required, and that was it.
Q. Understood --
A. -- using it, no.
Q. Got it. So you were here for the majority of Mr. Vacco's testimony, correct?
A. I was.
Q. And was there anything that Mr. Vacco testified to that, based on your own experience with C&N, you thought that he might have misremembered or had wrong?



A. No.
MR. PARONICH: Okay. Well, that was quicker than I thought it was going to be. I don't have any further questions for you, ma'am. Thank you for your time.
Brian, I'll hand off to you if you want to ask the witness any questions.
MR. GOODRICH: No follow-up.
MR. PARONICH: I'll do the same order, Deanna.
THE COURT REPORTER: Copy?
MR. GOODRICH: Yes. Same.
THE COURT REPORTER: Signature?
MR. GOODRICH: Katie, do you want to have an opportunity to review the deposition transcript before it's finalized?
THE WITNESS: Sure.
MR. GOODRICH: Then we do not waive signature.
(Deposition closed 11:37 AM.)

STATE OF ILLINOIS
SS.
COUNTY OF PEORIA

C E R T I F I C A T E

I, Deanna S. Gabbert, CSR, License #084-002929, a Notary Public duly commissioned and qualified in and for the County of Peoria and State of Illinois, DO HEREBY CERTIFY that, pursuant to notice, there came before me on the 17th day of February, A.D., 2026, the following named person, to wit:

KATIE FATIGATO,

called by the plaintiff who was by me first duly sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this cause and that he was thereupon carefully examined upon his oath, and his examination immediately reduced to shorthand by means of stenotype by me.

I ALSO CERTIFY that the deposition is a true record of the testimony given by the witness, that the reading and signing of the



deposition by the said witness were expressly reserved.

I FURTHER CERTIFY that I am neither attorney or counsel for, nor related to or employed by, any of the parties to the action in which this deposition is taken, and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand at Peoria, Illinois, this 26th day of February, A.D., 2026.

______________________________
Certified Shorthand Reporter



STATE OF ILLINOIS

COUNTY OF PEORIA

I, do hereby certify that I have read the foregoing transcript, consisting of pages numbered 1 through 12 inclusive taken 2/17/26, and that the same is true and correct, except as may be noted on the attached sheet(s).

Dated at ________________________ ,
_____________________ this ______day of
_____________, 2026.

___________________________
KATIE FATIGATO

dg



STATEMENT OF CORRECTION

Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________
Page and Line Number:_______________________
Reason:_________________________________



MAGNA LEGAL SERVICES

## A

**a**
1:11,13 4:8,9,13,17 5:14,17,20,22 6:7,9 6:13,15,18,19,23 7:7,8,14,17,20,24 8:5,9,10,11,14,17 8:20 9:1 10:4,6,22 11:7
**Abdilla**
2:4,6
**ability**
7:14,15
**about**
4:7,11,18
**above**
1:12 6:2
**access**
5:16 7:14,15,21,23 8:4
**account**
8:8,11
**action**
11:5,10
**actually**
4:17
**adding**
8:13
**ago**
4:18
**agree**
6:14
**all**
4:10
**also**
2:8 4:20 5:15 10:22
**am**
6:18 9:20 11:3,7
**amended**
5:18
**an**
4:20 9:15
**and**
1:5,14,14 2:6 4:3,10 4:16,20 5:16,19,21 6:8,10,11,14,20 7:3 7:8,11,14,15,18 8:2 8:3,13,15,21 10:7,7 10:8,15,16,18,19,24 11:6 12:8,8 13:2,4,6 13:8,10,12,14,16,18 13:20,22
**answer**
4:4 6:4,7,19 7:5
**answered**
5:7
**Anthony**
2:3
**anthony@paronic...**
2:2
**any**
4:23 5:23 6:24,24 7:22 8:6 9:4,7 11:5 11:8
**anything**
4:11,23 8:21
**APPEARANCES**
2:1
**are**
8:1,2
**as**
1:11 4:3,17 5:4 6:20 6:20,23 12:9
**ask**
4:11 9:7
**asked**
5:4 8:10
**assist**
6:22
**assistance**
7:9
**at**
4:16,22 8:2,2,3,12 11:12 12:10
**attached**
12:9
**attorney**
11:4,8
**A.D**
1:16 10:10 11:13

