# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

GEORGE MOORE, on Behalf of
Himself and Others Similarly
Situated,
Plaintiff,
v. No.
C&N CONSTRUCTION INC., 1:25-cv-04568
Defendant.

DEPOSITION OF AARON WOOLFSON

DATE: Monday, June 29, 2026
TIME: 9:07 a.m. PST/11:07 a.m. CST
LOCATION: Remote Proceeding
Chicago, IL 60606
REPORTED BY: Andrew Pena
JOB NO.: 8291734

APPEARANCES

ON BEHALF OF PLAINTIFF GEORGE MOORE:

ALEX JILIZIAN, ESQUIRE (by videoconference)
Paronich Law
350 Lincoln Street, Suite 2400
Hingham, MA 02043
alex@paronichlaw.com
(617) 485-0018

ON BEHALF OF DEFENDANT C&N CONSTRUCTION INC.:

BRIAN GOODRICH, ESQUIRE (by videoconference)
Justin Abdilla & Associates
650 Warrenville Road
Lisle, IL 60532
bdgoodr@abdillalaw.com
(219) 413-2727



INDEX


| EXAMINATION: | PAGE |
|---|---|
| By Mr. Goodrich | 6 |
| By Mr. Jilizian | 67 |


EXHIBITS


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Defendant: | | |
| Exhibit A | Notice of Aaron Woolfson Dep | 6 |
| Exhibit B | Initial Expert Report | 8 |
| Exhibit C | Exhibits 1-9 Attached to Expert Report | 8 |
| Exhibit D | Excel Spreadsheet Report in Native Format | 8 |
| Exhibit E | Expert Supp Report | 9 |
| Exhibit F | Expert Supp Report w/ Exhibit | 9 |




PROCEEDINGS

THE REPORTER: Good morning, everyone. My name is Andrew Pena. I am the reporter assigned by Veritext to take the record of today's proceeding. We are now on the record at 11:07 a.m.

This is the deposition of Aaron Woolfson, taken in the matter of George Moore, on behalf of himself and others similarly situated, vs. C&N Construction Inc. Today's date is June the 29th, 2026, and we are all here attending via Zoom.

I am a notary authorized to take acknowledgments and administer oaths in Illinois.

Parties, please agree that I'll swear in the witness remotely.

MR. GOODRICH: Agreed.

MR. JILIZIAN: Yep. Agreed.

THE REPORTER: Thank you, Counsel.

Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording of this proceeding:

- is intended for all uses permitted under applicable procedural and



evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

- shall constitute written stipulation of such.

At this time, will everyone in attendance please identify yourself for the record.

MR. GOODRICH: I am attorney Brian Douglas Moore Goodrich for the defendant C&N Construction Incorporated.

MR. JILIZIAN: And my name is Alex Jilizian and I'm here with Paronich Law on behalf of the plaintiff. And I'm here joined today by expert Aaron Woolfson.

THE REPORTER: All right. Thank you, everyone. Hearing no objection, I'll now swear in the witness.

Mr. Woolfson, please, raise your right hand. Thank you, sir.

WHEREUPON,

AARON WOOLFSON,

called as a witness and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

Page 6

THE REPORTER: Thank you, sir.
You may proceed.
EXAMINATION
BY MR. GOODRICH:
Q Mr. Woolfson, you've been deposed several times before this deposition; correct?
A Yes.
Q Would you like me to give you the spiel or are you comfortable to proceed?
A No, I'm -- I'm comfortable. This is my 84th deposition, so I'm comfortable.
Q All right. Then I shall proceed. Mr. Woolfson, you are here pursuant to a notice of deposition in this matter for today, June 29, 2026, 9 a.m. Pacific Standard Time/11 a.m. Central Standard Time. Did you receive a copy of this notice of deposition?
A I did.
Q Okay.
MR. GOODRICH: I am now introducing Defendant's Exhibit A, the notice of deposition, which was previously tendered to the parties.
(Defendant Exhibit A was marked for identification.)

Page 7

BY MR. GOODRICH:
Q Mr. Woolfson, do you have the PDF labeled Exhibit A in front?
A I will, just a moment, please.
Q Sure.
A Yes.
Q Is this the notice of deposition that you received?
A Yes.
Q All right. And, Mr. Woolfson, it's correct that you were retained by the plaintiff, George Moore, to render an opinion and issue a report in this matter. Is that correct?
A By counsel for George Moore, yes.
Q Yeah. Counsel Anthony Paronich?
A Yes. Correct.
Q And the report that you prepared was issued on about September 26, 2025; correct?
A Yeah, there was a report and then a -- a supplemental report. Yes.
Q Sure. So, I'm going to refer you to Exhibit B, which was previously tendered to Counsel for Plaintiff and you via email. Let me know when you have that in front of you.

Page 8

(Defendant Exhibit B was marked for identification.)
A I have it in front of me. I also have a hard copy in front of me.
Q Sure. So, do you recognize this as the initial report that you prepared and tendered in this action, the one that was just referred to?
A Yes.
Q Okay. And there were nine exhibits that you attached to this report; correct?
A Yes.
Q I'm referring to you to both, first to Exhibit C, which was tendered to you and Counsel for Plaintiff. Let me know when you have that open.
(Defendant Exhibit C was marked for identification.)
A It's the -- yes, these are the exhibits that were attached to my report
Q And it's all of them are in copy except for Exhibit 9, which is produced in native format. I'm going to refer you to the spreadsheet labeled Exhibit D. Let me know when you have that in front of you.
(Defendant Exhibit D was marked for identification.)

Page 9

A I do, yes.
Q And is that the Exhibit 9 to your report that was produced in native format?
A Yes.
Q And then you also mentioned that you prepared a supplemental report in this matter. I'm going to reference you to Exhibit E, the PDF, which was also emailed to you just a few minutes ago.
(Defendant Exhibit E was marked for identification.)
A Yes, that is -- that is correct.
Q Okay. And Exhibit E is a true and accurate copy of your supplemental report?
A Yes.
Q And the spreadsheet, Exhibit F, is this a true and accurate copy of the exhibit that you attached to your supplemental report?
(Defendant Exhibit F was marked for identification.)
A It is.
Q Okay. So, in your report paragraphs -- think it's on, I'm looking at page 6, pages 6 and 7 under paragraph 21, and then it looks like there's subheadings Roman numerals I and II. So, this would

be of Exhibit B, your first report. Do you see that?
A Yes.
Q So, this is -- you know what, let's step back. Mr. Woolfson, what is it that you were retained to -- what was the subject of the report that you were retained to prepare?
A My understanding is that I was tasked with identifying calls to numbers that were on the DNC for more than 30 days when called.
Q Okay. And so, looking at the page that I was just referring to, under this roman numeral I, it says "materials that you relied upon in connection with your declaration," the declaration being the report. And so, this says --
A Yeah, I'm just pulling it --
Q -- the -- sure. And so, that was the complaint in this action, which this would be under the same document or under the same docket, ECF number 1. And then the other documents that you reviewed are calling records, and this was Call Record Report _CN Construction 1. And then there's this number string .CSV and the another one, Call Record Report _CN Construction 2. So, you received two CSVs --
A Correct.



Q -- that appeared to be call record reports?
A Yes.
Q Okay. And you also -- and so is it true that broadly, you reviewed these, the two CSVs, I think in your report you refer to them as "CDRs." Is it okay if I refer to them as C --
A Yes.
Q And when I say "CDRs," you understand them to be the two CSV documents with the call record report that you received in this matter?
A Yes.
Q And so, you broadly, your report, you took these CDRs and you essentially, among other things, cross-referenced them with the National Do Not Call Registry to determine which numbers were on the Do Not Call Registry and the number of calls that were placed to them, to each of those numbers within a 12-month period, more than once. So, if any of these numbers received more than one call within a 12-month period, and then counted up those numbers of calls after the first; correct?
MR. JILIZIAN: Objection, form.
BY MR. GOODRICH:
Q Oh, sorry, Mr. Woolfson, do you understand



the question that I asked?
MR. JILIZIAN: You can answer. Sorry. You can answer.
THE WITNESS: You asked -- asked if there were two or more. If I was -- if I was -- had loaded them and then tallied numbers of calls.
BY MR. GOODRICH:
Q Yeah. And so, I see that on page 7, under Roman numeral II, you indicated that you used -- so can you explain the -- looking at paragraphs 25 and 26, and this describes the methods and tools that you used to analyze the CDRs. Can you give a summary of what it is that you did with these CDRs?
A Yes. So, I just want to say, Brian, I was just looking at something here. There was one step that removes a final breakdown of calls where there's two -- it removes where there are not two or more calls within 365 days. And it looks like I typed my final results in without -- without executing that -- or the final step timed out. So, just so you know, I'll give you the revised refresh, 'cause I realized that the final report that you have is not the final report that I actually proffered. So --
Q Okay. So, when you say that, or you --



A We'll talk about that later, I just realized that on this, the number counts that I have between what I have in my Adobe -- what I have in my PDF and what's on this printout are not consistent. So, I just wanted to let you know that.
Q Okay. So, are you saying that the -- so we're talking about Exhibit B, right? Which would also be, I guess, Exhibit 9. Are you saying that the final step that you forgot to include in your report was taking out the first call --
A Yeah, the final --
Q -- am I understanding correctly?
A I did it correctly. It's just for some reason the version that you have of this is not -- like, I saved it and dropped it to PDF before I saved my final version. So, there's one -- the final step is somehow missing from this. So, I will supplement it and get that to you, but we can talk about that later.
Q Okay.
A I just noticed that because I was, look -- looking at my report, the electronic copy that I have, the PDF version that I have versus what you have, appear to be slightly different. So, I'm not sure if

Page 14

I produced something incorrectly or if an email crossed or something, but I'll get that to you as soon as --

Q When you -- sure. So, maybe it might be helpful and just that I understand because I'm not going to get a chance to depose you again.

A Do you want me to drop the -- do you want me to just take four minutes and drop this to PDF and send it to you? Five minutes so that you can get the final -- I mean, I can just tell you that the -- the record count is a little bit lower than what is in this PDF for whatever reason. I don't know why.

Q If you can just describe it to me. Let's just --

A Okay.

Q -- for my purposes right now, let's just skip to the section of the -- so this has to do with the -- you're talking about the steps that you took, right now you're talking about the steps that you took --

A Yeah. Like, the final last paragraph that I wrote somehow isn't in the -- the final PDF that you have given me as an exhibit. So, I just want to -- I'll describe that later on. It's a very simple step.

Page 15

And it doesn't -- it doesn't require any new work product. It's -- it's already done. For whatever reason it just isn't in the final PDF, not sure why.

Q Okay. So, I'd like to just go to paragraph 28 of your report. This is Exhibit B -- or paragraph 27. So, this is the --

A In the first report?

Q Yeah, in the first report.

A Okay. Paragraph 27 in the first report. I'm here.

Q Yep. Okay. So, paragraphs 27, 28; this describes the particular filters that you applied to the call records in the CDRs --

A Yes.

Q -- when you're preparing your work; right?

A Yes.

Q So, the filters that you applied, the first one was imported the CDRs in your SQL database, and you applied a set of filters to include only calls to develop telephone numbers that first were made to a number that contained precisely 10 digits; correct?

A Yes.

Q And then to made to a number that started with a two through a nine; correct?

Page 16

A Yes.

Q And were contained within structural data; is that correct?

A Correct. Structurable, yes.

Q Structurable. Can you explain that to me? What does "structurable data" mean?

A That means that data that is in a format that can be readily imported where the data is clean and it is contained within the column headers that it is intended to be in. So, that means that that production was okay and there was no cutoff characters or any embedded characters that would tell the computer that they were incorrect -- you know, incorrectly or malformed.

Q Sure. And then the next one is had an associated date. So, does this mean that this would be in the CDRs, the date that the call was purportedly made; correct?

A Correct.

Q Indicated a duration equal to or greater than six seconds is indicated by the field labeled "call time"?

A Yes.

Q Containing six or greater number of seconds?

Page 17

A Mm-hmm.

Q Were placed to area codes that were subject to the TCPA according to FTC; correct?

A Yes.

Q Indicated that the number was on the National DNC List for more than 30 days. So, DNC List; that's the National DNC Registry; correct?

A Correct.

Q And then whether a number was called two or more times within 365 days; correct?

A Yes.

Q Okay. I'd like to start by talking about the sub paragraph E, "Indicated a duration equal to or greater than six seconds." Now in footnote 12 of that page, footnote of 12 of your report, says that, "The duration of six seconds is determined by a telephone company wide process known as call supervision by which the remote or receiving party sends electronic signals to indicate that a call has been answered by the receiving party." Is that correct?

A Yes.

Q What do you mean by "answered" in footnote 12?

A There is a signal that gets sent from the

receiving party's handset or voicemail or whatnot, that simply is an electronic signal called "answer supervision" that is transmitted back through the phone network to the calling party. That indicates that a audio -- audio channel, it's called a "media channel," has been opened and that audio can go through that channel. That means that it's a connected call integrally from end to end.

Q Okay. And so, that could include if -- is this connection made before someone picks up or after someone picks up?

A It is a result of somebody or a voicemail system picking up.

Q Okay. So, it's only whether someone picks up the phone or whether it goes to voicemail; correct?

A That is correct.

Q Are there any circumstances that it might also be triggered or is it just those two?

A With hardware answer supervision, it's only those two and it's -- it's a signal that does come from the remote called parties handset as a --

Q Okay.

A -- phone network knowing when to start billing and when to establish media channels.



Q Sure. So, when you say that -- when you pick six seconds, what's the significance of six seconds? Why not five, or four seconds, or seven seconds, or eight seconds?

A In a -- in an all step based phone network, meaning that it's a Voice Over IP system, it would typically not need to be six seconds, it would be less. But in a phone network where there could be multiple components that technologies used such as TDM, which is a traditional type of telephone switching system, or Voice Over IP or otherwise known as SIP, which is capital S, capital I, capital P, then six seconds is sort of the de minimis amount of time to set up those connections and make sure that the signaling makes it all the way back through the equipment from the remote side --

Q Sorry, when you're talking --

A -- to the originated side.

Q Sorry. Okay. Thinking about call systems here, as to whether it might be within six seconds or might take longer. Are you referring to the system that's making the call? As in, like, the phone number that the system that's making the call or the system of the recipient phone number?



A Generally it's intermediate points of conveyance through the phone network where there might be a non-SIP based element there. And so, the best practices is to -- to measure at what is the, sort of, maximum amount of time that a call could be considered fully established and set up.