## B

**based**
8:22
**bdgoodr@abdillal...**
2:5
**be**
5:19 7:1,8 9:3 12:9
**before**
1:12 4:12 9:16 10:9
**begins**
6:17
**behalf**
1:4
**being**
4:3
**believe**
4:17
**best**
7:14,15
**Brian**
2:6 9:6
**but**
4:18 10:16
**by**
1:11 2:3,6 3:5 4:5 5:9 10:14,14,20,21,23 11:1,5,8

## C

**C**
10:4,4
**Call**
7:2
**called**
1:11 10:14
**came**
10:9
**Can**
6:16
**carefully**
10:18
**cause**
1:12 10:18
**Certified**
11:17
**certify**
10:8,22 11:3 12:5
**characterization**
7:9
**chat**
5:16
**clickable**
5:19
**closed**
9:20
**cnroof**
8:2,3,4
**come**
5:23
**commissioned**
10:6
**company**
7:20,22
**concerning**
10:17
**consisting**
12:6
**CONSTRUCTION**
1:8
**continue**
4:14
**controversy**
10:17
**Copy**
9:11
**correct**
5:13,14 7:13,17 8:19 12:8
**CORRECTION**
13:1
**correctly**
6:14
**could**
4:15
**counsel**
11:4,8
**County**
1:14 10:3,7 12:3
**couple**
8:5
**course**

8:3
**COURT**
1:2 9:11,13
**create**
8:10
**CSR**
1:13 10:5
**current**
4:16
**C&N**
1:8 4:16,17,23 8:22

**D**

**D**
3:3
**Dated**
12:10
**day**
1:15 10:10 11:12 12:11
**Deanna**
1:12 9:10 10:5
**Defendant**
1:8 2:7
**deposes**
4:3
**deposition**
1:10 4:8 9:15,20 10:22 11:1,6
**dg**
12:19
**did**
4:6,9,10,23 5:2 7:18 8:6
**direct**
6:4
**discovery**
5:12
**DISTRICT**
1:2,3
**do**
4:24 5:5,15,21 6:5,7 6:8,9,9,12,13,14,20 7:1,18,22,24 9:9,14 9:18 10:8 12:5
**document**
5:21,23 6:12 7:4 8:2
**documents**
7:10,16,19
**don't**
5:22,22 7:23 9:4
**down**
6:16 7:3
**duly**
4:3 10:6,15

**E**

**E**
3:3 10:4,4
**each**
6:6
**email**
6:24 7:20,22,24
**emails**
7:12
**employed**
11:5,8
**employee**
7:24 8:11 11:7
**employment**
4:22
**end**
4:22
**enough**
4:13
**entitled**
1:12
**Esq**
2:3,6,6
**examination**
3:5 4:5 10:19
**examined**
10:19
**except**
12:8
**excuse**
5:10
**executive**
4:19
**exhibits**
3:10
**exist**
7:23
**experience**
8:22
**expressly**
11:1

**F**

**F**
10:4
**fair**
7:8
**Fatigato**
1:10 4:2,6 5:10 10:13 12:17
**February**
1:15 10:10 11:13
**feel**
4:13
**finalized**
9:16
**financially**
11:9
**first**
4:3 5:18 10:14
**following**
10:10
**follows**
4:4
**follow-up**
9:8
**for**
1:3,14 2:3,7 4:17 5:12,19 6:11 7:6,11 8:11,18 9:4,5 10:7 11:4
**foregoing**
12:6
**from**
6:24
**front**
5:20
**function**
5:16
**further**
9:4 11:3,7