Q Okay. So, when you receive these CDRs, you eventually put them into your SQL database? Am I saying it correct?

A You are, yes. And for the benefit of the court reporter, it's capital S, capital Q, capital L.

Q SQL. Before you input the CDRs into your SQL, did you have an opportunity to review the native CDRs themselves?

A Yes, I also retained those.

Q Sure. How did you -- sorry, continue.

A And the native CDR is also contained within the SQL database so that we have both the data that I'm working from, but I can go back all the way to the original points of ingress.

Q Sure. Do you recall reviewing the call seconds or the call durations column of the CDRs before you input them into your SQL?

A Yes.



Q Okay. Isn't it true that these CDRs, the call seconds were measured in increments of six seconds starting with zero?

A No, not all of them. There are calls that have one and two seconds on them.

Q So, you're saying that in these particular CDRs you did receive -- in the ones that you saw, the CSVs that you received, you observed that there were calls that had call durations that were not zero, six, twelve? You observed some within the data that had differing amounts, some with less than six seconds, but greater than zero in this particular data set?

A I believe so. Yes.

Q Okay. Did you --

A I could tell you, I mean, I could just tell you how many there are, if you'd like.

Q Sure. I'm --

A There's 47 calls that are between one and five seconds.

Q Okay. I'm going to drop in the chat, see if this does not -- of course it doesn't. I'm going to have to email everybody because every time I try to do this in this particular Zoom meeting, it doesn't send. I'm going to email everybody my Exhibit G, which is an

Page 22

excerpt of this is the second CDR, it's just the first page. I'd send the whole thing, but it's massive. For the record, Mr. Woolfson, do you recall the total number of call records between the two CDRs?
A I do, I believe it should be in my report, but I -- I could tell you, yes. My understanding is that there are -- it's my understanding that there are 1,462,396 records.
Q Sure. Okay.
A Is that -- I -- I imagine that comports with your -- your original production, but that's what I --
Q I believe it does. Let me -- I just sent you as a 42 kilobyte PDF.
Alex, it should be arriving in your inbox as well. Let know when you receive it. It's in the same email chain.
A I am waiting for it to come in. So --
Alex, did you get that yet?
MR. JILIZIAN: I haven't seen it yet.
THE WITNESS: Yeah.
MR. JILIZIAN: You said it would be in that same email chain?
THE WITNESS: It's --
MR. GOODRICH: Yeah, I have a ten

Page 23

second delay on mine so I can hit undo, so --
THE WITNESS: I -- I can tell you, Brian, I've had to turn that to 30 seconds because by the time it's 30 seconds, I probably didn't mean what I was going to say sometimes.
BY MR. GOODRICH:
Q Yeah. Perhaps I should do the same. Hmm, okay. You know, I'll just -- Mr. Woolfson, so the list of calls that you indicated, of calls that were less than six seconds in call time, did you make an indication of how many of them were zero seconds, versus one seconds, versus two seconds, versus three seconds, versus four seconds, five? Or is this just a list that you just put all of them in that box? It just filtered for that?
A Well, I can tell you that there are -- well, I can just tell you that in the -- in the actual original details, there's 490,740 calls with zero seconds. There are 12 calls with one second, there's 13 calls with two seconds, there's eight calls with three seconds, there's four calls with four seconds, and there's 10 calls of five seconds.
Q Right. Okay then. So, moving on, again, referring to your report, Exhibit B. Paragraph 10 of

Page 24

your report states that you have developed highly available upwardly scalable databases for use in the telecommunications industry. Is that correct?
A Yes.
Q And paragraph 24 of your report indicates --
THE WITNESS: -- the court reporter.
Sorry, we may be talking over each other. Did I hear the court reporter there? Okay.
THE REPORTER: No, I -- I, yeah, I didn't -- I did not say anything.
THE WITNESS: Okay. My apologies.
BY MR. GOODRICH:
Q So, paragraph 24 -- I talked about this earlier -- paragraph 24 roman numeral II, where it says the electronic database resources that were available to you. One of them says, "External, publicly available databases, including iConectiv's WDNC for use in identifying the type of line (and the carrier) and the Federal TCPA-eligible area code (and DNC) list that is published daily by the FTC." Is that correct and that's what it says in your report?
A That's what it says, yes.
Q Okay. And there's right at the end of that, where it says, "Federal TCPA-eligible area code (and

Page 25

DNC) list that's published daily by the FTC." There's a footnote 9, and to footnote 9, you list TelSwitch, Inc's FTC Organization ID and Subscription Account Number; correct?
A That's correct.
Q So, what's the significance of TelSwitch's FTC ID and SAN?
A Well, the SAN and it actually is the -- the hyphen -- at the last prefix of that SAN changes, every year it -- it increments. So, it's actually -26 now. But the SAN allows us to download the National Do Not Call List every day from the Federal Trade Commission, the complete list, as a non-calling entity. And --
Q Who is "us"? I'm sorry. I'll let you finish and then I'll ask my question.
A Yeah. And then the --
Q -- you were -- talking.
A I -- I don't know what the FTC Organization ID means. I just was assigned that when we first registered, like, 10 or 15 years ago.
Q Okay. So, who is "us" and "we"?
A TelSwitch Inc. is me, I am the owner of TelSwitch Inc. "Us" means TelSwitch and me.

Page 26

Q Okay. So, is it correct then that when you indicate that you relied on the Federal TCPA-elg DNC List; the DNC List that's published daily by the FTC, when you say that you relied upon that in reviewing the CDRs in this case you're talking about -- this is a database that's maintained by you and TelSwitch of versions of the Federal DNC List that you have obtained every day. Is that correct?
MR. JILIZIAN: Objection to form.
THE WITNESS: Yeah, nearly every day we get it, unless there's a transmission error or there is a -- a cessation in publication. For instance, when the government -- federal government was shut down, they were not producing it for a while. But we download it every day and we add it to the cumulative days on previous days records. There's billions of records in this thing now, and we -- we use it every day on behalf of plaintiffs and defendants who are either defendant litigating or defending against a TCPA case.
BY MR. GOODRICH:
Q So, that's a "yes"?
THE REPORTER: Really quickly, did -- did Alex object before Aaron gave his answer? I just

Page 27

want to make sure.
MR. JILIZIAN: Yeah, that was a form objection.
THE REPORTER: Thank you, Alex.
BY MR. GOODRICH:
Q While you seemed to have given your answer, but I do want to check, Mr. Woolfson, did you understand my question then, when I asked it?
A If we -- if I rely upon the National Do Not Call List or if it's some sort of database. And I explained what the -- what it is, it's a database that we create from the lists that come from the National -- from the Federal Trade Commission.
Q Okay. And yeah, so this is a database that you maintain of versions of the National Do Not Call Registry that you obtain every day?
A Nearly every day, yes.
Q Nearly every day except -- and you indicated except for days when there's interruptions?
A Yeah, sometimes they don't publish a list, there's some sort of technical failure or there's a -- some other reason they -- such as the government shutdown, they were not publishing it during that time.

Page 28

Q How far back does TelSwitch's Do Not Call Registry database go?
A I could tell you, but it'll just take one second. I can look that up. It's not readily at my -- in my mind here. But it looks like the first list that we downloaded in its complete entirety was January 1, 2017.
Q Okay. And so, when you say that TelSwitch obtains the list every day from the National Do Not Call Registry, are you talking about you obtain the list of every single number that's presently registered on the National Do Not Call Registry as of that day?
A Yes.
Q Okay. Has there ever been a time where -- does TelSwitch's -- I'm going to refer to this going forward as the "TelSwitch database." Do you understand what I mean when I say "TelSwitch database"?
A I -- though we have several databases. I think it's -- I think it's better to just call it the "DNC database" because really what it is is just a -- it's a totality of all the records from the National Do Not Call List and it mirrors that which the DNC --

Page 29

the FTC maintains in its almost entirety. So --
Q I'll refer to it as the "TelSwitch DNC database" because I'm referring to the one that you keep of all of the ones that you've downloaded since 2017.
A Okay.
Q Has there ever been a time where TelSwitch has incorporated information from third parties other than the FTC in the TelSwitch's DNC database?
A No.
Q Sorry, that was a "no"? I didn't hear it on my end.
A No. We've always used the -- the files from the net -- from the FTC. That's it.
Q Okay. Does TelSwitch do any auditing to verify the accuracy of its DNC Registry database?
A Yes.
Q So, can you describe what auditing procedures Telswitch does for this database?
A Yes, we have run several millions of the records against dnc.com as well as auditing against information that was provided to us. I don't remember who provided it, but it was in a -- in another case in which I had worked on behalf of defendants. Might

Page 30

have been Federal Savings, which is in Northern District of Illinois, but I can't remember. But I do know for a fact that we have audited our lists against dnc.com and -- some time ago, and that we occasionally confer with the FTC to make sure that we are seeing the data correctly, which we always have.

Q So, it sounds like you're saying you do audit it against the DNC database maintained by the FTC, but you sometimes have audited the TelSwitch DNC database against sources of information maintained by third parties other than the FTC?

A Yes.

Q Okay.

A Yeah, and it usually happens to be when there's a -- a rebuttal report where somebody gets data from somewhere else and we have to audit that.

Q Okay. So, when we talk about auditing, are you able to audit the database for historical information? Now, when I say "historical information," I mean say if there was a phone number that for a relevant period of time was on the Do Not Call Registry but is no longer on it, are you able to audit to determine that sort of information?

A Yes, we can manually go through the files

Page 31

and we can also run queries against the FTC's files that we maintain that will tell us that.

Q Okay. So, if I wanted to find out whether a phone number was -- say there's a phone number that is no longer on the National DNC Registry, if I wanted to go and find out if that number was on the DNC Registry a year ago, could I just go to the FTC's website right now and query that number and it would give me that information?

A I don't know because I don't use it, Brian, as a -- as a consumer of that. I use it in a vault, but I will make the offer as I do with everyone, if you have a number and you want to know if it's been on the DNC List and it's gone on or off the DNC List within the last several years, or you want to know if a call has -- if a number's been on the DNC List for more than 30 days, Brian, I'll be happy to run any numbers you want.

Q Sure.

A So, the answer is, yes, we can do that. I've -- I have looked at records from the National -- from the FTC, sometimes they have it, like, an email system that they can send a confirmation out and sometimes that data shows only the most recent

Page 32

registration. It doesn't actually show a historical audit trail. And so, that's one thing that's particularly useful about having files that go back, you know, several years, is that we can run a -- I can run a historical -- a historical inquiry. 'Cause really the -- the number just needs to be on the DNC List for more than 30 days. We don't care about when it was registered, we just care about if the number was on the DNC List for more than 30 days.

Q Okay. So, I just want to be clear because the question that I was specifically asking if I or you, depending on your access to the database that the FTC is keeping, and I'm referring specifically to the FTC and not necessarily the lists that TelSwitch may maintain.

And I'm also making a differentiation between what the FTC has between copies of the lists that TelSwitch may have downloaded, and then of any separate database that TelSwitch may maintain that's based off of the lists that they have obtained.

So, the specific question I'm asking is; is it possible to go directly to the FTC, say if you didn't have any historical data on your records, is it possible to go to the FTC and directly from the FTC

Page 33

today, find out if a number was previously on the Federal Do Not Call Registry at an earlier date?

A Brian, I don't know. I think the FTC maintains only the last registration date with public-facing information. So, you might -- there might be a way to do it or a mechanism, but I don't know what that mechanism is.

Q Okay. So, am I correct in understanding that the auditing that you perform of TelSwitch's database is generally cross-referencing the database against the copies of the Do Not Call Registry that TelSwitch has downloaded from the FTC in the past? Is that correct?

A I think that's a good way to describe it.

Q And then as you indicated, sometimes you have audited it against information obtained from third parties?

A Yes.

Q Okay. How often does TelSwitch perform these audits?

A Not very often anymore because we have the full DNC List, so we can look at the National DNC List and identify where numbers are. And so, we just -- we use the actual native lists from the DNC as the

Page 34

predicates to what went into the database. So, we probably audit things about once a week, but we don't do it exhaustively.
Q Sure. So, I know that your report is dated -- your first report, Exhibit B, is dated September 26, 2025. Is that the date on which you conducted your analysis of the CDRs in this case, or do you recall the specific date that it was?
A I would've conducted the analysis on approximately the date as indicated in the reports.
Q So, do you recall the last date before you conducted that analysis that TelSwitch had audited its database?
A I don't recall. No.
Q You're saying it would've been probably within a week beforehand?
A Yeah, we -- we do a lot of audits because a lot of times, especially on the defendant's side, we -- our clients want to know exactly where in that list a number appeared and the unique FTC assigned identifier for that list. So, we run audits fairly frequently against those original lists. And, like I say, we do it so often that we don't keep any log or anything because it's just part of our -- the workflow

Page 35

of our -- our business.
Q Have there ever been any instances that you recall where an audit of TelSwitch's DNC database indicated that there was incorrect information?
A No, I can't think of any instance of that. We have found issues with other vendors' databases, but we have not found any with our own.
Q Okay. Are you aware of any third-party audits of TelSwitches DNC database?
A I think an expert in Federal Savings Bank, a gentleman named Jan Kostyun, K-O-S-T-Y-U-N, conducted an audit of our data in rebuttal to our -- my expert report in that case. I think it happens from time to time. I think David Kalat, K-A-L-A-T, from Berkeley Research Group, he's a really good guy, has also done audits on it. I'm sure there's others that I don't know about.
Q Are you aware of any instances where -- or in any of those third-party audits that you're aware of, are you aware of any errors, or discrepancies, or inaccuracies that those people have reported regarding your database regarding the TelSwitch DNC database?
A No.
Q Okay. Are you aware of any instances --

Page 36

now, TelSwitch provides this database to customers; correct? You indicated this database is provided to customers for use in compliance and other uses?
A There are several individuals, especially those who have their own subscriber account numbers that we actually provide data to and stream data to. Yes.
Q Are you aware of instances where any customers have reported any inaccuracies in the TelSwitch DNC database?
A No.
Q Okay. Now the DNC Registry, the Federal DNC Registry, how is it that a telephone subscriber would go about registering their number on the registry?
A I believe it involves calling the DNC number or the number from that actual phone. It's been a long time since I've registered my own number, so I don't remember. I remember doing it from my -- my -- like, my phone.
Q Sure. So, is it as simple as either, I think there you can also do it from their website. Is it simple as contacting the FCC indicating, "This is my phone number, please, put it on the registry"?
A Just to keep the record straight, I want to