**G**

**Gabbert**
1:13 10:5
**gather**
6:22 7:16,18
**gathering**
7:11
**gave**
4:7
**general**
4:7
**George**
1:4 6:24 7:12
**get**
4:12
**given**
10:23
**go**
6:16 7:3
**going**
5:15 9:3
**good**
4:13 8:5
**Goodrich**
2:6 5:1,6 9:8,12,14 9:18
**Got**
7:3 8:18
**Great**
4:10,15 5:18,21

**H**

**had**
5:4 7:21 8:4,9,24
**HailTrace**
8:8,10,11
**hand**
9:6 11:12
**have**
5:16,20 6:1,2 7:23 8:23 9:4,14 11:11 12:5
**he**
8:23 10:18
**hear**

4:6
**helped**
6:22
**here**
8:18
**hereby**
10:8 12:5
**hereto**
11:9
**hereunto**
11:11
**himself**
1:5
**his**
10:16,19,19
**However**
8:1

**I**

**I**
3:3 4:6,9,13,17,17 5:4,6,20,22,22 6:1,4 6:7,9,9,13,14,18,23 7:4,20,21,24 8:4,9 8:10,20 9:3,3 10:4,4 10:5,22 11:3,3,7,11 12:5,5
**identifies**
6:10
**Identify**
6:5
**if**
5:4,23 7:3,5 8:14 9:6
**Illinois**
1:3,15 10:1,8 11:12 12:1
**immediately**
10:20
**in**
1:2,11,14 4:4,23 5:11 5:20 6:2,22 7:9 8:1 10:7,17,17 11:6,9 11:11
**inboxes**
7:20,21,22,24
**INC**
1:8
**inclusive**
12:7
**info**
8:2
**information**
5:12 6:11,21
**instructions**
4:6
**interacting**
8:7
**interested**
11:9
**Interrogatory**
6:11,16
**into**
5:23
**involvement**
8:9
**is**
4:11,13,19 5:14 6:19 6:21 7:4,5,12 10:22 11:6 12:8
**it**
4:18 5:2,4,20,23 6:1 6:5,10,19,23 7:3,8 8:15,17,18 9:3
**it's**
5:24 6:1 9:16
**I'd**
6:19
**I'll**
9:6,9
**I'm**
5:15

**J**

**job**
4:16 5:24 8:6
**just**
5:22 6:2,21 7:5 8:5 8:13
**Justin**
2:6
**justin.abdilla@ab...**
2:5

**K**

**Katie**
1:10 4:2 8:3 9:14 10:13 12:17
**Kevin**
2:8
**kind**
4:7
**know**
4:15 6:21 7:22
**knowledge**
10:16

**L**

**LAW**
2:2,4
**lawsuit**
4:24 5:5
**legal**
5:23
**let**
4:15 6:4,21
**Let's**
6:23
**License**
1:13 10:5
**like**
4:11,13 6:19
**Line**
13:2,4,6,8,10,12,14 13:16,18,20,22
**list**
7:2
**longer**
4:17
**looked**
7:20

**M**

**made**
5:6
**majority**
8:18
**Makes**
8:5
**manager**
4:19,20,21
**marked**
3:10
**marketing**
4:20 8:2
**matters**
10:17
**may**
12:9
**ma'am**
9:5
**me**
1:12 4:15 5:10,20 6:2 6:4,21 10:9,14,21
**means**
10:20
**might**
8:23
**misremembered**
8:23
**Miss**
5:10
**moment**
7:7
**Moore**
1:4 6:24 7:12
**more**
8:6
**Mr**
3:6 4:5,7 5:1,3,6,8,9 8:19,21 9:2,8,9,12 9:14,18
**Ms**
4:6 5:10
**much**
4:20 6:20
**my**
4:13 5:24 7:14 8:3 11:11

**N**

**N**
3:3
**name**
6:8
**named**

10:11
**need**
6:21
**neither**
11:3
**new**
8:11
**no**
1:7 3:10 4:17 5:2 8:9 8:17 9:1,8
**nodded**
5:17
**nor**
11:4
**NORTHERN**
1:3
**not**
5:2,24 7:1,24 9:18 11:7
**Notary**
1:13 10:6
**noted**
12:9
**nothing**
10:15
**notice**
10:9
**Number**
6:11,12,16 7:4 13:2,4 13:6,8,10,12,14,16 13:18,20,22
**numbered**
12:7