Page 37

be really careful because the FTC publishes the Do Not Call List. The FCC provides enforcement guidance. And so, I think I heard you say "FCC," but I just want to --
Q I'm sorry, FTC.
A That's okay. I just want to make sure the record is -- is really, you know, clean and as you said, you -- you know, you want to get as much on as possible correctly. So, I think the FTC only allows you to do it via the telephone. I don't think there's a website that you can do it.
Q Okay. So, you're not aware of any other ways that -- okay. So, other than the experience that you had registering your own number a long time ago over the phone, you don't have knowledge as to the process by which a person can register their phone number on the Do Not Call Registry; correct?
A Correct. That is correct.
Q Okay. So, do you know if it's possible that someone could get a phone number that's classified by their carrier as a business number on the Do Not Call Registry?
A Well, so this is something I actually asked the FCC about sometime back and the FTC about, and the

DNC Registry is intended to protect residential numbers and it's intended to correct -- to protect the number itself. And that's what I was informed by Karen who worked for the FCC, I can't remember her last name. I could find it out though. But that actually came from the FCC.
So, I'm not profiting a legal opinion, I'm just letting you know what the FCC told me. But I'm, you know, careful -- I'm very careful to not trespass into bringing fact into law. So, you know, I'm just -- I'll let you know, but I -- I don't -- I'm not making a judgment call there.
Q Sure. So, I'm just asking very specifically, I'm not asking whether the FTC offers protection via the DNC database for residential or business numbers. I'm not asking you to offer an opinion whether only residential numbers should be on the DNC List, whether business numbers should be on the DNC List.
I am only asking whether you are aware that it's possible that if someone had a telephone number that is classified by their carrier as a business, if they could call the phone number to register their number and successfully get that phone number onto the



registry. Do you know if that's possible? Yes, no, or you don't know?
A I don't know.
Q Okay. Once --
MR. JILIZIAN: Hey, Brian, sorry, I'll just say we've been going a little over an hour now. I just wanted to ask Aaron, are you still good to go for a little while? Did you want to take a break soon or?
THE WITNESS: I am surprisingly good to go for probably another half hour and then I'm going to have to take a rest break and grab some tea.
BY MR. GOODRICH:
Q Sounds good. I will say, I apologize, we did skip the spiel. I will interject right now, whenever you want to take a break, Mr. Woolfson, I can keep an eye out for 10:30 Pacific Time. If I've asked a question, just answer it and just say, "Brian, I got to take a break. I want to make some tea." And I will go make some tea myself and we can take a short break and talk after the break. Does that sound good?
A Yeah, thank you. Yeah, I try not to interrupt any, you know, pending questions and I'm trying to get you as much time as possible for this



deposition.
Q Sure.
MR. JILIZIAN: Sorry to interrupt.
BY MR. GOODRICH:
Q No, it's a good thing to note.
So, once a phone number gets on the Do Not Call Registry, how long does it stay on the registry?
A I don't know the specifics of that.
Q Okay.
MR. JILIZIAN: And I'll object foundation to that last question, sorry.
BY MR. GOODRICH:
Q Sure. And if a person registers their own phone number on the Do Not Call Registry, if that phone number is subsequently reassigned to a different subscriber, are you aware if that phone number stays on the Do Not Call Registry? Yes, no, or you don't know?
A I think it does, but I don't know for sure.
Q Okay. What about if -- and so if someone registers a phone number that is classified by their carrier as a residential number, but they use that number for business purposes, that doesn't change anything about whether it's on the DNC Registry? Yes,



no, or you don't know?
A I -- I don't know. I don't think it does.
Q Okay.
A I mean, I -- I -- you know, the DNC is -- is mutually exclusive from anything else that is happening at the carriers, as far as I'm aware. So, that's always a question that my defense clients ask as well, and I'll tell you the same --
Q Sure.
A -- thing I tell them, I don't know,
Q Sure. So, paragraphs 29 to 34 of your report, Exhibit B, the initial report; you discussed the difference between residential and business classification of numbers. Is that correct?
A Yes.
Q And --
A Yeah, and -- and I want to just predicate if I -- if I may, Brian, sorry. I just want to predicate that --
Q Sure.
A -- it's just purely a -- a structural -- from a structural standpoint, meaning that it's a -- it's a indicator within the telephone company's records themselves. It doesn't -- it's not

Page 42

dispositive as to how that line gets used, but it's --
Q Sure.
A -- you know, I -- I consider this my -- my residential line, but I am registered as a business account because I get international calling privileges that I wouldn't otherwise be afforded if I were registering it as a personal account.
Q Sure.
A It's my personal line --
Q So --
A -- but it's registered as business.
Q Sure. So, I guess when we're talking business or residential classification of a phone number by a carrier, what is the sort of information that -- so if a phone number is registered as a residential number for a telephone carrier, what does that mean?
A It's means that the telephone company, when you call them for customer support, they will route that to a residential support center.
Q Okay. So, is --
A That's the only --
Q -- does -- sorry, let you finish.
A -- that's the only -- I mean, that's not the

Page 43

only thing, but that's the -- the easiest or the -- the fastest, you know, differentiator that I could come up with.
Q So, does classification of business or residential, does that classification occur when a number is registered? Say if I went to a carrier and said, "I want a phone number." And they give me a phone number and I sign all the paperwork, is that when the classification occurs?
A So, I just want to be really careful about the language because registered, we were just discussing the DNC List, so I would use -- the word subscribed to as a -- a point of -- of differentiation, if I may. So, I think it does get attributed or ascribed at the point when that number is assigned to a subscriber and the account is established.
Q And at the time of the subscription, how does a carrier determine whether or not they're going to assign a residential or business classification to that?
A I -- I don't know.
Q Okay. If a phone number is classified as residential, is it possible for that number to be

Page 44

reclassified as business at a later date or vice versa, business to residential?
A That's an interesting question. In 84 depositions I haven't been asked that. I don't know the answer.
Q So, is it safe to say that you don't know if carriers ever reclassify a phone number after that phone number is assigned? When I say "assigned," I mean assigned to a subscriber.
A Yeah. I don't -- I don't know the mechanics of that, Brian. I assume --
Q Sure.
A -- but I don't want to assume, that's not -- that I'm not personally knowledgeable of, but I believe that they can be reassigned internally from one account to another, from business to residential and vice versa.
Q Okay. Are there circumstances where sometimes a number changes subscribers where, you know, say I have a phone number and at some point I no longer have that phone number and it gets assigned to someone else; would -- well, first of all, is that something that ever happens?
A It does, yes.

Page 45

Q Okay. So, if that second person gets my old phone number, at the time that it's assigned to them, does the carrier then reevaluate whether to classify it as a business or residential phone number?
MR. JILIZIAN: Objection to form.
THE WITNESS: Yeah, I -- I don't know. And -- and those are -- those are great questions, Brian. But I -- I don't know, even though I'm T-Mobile's expert in some stuff, I just don't -- I don't know.
BY MR. GOODRICH:
Q Okay. And I think you may have anticipated some of these questions earlier because you started to answer some of them, but I'll ask them anyways. So, the classification of a number as a residential number, that doesn't show how the subscriber holds their number out to the public, such as -- is that true? It doesn't show how they hold their number out to the public?
A Yeah, I mean, I -- I think that's a fair statement, Brian. Sure.
Q Okay. So, if, you know, someone puts their residential number on a business card or puts it on their business's website or gives their number to a

Page 46

customer, an employer, or coworker, that wouldn't change how it's classified with their carrier; correct?

A That's correct. I mean, a great example is I've got my phone number and my curriculum vita and it's my personal number. So, it doesn't mean that it's not a personal phone, it just means that I'm willing to accept calls there at that number for purposes related to expert engagements.

Q Sure. So, then it doesn't show how the person actually uses the number, whether for business or residential purposes, vice versa, whether it's assigned business or residential?

A Right. And I -- I think that there is some case law, I think even in Northern District Illinois about numbers on the DNC List and the DNC List protects the number. I certainly know that this is a point of discussion that has -- has been exhaustively enumerated and I think Carla Peak at Kroll, K-R-O-L-L, has identified as part of the claims administration process of a pretty good way to -- to separate those out as part of the administration process. So you --

Q I'm just talking about factual questions, not --

Page 47

A Oh, oh, okay. I thought you were asking --

Q -- not a legal determination of residential versus business. I'm simply asking that a classification of a number as residential by a carrier does not necessarily reflect how the subscriber actually uses the number? That's a purely factual question.

A That is correct.

Q Okay. Does the classification of a number as business or residential depend on who is -- sorry, that's my cat -- who is paying the bill?

A Your cat has to make an appearance now, Brian.

Q Yeah. I know, I have to file a pro hac vice for her. I don't think she'll qualify. Sorry. Yeah, what I was asking, so the classification of a number as business or residential by the carrier, does that reflect how the number is paid for? And when I say that, I mean whether the bill for that number is paid by an individual or maybe by a business?

A I don't know either way.

Q Okay. And then, of course, if maybe the number's billed, if a residential number is billed to an individual subscriber, but that subscriber, say,

Page 48

uses the number for work and receives compensation from their employer to compensate them for business use of a cell phone, it wouldn't reflect that; correct?

A It would not.

Q Do you know how, say, residential classification of a phone number that's used as part of a family plan? Are you familiar with how that works?

A I don't -- I mean, I'm familiar with family plans, but I'm not -- I don't know if -- I'm not understanding your question.

Q Sure. I guess, what I mean to say; say I register with my carrier for cell phone service and I want to get a line for someone in my family. Will all of those numbers be classified the same or is it possible that one of them might be classified as a business?

A I don't know.

Q Okay. If a single subscriber has multiple phone numbers that are registered to them with their carrier, maybe even different carriers --

A Hold on one second. Just one second. Just a second, Brian.

Page 49

Q -- subscriber uses --

A Brian, hold on one second.

THE REPORTER: Okay. Counsel in the meantime, let's go off the record --

MR. JILIZIAN: Yeah, if you think you want to go off, I can go ahead and ask him what's going on. I'm sorry. I'm not sure what's --

MR. GOODRICH: Okay. That's fine.

THE REPORTER: Yeah, we are off the record now at 12:18 p.m.

(Off the record.)

THE REPORTER: Going back on the record now at 12:19 p.m.

BY MR. GOODRICH:

Q Sure. I was asking is if an individual subscriber has multiple phone numbers registered to themself, and has them all classified as residential numbers; the carrier -- the residential classification does not necessarily show which phone number or numbers that this individual uses as, say, their primary residential number or primary residential numbers?

And when I say "primary residential numbers," I mean, like, a phone number that you would

use day-to-day to accept, you know, personal calls.
A Yeah, I don't think the telephone company maintains that.
Q Okay. I'm looking at paragraphs 35 to 37 of your report, Exhibit B, where it describes your waterfall analysis. Do you see that there?
A Yes.
Q So, you were saying at the start of this deposition, you reviewed a report and you realized that there was maybe a subsequent version, there's a subsequent version of your report that has different information. Can you tell me what was the step that was missing from this report?
A Well, there's nothing that's missing that I can tell from this report. But the -- there was a -- a report there -- there was a report that there's a step where after numbers are tagged for being on the DNC List for more than 30 days, there's a step that I have in a -- in the Word version that lists the number of calls where there were -- there were two or more calls within -- within 365 days of one another.
And it looks like that, even though I took them out, it looks like it's still reflected on this particular -- on this particular version that we have



here. So, I'm going to have to augment this or supplement this report and get that to you.
Q Sure. And so, to be clear, what do you mean when you --
A Or just drop it, yeah. Yeah, I mean we could do it --
Q Sure.
A -- we could do it during a break. I just want to give you my full attention, but we could do it during a break. I could just send you what I have.
Q Sure. So, when you say that, are you referring to the step where, say, if nine calls were made to an individual number within 365 days, are you saying that the step that you're talking about is where you take out the first call and just show the remaining eight? Is that the step that you're talking about?
A Yes.
Q Okay. And so, when you say that the --
A No, it's say -- it's where -- I'm sorry. It's -- it's where there's only one call that was made after the other parts of the waterfall had exhausted the numbers as part of the cascading steps.
Q All right. So, you mean that there was only



one call that was made in total?
A Yes.
Q Okay. So, you're talking about instances where a phone number's on the Do Not Call Registry and the CDR shows that it was only called once within a 365 day period?
A It was called more than once, but there was only one call that survived the waterfall. So, like, one of the calls may have been zero seconds, for instance, or less than six seconds.
Q Okay.
A Yeah, there's just a -- I could tell you how many it is. I could just tell you, just a second here. I just have to find the right page on my document here. Yeah, there's -- there's 16,000 -- there's a final step there, it's 16,416 calls to 16,416 distinct numbers, need to be taken out as that final step that still persisted because of dropping to PDF and then sending it before saving the document, embarrassingly. But that's -- that will reduce that down a little bit and I'll -- I'll send that to you during a break and make sure that you --
Q Sure.
A I -- I apologize. I don't know what



happened. It's an artifact of Microsoft Word -- Word interface with Adobe.
Q Okay. And so, I think now I might understand but so what it is you're saying this final step is where in a 365-day period there are exactly two numbers made to a phone number, but that either one or both of those calls should not have survived the waterfall filters; correct?
A Where as a consequence of the waterfall steps, that there was only one telephone number -- one call to a particular number that survived because there were not two or more calls within 365 days, those calls should be removed and they were removed, but it doesn't reflect it on here.
Q Okay. Sure. Yeah. Okay. So, then that will -- I want to ask that because my other question was, so of the previous line of questioning when I was asking about the discussion in your report of the distinction between business and residential numbers. Now your report does not distinguish between phone numbers that were registered with their carriers that were classified by the carriers as business or residential; correct?
A Can you ask the question again? I didn't --

Page 54

I don't understand. Say it --
Q Okay.
A I'm sorry. I just, yeah, if you don't mind asking again, I appreciate it.
Q Sure, of course. So, you know, I just want to look at paragraph 36 on page 12 of the report that I have in front of me, Exhibit B. So, in paragraphs 35 and 36 and 37, you described the waterfall process that you took, the filtering process; correct?
A Correct.
Q That you did to the CDRs. You started by removing 119,492 records that appeared to be duplicative. And that was one of the steps you took?
A Right.
Q And then you removed 21 calls that contain telephone numbers that were associated with the FTC's index of TCPA-eligible area codes?
A Right.
Q When you say you removed 21 calls that contain telephone numbers that were associated with FTC's index of TCPA-eligible area codes, do you mean that you removed phone numbers that were associated with TCPA-ineligible area codes?
A Well, things where there was definitely