**O**

**oath**
10:19
**Object**
5:1
**objecting**
5:3
**objection**
5:6
**of**
1:3,4,10,14,15,15 4:7 4:8,10,18,22 5:11 5:20,23 7:9,14,15 7:22 8:3,6,12,18 10:1,3,7,8,10,16,20 10:23,24 11:5,8,12 12:1,3,6,11 13:1
**off**
9:6
**office**
5:24
**Okay**
4:22 5:8,15,18 6:10 6:23 7:8,18,22 9:2
**on**
1:4,15 6:17 7:1 8:22 10:9 12:9
**onboarding**
8:12
**One**
7:7
**ones**
8:1
**only**
8:9
**open**
5:20
**operations**
4:19,20
**opportunity**
9:15
**or**
4:10 5:24 6:19,24 8:8 8:11,23 11:4,4,7,8,9
**order**
9:9
**others**
1:5
**own**
8:3,22

**P**

**page**
5:22 6:17,19 7:4 13:2 13:4,6,8,10,12,14 13:16,18,20,22
**pages**
12:6
**Paronich**
2:2,3 3:6 4:5 5:3,8,9 9:2,9
**participated**
5:11
**parties**
11:5,9
**password**
8:14
**Peoria**
1:14 10:3,7 11:12 12:3
**person**
7:1 10:11
**plaintiff**
1:6,11 2:3 10:14
**please**
4:15 6:20
**preparing**
7:10
**PRESENT**
2:8
**pretty**
4:19
**previously**
4:18
**provided**
6:10
**providing**
5:11 6:24 8:13
**Public**
1:14 10:6
**pull**
5:15
**pursuant**
10:9

**Q**

**Q**
4:6,10,15,22 5:10,15 5:18,21 6:4,8,10,14 6:16,19 7:3,8,15,18 7:22 8:5,16,18,21
**qualified**
10:7
**question**
5:4
**questions**
8:6 9:4,7
**quicker**
9:3

**R**

**R**
10:4
**read**
6:1,14 12:5
**reading**
10:24
**Readymode**
8:8,9
**Reason**
13:3,5,7,9,11,13,15 13:17,19,21,23
**recall**
5:22 6:23
**recognize**
5:21
**record**
10:23
**reduced**
10:20
**referenced**
8:1
**relate**
4:23 8:7
**related**
7:12 11:4
**relative**
11:7
**relevance**
5:1,4
**Reporter**
9:11,13 11:17
**representative**
8:12
**Request**
6:12 7:4
**requesting**
7:1
**required**
8:14

**reserved**
11:2
**response**
6:22
**responses**
5:12,18
**responsibilities**
4:16 8:7
**responsibility**
5:24
**responsible**
7:11
**retrieving**
7:11
**review**
9:15
**rules**
4:7

**S**

**S**
1:13 10:5
**said**
11:1
**sales**
8:11
**same**
7:5 9:9,12 12:8
**says**
4:3 6:5
**see**
6:5,8,12,23 7:5
**seeing**
5:22
**sense**
8:5
**set**
11:11
**She**
5:6
**sheet(s)**
12:9
**shorthand**
10:20 11:17
**should**
5:18
**signature**
9:13,19
**signing**
10:24
**similarly**
1:5
**sir**
6:13
**situated**
1:5
**so**
4:15 5:10 6:3,19 7:8 8:13,18
**software**
8:8
**some**
5:11
**someone**
6:2
**something**
6:1
**sometimes**
8:10
**speak**
6:3
**Specific**
7:24
**SS**
10:2
**started**
4:12
**State**
1:15 10:1,8 12:1
**STATEMENT**
13:1
**STATES**
1:2
**stenotype**
10:21
**Sure**
9:17
**sworn**
4:3 10:15
**system**
8:13