Page 55

not -- it was, like, to a Canadian number or it was an incomplete number. So, if it -- it wasn't a -- a area code that was recognized by the FTC as TCPA-eligible, it came out there.
Q Okay. And then you removed 443,773 calls that contained a duration of less than six seconds in the call time field?
A That's correct.
Q And then the next step you applied was to remove 289,629 records that indicated calls to a number that were either not on the National DNC List or were on the DNC List, but not on the DNC List for more than 30 days from the most recent call in field?
A Yes.
Q And then you removed 60,155 records where your "is two or more 365" field indicated less than two calls made to that number within 365 days; correct?
A Yeah. And that number that I have is actually -- let me just tell you, it should say 565,742. So I -- I don't know how that exactly happened, but I will fix that.
Q Sure. You say 565,742?
A No, that should, I'm sorry, it should be --

Page 56

I -- my apologies. That's how many are the -- let's see here, give me just a second here. I'm conflating two things. I apologize, I looked at the wrong -- wrong -- it should be 306,035.
Q And when you say "306,035," what is that number represent?
A Okay. So, it's 3 -- 306 -- sorry, I'm just trying to see, it's a small number on this screen here. It's 306,045 calls were -- should -- were removed, or should show were removed, where there were not -- you know what, I'm so sorry. I am conflating two things. I'm conflating things that were not on the DNC List for 30 days with two or more calls because I'm not -- I didn't hear your question right, and I'm thinking about this -- this other issue. My apologies.
Q I'm sorry. You know what --
A Let's start off that waterfall at that 289,629 again. I apologize, I read the wrong thing on the wrong row here when you were asking.
Q Sure. Okay. Deal. Let's just start back to that one. So, the 289,629 number, that represents the number of calls to numbers that were either not on the National Do Not Call Registry List, or were on the

Page 57

National Do Not Call List, but were not on the DNC List for more than 30 days to most recent call date field; correct?
A Most recent date call -- yeah. So, the -- as of the call date, they were not on the DNC List for more than 30 days.
Q Sure. And then, and I just want to direct your attention to this is page 12 of Exhibit B. It's right at the top where it says, "I then removed 60,155 records where my "is two or more 365" field indicated less than two calls were made to that number within 365 days."
A Yeah. And that should say 76,571.
Q Sure. And what you're saying is that that should incorporate two steps because the last step you're saying was that the waterfall then should have removed records where there were two or more calls, but that one of those calls was filtered out by one of those prior steps; right?
A That's correct, yeah.
Q Okay. So, everything that you testified to right now, that's the total number of filters that you applied to the CDRs; correct?
A Yes.

Q So, you did not apply any filter to the CDR to filter out numbers that were classified as business numbers by the subscriber's carrier; correct?
A That is correct.
Q And so, you didn't do any analysis to determine whether any of these phone numbers were classified by the carrier as residential or business; correct?
A Right. So, that process typically requires a subpoena and it requires -- it requires a -- it's usually occurs, from where I've seen it, after class cert phase. So, once class cert is granted, then there's another process that removes telephone numbers that are -- by sending subpoenas to telephone carriers. So, I don't -- I -- I identify the steps, but I don't do them up to that point.
Q And your report also doesn't identify which phone numbers are cell phones or landlines, I'm sorry, not phone -- numbers. Which numbers are numbers associated with landlines versus numbers associated with cellular or mobile lines; correct?
A Right. The telephone companies will reply with that information and that's generally post certification, yes.



Q Sure. I think that's actually it. You want to take that break?
A Yeah.
Q And --
A Do you want me to send --
Q -- during that break --
A -- you what I have as the -- the report? 'Cause it's -- it -- there's -- I don't know why you don't have the operative version, but I'm happy to send that to you.
MR. JILIZIAN: Aaron, I'm going to have you hold off on sending anything back, but we'll review with myself and Anthony.
THE WITNESS: Yeah, because I don't -- I don't know what happened here quite.
BY MR. GOODRICH:
Q This should be covered from Plaintiff's Counsels and I don't want to bypass any of that.
A Yeah. Okay.
Q But I took your testimony as to it. Okay. And so, I guess, my last question is, of this other report that you're talking about, the number that appears in the first sentence of paragraph 37 of Exhibit B, that one that says, "I was able to



determine that there were 549,326 calls." That number on that paragraph should be less by 16,000, how much?
A Sixty -- it should be less 16,416.
MR. GOODRICH: Okay. I'm going to take a short break right now.
THE WITNESS: Okay.
MR. GOODRICH: I'll have a few more questions about your supplemental report and that will be it. So, we'll take ten-minute break.
THE WITNESS: Yeah, that'd be fine.
THE REPORTER: Okay. Thank you, Counsel, going off the record now at 12:37 p.m.
(Off the record.)
THE REPORTER: All right. Thank you, Counsel, going back on the record now at 12:55 p.m.
BY MR. GOODRICH:
Q All right. Mr. Woolfson, I'm going to refer you to the supplemental report that you provided. And this was the one that you provided, I think, earlier this month?
A Yes, about two weeks ago.
Q And so, in this report you took the -- can you just explain what you did in your analysis to prepare this supplemental report?



A I believe that I was provided a index of -- of telephone numbers that consisted of existing business relationships. I believe there were two files, though I referenced one in here. I think there were a total of 1,310 rows within the files that represented 1,135 unique telephone numbers. And so, I removed the -- I removed any telephone numbers or intended to remove any telephone numbers, to which there were calls that were placed that were alleged to be existing business relationships and --
Q Okay. And you removed a total of -- sorry.
A -- or at least identify -- at least identify how many calls to how many unique numbers there were.
Q And you identified it was 4,176 calls?
A I believe that is the number, yes.
Q Okay. And so, on paragraph 9 of the supplemental report, you essentially subtracted that 4,176 calls from your original total from your Exhibit B, your first report?
A Yeah. And it should actually be -- yes, it should also exclude those 16,000 calls that I had previously referred to where there was just one call.
Q Okay. So, the number in paragraph 9 of this report, 545,150 calls should be reduced by that 16,400

and something number that you testified to earlier?
A That would be correct.
Q Okay.
A 16,416.
Q Okay. I actually had a few more questions from your original declaration. Now, when we were talking about business versus residential classification by carriers, you testified that the reason that you did not conduct this analysis is number one, that it's not usually conducted before class certification? And number two, because it requires subpoenas to be issued to cell phone carriers to provide this information?
A To telephone carriers in general, yes.
Q Okay. And so, paragraph 30 of Exhibit B, you talk about historical records and then these are historical records regarding the classification of phone numbers that are assigned to those carriers. Is that correct?
A And the telephone carriers to which they're assigned, yes.
Q Okay. Do these historical records also include phone numbers that may have been ported from other carriers?



A Yes.
Q Okay. I think in your report you discuss process by which those numbers are ported and that's through a local number portability request, an LNP request; is that correct?
A Yes.
Q So, how is this information preserved? How is the classification of a number preserved when an LNP request is made?
A It's preserved by the local number portability administrator, which is currently iConectiv.
Q Okay. And who is iConectiv?
A They serve at the pleasure of the FCC to maintain an official record of those -- those transitions of numbers between telephone carriers.
Q Okay. So, this is the database that is maintained by iConectiv; correct?
A Yeah, it's the FCC's data and then it is maintained by iConectiv.
Q Okay. Do you know if this data is ever audited for accuracy?
A Well, it -- I don't know the fact of that, no.



Q Okay. Are you able to -- and by "you" I mean you, are you able to determine to which carrier a given American telephone number is registered to?
A I can.
Q How is that done?
A It's done by first looking in the National Exchange Carrier Association data and finding it -- the original block of numbers and then running a database query to the National Exchange Carrier -- no, I'm sorry, the North American Numbering Plan Administrator.
Q I think just to clarify something from early on in this deposition. So, when you were conducting the waterfall analysis for the data in these CDRs, when you were conducting the step to determine whether any of the phone numbers in the CDRs were on the National Do Not Call Registry, at any given point in time, you use, specifically, the database that was maintained by TelSwitch; correct?
A Yes.
Q So, when you received this request from Counsel for Plaintiff, in this case, you didn't individually consult the, you know, however many days it was of individual FTC records that you have, you



consulted the database that TelSwitch maintained that is comprised of information --
A Well, the TelSwitch --
Q -- from those individuals?
A The TelSwitch database itself is comprised of a database table consisting of the entire contents of each day's file from the FTC. So, by consulting the TelSwitch database, I did in fact consult each daily file from the FTC. It's just in a mechanized format that's easy to search.
MR. GOODRICH: Sure. Okay. I think that's all my questions.
THE WITNESS: Do you want to -- I mean, since you -- you don't want to take another deposition necessarily, do you want to take a break and, like, make sure you -- or are you sure? I mean, I just don't want you to be -- I don't -- I -- I don't know. I -- never mind, I -- I'm -- I thought you said you had more questions. I'm sorry. I'm sorry. My bad.
MR. GOODRICH: Sure.
THE WITNESS: You said you are done with questions.
MR. GOODRICH: Mr. Woolfson, I do appreciate it. I appreciate your concern.

THE WITNESS: Sorry. My bad. I misheard you. I misunderstood you. I'm sorry.

MR. GOODRICH: No, yeah --

THE WITNESS: I thought you said you might have some.

MR. GOODRICH: -- I'm taking a look at my notes.

THE WITNESS: You said -- I thought you said you might be done with the questions and I wasn't sure if you were done or not. So, I -- I apologize, I misheard you.

MR. GOODRICH: And -- sure. I'll confirm that I am in fact done with my questioning of you, Mr. Woolfson. And I will tender you to your attorney in this matter if he wants to ask any question.

MR. JILIZIAN: Yeah, thanks, Brian. I think we're going to have just a very short redirect if you don't mind us having just maybe a few minutes, like, we'll just be maybe three, four minutes and a break and then I'll come back and ask five, six questions here.

MR. GOODRICH: Okay. So, you're asking for a short break and then to go back on the record if



you have any questions on redirect?

MR. JILIZIAN: Yes.

MR. GOODRICH: Okay. Five-minute break?

MR. JILIZIAN: Yeah, we probably won't even need five minutes.

MR. GOODRICH: Okay.

THE REPORTER: All right. Sounds good, Counsel, going off the record now at 1:06 p.m.

(Off the record.)

THE REPORTER: All right. Thank you, everyone. Going back on the record now at 1:09 p.m.

EXAMINATION

BY MR. JILIZIAN:

Q All right. Aaron, you had testified earlier that you had omitted a single paragraph from each of your report and the supplement; correct?

A Yes.

Q And what would that paragraph that you omitted have shown?

A It was a final step where, if any numbers as a result of any of the previous steps, including the D -- not DNC 30, it excludes any calls where there was only one call to that particular number within 365



days, so that -- those telephone numbers would drop out.

Q And do you know the amount of telephone numbers that would have been dropped out if you had included that analysis in both the report and supplement?

A Yeah, from the original report it would be 16,416. And from the second report, let's see, I could tell you just a second here. It would be -- it would be -- it would subtract 16,295 because some of those numbers would come out as a consequence of preexisting relationships.

Q Okay. So, that's about 16,000 and change for both the --

A Yeah.

Q -- original report and the supplement?

A Mm-hmm.

Q Okay. And are you able to tell me this information because you have these figures directly in front of you right now?

A Yes, I do. They're actually in my SQL and they're in my -- they're actually in the -- in the word version of my report. So --

Q So, other than the 16,000 and change calls



for each of the original report and supplement, would this change your analysis in any way? Like, the final figure and your analysis in any way other than those calls?

A No, it doesn't affect the methodology and it also does not affect any of the underlying work product or the database, 'cause everything's already tagged.

Q Okay. Would that change the status of the lead plaintiff in this action?

A I don't think so.

Q And do you plan on submitting this information as a supplement to both the original report and the supplement submitted as an exhibit here?

A Yes, I do.

Q Okay. And when would you be able to do that that by?

A I could do it today.

Q Nice.

A It's just dropping --

Q Okay. At this time --

A -- it's just dropping the final versions of what I had already written to PDF and -- and then it

reattaching the exhibits.

MR. JILIZIAN: Noted. Okay. Well, at this time I have no further questions for you, Mr. Woolfson. Thank you very much for your testimony. And yeah, we can go off the record now.

Brian, do you have anything else or?

MR. GOODRICH: No, I have no further questions.

THE REPORTER: Okay. Counsel, before we do go off the record, Brian, will you be ordering today?

MR. GOODRICH: Yes.

THE REPORTER: With the exhibits attached?

MR. GOODRICH: Yes.

THE REPORTER: Okay. Perfect.

Alex, will that be the same for you?

MR. JILIZIAN: Yes, please. Thank you.

THE REPORTER: All right. Thank you, everyone. Going off the record now at 1:13 p.m.

(Whereupon, at 11:13 a.m. PST/1:13 p.m. CST, the proceeding was concluded.)