**T**

**T**
10:4,4
**take**
6:20
**taken**
1:12 11:6 12:7
**temporary**
8:14
**testified**
8:21
**testify**
10:15
**testimony**
8:19 10:23
**than**
9:3
**Thank**
8:5 9:5
**that**
4:23 5:14,21 6:1,5,10 6:12,14,14 7:1,6,10 7:12,12,23,23 8:1,1 8:4,15,21,22,23 9:2 10:8,18,22,24 11:3 11:7 12:5,8
**the**
1:2,3,10,11,11,14,15 2:3,7 4:6,7,22 5:2,3 5:6,11,12,16,17,24 7:1,5,11,14,15,20 8:1,4,7,8,9,12,13,18 9:7,9,11,13,15,17 10:7,9,10,14,15,16 10:17,22,23,23,24 10:24 11:1,5,5,8,10 12:5,8,9
**their**
8:12
**them**
4:10,11 8:13,14
**then**
7:3 8:3 9:18
**there**
4:11 5:19 6:8,18 8:21 10:9
**thereupon**
10:18
**these**
7:10
**this**
4:24 5:5,22 6:22 10:17 11:6,12 12:11
**those**
5:15 7:16,18
**thought**
8:23 9:3
**three**
6:19 8:4
**through**
6:1 7:20 12:7
**time**
6:20 8:12 9:5
**title**
4:16
**to**
4:4,11,13,23,23 5:1,3 5:4,5,15,16,23 6:1,2 6:3,4,16,20,21,22 7:1,3,3,5,12,14,15 7:15,18,21,21,23 8:4,7,10,13,22 9:3,6 9:7,14,15 10:9,11 10:15,15,20 11:4,5
**touching**
10:16
**Toward**
4:22
**transcript**
9:16 12:6
**true**
10:23 12:8
**truth**
10:15,16
**turned**
6:2
**two**
4:18

**U**

**Uh-huh**

6:7
**understand**
4:10 6:4
**understanding**
4:13
**Understood**
8:16
**UNITED**
1:2
**up**
5:15
**upon**
10:19
**using**
8:17

**V**

**Vacco**
2:8 4:7 8:21
**Vacco's**
8:19
**vs**
1:7

**W**

**waive**
9:18
**want**
7:3 9:7,14
**wanted**
7:5
**was**
4:18 6:23 7:1 8:10,10 8:15,20,21 9:2,3 10:14,18
**way**
4:23
**we**
4:12 9:18
**weeks**
4:18
**Well**
9:2
**were**
5:23 7:10 8:4,18 11:1
**what**
6:19,21 7:18
**when**
5:4
**Where**
6:5
**WHEREOF**
11:11
**which**
4:19 6:17 7:4,21 11:6
**who**
10:14
**wit**
10:11
**with**
4:24 5:5 8:7,9,14,22
**witness**
1:11 5:2,17 9:7,17 10:24 11:1,11
**work**
4:17
**would**
6:2 7:8
**wrong**
8:24

**X**

**X**
3:3

**Y**

**yes**
6:13,15 7:7,14 9:12
**you**
4:6,10,15 5:10,10,15 5:19,21 6:4,5,8,10 6:12,14,16,20,20,22 7:3,10,18,22,23 8:5 8:18,23 9:4,5,6,6,14
**your**
4:15,22 6:8 7:5,9,15 8:6,22 9:5
**you'd**
4:11
**You're**
5:3

**Z**

**ZOOM**
1:10

**#**

**#084-002929**
1:13 10:6

**1**

**1**
6:4,7 12:7
**1:25-CV-04568**
1:7
**11**
6:11,16 7:4
**11:37**
9:20
**12**
12:7
**17th**
1:15 10:10

**2**

**2/17/26**
12:7
**2026**
1:16 10:10 11:13 12:12
**26th**
11:12

**3**

**3**
3:6

**5**

**5**
6:12 7:4

**6**

**6**
6:17