CERTIFICATE OF DEPOSITION OFFICER

I, ANDREW PENA, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

ANDREW PENA
Notary Public in and for the
State of Illinois



CERTIFICATE OF TRANSCRIBER

I, JENNIFER EASTHAM, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

JENNIFER EASTHAM

**&**

**&** 2:12

**0**

**02043** 2:6
**04568** 1:9

**1**

**1** 10:19,21 28:7
**1,135** 61:6
**1,310** 61:5
**1,462,396** 22:8
**1-9** 3:11
**10** 15:21 23:22 23:24 25:21
**10:30** 39:17
**11** 6:15
**119,492** 54:12
**11:07** 1:14 4:5
**11:13** 70:22
**12** 11:17,19 17:14,15,23 23:19 54:6 57:8
**12:18** 49:10
**12:19** 49:13
**12:37** 60:12
**12:55** 60:15
**13** 23:20
**15** 25:21
**16,000** 52:15 60:2 61:21 68:13,24
**16,295** 68:10
**16,400** 61:24
**16,416** 52:16,17 60:3 62:4 68:8
**1:06** 67:9
**1:09** 67:12
**1:13** 70:20,22
**1:25** 1:9

**2**

**2** 10:23
**2017** 28:7 29:5
**2025** 7:18 34:6
**2026** 1:13 4:10 6:14
**21** 9:23 54:15 54:19
**219** 2:16
**24** 24:5,13,14
**2400** 2:5
**25** 12:10
**26** 7:18 12:11 25:10 34:6
**27** 15:6,9,11
**28** 15:5,11
**289,629** 55:10 56:19,22
**29** 1:13 6:14 41:11
**29989** 71:16
**29th** 4:9

**3**

**3** 56:7
**30** 10:9 17:6 23:3,4 31:17 32:7,9 50:18 55:13 56:13 57:2,6 62:15 67:23
**306** 56:7
**306,035** 56:4,5
**306,045** 56:9
**34** 41:11
**35** 50:4 54:8
**350** 2:5
**35535** 72:14
**36** 54:6,8
**365** 12:18 17:10 50:21 51:13 52:6 53:5,12 55:16 55:17 57:10,12 67:24
**37** 50:4 54:8 59:23

**4**

**4,176** 61:14,18
**413-2727** 2:16
**42** 22:13
**443,773** 55:5
**47** 21:18
**485-0018** 2:8
**490,740** 23:18

**5**

**545,150** 61:24
**549,326** 60:1
**565,742** 55:21 55:23

**6**

**6** 3:3,9 9:22,22
**60,155** 55:15 57:9
**60532** 2:14
**60606** 1:16
**617** 2:8
**650** 2:13
**67** 3:4

**7**

**7** 9:22 12:8
**76,571** 57:13

**8**

**8** 3:10,12,14
**8291734** 1:18
**84** 44:3
**84th** 6:10

**9**

**9** 3:15,16 6:14 8:20 9:2 13:8 25:2,2 61:16 61:23
**9:07** 1:14

**a**

**a.m.** 1:14,14 4:5 6:15,15

70:22
**aaron** 1:12 3:9 4:6 5:14,21 26:24 39:7 59:11 67:15
**abdilla** 2:12
**abdillalaw.com** 2:15
**ability** 71:10 72:7
**able** 30:18,22 59:24 64:1,2 68:18 69:17
**absent** 4:18
**accept** 46:8 50:1
**access** 32:12
**account** 25:3 36:5 42:5,7 43:16 44:16
**accuracy** 29:16 63:22
**accurate** 9:12 9:16 71:9 72:5
**acknowledg...** 4:12
**action** 8:7 10:17 69:10 71:12,16 72:8 72:12
**actual** 23:17 33:24 36:16
**actually** 12:23 25:8,10 32:1 36:6 37:23 38:6 46:11 47:6 55:20 59:1 61:20 62:5 68:21,22
**add** 26:15
**additionally** 4:18
**administer** 4:12
**administration** 46:20,22
**administrator** 63:11 64:11
**adobe** 13:3 53:2
**affect** 69:5,6
**afforded** 42:6
**ago** 9:8 25:21 30:4 31:7 37:14 60:21
**agree** 4:13,20
**agreed** 4:15,16
**ahead** 49:6
**alex** 2:3,7 5:11 22:14,18 26:24 27:4 70:17
**alleged** 61:9
**allows** 25:11 37:9
**american** 64:3 64:10
**amount** 19:13 20:5 68:3
**amounts** 21:11
**analysis** 34:7,9 34:12 50:6 58:5 60:23 62:9 64:14 68:5 69:2,3
**analyze** 12:12
**andrew** 1:17 4:3 71:2,17
**answer** 12:2,3 18:2,19 26:24 27:6 31:20 39:18 44:5 45:14
**answered** 17:19,22
**anthony** 7:15 59:13
**anticipated** 45:12
**anymore** 33:21
**anyways** 45:14
**apologies** 24:11 56:1,16
**apologize** 39:14 52:24 56:3,19 66:10
**appear** 13:24
**appearance** 47:12
**appeared** 11:1 34:20 54:12
**appears** 59:23
**applicable** 4:24
**applied** 15:12 15:17,19 55:9 57:23
**apply** 58:1
**appreciate** 54:4 65:24,24
**approximately** 34:10
**area** 17:2 24:19 24:24 54:17,21 54:23 55:2
**arriving** 22:14
**artifact** 53:1
**ascribed** 43:15
**asked** 12:1,4,4 27:8 37:23 39:17 44:4
**asking** 32:11,21 38:13,14,16,20 47:1,3,16 49:15 53:18 54:4 56:20 66:23
**assign** 43:20
**assigned** 4:3 25:20 34:20 43:16 44:8,8,9 44:21 45:2 46:13 62:18,21
**associated** 16:16 54:16,20 54:22 58:20,20

**associates** 2:12
**association** 64:7
**assume** 44:11 44:13
**attached** 3:11 8:10,18 9:17 70:14
**attendance** 5:7
**attending** 4:10
**attention** 51:9 57:8
**attorney** 5:8 66:15 71:14 72:10
**attributed** 43:15
**audio** 18:5,5,6 71:8 72:3
**audit** 30:8,16 30:18,23 32:2 34:2 35:3,12
**audited** 30:3,9 33:16 34:12 63:22
**auditing** 29:15 29:18,21 30:17 33:9
**audits** 33:20 34:17,21 35:9 35:16,19
**augment** 51:1
**authorized** 4:11
**available** 24:2 24:16,17
**aware** 35:8,18 35:19,20,24 36:8 37:12 38:20 40:16 41:6

**b**

**b** 3:6,10 7:22 8:1 10:1 13:7 15:5 23:24 34:5 41:12 50:5 54:7 57:8 59:24 61:19 62:15
**back** 10:4 18:3 19:15 20:19 28:1 32:3 37:24 49:12 56:21 59:12 60:15 66:21,24 67:12
**bad** 65:19 66:1
**bank** 35:10
**based** 19:5 20:3 32:20
**bdgoodr** 2:15
**behalf** 1:4 2:2 2:10 4:8 5:12 26:18 29:24
**believe** 21:13 22:5,12 36:15 44:15 61:1,3
61:15
**benefit** 20:10
**berkeley** 35:14
**best** 20:3 71:9 72:6
**better** 28:21
**bill** 47:11,19
**billed** 47:23,23
**billing** 18:24
**billions** 26:16
**bit** 14:11 52:21
**block** 64:8
**box** 23:14
**break** 39:8,12 39:16,19,21,21 51:8,10 52:22 59:2,6 60:5,9 65:15 66:21,24 67:4
**breakdown** 12:16
**brian** 2:11 5:8 12:14 23:3 31:10,17 33:3 39:5,18 41:18 44:11 45:8,21 47:13 48:24 49:2 66:17 70:6,10
**bringing** 38:10
**broadly** 11:4 11:12
**business** 35:1 37:21 38:16,18 38:22 40:23 41:13 42:4,11 42:13 43:4,20 44:1,2,16 45:4 45:23 46:11,13 47:3,10,17,20 48:2,18 53:19 53:22 58:2,7 61:3,10 62:7
**business's** 45:24
**bypass** 59:18

**c**

**c** 2:1 3:11 4:1 8:13,15 11:6
**c&n** 1:9 2:10 4:9 5:9
**call** 10:20,22 11:1,9,14,16,19 13:10 15:13 16:17,22 17:17 17:19 18:8 19:19,22,23 20:5,21,22 21:2,9 22:4 23:10 25:12 27:10,15 28:1 28:10,12,21,24 30:22 31:16 33:2,11 37:2 37:17,21 38:12 38:23 40:7,14 40:17 42:19

51:15,21 52:1 52:4,8 53:11 55:7,13 56:24 57:1,2,4,5 61:22 64:17 67:24
**called** 5:22 10:9 17:9 18:2,5,21 52:5,7
**calling** 10:20 18:4 25:13 36:15 42:5
**calls** 10:8 11:16 11:20 12:6,16 12:18 15:19 21:4,9,18 23:9 23:9,18,19,20 23:20,21,22 46:8 50:1,20 50:21 51:12 52:9,16 53:7 53:12,13 54:15 54:19 55:5,10 55:17 56:9,13 56:23 57:11,17 57:18 60:1 61:9,13,14,18 61:21,24 67:23 68:24 69:4
**canadian** 55:1
**capital** 19:12 19:12,12 20:11 20:11,11
**card** 45:23
**care** 32:7,8
**careful** 37:1 38:9,9 43:10
**carla** 46:19
**carrier** 24:19 37:21 38:22 40:22 42:14,16 43:6,19 45:3 46:2 47:4,17 48:14,22 49:18 58:3,7 64:2,7,9
**carriers** 41:6 44:7 48:22 53:21,22 58:15 62:8,12,14,18 62:20,24 63:16
**cascading** 51:23
**case** 26:5,20 29:23 34:7 35:13 46:15 64:22
**cat** 47:11,12
**cause** 12:21 32:5 59:8 69:7
**cdr** 20:17 22:1 52:5 58:1
**cdrs** 11:5,8,13 12:12,13 15:13 15:18 16:17 20:7,12,14,22 21:1,7 22:4 26:5 34:7
54:11 57:23 64:14,16
**cell** 48:3,14 58:18 62:12
**cellular** 58:21
**center** 42:20
**central** 6:15
**cert** 58:12,12
**certainly** 46:17
**certificate** 71:1 72:1
**certification** 58:24 62:11
**certified** 4:21
**certify** 71:3 72:2
**cessation** 26:12
**chain** 22:16,22
**chance** 14:6
**change** 40:23 46:2 68:13,24 69:2,9
**changes** 25:9 44:19
**channel** 18:5,6 18:7
**channels** 18:24
**characters** 16:11,12
**chat** 21:20
**check** 27:7
**chicago** 1:16
**circumstances** 18:17 44:18
**claims** 46:20
**clarify** 64:12
**class** 58:11,12 62:11
**classification** 41:14 42:13 43:4,5,9,20 45:15 47:4,9 47:16 48:7 49:18 62:8,17 63:8
**classified** 37:20 38:22 40:21 43:23 46:2 48:16,17 49:17 53:22 58:2,7
**classify** 45:3
**clean** 16:8 37:7
**clear** 32:10 51:3
**clients** 34:19 41:7
**cn** 10:20,22
**code** 24:19,24 55:3
**codes** 17:2 54:17,21,23
**column** 16:9 20:22
**come** 18:20 22:17 27:12 43:3 66:21 68:11

**comfortable** 6:9,10,11
**commission** 25:13 27:13
**companies** 58:22
**company** 17:17 42:18 50:2
**company's** 41:23
**compensate** 48:2
**compensation** 48:1
**complaint** 10:17
**complete** 25:13 28:6
**compliance** 36:3
**components** 19:9
**comports** 22:10
**comprised** 65:2 65:5
**computer** 16:13
**concern** 65:24
**concluded** 70:23
**conduct** 62:9
**conducted** 34:7 34:9,12 35:11 62:10
**conducting** 64:13,15
**confer** 30:5
**confirm** 66:13
**confirmation** 31:23
**conflating** 56:2 56:11,12
**connected** 18:8
**connection** 10:12 18:10
**connections** 19:14
**consequence** 53:9 68:11
**consider** 42:3
**considered** 20:5
**consisted** 61:2
**consistent** 13:4
**consisting** 65:6
**constitute** 5:4
**construction** 1:9 2:10 4:9 5:10 10:21,23
**consult** 64:23 65:8
**consulted** 65:1
**consulting** 65:7
**consumer** 31:11
**contacting** 36:22
**contain** 54:15 54:20
**contained** 15:21 16:2,9 20:17 55:6
**containing** 16:24
**contents** 65:6
**continue** 20:16
**conveyance** 20:2
**copies** 32:17 33:11
**copy** 6:16 8:4 8:19 9:13,16 13:22
**correct** 6:6 7:10,13,16,18 8:10 9:11 10:24 11:21 15:21,24 16:3 16:4,18,19 17:3,7,8,10,20 18:15,16 20:9 24:3,21 25:4,5 26:1,8 33:8,13 36:2 37:17,18 37:18 38:2 41:14 46:3,4 47:8 48:4 53:8 53:23 54:9,10 55:8,18 57:3 57:20,23 58:3 58:4,8,21 62:2 62:19 63:5,18 64:19 67:17
**correctly** 13:12 13:13 30:6 37:9
**counsel** 4:17 7:14,15,22 8:13 49:3 60:12,15 64:22 67:9 70:9 71:10,13 72:7 72:10
**counsels** 59:18
**count** 14:11
**counted** 11:20
**counts** 13:2
**course** 21:21 47:22 54:5
**court** 1:1 20:11 24:6,8
**covered** 59:17
**coworker** 46:1
**create** 27:12
**cross** 11:14 33:10
**crossed** 14:2
**cst** 1:14 70:23
**csv** 10:22 11:9
**csvs** 10:23 11:4 21:8
**cumulative** 26:15
**currently** 63:11

**curriculum** 46:5
**customer** 42:19 46:1
**customers** 36:1 36:3,9
**cutoff** 16:11
**cv** 1:9

**d**

**d** 3:1,13 4:1 8:22,23 67:23
**daily** 24:20 25:1 26:3 65:9
**data** 16:2,6,7,8 20:18 21:10,12 30:6,16 31:24 32:23 35:12 36:6,6 63:19 63:21 64:7,14
**database** 15:18 20:8,18 24:15 26:6 27:10,11 27:14 28:2,17 28:19,22 29:3 29:9,16,19 30:8,10,18 32:12,19 33:10 33:10 34:1,13 35:3,9,22,22 36:1,2,10 38:15 63:17 64:9,18 65:1,5 65:6,8 69:7
**databases** 24:2 24:17 28:20 35:6
**date** 1:13 4:9 16:16,17 33:2 33:4 34:6,8,10 34:11 44:1 57:2,4,5
**dated** 34:5,5
**david** 35:14
**day** 25:12 26:8 26:10,15,18 27:16,17,18 28:9,13 50:1,1 52:6 53:5
**day's** 65:7
**days** 10:9 12:18 17:6,10 26:16 26:16 27:19 31:17 32:7,9 50:18,21 51:13 53:12 55:13,17 56:13 57:2,6 57:12 64:23 68:1
**de** 19:13
**deal** 56:21
**declaration** 10:13,13 62:6
**defendant** 1:10 2:10 3:8 5:9 6:23 8:1,15,23 9:9,18 26:19
**defendant's** 6:21 34:18
**defendants** 26:18 29:24
**defending** 26:19
**defense** 41:7
**definitely** 54:24
**delay** 23:1
**dep** 3:9
**depend** 47:10
**depending** 32:12
**depose** 14:6
**deposed** 6:5
**deposition** 1:12 4:6 5:2 6:6,11 6:14,17,21 7:7 40:1 50:9 64:13 65:14 71:1
**depositions** 44:4
**describe** 14:13 14:24 29:18 33:14
**described** 54:8
**describes** 12:11 15:12 50:5
**description** 3:7
**details** 23:18
**determination** 47:2
**determine** 11:15 30:23 43:19 58:6 60:1 64:2,15
**determined** 17:16
**develop** 15:20
**developed** 24:1
**difference** 41:13
**different** 13:24 40:15 48:22 50:11
**differentiation** 32:16 43:14
**differentiator** 43:2
**differing** 21:11
**digital** 71:8 72:3
**digits** 15:21
**direct** 57:7
**directly** 32:22 32:24 68:19
**discrepancies** 35:20
**discuss** 63:2
**discussed** 41:12
**discussing** 43:12
**discussion** 46:18 53:18
**dispositive** 42:1

**distinct** 52:17
**distinction** 53:19
**distinguish** 53:20
**district** 1:1,2 30:2 46:15
**dnc** 10:8 17:6,6 17:7 24:20 25:1 26:2,3,7 28:22,24 29:2 29:9,16 30:8,9 31:5,6,14,14,16 32:6,9 33:22 33:22,24 35:3 35:9,22 36:10 36:12,12,15 38:1,15,18,19 40:24 41:4 43:12 46:16,16 50:18 55:11,12 55:12 56:13 57:1,5 67:23
**dnc.com** 29:21 30:4
**docket** 10:18
**document** 10:18 52:15,19
**documents** 10:19 11:9
**doing** 36:18
**douglas** 5:9
**download** 25:11 26:15
**downloaded** 28:6 29:4 32:18 33:12
**drop** 14:7,8 21:20 51:5 68:1
**dropped** 13:15 68:4
**dropping** 52:18 69:21,23
**duly** 5:22 71:5
**duplicative** 54:13
**duration** 16:20 17:13,16 55:6
**durations** 20:22 21:9

**e**

**e** 2:1,1 3:1,6,15 4:1,1 9:7,9,12 17:13
**earlier** 24:14 33:2 45:13 60:20 62:1 67:15
**early** 64:12
**easiest** 43:1
**eastham** 72:2 72:15
**easy** 65:10
**ecf** 10:18
**eight** 19:4 23:20 51:16
**either** 26:19 36:20 47:21 53:6 55:11 56:23
**electronic** 13:22 17:18 18:2 24:15
**element** 20:3
**elg** 26:2
**eligible** 24:19 24:24 54:17,21 55:3
**email** 7:23 14:1 21:22,24 22:16 22:22 31:22
**emailed** 9:8
**embarrassingly** 52:20
**embedded** 16:12
**employed** 71:11,14 72:8 72:11
**employee** 71:13 72:10
**employer** 46:1 48:2
**enforcement** 37:2
**engagements** 46:9
**entire** 65:6
**entirety** 28:6 29:1
**entity** 25:14
**enumerated** 46:19
**equal** 16:20 17:13
**equipment** 19:16
**error** 26:11
**errors** 35:20
**es** 71:4
**especially** 34:18 36:4
**esquire** 2:3,11
**essentially** 11:13 61:17
**establish** 18:24
**established** 20:6 43:17
**eventually** 20:8
**everybody** 21:22,24
**everything's** 69:7
**evidentiary** 5:1
**exactly** 34:19 53:5 55:21
**examination** 3:2 6:3 67:13
**examined** 5:24
**example** 46:4
**excel** 3:13
**except** 8:19 27:18,19

**excerpt** 22:1
**exchange** 64:7 64:9
**exclude** 61:21
**excludes** 67:23
**exclusive** 41:5
**executing** 12:19
**exhausted** 51:22
**exhaustively** 34:3 46:18
**exhibit** 3:9,10 3:11,13,15,16 3:16 6:21,23 7:3,21 8:1,13 8:15,20,21,23 9:2,7,9,12,15 9:16,18 10:1 13:7,8 14:23 15:5 21:24 23:24 34:5 41:12 50:5 54:7 57:8 59:24 61:18 62:15 69:14
**exhibits** 3:11 8:9,17 70:1,13
**existing** 61:2 61:10
**experience** 37:13
**expert** 3:10,11 3:15,16 5:13 35:10,12 45:9 46:9
**explain** 12:10 16:5 60:23
**explained** 27:11
**external** 24:16
**eye** 39:17

**f**

**f** 3:16 9:15,18
**facing** 33:5
**fact** 30:3 38:10 63:23 65:8 66:13
**factual** 46:23 47:6
**failure** 27:21
**fair** 45:20
**fairly** 34:21
**familiar** 48:8 48:10
**family** 48:8,10 48:15
**far** 28:1 41:6
**fastest** 43:2
**fcc** 36:22 37:2,3 37:24 38:4,6,8 63:14
**fcc's** 63:19
**federal** 24:19 24:24 25:12 26:2,7,13 27:13 30:1 33:2 35:10 36:12
**field** 16:21 55:7 55:13,16 57:3 57:10
**figure** 69:3
**figures** 68:19
**file** 47:14 65:7 65:9
**files** 29:13 30:24 31:1 32:3 61:4,5
**filter** 58:1,2
**filtered** 23:15 57:18
**filtering** 54:9
**filters** 15:12,17 15:19 53:8 57:22
**final** 12:16,19 12:20,22,22 13:9,11,16,16 14:10,21,22 15:3 52:16,18 53:4 67:21 69:2,23
**financially** 71:15 72:11
**find** 31:3,6 33:1 38:5 52:14
**finding** 64:7
**fine** 49:8 60:10
**finish** 25:16 42:23
**first** 5:22 8:12 10:1 11:21 13:10 15:7,8,9 15:17,20 22:1 25:20 28:5 34:5 44:22 51:15 59:23 61:19 64:6
**five** 14:9 19:3 21:19 23:13,22 66:21 67:3,6
**fix** 55:22
**follows** 5:24
**footnote** 17:14 17:15,22 25:2 25:2
**foregoing** 71:3 71:4 72:4
**forgot** 13:9
**form** 11:22 26:9 27:2 45:5
**format** 3:14 8:20 9:3 16:7 65:10
**forward** 28:17
**found** 35:6,7
**foundation** 40:11
**four** 14:8 19:3 23:13,21,21 66:20
**frequently** 34:22

**front** 7:3,24 8:3 8:4,22 54:7 68:20
**ftc** 17:3 24:20 25:1,3,7,19 26:3 29:1,9,14 30:5,9,11 31:22 32:13,14 32:17,22,24,24 33:3,12 34:20 37:1,5,9,24 38:14 55:3 64:24 65:7,9
**ftc's** 31:1,7 54:16,21
**full** 33:22 51:9
**fully** 20:6
**further** 70:3,7 71:12 72:9

**g**

**g** 4:1 21:24
**general** 62:14
**generally** 20:1 33:10 58:23
**gentleman** 35:11
**george** 1:4 2:2 4:7 7:11,14
**give** 6:8 12:12 12:21 31:8 43:7 51:9 56:2
**given** 14:23 27:6 64:3,17
**gives** 45:24
**go** 15:4 18:6 20:19 28:2 30:24 31:6,7 32:3,22,24 36:14 39:7,11 39:20 49:4,6,6 66:24 70:5,10
**goes** 18:15
**going** 7:21 8:21 9:7 14:6 21:20 21:21,24 23:5 28:16,16 39:6 39:11 43:19 49:7,12 51:1 59:11 60:4,12 60:15,17 66:18 67:9,12 70:20
**good** 4:2 33:14 35:15 39:7,10 39:14,21 40:5 46:21 67:8
**goodrich** 2:11 3:3 4:15 5:8,9 6:4,20 7:1 11:23 12:7 22:24 23:6 24:12 26:21 27:5 39:13 40:4,12 45:11 49:8,14 59:16 60:4,7,16 65:11,20,23 66:3,6,12,23 67:3,7 70:7,12 70:15
**government** 26:13,13 27:22
**grab** 39:12
**granted** 58:12
**great** 45:7 46:4
**greater** 16:20 16:24 17:14 21:12
**group** 35:15
**guess** 13:8 42:12 48:13 59:21
**guidance** 37:2
**guy** 35:15

**h**

**h** 3:6
**hac** 47:14
**half** 39:11
**hand** 5:19
**handset** 18:1 18:21
**happened** 53:1 55:22 59:15
**happening** 41:6
**happens** 30:14 35:13 44:23
**happy** 31:17 59:9
**hard** 8:4
**hardware** 18:19
**headers** 16:9
**hear** 24:7 29:11 56:14
**heard** 37:3
**hearing** 5:16
**helpful** 14:5
**hereto** 71:14 72:11
**hey** 39:5
**highly** 24:1
**hingham** 2:6
**historical** 30:18 30:19 32:1,5,5 32:23 62:16,17 62:22
**hit** 23:1
**hmm** 17:1 23:7 68:17
**hold** 45:18 48:23 49:2 59:12
**holds** 45:16
**hour** 39:6,11
**hyphen** 25:9

**i**

**iconectiv** 63:12 63:13,18,20
**iconectiv's** 24:17
**identification** 6:24 8:2,16,24 9:10,19

**identified** 46:20 61:14
**identifier** 34:21
**identify** 5:7 33:23 58:15,17 61:12,12
**identifying** 10:8 24:18
**ii** 9:24 12:9 24:14
**il** 1:16 2:14
**illinois** 1:2 4:12 30:2 46:15 71:19
**imagine** 22:10
**imported** 15:18 16:8
**inaccuracies** 35:21 36:9
**inbox** 22:14
**inc's** 25:3
**include** 13:9 15:19 18:9 62:23
**included** 68:5
**including** 24:17 67:22
**incomplete** 55:2
**incorporate** 57:15
**incorporated** 5:10 29:8
**incorrect** 16:13 35:4
**incorrectly** 14:1 16:14
**increments** 21:2 25:10
**index** 54:17,21 61:1
**indicate** 17:19 26:2
**indicated** 12:9 16:20,21 17:5 17:13 23:9 27:18 33:15 34:10 35:4 36:2 55:10,16 57:10
**indicates** 18:4 24:5
**indicating** 36:22
**indication** 23:11
**indicator** 41:23
**individual** 47:20,24 49:15 49:20 51:13 64:24
**individually** 64:23
**individuals** 36:4 65:4
**industry** 24:3
**ineligible** 54:23
**information** 29:8,22 30:10 30:19,20,23 31:9 33:5,16 35:4 42:14 50:12 58:23 62:13 63:7 65:2 68:19 69:13
**informed** 38:3
**ingress** 20:20
**initial** 3:10 8:6 41:12
**input** 20:12,23
**inquiry** 32:5
**instance** 26:12 35:5 52:10
**instances** 35:2 35:18,24 36:8 52:3
**integrally** 18:8
**intended** 4:23 16:10 38:1,2 61:8
**interested** 71:15 72:12
**interesting** 44:3
**interface** 53:2
**interject** 39:15
**intermediate** 20:1
**internally** 44:15
**international** 42:5
**interrupt** 39:23 40:3
**interruptions** 27:19
**introducing** 6:20
**involves** 36:15
**ip** 19:6,11
**issue** 7:12 56:15
**issued** 7:17 62:12
**issues** 35:6
**it'll** 28:3

**j**

**jan** 35:11
**january** 28:7
**jennifer** 72:2 72:15
**jilizian** 2:3 3:4 4:16 5:11,12 11:22 12:2 22:19,21 26:9 27:2 39:5 40:3 40:10 45:5 49:5 59:11 66:17 67:2,5 67:14 70:2,18

**job** 1:18
**joined** 5:13
**judgment** 38:12
**june** 1:13 4:9 6:14
**justin** 2:12

**k**

**k** 35:11,14 46:19
**kalat** 35:14
**karen** 38:4
**keep** 29:4 34:23 36:24 39:17
**keeping** 32:13
**kilobyte** 22:13
**know** 7:23 8:14 8:22 10:3 12:20 13:5 14:12 16:13 22:15 23:8 25:19 30:3 31:10,13,15 32:4 33:3,6 34:4,19 35:17 37:7,8,19 38:8 38:9,10,11 39:1,2,3,23 40:8,18,19 41:1,2,4,10 42:3 43:2,22 44:4,6,10,20 45:6,8,10,22 46:17 47:14,21 48:6,11,19 50:1 52:24 54:5 55:21 56:11,17 59:8 59:15 63:21,23 64:23 65:17 68:3
**knowing** 18:23
**knowledge** 37:15 71:9 72:6
**knowledgeable** 44:14
**known** 17:17 19:11
**kostyun** 35:11
**kroll** 46:19

**l**

**l** 20:11 35:14 46:19,19
**labeled** 7:2 8:21 16:21
**landlines** 58:18 58:20
**language** 43:11
**law** 2:4 5:12 38:10 46:15
**laws** 5:1
**lead** 69:10
**legal** 38:7 47:2
**letting** 38:8
**lincoln** 2:5
**line** 24:18 42:1 42:4,9 48:15 53:17
**lines** 58:21
**lisle** 2:14
**list** 17:6,7 23:9 23:14 24:20 25:1,2,12,13 26:3,3,7 27:10 27:20 28:6,9 28:11,24 31:14 31:14,16 32:7 32:9 33:22,22 34:20,21 37:2 38:18,19 43:12 46:16,16 50:18 55:11,12,12 56:13,24 57:1 57:2,5
**lists** 27:12 30:3 32:14,17,20 33:24 34:22 50:19
**litigating** 26:19
**little** 14:11 39:6 39:8 52:21
**lnp** 63:4,9
**loaded** 12:6
**local** 63:4,10
**location** 1:15
**log** 34:23
**long** 36:17 37:14 40:7
**longer** 19:21 30:22 31:5 44:21
**look** 13:21 28:4 33:22 54:6 66:6
**looked** 31:21 56:3
**looking** 9:22 10:10 12:10,15 13:22 50:4 64:6
**looks** 9:23 12:18 28:5 50:22,23
**lot** 34:17,18
**lower** 14:11

**m**

**ma** 2:6
**made** 15:20,23 16:18 18:10 51:13,21 52:1 53:6 55:17 57:11 63:9
**maintain** 27:15 31:2 32:15,19 63:15
**maintained** 26:6 30:8,10 63:18,20 64:19 65:1
**maintains** 29:1 33:4 50:3

**make** 19:14 23:10 27:1 30:5 31:12 37:6 39:19,20 47:12 52:22 65:16
**makes** 19:15
**making** 19:22 19:23 32:16 38:12
**malformed** 16:14
**manner** 5:2
**manually** 30:24
**marked** 6:23 8:1,15,23 9:9 9:18
**massive** 22:2
**materials** 10:12
**matter** 4:7 6:14 7:13 9:6 11:10 66:15
**maximum** 20:5
**mean** 14:10 16:6,16 17:22 21:15 23:4 28:18 30:20 41:4 42:17,24 44:9 45:20 46:4,6 47:19 48:10,13 49:24 51:3,5,24 54:21 64:2 65:13,16
**meaning** 19:6 41:22
**means** 5:3 16:7 16:10 18:7 25:20,24 42:18 46:7
**measure** 20:4
**measured** 21:2
**mechanics** 44:10
**mechanism** 33:6,7
**mechanized** 65:9
**media** 18:5,24
**meeting** 21:23
**mentioned** 9:5
**methodology** 69:5
**methods** 12:11
**microsoft** 53:1
**millions** 29:20
**mind** 28:5 54:3 65:18 66:19
**mine** 23:1
**minimis** 19:13
**minute** 60:9 67:3
**minutes** 9:8 14:8,9 66:19 66:20 67:6
**mirrors** 28:24
**misheard** 66:2 66:11
**missing** 13:17 50:13,14
**misunderstood** 66:2
**mm** 17:1 68:17
**mobile** 58:21
**mobile's** 45:9
**moment** 7:4
**monday** 1:13
**month** 11:17,19 60:20
**moore** 1:4 2:2 4:7 5:9 7:11,14
**morning** 4:2
**moving** 23:23
**multiple** 19:9 48:20 49:16
**mutually** 41:5

**n**

**n** 2:1 3:1 4:1 35:11
**name** 4:3 5:11 38:5
**named** 35:11
**national** 11:14 17:6,7 25:11 27:9,13,15 28:9,12,23 31:5,21 33:22 55:11 56:24 57:1 64:6,9,17
**native** 3:14 8:20 9:3 20:13 20:17 33:24
**nearly** 26:10 27:17,18
**necessarily** 32:14 47:5 49:19 65:15
**need** 19:7 52:17 67:6
**needs** 32:6
**neither** 71:10 72:7
**net** 29:14
**network** 18:4 18:23 19:5,8 20:2
**never** 65:18
**new** 15:1
**nice** 69:20
**nine** 8:9 15:24 51:12
**non** 20:3 25:13
**north** 64:10
**northern** 1:2 30:1 46:15
**notary** 4:11 71:18
**note** 40:5
**noted** 70:2
**notes** 66:7
**notice** 3:9 6:13 6:16,21 7:7
**noticed** 13:21
**number** 10:18 10:21 11:16

13:2 15:21,23 16:24 17:5,9 19:22,24 22:4 25:4 28:11 30:20 31:4,4,6 31:8,13 32:6,8 33:1 34:20 36:14,15,16,17 36:23 37:14,17 37:20,21 38:3 38:21,23,24,24 40:6,14,15,16 40:21,22,23 42:14,15,16 43:6,7,8,15,23 43:24 44:7,8 44:19,20,21 45:2,4,15,16,17 45:18,23,24 46:5,6,8,11,17 47:4,6,9,16,18 47:19,23 48:1 48:7 49:19,21 49:24 50:19 51:13 53:6,10 53:11 55:1,2 55:11,17,19 56:6,8,22,23 57:11,22 59:22 60:1 61:15,23 62:1,10,11 63:4,8,10 64:3 67:24

**number's** 31:16 47:23 52:4

**numbering** 64:10

**numbers** 10:8 11:15,17,18,20 12:6 15:20 31:18 33:23 36:5 38:2,16 38:17,18 41:14 46:16 48:16,21 49:16,18,20,22 49:24 50:17 51:23 52:17 53:6,19,21 54:16,20,22 56:23 58:2,3,6 58:13,18,19,19 58:19,20 61:2 61:6,7,8,13 62:18,23 63:3 63:16 64:8,16 67:21 68:1,4 68:11

**numeral** 10:11 12:9 24:14

**numerals** 9:24

**o**

**o** 4:1 35:11 46:19

**oaths** 4:12

**object** 26:24 40:10

**objection** 4:18 5:16 11:22 26:9 27:3 45:5

**observed** 21:8 21:10

**obtain** 27:16 28:10

**obtained** 26:8 32:20 33:16

**obtains** 28:9

**occasionally** 30:4

**occur** 43:5

**occurs** 43:9 58:11

**offer** 31:12 38:16

**offers** 38:14

**officer** 71:1,2

**official** 63:15

**oh** 11:24 47:1,1

**okay** 6:19 8:9 9:12,21 10:10 11:3,6 12:24 13:6,20 14:15 15:4,9,11 16:11 17:12 18:9,14,22 19:19 20:7 21:1,14,20 22:9 23:8,23 24:8,11,23 25:22 26:1 27:14 28:8,15 29:6,15 30:13 30:17 31:3 32:10 33:8,19 35:8,24 36:12 37:6,12,13,19 39:4 40:9,20 41:3 42:21 43:23 44:18 45:1,12,22 47:1,9,22 48:20 49:3,8 50:4 51:19 52:3,11 53:3 53:15,15 54:2 55:5 56:7,21 57:21 59:19,20 60:4,6,11 61:11,16,23 62:3,5,15,22 63:2,13,17,21 64:1 65:11 66:23 67:3,7 68:13,18 69:9 69:17,22 70:2 70:9,16

**old** 45:1

**omitted** 67:16 67:20

**once** 11:18 34:2 39:4 40:6 52:5 52:7 58:12

**ones** 21:7 29:4
**open** 8:14
**opened** 18:6
**operative** 59:9
**opinion** 7:12 38:7,17
**opportunity** 20:13
**ordering** 70:10
**organization** 25:3,19
**original** 20:20 22:11 23:18 34:22 61:18 62:6 64:8 68:7 68:16 69:1,13
**originated** 19:18
**outcome** 71:15 72:12
**own** 35:7 36:5 36:17 37:14 40:13
**owner** 25:23

**p**

**p** 2:1,1 4:1 19:12
**p.m.** 49:10,13 60:12,15 67:9 67:12 70:20,22
**pacific** 6:15 39:17
**page** 3:2,7 9:22 10:10 12:8 17:15 22:2 52:14 54:6 57:8
**pages** 9:22
**paid** 47:18,19
**paperwork** 43:8
**paragraph** 9:23 14:21 15:4,5,9 17:13 23:24 24:5,13 24:14 54:6 59:23 60:2 61:16,23 62:15 67:16,19
**paragraphs** 9:21 12:10 15:11 41:11 50:4 54:7
**paronich** 2:4 5:12 7:15
**paronichlaw....** 2:7
**part** 34:24 46:20,22 48:7 51:23
**particular** 15:12 21:6,12 21:23 50:24,24 53:11 67:24
**particularly** 32:3
**parties** 4:13,19 6:22 18:21 29:8 30:11 33:17 71:11,14 72:8,11
**parts** 51:22
**party** 17:18,20 18:4 35:8,19
**party's** 18:1
**past** 33:12
**paying** 47:11
**pdf** 7:2 9:7 13:3 13:15,23 14:8 14:12,22 15:3 22:13 52:19 69:24
**peak** 46:19
**pena** 1:17 4:3 71:2,17
**pending** 39:23
**people** 35:21
**perfect** 70:16
**perform** 33:9 33:19
**period** 11:18,19 30:21 52:6 53:5
**permitted** 4:23
**persisted** 52:18
**person** 37:16 40:13 45:1 46:11
**personal** 42:7,9 46:6,7 50:1
**personally** 44:14
**phase** 58:12
**phone** 18:4,15 18:23 19:5,8 19:22,24 20:2 30:20 31:4,4 36:16,19,23 37:15,16,20 38:23,24 40:6 40:14,15,16,21 42:13,15 43:7 43:8,23 44:7,8 44:20,21 45:2 45:4 46:5,7 48:3,7,14,21 49:16,19,24 52:4 53:6,20 54:22 58:6,18 58:19 62:12,18 62:23 64:16
**phones** 58:18
**pick** 19:2
**picking** 18:13
**picks** 18:10,11 18:14
**placed** 11:16 17:2 61:9
**plaintiff** 1:7 2:2 5:13 7:11,23 8:14 64:22 69:10
**plaintiff's** 59:17

Case: 1:25-cv-04568 Document #: 41-7 Filed: 09/17/26 Page 35 of 45 PageID #:293



**plaintiffs** 26:18
**plan** 48:8 64:10 69:12
**plans** 48:11
**please** 4:13 5:7 5:18 7:4 36:23 70:18
**pleasure** 63:14
**point** 43:13,15 44:20 46:18 58:16 64:17
**points** 20:1,20
**portability** 63:4,11
**ported** 62:23 63:3
**possible** 32:22 32:24 37:9,19 38:21 39:1,24 43:24 48:17
**post** 58:23
**practices** 20:4
**precisely** 15:21
**predicate** 41:17 41:18
**predicates** 34:1
**preexisting** 68:12
**prefix** 25:9
**prepare** 10:6 60:24
**prepared** 7:17 8:6 9:6 72:3
**preparing** 15:15
**presently** 28:11
**preserved** 63:7 63:8,10
**pretty** 46:21
**previous** 26:16 53:17 67:22
**previously** 6:22 7:22 33:1 61:22
**primary** 49:21 49:21,23
**printout** 13:4
**prior** 57:19 71:5
**privileges** 42:5
**pro** 47:14
**probably** 23:4 34:2,15 39:11 67:5
**procedural** 4:24
**procedures** 29:19
**proceed** 6:2,9 6:12
**proceeding** 1:15 4:4,22 70:23 72:4
**proceedings** 71:3,4,6,8 72:6
**process** 17:17 37:16 46:21,22
54:8,9 58:9,13 63:3
**produced** 4:21 8:20 9:3 14:1
**producing** 26:14
**product** 15:2 69:7
**production** 16:11 22:11
**proffered** 12:23
**profiting** 38:7
**protect** 38:1,2
**protection** 38:15
**protects** 46:17
**provide** 36:6 62:13
**provided** 29:22 29:23 36:2 60:19,19 61:1
**provides** 36:1 37:2
**pst** 1:14 70:22
**public** 33:4 45:17,19 71:18
**publication** 26:12
**publicly** 24:17
**publish** 27:20
**published** 24:20 25:1 26:3
**publishes** 37:1
**publishing** 27:23
**pulling** 10:15
**purely** 41:21 47:6
**purportedly** 16:17
**purposes** 14:16 40:23 46:9,12
**pursuant** 6:13
**put** 20:8 23:14 36:23
**puts** 45:22,23

**q**

**qualified** 71:7
**qualify** 47:15
**queries** 31:1
**query** 31:8 64:9
**question** 12:1 25:16 27:8 32:11,21 39:18 40:11 41:7 44:3 47:7 48:12 53:16,24 56:14 59:21 66:16
**questioning** 53:17 66:13
**questions** 39:23 45:7,13 46:23 60:8 62:5 65:12,19,22

66:9,22 67:1 70:3,8
**quickly** 26:23
**quite** 59:15

**r**

**r** 2:1 4:1 46:19
**raise** 5:18
**read** 56:19
**readily** 16:8 28:4
**realized** 12:21 13:1 50:9
**really** 26:23 28:22 32:6 35:15 37:1,7 43:10
**reason** 13:14 14:12 15:3 27:22 62:9
**reassigned** 40:15 44:15
**reattaching** 70:1
**rebuttal** 30:15 35:12
**recall** 20:21 22:3 34:8,11 34:14 35:3
**receive** 6:16 20:7 21:7 22:15
**received** 7:8 10:23 11:10,19 21:8 64:21
**receives** 48:1
**receiving** 17:18 17:20 18:1
**recent** 31:24 55:13 57:2,4
**recipient** 19:24
**reclassified** 44:1
**reclassify** 44:7
**recognize** 8:5
**recognized** 55:3
**record** 4:4,5,19 5:7 10:20,22 11:1,9 14:11 22:3 36:24 37:7 49:4,10 49:11,12 60:12 60:13,15 63:15 66:24 67:9,10 67:12 70:5,10 70:20 71:9 72:5
**recorded** 5:2 71:6
**recording** 4:21 71:8 72:4
**records** 10:20 15:13 22:4,8 26:16,17 28:23 29:21 31:21 32:23 41:24 54:12 55:10,15 57:10,17 62:16 62:17,22 64:24
**redirect** 66:18 67:1
**reduce** 52:20
**reduced** 61:24 71:6
**reevaluate** 45:3
**refer** 7:21 8:21 11:5,6 28:16 29:2 60:18
**reference** 9:7
**referenced** 11:14 61:4
**referencing** 33:10
**referred** 8:7 61:22
**referring** 8:12 10:11 19:21 23:24 29:3 32:13 51:12
**reflect** 47:5,18 48:3 53:14
**reflected** 50:23
**refresh** 12:21
**regarding** 35:21,22 62:17
**register** 37:16 38:23 48:14
**registered** 25:21 28:12 32:8 36:17 42:4,11,15 43:6,11 48:21 49:16 53:21 64:3
**registering** 36:14 37:14 42:7
**registers** 40:13 40:21
**registration** 32:1 33:4
**registry** 11:15 11:16 17:7 27:16 28:2,10 28:12 29:16 30:22 31:5,6 33:2,11 36:12 36:13,14,23 37:17,22 38:1 39:1 40:7,7,14 40:17,24 52:4 56:24 64:17
**related** 46:9 71:11 72:7
**relationships** 61:3,10 68:12
**relative** 71:13 72:10
**relevant** 30:21
**relied** 10:12 26:2,4
**rely** 27:9
**remaining** 51:16

**remember** 29:22 30:2 36:18,18 38:4
**remote** 1:15 17:18 18:21 19:16
**remotely** 4:14
**remove** 55:10 61:8
**removed** 53:13 53:13 54:15,19 54:22 55:5,15 56:10,10 57:9 57:17 61:7,7 61:11
**removes** 12:16 12:17 58:13
**removing** 54:12
**render** 7:12
**reply** 58:22
**report** 3:10,12 3:13,15,16 7:12,17,19,20 8:6,10,18 9:2,6 9:13,17,21 10:1,5,14,20,22 11:5,10,12 12:22,23 13:9 13:22 15:5,7,8 15:9 17:15 22:5 23:24 24:1,5,21 30:15 34:4,5 35:13 41:12,12 50:5,9,11,13,15 50:16,16 51:2 53:18,20 54:6 58:17 59:7,22 60:8,18,22,24 61:17,19,24 63:2 67:17 68:5,7,8,16,23 69:1,14
**reported** 1:17 35:21 36:9
**reporter** 4:2,3 4:17 5:15 6:1 20:11 24:6,8,9 26:23 27:4 49:3,9,12 60:11,14 67:8 67:11 70:9,13 70:16,19
**reports** 11:1 34:10
**represent** 56:6
**represented** 61:6
**represents** 56:22
**request** 63:4,5 63:9 64:21
**require** 15:1
**requires** 58:9 58:10,10 62:12
**research** 35:15
**residential** 38:1 38:15,17 40:22 41:13 42:4,13 42:16,20 43:5 43:20,24 44:2 44:16 45:4,15 45:23 46:12,13 47:2,4,10,17,23 48:6 49:17,18 49:21,21,23 53:19,23 58:7 62:7
**resources** 24:15
**rest** 39:12
**result** 18:12 67:22
**results** 12:19
**retained** 7:11 10:4,6 20:15
**review** 20:13 59:13
**reviewed** 10:19 11:4 50:9
**reviewing** 20:21 26:4
**revised** 12:21
**right** 5:15,18 6:12 7:10 13:7 14:16,19 15:15 23:23 24:23 31:7 39:15 46:14 51:24 52:14 54:14,18 56:14 57:9,19 57:22 58:9,22 60:5,14,17 67:8,11,15 68:20 70:19
**road** 2:13
**roman** 9:24 10:11 12:9 24:14
**route** 42:19
**row** 56:20
**rows** 61:5
**rules** 5:1
**run** 29:20 31:1 31:17 32:4,5 34:21
**running** 64:8

**s**

**s** 2:1 3:6 4:1 19:12 20:11 35:11
**safe** 44:6
**san** 25:7,8,9,11
**saved** 13:15,15
**saving** 52:19
**savings** 30:1 35:10
**saw** 21:7
**saying** 13:6,8 20:9 21:6 30:7 34:15 50:8 51:14 53:4 57:14,16

**says** 10:12,14 17:15 24:15,16 24:21,22,24 57:9 59:24
**scalable** 24:2
**screen** 56:8
**search** 65:10
**second** 22:1 23:1,19 28:4 45:1 48:23,23 48:24 49:2 52:13 56:2 68:8,9
**seconds** 16:21 16:24 17:14,16 19:2,3,3,4,4,7 19:13,20 20:22 21:2,3,5,11,19 23:3,4,10,11,12 23:12,13,13,19 23:20,21,21,22 52:9,10 55:6
**section** 14:17
**see** 10:1 12:8 21:20 50:6 56:2,8 68:8
**seeing** 30:5
**seemed** 27:6
**seen** 22:19 58:11
**send** 14:9 21:23 22:2 31:23 51:10 52:21 59:5,10
**sending** 52:19 58:14 59:12
**sends** 17:18
**sent** 17:24 22:12
**sentence** 59:23
**separate** 32:19 46:21
**september** 7:18 34:6
**serve** 63:14
**service** 48:14
**set** 15:19 19:14 20:6 21:12
**seven** 19:3
**several** 6:5 28:20 29:20 31:15 32:4 36:4
**she'll** 47:15
**short** 39:20 60:5 66:18,24
**show** 32:1 45:16,18 46:10 49:19 51:15 56:10
**shown** 67:20
**shows** 31:24 52:5
**shut** 26:13
**shutdown** 27:23
**side** 19:16,18 34:18
**sign** 43:8
**signal** 17:24 18:2,20
**signaling** 19:15
**signals** 17:19
**signature** 71:16 72:14
**significance** 19:2 25:6
**similarly** 1:5 4:8
**simple** 14:24 36:20,22
**simply** 18:2 47:3
**single** 28:11 48:20 67:16
**sip** 19:12 20:3
**sir** 5:19 6:1
**situated** 1:6 4:8
**six** 16:21,24 17:14,16 19:2 19:2,7,13,20 21:2,9,11 23:10 52:10 55:6 66:21
**sixty** 60:3
**skills** 71:10 72:6
**skip** 14:17 39:15
**slightly** 13:24
**small** 56:8
**somebody** 18:12 30:15
**soon** 14:2 39:8
**sorry** 11:24 12:2 19:17,19 20:16 24:7 25:15 29:11 37:5 39:5 40:3 40:11 41:18 42:23 47:10,15 49:7 51:20 54:3 55:24 56:7,11,17 58:18 61:11 64:10 65:19,19 66:1,2
**sort** 19:13 20:4 27:10,21 30:23 42:14
**sound** 39:21
**sounds** 30:7 39:14 67:8
**sources** 30:10
**specific** 32:21 34:8
**specifically** 32:11,13 38:14 64:18
**specifics** 40:8
**spiel** 6:8 39:15
**spreadsheet** 3:13 8:21 9:15
**sql** 15:18 20:8 20:12,13,18,23

68:21
**standard** 6:15 6:15
**standpoint** 41:22
**start** 17:12 18:23 50:8 56:18,21
**started** 15:23 45:13 54:11
**starting** 21:3
**state** 71:19
**statement** 45:21
**states** 1:1 24:1
**status** 69:9
**stay** 40:7
**stays** 40:16
**stenographic** 5:3
**step** 10:3 12:15 12:20 13:9,16 14:24 19:5 50:12,17,18 51:12,14,16 52:16,18 53:5 55:9 57:15 64:15 67:21
**steps** 14:18,19 51:23 53:10 54:13 57:15,19 58:15 67:22
**stipulation** 5:4
**straight** 36:24
**stream** 36:6
**street** 2:5
**string** 10:21
**structurable** 16:4,5,6
**structural** 16:2 41:21,22
**stuff** 45:9
**sub** 17:13
**subheadings** 9:24
**subject** 10:5 17:2
**submitted** 69:14
**submitting** 69:12
**subpoena** 58:10
**subpoenas** 58:14 62:12
**subscribed** 43:13
**subscriber** 36:5 36:13 40:16 43:16 44:9 45:16 47:5,24 47:24 48:20 49:1,16
**subscriber's** 58:3
**subscribers** 44:19
**subscription** 25:3 43:18
**subsequent** 50:10,11
**subsequently** 40:15
**subtract** 68:10
**subtracted** 61:17
**successfully** 38:24
**suite** 2:5
**summary** 12:12
**supervision** 17:17 18:3,19
**supp** 3:15,16
**supplement** 13:17 51:2 67:17 68:6,16 69:1,13,14
**supplemental** 7:20 9:6,13,17 60:8,18,24 61:17
**support** 42:19 42:20
**sure** 7:5,21 8:5 10:16 13:24 14:4 15:3 16:15 19:1,14 20:16,21 21:17 22:9 27:1 30:5 31:19 34:4 35:16 36:20 37:6 38:13 40:2,13,19 41:9,11,20 42:2,8,12 44:12 45:21 46:10 48:13 49:7,15 51:3,7 51:11 52:22,23 53:15 54:5 55:23 56:21 57:7,14 59:1 65:11,16,16,20 66:10,12
**surprisingly** 39:10
**survived** 52:8 53:7,11
**swear** 4:13 5:16
**switching** 19:11
**sworn** 4:19 5:22 71:5
**system** 18:13 19:6,11,21,23 19:23 31:23
**systems** 19:19

**t**

**t** 3:6 35:11,14 45:8
**table** 65:6
**tagged** 50:17 69:8

**take** 4:4,11 14:8 19:21 28:3 39:8,12 39:16,19,20 51:15 59:2 60:4,9 65:14 65:15
**taken** 4:7 52:17 71:3,12 72:9
**talk** 13:1,18 30:17 39:21 62:16
**talked** 24:13
**talking** 13:7 14:18,19 17:12 19:17 24:7 25:18 26:5 28:10 42:12 46:23 51:14,16 52:3 59:22 62:7
**tallied** 12:6
**tasked** 10:7
**tcpa** 17:3 24:19 24:24 26:2,20 54:17,21,23 55:3
**tdm** 19:10
**tea** 39:12,19,20
**technical** 27:21
**technologies** 19:9
**telecommuni...** 24:3
**telephone** 15:20 17:16 19:10 36:13 37:10 38:21 41:23 42:16,18 50:2 53:10 54:16,20 58:13 58:14,22 61:2 61:6,7,8 62:14 62:20 63:16 64:3 68:1,3
**tell** 5:23 14:10 16:12 21:15,15 22:6 23:2,16 23:17 28:3 31:2 41:8,10 50:12,15 52:12 52:13 55:20 68:9,18
**telswitch** 25:2 25:23,24,24 26:6 28:8,17 28:18 29:2,7 29:15,19 30:9 32:14,18,19 33:12,19 34:12 35:22 36:1,10 64:19 65:1,3,5 65:8
**telswitch's** 25:6 28:1,16 29:9 33:9 35:3
**telswitches** 35:9
**ten** 22:24 60:9
**tender** 66:14
**tendered** 6:22 7:22 8:6,13
**testified** 5:24 57:21 62:1,8 67:15
**testifying** 71:5
**testimony** 59:20 70:4
**thank** 4:17 5:15 5:19 6:1 27:4 39:22 60:11,14 67:11 70:4,18 70:19
**thanks** 66:17
**that'd** 60:10
**themself** 49:17
**thing** 22:2 26:17 32:2 40:5 41:10 43:1 56:19
**things** 11:13 34:2 54:24 56:3,12,12
**think** 9:22 11:5 28:21,21 33:3 33:14 35:5,10 35:13,14 36:21 37:3,9,10 40:19 41:2 43:14 45:12,20 46:14,15,19 47:15 49:5 50:2 53:3 59:1 60:20 61:4 63:2 64:12 65:11 66:18 69:11
**thinking** 19:19 56:15
**third** 29:8 30:11 33:17 35:8,19
**thought** 47:1 65:18 66:4,8
**three** 23:12,21 66:20
**time** 1:14 5:6 6:15,16 16:22 19:13 20:5 21:22 23:4,10 27:24 28:15 29:7 30:4,21 35:13,14 36:17 37:14 39:17,24 43:18 45:2 55:7 64:18 69:22 70:3
**timed** 12:20
**times** 6:6 17:10 34:18
**today** 5:13 6:14 33:1 69:19 70:11
**today's** 4:4,9
**told** 38:8

**took** 11:12 14:18,20 50:22 54:9,13 59:20 60:22
**tools** 12:11
**top** 57:9
**total** 22:3 52:1 57:22 61:5,11 61:18
**totality** 28:23
**trade** 25:12 27:13
**traditional** 19:10
**trail** 32:2
**transcriber** 72:1
**transcript** 4:21 72:3,5
**transcriptionist** 71:7
**transitions** 63:16
**transmission** 26:11
**transmitted** 18:3
**trespass** 38:9
**triggered** 18:18
**true** 9:12,16 11:3 21:1 45:18 71:9 72:5
**truth** 5:23,23 5:24
**try** 21:22 39:22
**trying** 39:24 56:8
**turn** 23:3
**twelve** 21:10
**two** 10:23 11:4 11:9 12:5,17 12:17 15:24 17:9 18:18,20 21:5 22:4 23:12,20 50:20 53:6,12 55:16 55:17 56:3,12 56:13 57:10,11 57:15,17 60:21 61:3 62:11
**type** 19:10 24:18
**typed** 12:18
**typewriting** 71:7
**typically** 19:7 58:9

**u**

**u** 35:11
**under** 4:24 9:23 10:11,17 10:18 12:8
**underlying** 69:6
**understand** 4:20 11:8,24 14:5 27:8 28:18 53:4 54:1
**understanding** 10:7 13:12 22:6,7 33:8 48:12
**undo** 23:1
**unique** 34:20 61:6,13
**united** 1:1
**upwardly** 24:2
**use** 24:2,18 26:17 31:10,11 33:24 36:3 40:22 43:12 48:3 50:1 64:18
**used** 12:9,12 19:9 29:13 42:1 48:7
**useful** 32:3
**uses** 4:23 36:3 46:11 47:6 48:1 49:1,20
**usually** 30:14 58:11 62:10

**v**

**v** 1:8
**vault** 31:11
**vendors** 35:6
**verify** 29:16
**veritext** 4:4
**versa** 44:2,17 46:12
**version** 13:14 13:16,23 50:10 50:11,19,24 59:9 68:23
**versions** 26:7 27:15 69:23
**versus** 13:23 23:12,12,12,13 47:3 58:20 62:7
**vice** 44:1,17 46:12 47:14
**videoconfere...** 2:3,11
**vita** 46:5
**voice** 19:6,11
**voicemail** 18:1 18:12,15
**vs** 4:8

**w**

**w** 3:16
**waiting** 22:17
**want** 12:14 14:7,7,23 27:1 27:7 31:13,15 31:18 32:10 34:19 36:24 37:3,6,8 39:8

39:16,19 41:17 41:18 43:7,10 44:13 48:15 49:6 51:9 53:16 54:5 57:7 59:1,5,18 65:13,14,15,17
**wanted** 13:5 31:3,5 39:7
**wants** 66:15
**warrenville** 2:13
**waterfall** 50:6 51:22 52:8 53:8,9 54:8 56:18 57:16 64:14
**way** 19:15 20:19 33:6,14 46:21 47:21 69:2,3
**ways** 37:13
**wdnc** 24:18
**we've** 29:13 39:6
**website** 31:7 36:21 37:11 45:24
**week** 34:2,16
**weeks** 60:21
**went** 34:1 43:6
**whatnot** 18:1
**wide** 17:17
**willing** 46:8
**witness** 4:14,19 4:20 5:17,22 12:4 22:20,23 23:2 24:6,11 26:10 39:10 45:6 59:14 60:6,10 65:13 65:21 66:1,4,8 71:4
**woolfson** 1:12 3:9 4:7 5:14,18 5:21 6:5,13 7:2 7:10 10:4 11:24 22:3 23:8 27:7 39:16 60:17 65:23 66:14 70:4
**word** 43:12 50:19 53:1,1 68:23
**work** 15:1,15 48:1 69:6
**worked** 29:24 38:4
**workflow** 34:24
**working** 20:19
**works** 48:9
**would've** 34:9 34:15
**written** 5:4 69:24
**wrong** 56:3,4 56:19,20
**wrote** 14:22

**x**

**x** 3:1,6

**y**

**y** 35:11
**yeah** 7:15,19 10:15 12:8 13:11 14:21 15:8 22:20,24 23:7 24:9 25:17 26:10 27:2,14,20 30:14 34:17 39:22,22 41:17 44:10 45:6,20 47:14,15 49:5 49:9 50:2 51:5 51:5 52:12,15 53:15 54:3 55:19 57:4,13 57:20 59:3,14 59:19 60:10 61:20 63:19 66:3,17 67:5 68:7,15 70:5
**year** 25:10 31:7
**years** 25:21 31:15 32:4
**yep** 4:16 15:11

**z**

**zero** 21:3,9,12 23:11,18 52:9
**zoom** 4:10 21:23

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.